# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand twenty-three.

Before: William J. Nardini,
*Circuit Judge,*

_____

Michael Davis-Guider,

      Plaintiff-Counter-Defendant-Appellant,   **ORDER**

v.      Docket No. 23-589

City of Troy, Ronald Fountain, individually, Danielle Coonradt, individually, Charles McDonald, individually, Tim Colaneri, individually,

      Defendants-Cross-Claimants-Counter-Claimants-Appellees,

Rensselaer County, Michael Sikirica, individually,

      Defendants-Cross-Defendants-Counter-Claimants-Appellees,

_____

Appellant moves for a 30-day extension of time to file the opening brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's brief and the appendix are due January 16, 2024.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court