**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 17, 2024
Docket #: 23-589
Short Title: Davis-Guider v. City of Troy

DC Docket #: 17-cv-1290
DC Court: NDNY (SYRACUSE)
DC Judge: Stewart

**NOTICE OF DEFECTIVE FILING**

On January 16, 2024 the BRIEF, on behalf of the Appellant Michael Davis-Guider, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
_____ Missing proof of service
_____ Served to an incorrect address
_____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
 **XX   Failure to file special appendix *(Local Rule 32.1)***
  **XX   Defective cover *(FRAP 32)***
    **XX   Incorrect caption *(FRAP 32)* – Incomplete. Must reflect caption on docket**
_____ Wrong color cover *(FRAP 32)*
_____ Docket number font too small *(Local Rule 32.1)*
 **XX   Incorrect pagination, click here for instructions on how to paginate PDFs**
   ***(Local Rule 32.1)***
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

**XX   Other: Missing a Special Appendix, as per LR 32.1(c), incorrect pagination, and incomplete caption on cover. Please correct by paginating the pages of your brief and amend the cover so it reflects the full caption as shown on the docket. Lastly, as per LR 32.1, if the appendix exceeds 300 pages, the party must file a Special Appendix.**

**Be advised that you have the option to attach the Special Appendix to your brief as an added addendum, but you must amend the cover to reflect it as a Brief & Special Appendix and refile using filing event "*Brief & Special Appendix FILED*".**

**Or…**

**If you choose to provide a separate bounded Special Appendix, you must file it under filing event "*Special Appendix FILED*" and refile the brief, *only*, under filing event "*Appellant/Petitioner Brief FILED*".**

**Please DO NOT use the "Corrected Brief" entry.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **January 19, 2024**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.