United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 17, 2024
Docket #: 23-589
Short Title: Davis-Guider v. City of Troy

DC Docket #: 17-cv-1290
DC Court: NDNY (SYRACUSE)
DC Judge: Stewart

# NOTICE OF DEFECTIVE FILING

On January 16, 2024 the APPENDIX, volumes 1-6, on behalf of the Appellant Michael Davis-Guider, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
　　_____ Missing proof of service
　　_____ Served to an incorrect address
　　_____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
**  XX  ** **Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here for instructions on how to make PDFs text searchable**
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
**  XX  ** **Failure to file special appendix *(Local Rule 32.1)***
**  XX  ** **Defective cover *(FRAP 32)***
　　**XX** **Incorrect caption *(FRAP 32)*** – *"Incomplete caption on cover, see docket"*
　　_____ Wrong color cover *(FRAP 32)*
　　_____ Docket number font too small *(Local Rule 32.1)*
**  XX  ** **Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)***
_____ Incorrect font *(FRAP 32)*
**  XX  ** **Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))* – *Appendix volume length limit is 300 pages as per LR 32.1(b)(3).***
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing

_____ Incorrect Filing Event

  **XX**    **Other: Please correct by paginating the pages of your appendices, amend the caption on the cover to reflect the caption on the docket, and allocate the pages so that each appendix volume does not exceed 300 pages. In addition, all of the pages in your appendices must be text searchable.**

**Please refer to LR 32.1 for more information on what consists of a multi-volume appendix and pagination.**

**Once corrected, please refile your appendices using the same filing event as your previous filing.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **January 19, 2024**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.