# 23-589

IN THE

# United States Court of Appeals
# for the Second Circuit

---

MICHAEL DAVIS-GUIDER,

*Plaintiff-Appellant,*

— v. —

CITY OF TROY, RONALD FOUNTAIN, INDIVIDUALLY,
DANIELLE COONRADT, INDIVIDUALLY,
CHARLES MCDONALD, INDIVIDUALLY,
TIM COLANERI, INDIVIDUALLY,
*Defendants-Cross-Claimants-Counter-Claimants-Appellees,*

RENSSELAER COUNTY,
MICHAEL SIKIRICA, INDIVIDUALLY,
*Defendants-Cross-Claimants-Counter-Claimants-Appellees.*

---

On Appeal from the United States District Court
for the Northern District of New York
Case No. 1:17-cv-1290 (FJS/DJS)

---

## APPENDIX VOLUME 4 OF 11

# APPENDIX VOLUME 4 TABLE OF CONTENTS

ECF 115-10: Exhibit "G" ................................................................ 671

# EXHIBIT "G"

1

2                    **DEPOSITION of RONALD FOUNTAIN**

3

4   UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF NEW YORK
5   ---------------------------------------------X
    MICHAEL DAVIS-GUIDER,
6
                          Plaintiff,
7
    -against-            Civil Case No.: 1:17-cv-01290
8                        (FJS/DJS)

9   CITY OF TROY, RONALD FOUNTAIN, Individually,
    DANIELLE COONRADT, Individually, CHARLES
10  MCDONALD, Individually, TIM COLANERI,
    Individually, ADAM R. MASON, Individually,
11  RENSSELAER COUNTY, MICHAEL SIKIRICA,
    Individually, and JOEL ABELOVE,
12  Individually,

13                        Defendants.
    ---------------------------------------------X
14

15       DEPOSITION of the Defendant, **RONALD FOUNTAIN**,

16  held on May 21, 2021, commencing at 9:00 a.m.,

17  being held virtually by Zoom, pursuant to Notice;

18  before Susan Florio, a Registered Professional

19  Reporter and Notary Public in and for the State of

20  New York.

21

22

23

2

APPEARANCES:


        BRETT H. KLEIN, ESQ., P.C.
        Attorneys for Plaintiff
        305 Broadway, Suite 600
        New York, New York 10007
        BY:  BRETT H. KLEIN, ESQ.


        BAILEY, JOHNSON & PECK, P.C.
        Attorneys for Defendants Rensselaer
          County, Michael Sikirica, and
          Joel Abelove
        Pine West Plaza 5, Suite 507
        Washington Avenue Extension
        Albany, New York 12205
        BY:  WILLIAM C. FIRTH, ESQ.


        PATTISON, SAMPSON, GINSBERG & GRIFFIN, P.C.
        Attorneys for Defendant City of Troy,
          Ronald Fountain, Danielle Coonradt,
          Charles McDonald, Tim Colaneri, and
          Adam R. Mason
        22 First Street, P.O. Box 208
        Troy, New York 12181-0208
        BY:  RHIANNON I. SPENCER, ESQ.

Indexes........................ Pg. 138

1

2                    S T I P U L A T I O N S

3  IT IS HEREBY STIPULATED AND AGREED by and between

4  the parties hereto, that all rights provided by the

5  F.R.C.P. including the right to object to any

6  question except as to the form, or to move to

7  strike any testimony at this examination, are

8  reserved, and, in addition, the failure to object

9  to any question or move to strike testimony at this

10 examination shall not be a bar or waiver to make

11 such motion at, and is reserved for, the trial of

12 this action;

13 It is further stipulated and agreed that this

14 examination may be sworn to by the witness being

15 examined before a Notary Public other than the

16 Notary Public before whom this examination was

17 begun;

18 It is further stipulated and agreed that the filing

19 and certification of the original of this

20 examination are waived;

21          It is further stipulated and agreed that

22  the examining party will furnish the examined

23  party with a copy of the transcript free of charge.

1

2                  RONALD FOUNTAIN,

3    having been first duly sworn/affirmed remotely by

4    the notary public, was examined and testified as

5    follows:

6

7    BY MR. KLEIN:

8        Q.    Good morning, Mr. Fountain.

9        A.    Good morning.

10              MR. KLEIN:  Good morning, Counsel.

11       Q.    As you know, I'm Brett Klein and I

12    represent Michael Davis in a federal action

13    pending in the Northern District of New York and

14    we are here today to ask you questions under oath

15    about your personal involvement in the arrest and

16    prosecution of Michael Davis.

17              Do you understand that that's the general

18    nature of why you are here today?

19       A.    Yes.

20       Q.    You and I, we've met, fair to say, on one

21    prior occasion?

22       A.    Correct.

23       Q.    That was on or about September 13th of

1    [RONALD FOUNTAIN - By Mr. Klein]

2    2019?

3        A.    Sounds right.

4        Q.    And it was in the same conference room

5    that you are actually in today.  I'm remote but

6    you are in the conference room that we met at,

7    correct?

8        A.    Correct.

9        Q.    So, on that date you gave testimony in a

10   case of Adrian Thomas.  Is that fair?

11       A.    Yes.

12       Q.    On that date did you answer all questions

13   truthfully and accurately to the best of your

14   knowledge?

15       A.    Yes.

16             MR. KLEIN:  Okay.  So, for that,

17             based on that response, Counsel, I'm

18             going to try not to go over too much

19             background stuff, career stuff, because I

20             think we have it on the record.  Provided

21             there's no objection to using that prior

22             testimony, which I don't think there

23             could be, if needed at trial.  Does

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2            anyone see an issue there?

3                    MS. SPENCER:  No.

4                    MR. FIRTH:  No objection.

5                    MR. KLEIN:  Prior testimony is

6            prior testimony.

7        Q.   So, for the sake of getting you out of

8    here, Mr. Fountain, I'm going to try to move on.

9    If I could ask you since September -- well, let

10   me withdraw for a second.

11           To remind you, even if you know an answer

12   to a question, let me finish it so that the court

13   reporter can take everything down clearly and

14   accurately.  Okay?

15       A.   Okay.

16       Q.   Also, continue to answer verbally, yes,

17   no, not with a shake of a head or a gesture,

18   again so the court reporter can take it down.

19   Okay?

20       A.   Okay.

21       Q.   If you don't understand a question I ask

22   or you need me to explain it, will you let me

23   know?

1    [RONALD FOUNTAIN - By Mr. Klein]

2        A.    Yes.

3        Q.    If you don't, we'll assume that you

4    understood it for the record unless you tell us.

5    Finally, if you need a break, just let us know.

6    We'll ask that you answer any pending question

7    before you take a break.  Okay?

8        A.    Okay.

9        Q.    Any reason why you can't testify

10   truthfully and accurately today?

11       A.    No.

12       Q.    Have you had any alcohol, drugs,

13   prescription or otherwise or any other reason,

14   injury or anything else, that would impair your

15   ability to testify truthfully about these events?

16       A.    No.

17       Q.    Can you just walk us through what you've

18   been doing since September 3rd of 2019 in terms

19   of work?  At that time you were working at a

20   place with a very long name.  Do you still work

21   there?

22       A.    I do.

23       Q.    Can you just tell us what it is?

1  [RONALD FOUNTAIN - By Mr. Klein]

2      A.   The Rensselaer County Sexual Assault and

3  Crime Victims Assistance Program through St.

4  Peter's Hospital at Samaritan, a division of

5  Trinity Health.

6      Q.   Okay.  And have your duties and

7  responsibilities at that agency changed since

8  September of '19 or are they basically the same?

9      A.   Basically the same.  The pandemic slowed

10  everything down, but still I'm doing the same

11  job.

12      Q.   Do you testify in court in relation to

13  that job or is it some other type of -- what is

14  your role there just to remind us?

15      A.   Mainly I speak to a lot of younger

16  children at schools concerning safe and unsafe

17  touches.

18      Q.   Okay.

19      A.   That's my main job now.

20      Q.   Okay.  Is that a full-time job?

21      A.   No.  I only do it two days a week.

22      Q.   Okay.  And you also had another job at

23  someone who owned like an equipment company?

1    [RONALD FOUNTAIN - By Mr. Klein]

2        A.    Appliances.  Yup.

3        Q.    You still do that?

4        A.    I do.

5        Q.    Okay.  How many days a week is that?

6        A.    It depends.  Two, sometimes three.

7        Q.    Do you hold any other employment or

8    positions even if it's not compensated?

9        A.    No.

10       Q.    Okay.  Since you left -- what was the

11   date you separated from the Troy Police

12   Department?

13       A.    Oh, my goodness.  It was March of 2016.

14       Q.    Okay.  So, it was about five months

15   approximately before the August of 2015 (sic)

16   trial in this case?

17       A.    Sounds about right.

18       Q.    Let's move on to this incident.  Have you

19   reviewed anything, documents, videos or anything

20   else to refresh your recollection of this case

21   involving Michael Davis and the death of V.D.?

22       A.    I believe I read over my trial

23   transcript.  That was about it.

1  **[RONALD FOUNTAIN - By Mr. Klein]**

2      Q.   Okay.  The criminal trial from August of

3  2015 (sic)?

4      A.   Yes.

5      Q.   Other than that have you looked at any

6  other testimony, transcripts, photos or other

7  documents like grand jury testimony, suppression

8  hearing testimony, your video interrogations or

9  anything else?

10      A.   No.  I did not.

11      Q.   Okay.  Do you have those documents in

12  your possession and you just haven't reviewed

13  them?

14      A.   No.  I do not.

15      Q.   Okay.  Did your trial -- when did you

16  review your trial testimony in relation to today,

17  was it this morning, last week?

18      A.   During my daughter's track meets, between

19  meets the other day, about 6 p.m. I went through

20  them on my phone.

21      Q.   If I spoke to you before the track meet

22  would you have remembered this case and your

23  involvement in it?

1   [RONALD FOUNTAIN - By Mr. Klein]

2       A.   Basics, yes.

3       Q.   Okay.  And what did the trial transcript

4   confirm additionally beyond basics that you

5   didn't recall before that?

6       A.   Just some dates.  I didn't remember

7   exactly when this happened.

8       Q.   Okay.  Fair to say that this case

9   started, your involvement in this case started

10  when you became notified of the death of V.D. on

11  the day of her passing which was February 26th,

12  2015?

13              MS. SPENCER:  Object to form.  You

14          can answer.

15      A.   Yes.

16      Q.   Okay.  So, just framing it with that

17  being the date that you became involved in this

18  case, prior to that date did you know anything

19  about Michael Davis?

20      A.   No.

21      Q.   Had you ever heard of him?

22      A.   No.

23      Q.   Did you ever have any interactions with

Case 1:13-cv-05290-DLI-Document 1175004 Filed 02/04/22 Page 155 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2    any members of his family while you were a Troy

3    police officer or otherwise?

4        A.    Not to the best of my recollection.

5        Q.    Okay.  And from other than investigatory

6    steps in this case, whether speaking with Mike

7    Davis, his -- Rebecca Parker or anyone else

8    related to your investigation of this case, have

9    you had any dealings with Michael Davis or anyone

10   in his family other than involving this case

11   since the incident?

12       A.    Not to the best of my knowledge.

13       Q.    Have you been in touch or stayed in touch

14   with anyone involved in this case, any civilians

15   like Rebecca Parker or anyone else in this case?

16       A.    No.

17       Q.    Okay.  Has anyone reached out to you in

18   connection with this case?

19       A.    No.

20       Q.    In connection with the Adrian Thomas case

21   you cooperated with the District Attorney's

22   Office and participated in a documentary.  Do you

23   recall that?

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2       A.    Yes.

3       Q.    You thought it was going to be favorable

4    when you were telling the story about the

5    prosecution and then it turned out you didn't

6    like the way it came out I think is what you

7    said, correct?

8                    MS. SPENCER:  Object to form.

9                    MR. FIRTH:  Same objection.

10      Q.    You can answer.

11      A.    Honestly, I believe I told you I never

12   watched the whole movie but, yeah, I heard it

13   wasn't that great.

14      Q.    Right.  Did you ever give any press

15   interviews or statements in connection with the

16   Michael Davis case whether for a documentary,

17   news press or anyone else?

18      A.    Not that I recall.

19      Q.    Was any press release ever issued by Troy

20   PD, whether you drafted it or anyone else did,

21   are you aware of any press release issued by Troy

22   PD about the Michael Davis, whether it was about

23   his arrest, indictment, or anything else?

Case 1:13-cv-01290-DJS Document 175-1 Filed 02/04/22 Page 15 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2                    MS. SPENCER:  Object to form.

3        A.    Not that I recall.

4        Q.    Okay.  Was there a standard procedure in

5    place generally that when someone was indicted on

6    a homicide or any type of felony or any other

7    circumstances where the TPD would issue a press

8    release?

9        A.    Above my pay grade.  I have no idea what

10   their rules and regs were on that.

11       Q.    I'm not asking about the rules and regs.

12   I'm just asking you having been with the

13   department I think for, what, 24 years, 26 years?

14       A.    Yeah.

15       Q.    Eight or so in juvenile, you know, doing

16   some homicides, were you aware whether press

17   releases were issued in these types of cases?

18                   MS. SPENCER:  Object to form.  You

19           can answer.

20       A.    I was aware that sometimes they issued

21   press releases and sometimes they didn't.  It

22   really wasn't my call.

23       Q.    Now, this involvement with Michael Davis,

1    [RONALD FOUNTAIN - By Mr. Klein]

2    did it happen, do you recall that it occurred

3    after the decision from the Court of Appeals in

4    the Michael Davis case -- in the, I'm sorry,

5    Adrian Thomas case finding that the interrogation

6    tactics in that case were violating, violated the

7    due process clause, do you recall?

8                    MS. SPENCER:  Objection to form.

9                    MR. FIRTH:  Same objection.

10    Q.    Do you recall generally that the Adrian

11    Thomas decision reversing that decision based on

12    the interrogation techniques that you and Mason

13    used came out in '14 and this case started in

14    '15.  Do you recall that time frame generally?

15                    MS. SPENCER:  Objection to form.

16            You can answer.

17    A.    I still never read that decision either.

18    Q.    Okay.  But just the timing of it, do you

19    recall it came out before, the year before this?

20    A.    I don't remember.

21    Q.    Okay.  Did the Court of Appeals

22    pronounce that you and your colleagues acted

23    unconstitutionally in the manner in which the

1    [RONALD FOUNTAIN - By Mr. Klein]

2    interrogation was conducted, did that impact your

3    techniques or procedures that you used with

4    Michael Davis in any way?

5        A.    No.

6                MS. SPENCER:  Object to form.  You

7            can answer.

8        A.    No.

9        Q.    Was there any retraining or any other

10   steps taken by the Troy PD that you were aware of

11   implemented after the Adrian Thomas decision to

12   correct any unconstitutional practices of the

13   Troy Police Department?

14               MS. SPENCER:  Object to form.

15       A.    Not to my knowledge.

16       Q.    Okay.  In fact, to this day I think you

17   said then and I'm assuming you agree today you

18   don't think you did anything wrong in that case,

19   correct?

20               MS. SPENCER:  Object to form.

21       A.    Correct.

22       Q.    And you don't think Adam Mason did

23   anything wrong, correct?

Case 1:13-cv-01290-DJS Document 175-1 Filed 02/04/22 Page 135 of 153

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2              MS. SPENCER:  Object to form.

3          Brett, this isn't part of this case.

4              MR. KLEIN:  It is.  It involved

5              interrogation practice and there was a

6              Court of Appeals decision critiquing his

7              conduct so I think it is fair.  We can

8              ask about other incidents.

9       Q.   So my simple question and we'll move on.

10  You weren't in the room with Mason but you were

11  familiar with that case, you -- and he did the

12  longer interview in that case, correct?

13      A.   Right.

14              MS. SPENCER:  Object to form.

15      Q.   And the court found that what he -- how

16  he conducted the interview was improper, is your

17  understanding, correct?

18      A.   I --

19              MS. SPENCER:  Object to form.

20      A.   Not that I was told but okay.

21      Q.   Okay.  What were you told?

22      A.   That they threw out the videotape of

23  Adam's interview with Thomas.

Case 1:17-cv-05390-DLI-SMG Document 115-1 Filed 02/04/22 Page 15 of 153

1   [RONALD FOUNTAIN - By Mr. Klein]

2       Q.   Okay.  So, there was no training

3   whatsoever with -- just so we are clear for the

4   record, there was no training or change in

5   procedure whatsoever in response to that decision

6   passed down to the detectives doing interrogations

7   to your knowledge in response to that case?

8               MS. SPENCER:  Object to form.

9       A.   Not to my knowledge.

10      Q.   Okay.  This case involved a case where

11  you made an arrest for a child homicide resulting

12  in an acquittal.  You did come to learn that

13  Mr. Davis was acquitted, correct?

14      A.   Correct.

15              MS. SPENCER:  Object to form.

16      Q.   And Adrian Thomas was another one that

17  you were involved in investigating a child

18  homicide involving interrogations and

19  Dr. Sikirica and there was an acquittal there.

20          Are you aware of any other cases in which

21  you were involved in a child homicide

22  investigation that resulted in an acquittal or

23  not guilty disposition?

1    [RONALD FOUNTAIN - By Mr. Klein]

2                    MS. SPENCER:  Object to form.

3        A.    Not to my knowledge.

4        Q.    Okay.  Well, do you think you would

5    remember?  I mean, I think you said you were

6    involved in eight to ten homicides total,

7    correct?

8        A.    Correct.

9        Q.    So, is it that you don't remember or you

10   believe there were no others?

11       A.    I believe there are no others.

12       Q.    Okay.  Now, Joel Abelove was the district

13   attorney at the time of the Michael Davis

14   prosecution.  Do you recall that?

15       A.    Yes.

16       Q.    He's the district attorney that

17   prosecuted you in your case involving the 911

18   tape that you had on your phone that was sent to

19   the media, correct?

20                   MS. SPENCER:  Object to form.

21                   MR. FIRTH:  Objection to form.

22       A.    Yes.

23       Q.    In fact, from what I understand, did he

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    personally go to court at times in your case?

3               MS. SPENCER:  Object to form.

4        A.    What case?

5        Q.    In the case against you, People versus

6    Fountain?

7        A.    Yes.

8        Q.    And in that case you moved to disqualify

9    Joel Abelove as the D.A., or your lawyers did,

10   correct?

11              MS. SPENCER:  Object to form.

12              MR. FIRTH:  Objection to form.

13       A.    I don't know what my lawyers did.  I just

14   know they told me I was all set.

15       Q.    Okay.  Well, what happened was there was

16   a motion that's publicly reported that your

17   attorneys moving to disqualify Abelove in that

18   case complained of eight or nine cases that he

19   mishandled.  I can get the names for you.  I

20   think one was Crespo and some others.  Are you

21   familiar generally through that motion or just

22   through your experience in Troy PD with cases

23   that were known to have been mishandled by or

Case 1:17-cv-05290-DJS Document 175-1 Filed 02/04/22 Page 125 of 153

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    believed to have been mishandled by Joel Abelove?

3              MR. FIRTH:  Form.

4              MS. SPENCER:  Object to form.

5     A.   I don't know what cases.  I have no idea.

6     Q.   Have you ever heard that it was alleged

7    by officers in the department that he mishandled

8    cases?

9              MS. SPENCER:  Object to form.

10     Q.   Even if you don't know what ones.

11     A.   I heard some stuff that he wasn't doing a

12    very good job.  I didn't know what cases.  My

13    attorney, who I speak to still regularly, never

14    notified me which cases.  He told me he took care

15    of it.

16     Q.   No.  I hear that.  But what did you hear

17    through your colleagues, through talk in the

18    department with your colleagues about the cases

19    that he mishandled?

20              MS. SPENCER:  Object to form.

21              MR. FIRTH:  Form.

22     A.   I heard that he wasn't a very good

23    attorney, district attorney.  I really didn't pay

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    that much attention.  I'm not super into it.  I'm

3    sorry.

4        Q.   You may not be super into it, but you

5    still have to testify truthfully as to what you

6    were aware of.

7        A.   Sure.

8        Q.   I'm just going to get you the names of

9    the cases.

10       A.   Okay.

11       Q.   And see if you are familiar with them and

12   if this was one of them as well.  Was the Michael

13   Davis one that you heard that Abelove was accused

14   or otherwise believed to have mishandled?

15               MR. FIRTH:  Object to form.

16               MS. SPENCER:  Object to form.

17       A.   Not to my knowledge.

18               MR. FIRTH:  Did you say the Thomas

19          case, Brett?

20               MR. KLEIN:  Yeah.  No.  The Michael

21          Davis case.

22               MR. FIRTH:  Okay.

23       Q.   In that case Colaneri, Tim Colaneri was

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    your colleague at Troy PD, right?

3        A.    Correct.

4        Q.    And Adam Mason?

5        A.    Correct.

6        Q.    They both had some role in this case,

7    correct, Michael Davis?

8        A.    Yes.

9        Q.    And they both were involved in Adrian

10   Thomas as well, correct?

11       A.    Correct.

12       Q.    They both got immunity to testify against

13   you in the grand jury.  Is that your understanding?

14               MS. SPENCER:  Object to form.

15               MR. FIRTH:  Form.

16       A.    It is.

17       Q.    Okay.  Did that end any relationship?

18   Are you friendly with them to this day or did

19   that end any contact between you and them --

20               MS. SPENCER:  Objection to form.

21               MR. KLEIN:  You just have to let me

22          finish.  Definitely you can do whatever

23          objection.

Case 1:17-cv-05290-DLI-SMG Document 115-4 Filed 02/04/22 Page 25 of 153

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2   　　　　　MS. SPENCER:  Okay.

3   　Q.　Did them testifying against you -- were

4   you friendly with them before that People versus

5   Fountain went to court as colleagues and friends?

6   　A.　We spoke, yes.

7   　Q.　Once they turned on, testified against

8   you in the grand jury have you had any contact

9   with either of them since?

10  　　　　　MS. SPENCER:  Object to form.

11  　A.　No.

12  　Q.　Was it because of that, because they

13  turned on you in that case?

14  　　　　　MS. SPENCER:  Object to form.

15  　　　　　Answer if you --

16  　A.　That and I retired.

17  　Q.　Okay.  Did you ever speak with Colaneri

18  and/or Mason and ask them why they testified

19  against you, were they threatened with being

20  prosecuted themselves or anything else by

21  Abelove?

22  　　　　　MS. SPENCER:  Object to the form.

23  　　　　　MR. FIRTH:  Object to the form.

Case 1:13-cv-01290-DJS   Document 173-1   Filed 02/04/22   Page 26 of 153

1   [RONALD FOUNTAIN - By Mr. Klein]

2       A.   Asked and answered.  I said no, I haven't

3   talked to them since.

4       Q.   Okay.

5       A.   No.

6       Q.   Okay.  Can you walk us through what

7   happened with that 911?  It happened you got that

8   911 recording at TPD headquarters where you

9   questioned Mike Davis, right, that same occasion?

10      A.   Yes.

11               MS. SPENCER:  Object to form.

12      Q.   And you viewed the 911 recording

13  regarding that 911 call and you viewed

14  that with -- did you view that with Mason and

15  Colaneri inside Troy PD headquarters?

16               MS. SPENCER:  Object to form.

17      A.   I asked Sergeant Colaneri if I could copy

18  the audiotape, he said yes, and gave it to Gary

19  Gordon and that's what I did.

20      Q.   Walk us through that how that happened.

21  How did you become aware of the 911 tape?

22               MS. SPENCER:  Object to form.

23      A.   There was talk about it in the station

Case 1:13-cv-01290-DJS Document 173-4 Filed 02/04/22 Page 27 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2    and a retired worker asked me if I could get him

3    a copy.  There's your walk through.

4        Q.   And, just for the record, it related to

5    who, an opponent of someone who was running for

6    D.A.?

7        A.   Correct.  No.

8             MS. SPENCER:  Object to form.

9        A.   No.  Not D.A.  Mayor.

10       Q.   Mayor.  Right.  And it was a 911 call by

11   the mayoral candidate's wife?

12       A.   Correct.

13            MS. SPENCER:  Object to form.

14       Q.   And were you involved in that

15   investigation of that 911 call or you just became

16   aware of that it existed?

17            MS. SPENCER:  Object to form.

18       A.   Sergeant Colaneri told me he had it.

19       Q.   Okay.  And in what context, did he tell

20   you he had it and he wanted you to give it to --

21       A.   No.

22       Q.   -- people?  What was the --

23       A.   I don't remember the first names.  I got

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2   to be honest.

3              MS. SPENCER:  Please note my

4         objection for the record.

5      Q.   And when you say you gave it to him, you

6   didn't just give it to him at headquarters, you

7   brought it to your house on a cell phone,

8   correct?

9      A.   Correct.

10             MS. SPENCER:  Objection.

11     Q.   Okay.  So, just tell us in detail under

12  oath, you know, just what happened there.

13     A.   Why are we doing this?

14             MS. SPENCER:  Object to form and

15        relevance.

16     A.   It's sealed.  Honestly, I remember Gary

17  Gordon wanted a copy of it.  I told him to meet

18  me at my house.  I gave him my phone and he

19  copied it.

20     Q.   You left the phone in the garage so he

21  could do it without you there and then you came

22  back and took the phone and gave him permission

23  to open your phone and copy it, correct?

1  [RONALD FOUNTAIN - By Mr. Klein]

2             MS. SPENCER:  Object to the form.

3      A.   Correct.

4      Q.   Okay.  So, you knew it was taken, it was

5  going to be used to be released in the media or

6  for political reasons, correct?

7             MS. SPENCER:  Object to form.

8      A.   I didn't ask.

9      Q.   Well, what did you think?

10     A.   I didn't care.  He asked.  I asked

11  Sergeant Colaneri and I gave it to him.

12     Q.   I'm not asking if you care though.  I'm

13  just asking you what was your understanding or

14  belief as to what was likely going to happen?

15            MS. SPENCER:  Object to form.

16     A.   I don't recall my belief at the time.

17     Q.   Did you know it was wrong when you did

18  it?

19            MS. SPENCER:  Object to form.

20     A.   No.

21     Q.   You thought it was perfectly appropriate,

22  whether ethically or legally, you thought it was

23  completely legitimate to do that?

**APPENDIX**

1    [RONALD FOUNTAIN - By Mr. Klein]

2        A.    Correct.

3                MS. SPENCER:  Object to form.

4            Asked and answered.

5        Q.    Since being indicted and charged with it

6    and it was only I believe dismissed without

7    prejudice because it could have been represented

8    because of a charging error at the grand jury,

9    had you come to realize that it was improper, if

10   not illegal to do that?

11               MS. SPENCER:  Object to form.

12       A.    No.

13       Q.    So, you would do it again if you had the

14   chance?

15       A.    Absolutely.

16               MS. SPENCER:  Object to form.

17               MR. KLEIN:  You got that for the

18           record, Sue, "absolutely"?

19               THE COURT REPORTER:  Yes.

20               MR. KLEIN:  Thanks.

21       Q.    I'm just going to run through the matters

22   regarding Abelove because he's a party in the

23   case and then we'll move on to these events.

Case 1:13-cv-01290-DJS Document 175-1 Filed 02/04/22 Page 33 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2           Politically were you supportive of the --

3    were you against the mayor, mayoral candidate

4    whose, from who that tape related to?

5           MS. SPENCER:  Object to form.

6       A.   I thought we were moving on.  Politically

7    I don't even live in the city.  I have no voter

8    thing.  I don't have a hand in the whole mix.

9       Q.   Okay.  So, why did you get involved in

10   that?

11          MS. SPENCER:  Object to form.

12      A.   A friend asked me if I could get him a

13   copy, he was a coworker, and I got him a copy.

14      Q.   So, in the motion papers there's

15   reference to claimed misbehavior by Mr. Abelove

16   in other prosecutions that were made by the

17   lawyers, including yours I believe, to disqualify

18   him and it says (Reid and Crisp matters).  Are

19   you familiar with the Reid and Crisp matters?

20      A.   No.

21      Q.   None of them?

22      A.   No.

23          MS. SPENCER:  Object to form.

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    Q.   Other than that case have you ever been

3    indicted in any other case?

4              MS. SPENCER:   Object to form.

5    A.   No.

6    Q.   Or arrested?

7    A.   No.

8    Q.   Okay.  Now, directing your attention to

9    February 26th, 2015, it's our understanding that

10   there was a 911 call in the area of around 1 p.m.

11   that day.  Is that your general understanding of

12   when the 911 call came in?

13   A.   Sounds about right.

14   Q.   Can you walk us through your involvement

15   in this matter starting with that day, like how

16   did you become involved and what did you do?

17   A.   I believe Captain Sprague at the time

18   called either mine or Officer McDonald's cell

19   phone, told us there was some kind of incident

20   down the 800 block of Fourth Avenue and that we

21   both had to come.

22   Q.   Okay.  In this case you said that with

23   regard to your training to become a detective you

Case 1:17-cv-01290-DJS Document 175-1 Filed 02/04/22 Page 35 of 153

1   [RONALD FOUNTAIN - By Mr. Klein]

2   had to have one three-day training at Colonie

3   that we discussed in the other transcript.  Do

4   you recall that?

5        A.   Yes.

6        Q.   That was around 2008 when you first

7   started doing this approximately?

8        A.   Yes.

9        Q.   Okay.  And you said in your testimony in

10  this case that you were basically thrown into,

11  thrown into the wolves when you were assigned to

12  do interrogations on these homicides.  Do you

13  recall saying that?

14       A.   Yes.

15       Q.   Okay.  In other words, just so I

16  understand for the record, is it your testimony

17  that other than a three-day course in Colonie

18  where you went to some lectures you really had no

19  training, you just were kind of left to figure it

20  out yourself?

21            MS. SPENCER:  Object to form.

22       A.   That, the police officers school that you

23  went to that went through interviews and

1    [RONALD FOUNTAIN - By Mr. Klein]

2    interrogations that was six months, that compiled

3    in that six months of training.

4       Q.    That was 1993?

5       A.    That was 1990 actually.

6       Q.    Before you became a correction officer?

7       A.    No.  I became a correction officer in

8    1988.

9       Q.    Okay.

10      A.    I went to --

11      Q.    But that six months of training in 1990

12   was training for all police officers.  It wasn't

13   specific detective training or interrogation

14   training, correct?

15      A.    A little bit of everything.  Yes.

16      Q.    So, in regards to when you became an

17   investigator in that juvenile unit where you got

18   involved in eight to ten homicides cases, it's

19   that three-day Colonie training and nothing else

20   to your knowledge with regard to --

21      A.    When I went to Seattle there was a little

22   bit of training, interviewing of sex offenders,

23   deviants and that kind of thing.

**APPENDIX**

34

1  **[RONALD FOUNTAIN - By Mr. Klein]**

2     Q.   Was that before the Michael Davis case?

3     A.   I believe.  Yes.

4     Q.   Did you take anything from the Colonie

5  training that you implemented in your practices

6  in the nine years or so that you continued to

7  investigate or did you just kind of trial and

8  error due to how you felt was best?

9             MS. SPENCER:  Object to form.  You

10        can answer.

11     A.   I did the way I thought it was best.

12     Q.   Okay.  So, on February 26th, 2015,

13  assuming it's approximately correct that it was a

14  911 call at around 1 p.m., when did you get

15  notified by, I think you said it was Captain

16  Sprague?

17     A.   We received a phone call that afternoon

18  to go down.  I don't know what time.

19     Q.   Okay.  And what did you do?

20     A.   We responded to the address.

21     Q.   Okay.  And what did you observe and what

22  happened there?

23     A.   To the best of my recollection I believe

1  [RONALD FOUNTAIN - By Mr. Klein]

2  Mr. Davis was outside.  There was a few other

3  police officers there.  I don't even know if we

4  had a pronouncement of the baby being dead yet or

5  not.  I don't recall.  And we asked them if, I

6  believe Michael and his girlfriend at the time,

7  if we bring them down to the police station and

8  talk to them about what happened.

9      Q.   Do you now know that it was reported by

10  the EMTs that the baby was not breathing?

11      A.   Unresponsive.  I don't know if -- I don't

12  remember if they told us she was dead or not yet.

13  I don't remember.

14      Q.   Okay.  And so did you stay for a while,

15  while EMS worked on the baby or removed the baby

16  or did you just leave with Mike Davis?

17      A.   I believe they were already gone when I

18  arrived.

19      Q.   Okay.  So, did you even see the baby

20  initially, or no?

21      A.   No.

22      Q.   Okay.  So, how much time, if you know,

23  did you spend at that location with Mike Davis

Case 1:17-cv-01290-DJS Document 175-4 Filed 02/04/22 Page 37 of 153

1  **[RONALD FOUNTAIN - By Mr. Klein]**

2  and Rebecca Parker or did you just leave with

3  them pretty quickly?

4           MS. SPENCER:  Object to form.

5      A.   I don't recall.

6      Q.   Okay.  What do you recall next?

7      A.   Michael came down to the station with me

8  and Officer McDonald and I believe we brought him

9  to my office.  I believe his girlfriend was

10  brought down also by Danielle Coonradt and she

11  went to another room and we just tried to talk to

12  them about what happened.

13      Q.   Okay.  And how would you describe his

14  demeanor at that time?

15      A.   He was very calm.

16      Q.   Was he tearful, was he crying or tearful

17  or distraught?

18      A.   I will really don't recall.

19      Q.   Okay.  Do you recall how long that

20  interview lasted for?

21      A.   I do not.

22      Q.   Did you take notes during that interview?

23      A.   I believe we wrote down some scribbles.

Case 1:23-cv-01290-DJS   Document 73-1   Filed 02/04/22   Page 38 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2    I believe Sergeant Colaneri came in at one time

3    and put his cell phone down to record it and I

4    don't know how we took -- no clue.

5        Q.   There's about 12 minutes of a video,

6    which we could show you, but other than that it

7    doesn't seem to have recorded the entire

8    interaction.  Do you recall whether the entire

9    interaction was recorded or just part of it?

10       A.   Just that part that Colaneri did.  It

11   was very --

12       Q.   Okay.  Do you recall it being about 12

13   minutes?

14       A.   Sure.  Yes.

15       Q.   Rather than an hour or hours?

16       A.   I don't believe it was that long, but I

17   don't know how long it was.

18       Q.   Was there some kind of conferral between

19   you and McDonald or Colaneri to hit record or did

20   Colaneri do it without you realizing it and you

21   found out later, how did that come to pass?

22               MS. SPENCER:  Object to form.

23       A.   I don't believe he told me about it so I

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2   think Colaneri just did it because he was in --

3       Q.    And would you agree that nothing -- Mike

4   Davis did not incriminate himself or otherwise

5   give you any reason to believe a crime was

6   committed at that time?

7       A.    Correct.

8               MS. SPENCER:  Object to form,

9           please.

10      Q.    And so you didn't have probable cause at

11  that time, correct?

12              MS. SPENCER:  Object to form.

13      A.    Correct.

14      Q.    Okay.  Now, is there anything else you

15  can recall about that interview?

16      A.    I believe we talked a little bit about

17  looking through the house and had him sign a

18  waiver so we could look through the house.

19      Q.    Now, at that time did you or any of your

20  colleagues share with you that an opinion was

21  formed a child died and so this must be foul play

22  as opposed to some type of natural cause?  Did

23  you guys have any theory at that point within the

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    first afternoon of looking into this?

3                    MS. SPENCER:  Object to form.

4        A.    Not to my knowledge.

5        Q.    Have you ever been involved in a death of

6    a child, whether it's an infant or an older

7    child, where you investigated whether there was

8    criminal conduct and determined that there was no

9    criminal conduct and no charges were filed?

10       A.    Quite a few.

11       Q.    Okay.  How many?

12       A.    15.

13       Q.    In this case I think you said somewhere

14   in testimony that this was your case, do you

15   recall that?

16       A.    I don't.

17       Q.    Okay.  Was this your case, were you the

18   assigned lead detective?

19       A.    Yes.

20       Q.    Were you a detective rank, in terms of

21   rank or police officer?

22       A.    I was a patrolman assigned to the

23   detective bureau.

1    [RONALD FOUNTAIN - By Mr. Klein]

2    Q.   So, how would you describe your role for

3    the record, were you like the lead investigator

4    in this case?

5    A.   I would say yes.

6    Q.   Okay.  And just how did you become the

7    lead in this case, were you next up on the wheel

8    or Captain Sprague told you or something else?

9    A.   Because I was assigned to the juvenile

10   division Captain Sprague said it was mine and

11   Officer McDonald's case.

12   Q.   Got it.  Was Adam Mason a detective

13   sergeant at that time like he was years earlier

14   at the Thomas case?

15   A.   Yes.

16   Q.   Was he your direct supervisor?

17   A.   I don't believe so.  No.

18   Q.   Okay.  He was part of -- was he part of

19   the detective squad?

20   A.   Yes.

21   Q.   Okay.  And Tim Colaneri, Sergeant

22   Colaneri, was he part of the detective squad or

23   something else?

Case 1:13-cv-01290-DJS Document 175-1 Filed 02/04/22 Page 45 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2        A.    Detective Sergeant Colaneri.

3        Q.    Okay.  So, what was -- you were the lead

4    investigator.  What role did -- was it Detective

5    McDonald or Officer McDonald, what role did he

6    play in this case?

7        A.    I mean, he was an officer assigned to the

8    detective bureau like myself.

9        Q.    Okay.  And what involvement did he have

10   in this case?  He was present during the first

11   interview, correct?

12       A.    He was my partner.

13       Q.    Okay.

14       A.    All parts of the case he was part of it.

15       Q.    So, if you, for instance, if you went

16   down and met with the District Attorney's Office

17   to prep for trial or speak to him about the case,

18   was he generally with you and aware of what was

19   going on?

20       A.    I believe so.

21       Q.    Okay.  What was Sergeant Colaneri's role

22   in this case to your knowledge?

23       A.    I don't recall.  I believe maybe he typed

Case 1:13-cv-01290-DJS Document 175-1 Filed 02/04/22 Page 45 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2    up the search warrant, maybe did some interviews.

3    I mean there were so many things going on.

4        Q.   There were meeting sheets we'll go

5    through in this deposition with Dr. Sikirica,

6    with the D.A.'s office.  Do you recall Colaneri

7    being part of meetings with either/or Sikirica

8    and/or the D.A.'s office?

9        A.   I don't recall being there with him, but

10   it's possible.

11       Q.   Okay.  What about Adam Mason, what, if

12   any, role do you recall he had in this case?

13       A.   I don't recall.

14       Q.   Do you recall anything he did, any

15   investigatory actions or steps he did in this

16   case?

17       A.   I don't recall if he helped out or not.

18       Q.   Okay.

19       A.   The answer is I don't know.

20       Q.   Okay.  There were meetings, there was a

21   pre- -- there was a meeting with Dr. Sikirica and

22   then there was a post meeting with Dr. Sikirica

23   where Andra Ackerman from the D.A.'s office was

**APPENDIX**

714

43

1    [RONALD FOUNTAIN - By Mr. Klein]

2    there.  Do you know who she is?

3        A.    I do.

4        Q.    And what was her role in this case to

5    your knowledge?

6        A.    At the time I believe she was the

7    assigned D.A. to the case.

8        Q.    Okay.  And do you have any knowledge as

9    to whether she reported directly to Joel Abelove

10   or whether she had chains of command in her

11   office?

12       A.    I have no idea what they did at the time.

13       Q.    Did you ever come to learn whether Joel

14   Abelove had personal involvement in the direction

15   of this case or handling of this case?

16       A.    Not to my knowledge.

17       Q.    Was Andra Ackerman involved in the

18   investigatory phase of this case, meaning in the

19   months before there was any judicial indictment

20   or proceedings?

21       A.    I'm sure I ran things past Andra.  I

22   don't remember what.

23       Q.    Okay.  Would you have been working with

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2   the D.A.'s office to confer with them as to what

3   steps to take or would you just merely keep them

4   apprised and you were making the decisions?

5                   MS. SPENCER:  Object to form.

6                   MR. FIRTH:  Same objection.

7       A.    I believe both.  I believe that I kept

8   them apprised and took direction if they told me,

9   you know, they needed more information.

10      Q.    Well, the information you gave to the

11  D.A.'s office in this case, did you give it to

12  anyone other than Andra Ackerman?

13                  MS. SPENCER:  Object to form.

14      A.    I thought when I got towards the end I

15  thought Andra was gone and I can't think of her

16  name now.  The first assistant I think I gave.

17  She was involved, too.

18      Q.    Shaftkin (phonetic)?

19      A.    No.  No.  She was a brand new attorney

20  who got assigned the case.

21      Q.    Oh.

22      A.    First Assistant District Attorney under

23  Abelove and I can't remember her name off the top

Case 1:13-cv-05290-DJS Document 113-4 Filed 02/04/22 Page 46 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2    of my head.  I'm sorry.

3         Q.    But is it your understanding in this case

4    that the arrest and prosecution were based on

5    your testimony about your interviews with Mike

6    Davis and Dr. Sikirica's autopsy findings?

7                        MR. FIRTH:  Objection.

8                        MS. SPENCER:  Object to form.

9         A.    The indictment?  Are we talking about the

10   indictment?

11        Q.    Yeah.  Yeah.

12        A.    I believe the indictment was based on,

13   yeah, Dr. Sikirica saying what it was and what

14   we uncovered what little there was in our

15   investigation.

16        Q.    Right.  You testified in the grand jury,

17   correct?

18        A.    Correct.

19        Q.    And, to your knowledge, Dr. Sikirica did

20   too?

21        A.    To my knowledge, yes.

22        Q.    Okay.  Did any other TPD officers testify

23   in the grand jury to -- or were otherwise

1　**[RONALD FOUNTAIN - By Mr. Klein]**

2　involved in the initiation of the prosecution

3　here other than you?

4　　　A.　I don't know.

5　　　　　　　MS. SPENCER:　Object to form.

6　　　Q.　Okay.　Well, do you have reason to think

7　that anyone else did other than you or given your

8　experience you were likely the only one who did?

9　　　　　　　MR. FIRTH:　Object to form.

10　　　　　　　MS. SPENCER:　Object to form.

11　　　A.　I really don't recall.

12　　　Q.　Okay.　It's fair to say that you, through

13　your testimony coupled with Dr. Sikirica's

14　testimony you initiated this prosecution by

15　testifying in the grand jury?

16　　　　　　　MS. SPENCER:　Object to form.

17　　　　　　　MR. FIRTH:　Object to form.

18　　　A.　I don't understand.

19　　　Q.　You were personally -- this case wasn't

20　started with an arrest, pre-warrant arrest, this

21　was -- there was a sealed indictment?

22　　　A.　Correct.

23　　　Q.　That resulted in a warrant and then you

Case 1:17-cv-01290-DJS Document 173-1 Filed 02/04/22 Page 145 of 153

1  [RONALD FOUNTAIN - By Mr. Klein]

2  had Mr. Davis surrender under warrant, correct?

3          MS. SPENCER:  Object to form.

4          MR. FIRTH:  Objection.

5  Q.   Or you went to pick him up?

6          MR. FIRTH:  Form.

7  A.   I believe the marshals picked him up and

8  I met him afterwards.

9  Q.   Right.  So, this case was, this

10 prosecution was started via your testimony, among

11 other testimony of others in the grand jury, is

12 that your understanding?

13         MR. FIRTH:  Objection to form.

14         MS. SPENCER:  Object to form.

15 A.   Yes.

16 Q.   Okay.  So, on February 26th, 2015, going

17 back to the interview where there was a cell

18 phone recording of part of it, after that

19 interview what happened after that?  Was Mike

20 allowed to leave?

21 A.   Yes.

22 Q.   And I think you said you didn't have any

23 reason to believe a crime was committed or that

Case 1:13-cv-01290-DJS Document 135-4 Filed 02/04/22 Page 49 of 153

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    he committed it at that time, correct?

3                    MS. SPENCER:  Object to form.

4        A.   At the time we had no idea what happened.

5        Q.   Okay.  And so what did you do next in

6    this investigation?

7        A.   I think the next day there was an

8    autopsy.

9        Q.   And you attended it?

10       A.   Correct.

11       Q.   Okay.  And who else was there?

12       A.   I didn't see the sign-in sheet.  I'm

13   going to assume -- I know Officer McDonald was

14   there.  I believe A.D.A. Ackerman was there.

15   Dr. Sikirica was there.  I don't know who else.

16       Q.   Okay.  I have it here and we can put it

17   up and mark it, but I'll represent to you it's

18   McDonald, Fountain, Evidence Tech Buttofucco?

19       A.   Correct.

20       Q.   Zeigler I think from Dr. Sikirica's

21   office?

22       A.   Yup.  Mike.

23       Q.   And it looks like Detective Colaneri?

1    [RONALD FOUNTAIN - By Mr. Klein]

2        A.    Okay.

3        Q.    And Andra Ackerman.  Does that sound

4    right?

5        A.    Yes.

6                    MR. FIRTH:  Just for the record,

7            you are reading from a sign-in sheet?

8                    MR. KLEIN:  Yeah.  And we can mark

9            it.  Sue, should I just e-mail it to

10           everyone or?

11                   THE REPORTER:  Sure.

12                   MR. KLEIN:  I don't really feel

13           it's that important.  I think we all

14           agree -- if we all agree there's a

15           sign-in sheet Meeting/Autopsy dated

16           February 27th, 2015, I don't know that I

17           need to take the time to do it, but if

18           everyone feels better marking it for the

19           record.

20                   MR. FIRTH:  I would feel better

21           marking it and I think what we can do is,

22           I think you can just share your screen

23           and then you can e-mail it to Sue

Case 1:17-cv-01290-DJS Document 173-1 Filed 02/04/22 Page 53 of 153

1  **[RONALD FOUNTAIN - By Mr. Klein]**

2          afterwards and circulate.

3                  MR. KLEIN:  I'll do that now.

4                  (Plaintiff's Exhibit No. 1, Sign-in

5          Sheet, 2/27/15, marked this date for

6          identification.)

7  Q.    Does this appear to be a sign-in sheet

8  from February 27th, 2015?

9  A.    Yes.

10 Q.    Reflecting the attendees at the autopsy?

11 A.    Yes.

12 Q.    What, if anything, do you recall about

13 the autopsy?

14 A.    I recall V.D. being on a table cracked

15 open.  I recall the doctor pointing to her liver

16 saying this isn't right.  I recall the holes in

17 her liver very vividly.  And him telling me that

18 she must have -- something happened, I don't

19 know, I don't remember exactly what he said.

20 Q.    Okay.  Did he tell you that there were

21 fractured ribs that he observed on autopsy?

22 A.    Yes.

23 Q.    And that they were not displaced -- did

Case 1:17-cv-01290-DJS   Document 115-1   Filed 02/04/22   Page 52 of 153

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    he tell you that they weren't visible on X-ray,

3    but saw them on autopsy?

4        A.    I don't recall what he said.

5        Q.    Okay.  Did he tell you or were you

6    informed that the ribs lacerated the liver?

7        A.    Yes.

8        Q.    Okay.  And have you come to learn at any

9    time since then up until now that that was

10    incorrect?

11                  MR. FIRTH:  Objection to form.

12        A.    No.

13        Q.    I'm sorry?

14        A.    I don't recall that not being correct.  I

15    thought that's what it was.

16        Q.    No.  And so when you testified at trial,

17    do you recall testifying on the same day as

18    Dr. Sikirica?

19        A.    I do not.

20        Q.    Okay.  Do you recall being asked at trial

21    that if you knew that Dr. Sikirica testified and

22    put in his report that the ribs did not lacerate

23    the liver?

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2                 MR. FIRTH:  Objection to form.

3                 MS. SPENCER:  Object to form.

4    Q.   Did you know, do you recall learning that

5    at the trial?

6    A.   I don't remember.

7    Q.   Okay.  At trial when talking about

8    lacerated liver and the broken ribs you were

9    asked if you made a leap that the ribs actually

10   caused the laceration of the liver and you said,

11   "yes, I made the leap"?  Do you recall giving

12   that testimony at trial?

13                 MS. SPENCER:  Object to form.

14                 MR. FIRTH:  Form.

15   Q.   When you looked over your transcript did

16   you see that?

17   A.   Yes.  I don't recall.

18   Q.   You don't recall saying it or did you see

19   it in your testimony when you looked at it the

20   other night?

21   A.   When I read through it I don't remember

22   reading any of that.  I'm sorry.

23   Q.   Okay.  Do you dispute that you said that?

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    Because I can pull up the testimony and show you.

3        A.   No.  If it says it.

4        Q.   So, did you make the leap that the ribs

5    actually caused the laceration to the liver even

6    though you didn't understand that to be

7    necessarily the case?

8              MS. SPENCER:  Object to form.

9        A.   Yes.

10       Q.   So, do you believe that Dr. Sikirica told

11   you that or is it more likely that your testimony

12   at trial was true that you just made this -- made

13   the leap?

14             MS. SPENCER:  Object to form.

15       A.   I don't recall.

16       Q.   Okay.  You said at trial you couldn't

17   understand all the words in the autopsy.  The

18   autopsy wasn't issued until later that year, like

19   in August or September, correct?

20       A.   Correct.

21       Q.   And that's around the time you got Mike

22   Davis in for a third interview on September 9th,

23   2015?

Case 1:23-cv-05290-DJS   Document 173-4   Filed 02/04/22   Page 55 of 153

1   [RONALD FOUNTAIN - By Mr. Klein]

2       A.   Sounds right.

3       Q.   And you said you had the autopsy there

4   and you wanted to confront him with the findings

5   to get him to see if he would agree that he

6   engaged, you know, that he caused the injuries

7   set forth in the autopsy, correct?

8       A.   Yes.

9                MS. SPENCER:  Object to form.

10               MR. FIRTH:  Form.

11      Q.   The answer is yes?

12      A.   Yes.

13      Q.   Okay.  Do you remember saying at trial

14  that you couldn't understand all the words in the

15  autopsy?  Do you remember saying those words

16  either exactly or in sum and substance?

17      A.   In sum or substance, yes.

18      Q.   Okay.  And what were you referring to

19  that you couldn't understand?

20      A.   I don't remember.

21      Q.   The nature of how the injury, that that

22  happened?

23               MS. SPENCER:  Object to form.

Case 1:13-cv-01290-DJS Document 175-4 Filed 02/04/22 Page 56 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2        A.   I don't recall.

3        Q.   Okay.  Were you referring to your leap

4    that the liver -- the broken ribs lacerated the

5    liver being incorrect, were you saying you

6    couldn't understand all the words with regard to

7    explaining why you got that wrong?

8                 MS. SPENCER:  Object to form.

9        A.   I don't recall.

10       Q.   Okay.  Well, have you made any effort

11   since trial up until today to understand all the

12   words in the autopsy?

13                MS. SPENCER:  Object to form.

14       A.   No.

15       Q.   Any reason why not or just no interest or

16   what?

17       A.   No interest.

18       Q.   Okay.  So, when you read the autopsy and

19   you recall the holes in the liver had you ever

20   dealt with any liver injury cases before?

21       A.   Not that I recall.

22       Q.   Had you ever dealt with any CPR injury

23   cases before, death cases?

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2                    MS. SPENCER:  Object to form.

3                    MR. FIRTH:  Objection to form.

4        Q.   Where CPR caused death from compression?

5        A.   I don't recall.

6        Q.   Okay.  Did you have any knowledge of the

7    liver, that the liver has like an outer surface

8    but inside is very soft and subject to injury?

9                    MR. FIRTH:  Objection.

10                    MS. SPENCER:  Object to form.

11       A.   No.

12       Q.   Okay.  You have no specialized training

13   about the liver or the anatomy; do you?

14       A.   I do not.

15       Q.   Okay.  Now, you remember -- so with

16   regard to the hole in the liver, do you remember

17   there being any damage to any of the neighboring

18   organs like the pancreas or anything else that

19   would have been injured if there was a beating or

20   a trauma or do you recall it just being localized

21   to this one specific organ?

22                    MR. FIRTH:  Are you asking for his

23           observations during the autopsy?

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2     Q.   Yes.   Observations or were you informed

3    of any trauma other than this localized organ or

4    as opposed to neighboring organs or tissues, were

5    advised of any other trauma?

6            MS. SPENCER:   Object to form.

7     A.   Not that I recall.

8     Q.   Okay.   And do you recall that there was

9    no trauma, no signs of bruising whatsoever to any

10    other parts of her body, correct?   Do you recall?

11            MR. FIRTH:   Objection.

12            MS. SPENCER:   Object to form.

13     A.   Not that I recall.

14     Q.   Okay.   You don't recall there was no

15    trauma or there was no trauma as far as you can

16    recall?

17     A.   I just don't recall him telling me there

18    was any other trauma.

19     Q.   Okay.   And do you remember seeing any

20    other trauma other than the hole in the liver?

21            MR. FIRTH:   Objection.

22            MS. SPENCER:   Object to form.

23     Q.   Like signs of bruising, lacerations, or

1  [RONALD FOUNTAIN - By Mr. Klein]

2  anything else anywhere else?

3      A.   I don't recall.

4      Q.   Okay.  And you said the words you recall

5  something happened.  What do you -- I just don't

6  remember what you said.  Did you say that

7  Sikirica told you something happened or you just

8  recall leaving there believing something

9  happened?

10     A.   I believe -- I don't recall exactly how

11 it went at the end.  I'm sorry.  I don't remember

12 what he said.

13     Q.   Okay.  Well, in sum and substance what do

14 you remember?  What's the takeaway you have from

15 that meeting?

16     A.   That there was a suspicious death.

17     Q.   Okay.  Have you ever -- at that time were

18 you ever familiar with the cause of death

19 referred to as Sudden Infant Death Syndrome,

20 SIDS?

21     A.   Yes.

22     Q.   And have you ever heard of sudden

23 unexplained death with regard to like people

1    [RONALD FOUNTAIN - By Mr. Klein]

2    dropping dead like high school athletes or

3    younger kids that were not infants, have you ever

4    heard of SIDS but with older people, you know,

5    toddlers to young adults dying for unexplained

6    reasons?  Had you ever heard of that?

7                    MS. SPENCER:  Object to form.

8                    MR. FIRTH:  Form.

9        A.    Sudden unexplained deaths?  I don't

10   remember.  I mean, I recall SIDS, younger

11   children dying.

12       Q.    Yeah.

13       A.    Cribs, on their stomach, yes.

14       Q.    Okay.  Was there ever any talk or

15   discussion among you, Dr. Sikirica, anyone from

16   the D.A.'s office, on February 27th or any

17   subsequent time about whether this death was just

18   an unexplained death in the nature of SIDS or a

19   sudden unexplained death?

20       A.    Not that I recall.

21       Q.    So, hole in the liver, something

22   happened.  What's the next thing you can recall

23   with regard to this case?

Case 1:17-cv-01290-DJS   Document 175-14   Filed 02/04/22   Page 65 of 153

1   [RONALD FOUNTAIN - By Mr. Klein]

2               MS. SPENCER:  Object to form.

3               MR. FIRTH:  Yes.  Same objection.

4       Q.    Those are the two takeaways you had from

5   the autopsy, correct?

6       A.    Correct.

7       Q.    Anything else or that's it?

8       A.    I don't remember.

9       Q.    Okay.  So, what do you remember next?

10      A.    Myself and Officer McDonald I believe we

11  re-interviewed Mr. Davis.

12      Q.    Okay.  And was that prior to the recorded

13  interview on the 3rd floor of headquarters on

14  March 2nd?

15      A.    Headquarters.  No.  I think that was it.

16  February 26th, March 2nd sounds about right we

17  brought him back.

18      Q.    I believe you went to his house the day

19  before to tell him to meet you the next day at

20  headquarters.  Do you recall that?

21      A.    Yes.  Not at the house, but yes.

22      Q.    Describe that meeting.  Was it quick,

23  just, did you ask any questions?

1    [RONALD FOUNTAIN - By Mr. Klein]

2        A.    Just if he could come down we'd like to

3    speak to him.

4        Q.    Okay.  And was he cooperative?

5        A.    Absolutely.

6        Q.    Was Mike Davis cooperative from the time

7    you met him on February 26th through the time

8    that you -- he was brought to headquarters to be

9    charged and booked on the indictment?

10        A.    Yes.

11        Q.    Okay.  So, the meeting -- the interview

12    on March 2nd, 2015, at headquarters, that's one

13    where you sat with Mike Davis for, don't quote me

14    on the exact time, but approximately two hours

15    and interviewed him on video?

16        A.    I won't quote you on the exact time.  If

17    you say so that sounds right to me.

18        Q.    It was a lengthy interview?

19        A.    Was it two hours?  I didn't know it was

20    that long.

21        Q.    Okay.  And that interview on 3/2/15,

22    other than there being a video memorializing it,

23    were there any written notes or statements

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    written up for Davis to sign?

3        A.    Not to the best of my knowledge.  Unless

4    you have one I don't know.

5        Q.    Well, in this case I'm not aware of it.

6    I think you have a Miranda card here, but I'm not

7    aware of a written statement.  So, that's the

8    same room you interviewed Adrian Thomas in 2008,

9    correct?

10                    MS. SPENCER:  Object to form.

11       A.    Correct.

12       Q.    Same video camera or had it been updated

13   or?

14       A.    I have no idea.

15       Q.    Was it the same place, the camera?

16       A.    Yes.

17       Q.    And it was monitored in 2015 similarly to

18   how it was in 2008 in a nearby office with a

19   computer monitor?

20       A.    Yes.

21       Q.    Who was monitoring the interview on March

22   2nd, 2015, if you know?

23       A.    I don't recall.

1   [RONALD FOUNTAIN - By Mr. Klein]

2       Q.   Who determined the direction of that

3   interview that day, was that you or did you work

4   in cooperation with your partner, McDonald, or

5   someone else?

6       A.   I'm sure I did.  I'll say me.

7       Q.   Okay.  And do you recall that interview

8   sitting here today, whether specifically or just

9   generally?

10      A.   Just that I recall that it was really of

11  non-substance when it was all said and done.

12      Q.   Right.  In other words, Mike, at the

13  conclusion of that interview you had no

14  additional or further explanation of what

15  happened compared to what you knew on the day of

16  the incident, correct?

17      A.   Correct.

18      Q.   You had no reason to believe that a crime

19  was committed or that Mike Davis committed it as

20  of the end of that interview on March 2nd, 2015?

21              MS. SPENCER:  Object to form.

22      A.   I believe I just knew that we were still

23  investigating a suspicious death.

1    [RONALD FOUNTAIN - By Mr. Klein]

2        Q.   Right, but to answer the question I asked

3    you is different.  You have no reason to believe

4    that Mike Davis committed any crime at that

5    point?

6                        MS. SPENCER:  Object to form.

7                        MR. FIRTH:  Form.

8        A.   I knew that something happened bad to a

9    child.  I just didn't know how or what.

10       Q.   And you didn't know who either?  You

11   didn't know if Mike Davis did it or something

12   happened weeks earlier that led to the child

13   dying or something else, you didn't know either

14   way, correct?

15                       MS. SPENCER:  Object to form.

16       A.   I knew that he was the only one alone

17   with the child when she died.  That's what I

18   knew.

19       Q.   That's not the basis though to charge

20   someone with a murder necessarily; is it?

21       A.   No.  It's not.

22       Q.   And that was -- was that the working

23   theory though in this case that he had access to

Case 1:13-cv-01290-DJS Document 135-4 Filed 02/04/22 Page 66 of 153

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2   the child for the three or four hours from when

3   she went to sleep until the time that she was

4   found unresponsive so he was the prime suspect?

5   Was that the working theory?

6                 MR. FIRTH:  Brett, what do you mean

7       by working theory?

8     Q.   Was that your theory of pursuing him as a

9   suspect, that he was there so it was more than

10   likely than not him that did something

11   suspicious?

12                 MS. SPENCER:  Object to form.

13     A.   So, being that we had a suspicious death

14   of a child and we don't know how she died and he

15   was the only one there so, yes, he was the prime

16   person we expected to know why this child had

17   died.

18     Q.   Okay.  And is it fair to say that that

19   was the way you proceeded in the Adrian Thomas

20   case as well?  Adrian was alone with M and you

21   targeted Adrian to try to do what you could to

22   get him to incriminate himself because you

23   believed given his access to the child, one of

1    [RONALD FOUNTAIN - By Mr. Klein]

2    two adults in the home, that you believed with a

3    suspicious death he had to have been responsible?

4                    MS. SPENCER:  Object to the form.

5        Q.   Is that a similar theory of working up

6    the case?

7        A.   Yeah.

8        Q.   Okay.  Was that a theory of working up a

9    case that you employed in other cases as well, or

10   does it just happen to be the two that I happen

11   to know about?

12                   MS. SPENCER:  Object to form.

13       A.   I'm going to go with the two you know

14   about.

15       Q.   Okay.  There was I think reference to

16   trial of a res ipsa theory of prosecute -- of law

17   enforcement that you just -- something, there was

18   a baby that tragically passed on, there was

19   someone there, and you just went with it that

20   this person had to have been involved?  Is that a

21   fair summary of how you proceeded here?

22                   MR. FIRTH:  Form.

23                   MS. SPENCER:  Object to form.

1  [RONALD FOUNTAIN - By Mr. Klein]

2      A.   I believe that there was a suspicious

3  death, he was the only one there and we wanted to

4  know why this child died, yes.

5      Q.   Okay.  So, but just circling back to

6  March 2nd, 2015, after the hour or two recorded

7  interview you were not any closer to having

8  reason to believe Michael Davis caused this

9  death, correct?

10              MS. SPENCER:  Object to form.

11     A.   I didn't know how this death was caused

12  yet, no.

13     Q.   I'm not asking how.  But I'm saying you

14  weren't any closer believing that Michael Davis

15  had a role in it, correct?

16              MS. SPENCER:  Object to form.

17     A.   Not to my knowledge at that time.

18     Q.   Okay.  So, what happened next in terms of

19  the investigation after that interview on March

20  2nd?

21     A.   I believe we met with Dr. Sikirica.  I

22  want to say we met with the D.A.'s office a

23  couple times.  I'm sure my captain in a couple --

1 **[RONALD FOUNTAIN - By Mr. Klein]**

and maybe Sergeant Colaneri was involved, as a

supervisor, we met a few times of what was going

on in the case and what we could do and what we

couldn't do.

        Q.   So, I'm showing what we'll call Exhibit

2.

                (Exhibit No. 2, Sign-in Sheet,

                3/12/15, marked this date for

                identification.)

        Q.   Which is a sign-in sheet from March 12th,

2015.  This is a meeting with Dr. Sikirica, Andra

Ackerman, Detective Sergeant Parrow, Detective

Fountain, Detective Colaneri, Detective Sergeant

Adam Mason.

        Is this kind of what you were referring

to as the next, one of the next meetings that you

recall?

        A.   One of them.  I'm sure there were others.

        Q.   Okay.  And can you recall anything

specifically that happened at that meeting, what

was discussed?  Was linking Michael Davis to the

injuries that Dr. Sikirica observed on autopsy,

Case 1:13-cv-01290-DJS Document 113-4 Filed 02/04/22 Page 175 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2    was that discussed?  What else, what, if

3    anything, was discussed at that meeting?

4                    MS. SPENCER:  Object to form.

5                    MR. FIRTH:  Form.

6        A.    I don't know.  I don't recall.

7        Q.    What types of things generally -- you've

8    attended meetings like that in the past in other

9    cases as well, correct?

10       A.    Correct.

11       Q.    Post autopsy meetings with the D.A. and

12   the medical examiner, is that fair?

13       A.    Yeah.

14       Q.    And what types of things are generally

15   discussed at some meetings?

16       A.    How the person maybe passed.

17       Q.    Okay.  Well, that would have been

18   discussed at the autopsy itself.  So, was this

19   kind of rediscussed, what Dr. Sikirica found, so

20   that you could discuss it more in depth or was it

21   to discuss things that you've learned since that

22   time or you don't know?

23       A.    I don't remember.

1    [RONALD FOUNTAIN - By Mr. Klein]

2    Q.   Okay.  Who was driving the investigation

3    as of that date, ten days after your interview

4    with Mike Davis, on March 12th, were you charged

5    with finding an answer to this question or was

6    the D.A. giving you tasks to do or what?

7                   MS. SPENCER:  Object to form.

8                   MR. FIRTH:  Form.

9    A.   It was still an open investigation.  I

10   don't remember who was driving it or whether we

11   were still talking.  We still knew we had a child

12   that was dead and it was suspicious and somebody

13   had to have done something because that's what we

14   were told.

15   Q.   Okay.  Would you have taken notes at that

16   meeting?

17   A.   I don't remember.  If I did you have

18   them.

19   Q.   Okay.  Can you recall any other meetings

20   before the autopsy was released?  I don't have

21   any other meeting sheets other than there's a

22   meeting sheet with the D.A. and Sikirica after

23   the autopsy but you are not there.

**APPENDIX**

742

71

1 [RONALD FOUNTAIN - By Mr. Klein]

2       Do you believe you were at other meetings

3 with Sikirica and/or the D.A.?

4   A.   Together I don't recall.  I believe I met

5 with the D.A. a few times just on, you know, what

6 could be done or what they needed me to do if

7 they wanted to go further with this.

8   Q.   So, walk us through those meetings.  Were

9 they close in time to February 26th, were they

10 scattered from February 26th through the arrest

11 in October of 2015 or something else?

12   A.   I don't remember the whole layout of it.

13 I'm sorry.

14   Q.   Okay.  And whenever you don't, that's

15 fine.  But we need you to tell us to the best of

16 your recollection what you do remember.  So, if

17 you believe there were possibly two or three or

18 seven or ten, you need to tell us to the best of

19 your ability.

20   A.   I don't -- I recall Ms. Ackerman left the

21 D.A.'s office.  I believe I spoke with -- again,

22 I can't remember her name, the first assistant

23 D.A. under Abelove, about the case.  I don't

1    [RONALD FOUNTAIN - By Mr. Klein]

2    recall how many times.  Maybe two.

3        Q.    Okay.  And was there ever any skepticism

4    or question about whether there would be an

5    indictment sought in this case?

6        A.    I don't recall.

7        Q.    Okay.  So, what do you recall next?  I

8    mean, there's evidence in the record in your --

9    that you were called frequently by CPS.  They

10   were inquiring on the status of this

11   investigation and you said under numerous

12   occasions in sum and substance that you are

13   waiting for the M.E. to give you the cause and

14   manner of death and you couldn't give them any

15   more information.  Do you recall generally that

16   you would be contacted by CPS?

17       A.    On that case and numerous other cases I'm

18   sure.

19       Q.    Okay.  Do you recall anything specific

20   that CPS did or that you said to them in this

21   case that stands out other than status reports?

22       A.    Not that I recall.

23       Q.    Okay.  So, what's the next big event in

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2   this case, was it when Dr. Sikirica -- well,

3   withdrawn.

4          Michael Davis testified that on a number

5   of occasions, possibly two or more, between

6   February and October 2nd when he was arrested

7   that you would drop by, drive by in your vehicle

8   with your partner or another officer and would

9   would just speak with him on the street.  Did you

10  ever do that, either by happenstance or to see if

11  you could just get some more info out of him on

12  the street?

13      A.   I never did that.

14      Q.   Okay.  So that you remember.  You

15  affirmatively state here under oath you never did

16  or you just don't recall doing that?

17      A.   Because if I met with him I would have

18  wrote it down and it would be memorialized in my

19  BP follow-ups.

20          MS. SPENCER:  Object to form.

21      Q.   If you met with him to pressure him,

22  could you happen to see him walking down the

23  block and in sum or substance, hey, Mike, you

Case 1:13-cv-01290-DJS   Document 173-4   Filed 02/04/22   Page 75 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2    gotta give us something here, we know you are --

3    and it was literally just a conversation like

4    that, along the lines of one or two questions?

5    Do you think you would have written that down?

6              MS. SPENCER:  Object to form.

7       A.   I wouldn't do that.

8       Q.   Okay.  Well, you did question him like

9    that at the third interview, do you recall that?

10             MS. SPENCER:  Object to form.

11      A.   Yes.

12      Q.   Okay.  So, the tone of we have this

13   autopsy, we know something happened here, only

14   you can make this right, you said words like

15   that, right, to him?

16      A.   Yes.

17      Q.   So you would speak to him in a way that I

18   just described.  Is it your testimony that you

19   just wouldn't approach him on the street and

20   not -- and pressure him out on the street and not

21   in a non-custodial setting, is that what you are

22   saying?

23      A.   Correct.

1    [RONALD FOUNTAIN - By Mr. Klein]

2              MS. SPENCER:  Object to form.

3       Q.   Okay.  Just because you believe now you

4    would not have done that can you state

5    affirmatively that you didn't do it?

6              MS. SPENCER:  Object to form.

7       A.   I didn't do that.

8       Q.   Okay.  So, just for the avoidance of

9    doubt, is there anything else you can recall in

10   terms of your investigation between the March

11   12th meeting at Dr. Sikirica's office that I

12   showed you the sign-in sheet and the time you

13   became aware or advised of the autopsy findings?

14      A.   Not that I can recall.

15      Q.   Okay.  So, was it around August or when

16   was it you became aware of the autopsy finding?

17      A.   When I received the autopsy.

18      Q.   Okay.  That's a good answer.  You don't

19   know exactly when that was?

20      A.   No.

21      Q.   Okay.  Well, Mike Davis was interviewed

22   by you, we'll call it the third interview I

23   guess, at headquarters on 9/9/15.  Does that

1   [RONALD FOUNTAIN - By Mr. Klein]

2   sound right?

3     A.   Sure.

4     Q.   Okay.  So, I didn't hear an answer just

5   for the record.  I don't know if you got it.

6     A.   Yes.

7     Q.   So how long before that did you get the

8   autopsy, was it days or weeks or?

9     A.   I don't recall.

10     Q.   Whose determination was it to get Mike in

11   upon receipt of the autopsy, was it your call?

12     A.   I don't recall.

13     Q.   Okay.  Was Mike living in the home where

14   the -- where V passed or was he living somewhere

15   else at that time?

16     A.   He was not living in the home where she

17   passed, but I don't remember.

18     Q.   And he had advised you where he would be

19   and how you could reach him, correct?

20     A.   I don't believe so.  No.

21     Q.   Okay.  How did you find him?

22     A.   I think the marshals found him.

23     Q.   Okay.  Well, you found him before the

Case 1:17-cv-01290-DJS Document 175-1 Filed 02/04/22 Page 75 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2    marshals found him.  He voluntary came in on

3    9/9/15.

4        A.    I believe, to the best of my

5    recollection, I talked to his girlfriend at

6    Stewart's and asked him to come down and talk to

7    me.

8        Q.    Okay.  And then when he talked to you, I

9    believe in that interview he told you where he

10   was staying and his phone number and that he

11   would cooperate.  Did he tell you that?

12       A.    If it's in there, yes.

13       Q.    Well, we have to get a copy of it from

14   Rhiannon.

15              MR. KLEIN:  Off the record.

16              (Whereupon, a discussion was held

17        off the record.)

18       Q.    So, if he had given his information, is

19   it more likely than not that's how the marshals

20   knew where to go because he had given you his

21   contact information?

22              MS. SPENCER:  Object to form.

23       A.    That's fair.

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2        Q.   It's possible?

3        A.   Yes.

4        Q.   So you don't know whether he evaded you

5    or not, you have no recollection either way?

6        A.   I don't believe he evaded me.  I just

7    don't --

8        Q.   Okay.  So, after the interview on 9/9/15

9    would you say in that interview as well he didn't

10   give you anything of substance as you described

11   for the March 2nd interview?

12       A.   Nothing more than I already had I don't

13   believe.

14       Q.   Right.  And what you already had you

15   described earlier I think you used the words

16   "nothing of substance."  Were those the words you

17   used?

18                 MS. SPENCER:  Object to form.

19       A.   Yeah.  Besides him --

20       Q.   Okay.  So, if you had nothing more than

21   what you had on March 2nd, would you agree as of

22   interviewing him on 9/9/15 you still didn't have

23   reason to believe that he was responsible for the

*Susan Florio, RPR - Professional Reporting Service - (518)887-2733*

Case 1:17-cv-01290-DJS   Document 113-4   Filed 02/04/22   Page 85 of 153

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    death?

3                    MR. FIRTH:  Form.

4                    MS. SPENCER:  Object to form.

5        A.    I believe with the autopsy results and

6    him saying he was the only one with the child he

7    was the only person that could have caused her

8    death.

9        Q.    Okay.  You interviewed or got supporting

10   depositions or people working with you got

11   supporting depositions from fire department

12   employees who were doing CPR, correct?

13       A.    Correct.

14       Q.    One of them was named Bayley,

15   B-a-y-l-e-y.  Do you recall that?

16       A.    No.

17       Q.    Okay.  And you also interviewed hospital

18   staff who was doing CPR on her as well and got a

19   supporting dep from someone at the hospital?

20       A.    If I have one then yes.  I don't recall.

21       Q.    Okay.  We can show them to you.  So, were

22   you aware when you interviewed Mike for the third

23   time or September 9, 2015, that other people had

1  [RONALD FOUNTAIN - By Mr. Klein]

2  done -- other EMTs and hospital staff had done

3  CPR extensively on V.D.?

4  MS. SPENCER:  Object to form.

5  MR. FIRTH:  Same.

6  A.  Yes.

7  Q.  And did you know that at that time based

8  on the investigation whether you learned it

9  directly or through colleagues that there were

10  hundreds, if not thousands of chest compressions

11  done between EMTs and hospital emergency room

12  staff?

13  MS. SPENCER:  Object to form.

14  MR. FIRTH:  Objection.

15  A.  Yes.

16  Q.  The answer is yes, you knew that?

17  A.  (Nodding.)

18  MR. KLEIN:  I saw the mouth move,

19  Sue, but I didn't hear.  Did you hear it?

20  THE REPORTER:  Yes.

21  Q.  So, what was your basis for belief given

22  that you had nothing new or additional from the

23  interview that Mike Davis injured the child as

1    [RONALD FOUNTAIN - By Mr. Klein]

2    opposed to one of the personnel who was involved

3    in hundreds, if not thousands, of chest

4    compressions administered to V after she was

5    found unresponsive?

6                    MS. SPENCER:  Object to form.

7        A.    That she was unresponsive prior to them

8    even doing the compressions, that she was already

9    dead for a reason and Michael was the last one

10   with her.

11       Q.    Okay.  So you made -- is it the leap that

12   we talked about earlier, you made the leap that

13   he must have done something?

14                    MS. SPENCER:  Object to form.

15       Q.    Because there was no other explanation?

16                    MS. SPENCER:  Object to form.

17                    MR. FIRTH:  Objection.

18       A.    That and Dr. Sikirica said it was a

19   suspicious death.

20       Q.    Okay.  But a suspicious death doesn't

21   mean that he was the reason for the suspicious

22   death per se; does it?

23                    MS. SPENCER:  Object to form.

**APPENDIX** **753**

1  [RONALD FOUNTAIN - By Mr. Klein]

2          MR. FIRTH:  Object to form.

3      A.   And, again, I didn't look over the

4  autopsy report or any of the other reports.  To

5  the best of my knowledge she still died from that

6  liver laceration and she was unresponsive prior

7  to the medics getting there so I believe he was

8  the last one to do that.

9      Q.   Do you remember learning at trial that a

10  forensic pathologist confirmed that the liver was

11  in a state that was indicative of it not -- of

12  it -- of the child being dead before the liver

13  was injured?

14          MS. SPENCER:  Object to form.

15          MR. FIRTH:  Objection.

16      Q.   Based on the microscopic review of the

17  cells?

18          MR. FIRTH:  Objection.

19      A.   I was not given that information.

20      Q.   Okay.  So, if you had -- what was the

21  link in this investigation between Michael Davis

22  and the suspicious death?  Was it your assertion

23  in your testimony that Mike told you he pressed

1　**[RONALD FOUNTAIN - By Mr. Klein]**

2　on her chest and, therefore, he must have -- and

3　he was the only one there and therefore he must

4　have done it?

5　　　　　　　MS. SPENCER:　Object to form.

6　　　A.　I believe that he squeezed her and killed

7　her but he never admitted to it.　It was from

8　Dr. Sikirica that her ribs were broke and her

9　liver and she was dead prior to anybody else

10　doing any work on her.　What else could have

11　caused her death?

12　　　Q.　And you believe that not only were the

13　ribs broke and the liver, you believe that the

14　ribs cut the liver causing her to bleed out?　Is

15　that, was that your belief up until essentially

16　today?

17　　　A.　Yeah.　I believe that's how she died.

18　　　Q.　Okay.

19　　　A.　That's the best of my recollection

20　anyway.

21　　　Q.　Okay.　Now, upon receiving the autopsy

22　did you ever meet or speak with Dr. Sikirica

23　about it or did you just get a copy, review it to

**APPENDIX** 755

84

1   [RONALD FOUNTAIN - By Mr. Klein]

2   the best that you could and then confront Mike

3   with it and then proceed to testify in the grand

4   jury with nothing new from Mike?

5               MR. FIRTH:  Object to form.

6               MS. SPENCER:  Same objection.

7       A.   I don't recall.

8       Q.   Okay.  Would it have been your practice

9   to meet with Sikirica after receiving it or would

10  the report have spoken for itself in a case like

11  this?

12      A.   I would have broken down whatever I did.

13  I don't remember.  I just gave it --

14      Q.   I'm not aware of a meeting with him.  And

15  so given you couldn't understand all the words in

16  your autopsy as you admitted at the criminal

17  trial did you -- do you believe you reached out

18  to anyone to have someone explain it to you?

19      A.   I don't recall.

20              MS. SPENCER:  Object to form.

21      Q.   In retrospect would you say this was an

22  investigation that could have been a little

23  neater, was this a sloppy investigation?

1  **[RONALD FOUNTAIN - By Mr. Klein]**

2                    MS. SPENCER:  Object to form.

3                    MR. FIRTH:  Form.

4      A.    I thought it was fine.  I didn't indict

5  him.

6      Q.    Well, you testified in the grand jury and

7  resulted -- you made a conscious choice to

8  testify at the grand jury, correct?

9                    MS. SPENCER:  Object to form.

10                    MR. FIRTH:  Form.

11      A.    I believe I was subpoenaed to the grand

12  jury and I testified.

13      Q.    But it was your job and your duty to do

14  so, you were -- you didn't need a subpoena for

15  you to go, you would have done it anyway,

16  correct?

17                    MS. SPENCER:  Object to form.

18                    MR. FIRTH:  Objection.

19      A.    It's part of my job.

20      Q.    Yeah.  So you did indict him along with

21  Dr. Sikirica would you agree with that,

22  technically you indicted him?

23                    MS. SPENCER:  Object to form.

1    [RONALD FOUNTAIN - By Mr. Klein]

2        A.    I don't indict people.  I wish I could.

3        Q.    Why do you wish you could?

4        A.    Because there's a lot of bad people in

5    the world who need to be indicted.  If I could

6    just sign paperwork and have somebody indicted it

7    would make the world a lot better place.

8        Q.    As someone who has been indicted do you

9    really wish people had that kind of power,

10   unfettered power?

11       A.    As long as it's found out to be the real

12   case, sure.

13       Q.    Okay.  Well, as an investigator let's

14   drill back down to that.  You are familiar with

15   the penal law, correct?

16       A.    The basics, yeah, I know how -- or I did.

17       Q.    So, did you look up the crimes you were

18   charged with, you were indicted for?

19       A.    Yes.

20       Q.    And were you guilty of them?

21       A.    Absolutely not.

22       Q.    Okay.  Why not?

23       A.    Because I spoke with my attorney and he

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    said this is a joke.  You can't do this and this

3    is not the truth.

4            MS. SPENCER:  Objection.  You don't

5        have to --

6    Q.   I'm not asking for conversations with

7    attorneys.  I'm asking based on your experience

8    as an investigator did you commit acts which

9    violated the penal law --

10           MS. SPENCER:  Objection.

11    Q.   -- not what you would ultimately be

12    convicted, whether the case would go to trial or

13    not, or whether it would result in some other

14    disposition for some other reason, maybe

15    political reasons?  Did you commit acts which

16    violated the penal law that were supported by an

17    indictment?

18    A.   No.

19           MS. SPENCER:  Object to form.

20    Q.   Do you think people could take official

21    departmental documents and communications like

22    911 recordings, police employees at Troy can they

23    take them out of the department and take them for

1  [RONALD FOUNTAIN - By Mr. Klein]

2  unauthorized personal use?

3            MS. SPENCER:  Object to form.

4       Asked and answered earlier.

5            THE WITNESS:  Want me to answer

6       again?

7  Q.  Yeah.  You can answer.

8  A.  I had permission from a superior officer

9  so I didn't take anything.

10  Q.  But didn't Colaneri flip on you and say

11  that you didn't have permission to take it for

12  personal use?

13  A.  I did not understand his --

14            MS. SPENCER:  Object to form.

15       Asked and answered.

16  Q.  Okay.  Well, what's your understanding?

17  Does he agree that he gave permission to you?

18  A.  Yes.

19            MS. SPENCER:  Object to form.

20       Asked and answered.

21  Q.  Doesn't that just mean from your

22  experience as an investigator that you were

23  acting in concert in violating the law, not that

1    [RONALD FOUNTAIN - By Mr. Klein]

2    you were authorized to break the law?

3                    MS. SPENCER:  Objection.

4        A.   It just means I didn't commit petty

5    larceny.  I had permission.

6        Q.   Okay.  You were also charged with

7    conspiracy and what else?

8        A.   I don't remember.  But if you want to

9    discuss that, I mean, my attorney I'm sure would

10   be happy to.

11       Q.   You were charged with public corruption,

12   and official misconduct, conspiracy, criminal

13   solicitation.  All of those acts alleged to have

14   taken place in October of 2015.

15            So, now that we are up to September 9th,

16   2015.  Michael Davis was arrested on October 2nd

17   of 2015.  Just in terms of what was going on with

18   you and your colleagues involved in this case,

19   when were you arrested -- when did those events

20   with the 911 tape occur in relation to Mike

21   Davis' arrest, did they overlap?  Was it early

22   October, was it mid October, late October?

23                    MS. SPENCER:  Object to form.

1  [RONALD FOUNTAIN - By Mr. Klein]

2      A.   I believe it was late October.

3      Q.   Okay.  Did your involvement in that case

4  either, that you were adversarial to D.A. Abelove

5  who was prosecuting Mike Davis but also

6  investigating you or did your colleagues who you

7  worked with at Troy flipping on you, did any of

8  that interfere with the Mike Davis prosecution?

9              MS. SPENCER:  Objection to

10             characterization.

11             MR. FIRTH:  Objection.

12     A.   Not to my knowledge.

13     Q.   When you resigned, I think you said it

14  was April or May of 2016?

15     A.   April or March.

16     Q.   Was that negotiated by your attorney that

17  you mentioned earlier, your criminal attorney?

18     A.   No.

19     Q.   You just resigned?

20     A.   I retired.

21     Q.   You retired.  Did you have pending

22  charges where you could have been fired if it

23  went any further, even administrative charges

Case 1:17-cv-01290-DJS   Document 175-4   Filed 02/04/22   Page 95 of 153

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    related to taking the 911 recording?

3        A.    There were no administrative charges when

4    I left.

5        Q.    Okay.  Were they resolved or there were

6    just none whatsoever?

7        A.    There was none whatsoever.

8        Q.    All right.  When you left did you agree

9    to participate in the Mike Davis prosecution and

10   any other cases that you were involved before you

11   retired or did they have to subpoena you and have

12   you come in involuntarily?

13                   MR. FIRTH:  Objection.

14       A.    I was --

15       Q.    Like Mike Davis' trial was in August of

16   2016.  Does that sound right?

17       A.    Correct.

18       Q.    And so you had been off the job for about

19   five months or so at that point, correct?

20       A.    Sounds right.

21       Q.    So, were you cooperating with the D.A.'s

22   office and your department, your former

23   department at that time to prepare and assist in

# APPENDIX

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    this case or were you -- you just came in for

3    trial because you had to with a subpoena?

4                    MS. SPENCER:  Object to form.

5         A.    I didn't come in because of the subpoena.

6    I came in because I had cooperated with the

7    assistant D.A. who was handling the case.

8         Q.    Okay.  Did you have any contact with Joel

9    Abelove during the Davis prosecution?

10        A.    Not that I can recollect.

11        Q.    Have you had any contact with him since

12   the incident, since you left the department?

13        A.    Not that I recall.

14        Q.    So, after the 9/9/15 interview it was

15   about three weeks, let's say, roughly until

16   August -- until October 2nd when Mike Davis was

17   arrested.  What, if anything, transpired during

18   those weeks if you can recall?

19        A.    You know, the district attorney's name is

20   Jessica Hall, was the first D.A., and I believe I

21   talked to her about it and she talked about

22   indicting him.  I think she was the one who

23   indicted him.  I'm not sure.

Case 1:13-cv-01290-DJS Document 173-4 Filed 02/04/22 Page 96 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2        Q.   So, was it after that interview on 9/9

3    and before the arrest on the warrant on 10/2 that

4    you testified at the grand jury?

5        A.   I'm going to say yes.

6        Q.   Okay.  Did you speak -- when you met with

7    Jessica Hall, or whomever it was, about the grand

8    jury, did you meet with Dr. Sikirica as well or

9    was your prep alone?

10       A.   I believe it was alone.  I don't recall.

11       Q.   Okay.  So, what do you recall next?  Do

12   you recall the day that Mike Davis surrendered or

13   anything prior to that?

14       A.   I really don't recall.

15       Q.   Okay.  When Mike surrendered what was --

16   he wasn't surrendered, he was picked up at his

17   home and brought to headquarters, correct, for

18   processing?

19       A.   Correct.

20       Q.   What was the procedure there?  Did you

21   have to do an arrest report?

22       A.   Yes.

23       Q.   We have that.  What else did you do, if

# APPENDIX

765

94

1    [RONALD FOUNTAIN - By Mr. Klein]

2    anything?

3        A.    Fingerprints, photographs.

4        Q.    Okay.  And did you then transport him or

5    facilitate his transport to the courthouse for

6    arraignment?

7        A.    Yes.

8        Q.    Did he go to jail first and then to the

9    court or did he go right to the court?

10       A.    I don't recall.

11       Q.    Okay.  And then once he was arraigned was

12   he remanded on the case to your knowledge?

13       A.    To the best of my recollection, yes.

14       Q.    Yeah.  And I'll tell you he was in until

15   he was acquitted the following August.  From

16   October 2nd of 2015 the date of the arrest

17   through the acquittal in the following August

18   what, if any, role did you have in the

19   prosecution, other than being a witness in the

20   prosecution at trial?

21       A.    I believe I met with the assistant

22   district attorney a couple of times about the

23   case prior to the trial.

1    [RONALD FOUNTAIN - By Mr. Klein]

2    Q.    You testified at a suppression hearing,

3    right?

4    A.    I testified at a suppression hearing.

5    Q.    And you met with the D.A. a few times.

6    Can you recall any of those meetings, even if

7    it's just like, yeah, at a particular meeting the

8    D.A. said this or that, or there was a problem

9    with this or problem with that or anything else?

10   A.    I mean, I believe she asked me to go

11   through the video of the testimony that she had

12   in her office and I think I did that but I don't

13   remember.

14   Q.    Okay.  And did you discuss in either

15   explicitly or in sum or substance that the video

16   provided no -- nothing of substance --

17   A.    I don't remember.

18   Q.    -- with regard to Mike's guilt?

19              MS. SPENCER:  Object to form.

20              MR. FIRTH:  Objection.

21   A.    I don't recall what was said exactly.

22   Q.    Did you ever express a concern that since

23   the video showed in your opinion nothing of

1    [RONALD FOUNTAIN - By Mr. Klein]

2    substance in terms of criminality as to whether

3    there was a sufficient basis to go forward?

4              MS. SPENCER:  Object to form.

5        A.    Not to the best of my knowledge.

6        Q.    Were you under an affirmative obligation

7    to do so if you felt that there was an arrest, a

8    prosecution going forward that was not warranted?

9              MS. SPENCER:  Object to form.

10       Q.    Did you have a duty to intervene?

11       A.    I'm not an attorney.  I have no idea.

12   No.

13       Q.    Okay.  Yeah.  But you've been trained six

14   months at the academy and you worked at the

15   department for a long time, correct?

16       A.    I was.

17       Q.    And part of your training was training in

18   the law, right?

19       A.    Correct.

20       Q.    You learned about the fourth amendment,

21   you learned about the penal law and so on and so

22   forth, correct?

23       A.    Correct.

1    [RONALD FOUNTAIN - By Mr. Klein]

2        Q.   And you learned and you knew that there

3    was an affirmative duty of all police officers to

4    intervene to stop other law enforcement officers

5    from engaging in violations of the constitution,

6    you -- that's something that all police officers

7    learned, right?

8                MS. SPENCER:   Object to form.

9        A.   I don't believe there was a violation of

10   the constitution for me testifying in a court

11   after I had retired but.

12       Q.   Well, if there's a prosecution going on

13   where you found there was not grounds for the

14   prosecution, you hypothetically based on your

15   training and your experience you are aware that

16   you have a duty to say something, to intervene to

17   the best that you can?

18                MS. SPENCER:   Object to form.

19                MR. FIRTH:   Objection.

20       A.   I was a retired police officer at the

21   time of this.

22       Q.   Okay.   So, did you feel there were no

23   grounds to prosecute Mike, but you just did it

Case 1:17-cv-01290-DJS Document 173-1 Filed 02/04/22 Page 99 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2    because you were told to do and you retired

3    and --

4        A.   No.  I knew this child died and I believe

5    Michael Davis had something to do with it.

6                    MS. SPENCER:  Please note my

7            objection.

8        Q.   You just don't know what it is to this

9    day, but you believe it was something?  Is that

10   fair?

11       A.   I believe he caused the death of that

12   child.

13       Q.   Okay.  Well, how do you believe he caused

14   the death?  Is it just he was there and something

15   had to have happened and that's it?  Is that a

16   fair summary, or do you have any additional facts

17   that you can set forth that form the basis of

18   that belief?

19                   MR. FIRTH:  In addition to what

20          he's already testified to today?

21                   MR. KLEIN:  Yes.

22                   MS. SPENCER:  Object to form.

23       A.   I have no additional facts of anything.

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2   How's that?

3      Q.   So, can you just summarize your basis of

4   belief?  In other words, I don't want to say it.

5   I want to hear you say it so it's not, you know,

6   it's from your mouth.  Is it correct that

7   something suspicious happened to the child, Mike

8   was alone with her for a few hours, that's the

9   basis of your belief or is there anything else?

10     A.   That's the basis of my belief.

11            MS. SPENCER:  Note my objection.

12            MR. FIRTH:  Yeah.  Note my

13            objection, too.  He testified about other

14            things as well.  The record speaks for

15            itself though.

16     Q.   When you met with Troy fire do you recall

17   learning how many chest compressions they did, in

18   other words, was it, you know, a hundred per

19   minute over 20 minutes or some other type of

20   number that you could quantify?

21            MS. SPENCER:  Object to form.

22     A.   I don't recall.

23     Q.   Do you know approximately how many they

1  [RONALD FOUNTAIN - By Mr. Klein]

2  did?

3      A.   I have no idea.

4      Q.   Okay.  How about hospital staff?  Did you

5  come to learn how long they were working on V in

6  terms of chest compressions?

7      A.   No.

8            MS. SPENCER:  Object to form.

9      Q.   Okay.  Have you ever worked on a case

10  where CPR caused a death?

11            MS. SPENCER:  Object to form.

12        Asked and answered.

13      A.   Not to the best of my knowledge.

14      Q.   Okay.  Have you had any contact with

15  Dr. Sikirica since you've left the Troy Police

16  Department?

17      A.   Yes.

18      Q.   What?

19      A.   I said hi to him at a diner once.  I saw

20  him.

21      Q.   Did you have any substantive conversation

22  or just hi?

23      A.   Hi.  He said hi.  I believe he said how

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    are you.  I said good, how are you.  And he said

3    good, was kind of saying that as checking out.

4        Q.    Anything other than that?

5        A.    Not that I recall.

6        Q.    Okay.  Dr. Sikirica testified in the

7    grand jury that the ribs could not have damaged

8    the liver.  It's your story that you thought they

9    did and you are sticking to that?

10                   MR. FIRTH:  Objection.

11       A.    To the best of my knowledge that's what I

12   remember.  I don't have what the autopsy report

13   said though.

14       Q.    You don't know what?

15       A.    I don't recall what even the autopsy

16   report said.

17       Q.    But you were very clear at the trial and

18   you are clear today that you made the leap, you

19   believed that the ribs lacerated the liver you

20   just didn't know that Dr. Sikirica thought

21   otherwise; is that fair?

22       A.    That's fair.

23                   MS. SPENCER:  Object to form.

1    [RONALD FOUNTAIN - By Mr. Klein]

2                MR. FIRTH:  Objection.

3                MR. KLEIN:  You got the answer,

4         Susan?

5                THE REPORTER:  Yes.

6                (Whereupon, the answer was read

7         back.)

8                MR. KLEIN:  That's fair.  Okay.

9         So, you have an hour, I hope I have less.

10        Can we just take a seven-minute break?

11        I'm going look at my notes and see if I

12        have any documents to go over?  Is that

13        okay with everybody?  Anybody need more

14        or less?

15               MS. SPENCER:  I'm okay.

16               (Recess taken at 10:35 a.m.;

17        proceedings resumed at 10:45 a.m.)

18               (Exhibit No. 3, E-mail, marked this

19        date for identification.)

20    Q.   Exhibit 3 is an e-mail from Andra

21    Ackerman to you and Tim Colaneri, cc'd to Joel

22    Abelove entitled, "Child Fatality Investigation."

23               Can you take a moment to read it and then

1    [RONALD FOUNTAIN - By Mr. Klein]

2    when you've had a chance to read it, let me know?

3                MS. SPENCER:  Can you just zoom in,

4         Brett?

5                MR. KLEIN:  Sure.

6         A.   I can't see that.  Now I can see the

7    first line.

8         Q.   Let me know when you want me to scroll

9    down.

10        A.   If you can you scroll down to "hey there"

11   and stop for a sec.  Okay.  Scroll down.  Okay.

12        Q.   So, does this refresh your recollection

13   of a meeting where Andra is thanking you for

14   making her feel a part of the team and confirming

15   that she was involved actively investigating this

16   with Troy PD?  Does this confirm that or what, if

17   anything, does this tell you?

18                MS. SPENCER:  Object to form.

19                MR. FIRTH:  Objection.

20        A.   That we definitely kept the D.A.'s office

21   in the loop to what we were doing.  I don't

22   remember the meeting, if it was one of those

23   meetings with Dr. Sikirica where we signed in.

1    [RONALD FOUNTAIN - By Mr. Klein]

2    It could have been.  I don't recall.

3        Q.   Okay.  And when she says Ron, you

4    mentioned they'll give it -- the CPS paperwork,

5    they'll give it to you.  Did you ever give that

6    to her?

7        A.   All the CPS paperwork would be in the

8    file.  If she saw the file I don't remember.

9        Q.   You don't know.  Now I'm going to show

10   you Exhibit 4.

11                   (Exhibit No. 4, Supplemental Rule

12            26 Disclosure, marked this date for

13            identification.)

14       Q.   Exhibit 4 is a Supplemental Rule 26

15   Disclosure signed by Joe Perkins dated September

16   18, 2019.  It encloses one, two, three, four,

17   five pages of notes.  Do you recognize the

18   handwriting in these notes?

19       A.   It looks like mine from here.

20       Q.   Okay.  So, I'm just going to see if I

21   have any questions about this.  Looking at the

22   first page of notes, that number at the top

23   C20320, what is that?  Is it the case number or

Case 1:17-cv-01290-DJS Document 115-4 Filed 02/04/22 Page 106 of 152

1  **[RONALD FOUNTAIN - By Mr. Klein]**

2  something else?

3      A.   Correct.  Case number.

4      Q.   Okay.  Then it says Guider, 2:30 p.m.  Is

5  that when you got the call to go over there on

6  2/26/15?

7      A.   I'm going to say yes.

8      Q.   Okay.  And then Chuck's office is what,

9  is that reflecting where the interview took place

10  on that date?

11      A.   Correct.

12      Q.   Okay.  So you have some pedigree

13  information from Mike and Rebecca and the date of

14  birth of V and then you have some notes.  Rebecca

15  leaves 8:30 to work.  V's awake.  Mike's awake.

16  Are these your notes contemporaneous with an

17  interview of Mike or Rebecca?

18      A.    It's kind of a timeline of what happened

19  during the day, but what was told to me.  Yeah.

20  I think it was what Mike told me.

21      Q.   Okay.  Mike said he ran across the street

22  to use a phone, possibly Willie Johnson.  Did you

23  ever check with and verify that story with Willie

1    [RONALD FOUNTAIN - By Mr. Klein]

2    Johnson?

3        A.    I don't recall.  I believe so, but I

4    don't recall.

5        Q.    And you recall he testified at trial and

6    corroborated the truth of that?

7        A.    Again, I don't remember that part.

8        Q.    Okay.  And now we are on the second page.

9    I'm just going to scroll down and see if we have

10   anything to go over with you.  I think your

11   handwriting is pretty clear.

12       A.    Thanks.

13       Q.    Well, if it wasn't, I would spend more

14   time asking you to explain.

15             On the second page in like this second

16   paragraph it says no something recently at least

17   something.  Do you know what that says?

18       A.    No falls recently at least.

19       Q.    Months?

20       A.    My vision is not that great anymore.  I'm

21   sorry.  At least, sound like at least a month

22   maybe.

23       Q.    Okay.  So you were trying to find out if

1  **[RONALD FOUNTAIN - By Mr. Klein]**

2  there was any possibility of injury from any

3  source, is that what you were trying to do?

4      A.   Correct.

5      Q.   Okay.  And we are at the third page of

6  notes.  You have contact information for Nancy,

7  who is Rebecca's mom, Nancy Parker.  Do you

8  remember ever speaking with Nancy Parker?

9      A.   Yes.

10      Q.   And what, if any, what was the gist of

11  what she told you even if you don't remember

12  exactly?

13      A.   I just don't remember.

14      Q.   Okay.  So, here where it says Mike tried

15  CPR in bedroom and on couch and was pushing on

16  her chest and stomach with hand, is this what you

17  believe what he told you on the date of the

18  incident on February 26th?

19      A.   Yes.

20      Q.   And it was off of this which you

21  interviewed him on video on March 2nd after this,

22  right?

23              MS. SPENCER:  Object to form.

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2       A.   Yes.

3               MR. FIRTH:  Brett, for the record,

4           what page are you reading from or

5           referencing?

6               MR. KLEIN:  Page 6 of 7 in the

7           exhibit.

8               MR. FIRTH:  Thanks.

9               MR. KLEIN:  You guys didn't Bates

10          number it so it's hard to --

11      Q.   Now I'm going to show you another

12  document.  Other than these notes are you aware

13  of any other notes you took?

14      A.   Handwritten?  Not to the best of my

15  knowledge.

16      Q.   Okay.  I'm showing you the next exhibit,

17  5.

18              (Plaintiff's Exhibit No. 5, Rule 26

19          Disclosure, 1/31/18, 92 Pages, marked

20          this date for identification.)

21      Q.   This is a Rule 26 Disclosure dated

22  January 31st, 2018.  It's 92 pages.  I will just

23  kind of scroll to what I want to inquire about.

1  [RONALD FOUNTAIN - By Mr. Klein]

2       Looking at Page 5 of 92 in this packet

3  there's some handwriting here.  Do you recognize

4  whose handwriting this is?

5       A.   No.

6       Q.   Okay.  It looks like we have, like a

7  background search on Michael Davis.  Is this

8  something you would have pulled for the file, a

9  law enforcement report?

10      A.   It's possible.

11      Q.   Have you ever seen something like this,

12 LexisNexis?

13      A.   Yes.

14      Q.   Okay.  Was it your practice in Troy PD to

15 pull this kind of background info on a suspect?

16      A.   Yes.

17      Q.   Okay.  Did anything in his background

18 raise any red flags?

19      A.   Not to the best of my knowledge.

20      Q.   Okay.  Now, here's a list of fire

21 department people in an e-mail from Amanda

22 McGrath to Rick Sprague.  Do you know who Amanda

23 McGrath is?

1  [RONALD FOUNTAIN - By Mr. Klein]

2      A.   I have no clue.

3      Q.   Okay.  And Sprague is your captain?

4      A.   Was.  Correct.

5      Q.   Okay.  Now, this repository search, what

6  is this about?  Is this --

7      A.   I don't know.

8      Q.   Okay.  This is the -- Page 18 of 92, is

9  the incident report.  Is this something that you

10  prepared or someone else?

11      A.   Someone else.

12      Q.   Okay.  Do you know who did it?

13      A.   I can't read the name.  I'm sorry.  It's

14  way too far away from me.

15      Q.   Okay.

16      A.   Scroll down to the names.  Maybe I can

17  read the writing.  You'd have to scroll way down

18  to the bottom where the officer signed and maybe

19  I can tell you who it was.  You are way past it

20  now.  That's not the incident report.

21      Q.   Now we are on a different page.  I messed

22  it up.  Sorry.  One sec.

23      A.   I think that's --

1    [RONALD FOUNTAIN - By Mr. Klein]

2    Q.   I went to end.  Sorry.

3                 MR. FIRTH:  One of the inherent

4            difficulties of doing this remotely.

5                 MR. KLEIN:  I'd still take it

6            rather than the 18 hours of traveling,

7            but we have these issues.  Yup.

8                 MR. FIRTH:  There you go.

9    Q.   When it's blown up like this it's just

10   slow, a slow scroll.

11   A.   Yeah.  I have no clue who is 7624.  Oh,

12   maybe that's Danielle Coonradt.

13   Q.   Okay.

14   A.   Yeah.

15   Q.   Okay.

16   A.   But I really don't know her signature.  I

17   apologize.

18   Q.   Okay.  So, Page 19 of 92, this is a crime

19   scene attendance log.  Is this just a document

20   that lists anyone who was inside the Davis/Parker

21   home on the date of the incident?

22   A.   Correct.

23   Q.   The evidence collection team that took

APPENDIX **783**

112

Case 1:17-cv-01290-DJS Document 175-4 Filed 02/04/22 Page 115 of 152

1  **[RONALD FOUNTAIN - By Mr. Klein]**

2  the photos, were you there for all of that?

3      A.   To the best of my knowledge, yes.

4      Q.   Okay.  And the photos taken at autopsy,

5  were you involved in determining which ones to

6  take and which angles or was that something that

7  Buttofucco did?

8      A.   Probably Buttofucco did in guidance of

9  the doctor.

10     Q.   Okay.  This looks like a narrative by

11 Buttofucco, Page 36 of 92.  Is that what that

12 appears to be?

13     A.   Appears to be.

14     Q.   Yeah.  There's a drawing, a sketch of the

15 apartment.  Is this something that Buttofucco did

16 or someone else, if you know?

17     A.   I don't know.

18     Q.   Page 39 of 92 for the record.  You guys

19 got Sprint phone records for someone.  Who did

20 you get those for, for Michael Davis or someone

21 else?

22     A.   I don't recall.

23     Q.   There's a subpoena for Stewart's

1    [RONALD FOUNTAIN - By Mr. Klein]

2    security.  Do you know why Stewart's, there was a

3    subpoena for cash register usage printouts for

4    Rebecca Parker?  Do you know why that was?

5         A.    We were just trying to confirm her story

6    of being at work.

7         Q.    Okay.  And did you confirm it?

8         A.    To the best of my knowledge, yes.

9         Q.    Okay.  Page 54 of 92 is the supporting

10   deposition of Michael Bayley.  Do you know

11   Michael Bayley or just from this case?

12        A.    I don't even know who he is.

13        Q.    Okay.  It says he bagged the child, gave

14   her epinephrine, electroshocks.  I think they

15   gave her Narcan as well.  Were you aware of all

16   of that?

17        A.    At the time I believe I read it, but I

18   don't recall reading it.

19        Q.    There's a supporting dep from James D.

20   Tidings from Troy fire.  Do you recall who he was

21   and what his significance was to this

22   investigation?

23        A.    Again, I didn't speak to him.  I don't

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    remember who did it.  Somebody else.

3        Q.    Okay.

4        A.    I don't know him personally.

5        Q.    And Jason Lucey, there's a supporting dep

6    from him, Page 57 of 92.  Do you recall him?

7        A.    I don't.

8        Q.    Were you involved in getting these

9    supporting deps or did they just submit them to

10   you on their own?

11       A.    That one looks like its -- you have to

12   scroll in.  The signature is a detective

13   sergeant.  I wasn't a sergeant.

14       Q.    I see.

15       A.    I don't know which one took it.

16       Q.    So, these would have been done at Troy

17   headquarters in the presence of a detective

18   sergeant?

19       A.    That's the way it looks to me.

20       Q.    Okay.

21       A.    Because the officer signed it.  I'm not

22   sure where he took them.  And, again, I can't

23   even see that signature.

1    [RONALD FOUNTAIN - By Mr. Klein]

2        Q.    Frank Shoemaker, do you know who Frank

3    Shoemaker is from Troy fire?

4        A.    I do not.

5        Q.    Kathleen Crisafulli from St. Mary's

6    Hospital, an emergency room doctor gave a

7    supporting dep looks like to Sergeant Parrow

8    signed at the bottom?

9        A.    Correct.

10       Q.    Do you recall meeting with her even if

11   you didn't sign off on it?

12       A.    No.

13       Q.    Okay.  Russell Brown is the individual

14   that drove Rebecca home.  Did you obtain this

15   supporting deposition from him, which is 68 of 92

16   and 69 of 92 in this packet, or someone else?

17       A.    Someone else.

18       Q.    Was that Parrow?

19       A.    Looks like McDonald to me.

20       Q.    McDonald.  So, that story checked out as

21   well, that she was at work and got a lift home?

22       A.    Correct.

23       Q.    Okay.  Page 79 of 92 is an investigation

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2   report.  This is the only one -- this is the only

3   one that I see for this case.  Is that you that

4   signed it at the bottom or is that McDonald?

5       A.   I believe it's my initials.

6       Q.   Okay.  Are you aware of any other

7   investigation reports other than this or was this

8   the only one?

9       A.   Not to the best of my knowledge.

10      Q.   What is an extraction report?

11      A.   I have no idea.

12      Q.   Okay.  This is an affidavit of you

13  retired Detective Ronald Fountain for a search

14  warrant execution application.  Do you recall

15  doing this?

16      A.   If I --

17           MR. FIRTH:  Brett, can you zoom in

18      a little bit on this one?

19      Q.   Sure.  Yeah.  Page 84 of 92.  It says

20  search warrant application at the top.  And it

21  starts with Michael Parrow describing the events,

22  but then at the bottom it says attached affidavit

23  of retired Detective Ron Fountain.  Do you recall

Case 1:17-cv-01290-DJS Document 115-4 Filed 02/04/22 Page 118 of 152

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    being a part of this application?

3        A.    I don't.  No.  After I was retired for a

4    search warrant?

5        Q.    Yes.

6        A.    I don't recall doing it.

7        Q.    It's for the search warrant for the cell

8    phone to discover if any evidence that tends to

9    prove useful in this investigation.  So, it's a

10   search warrant for the cell phone.

11       A.    Okay.

12       Q.    You don't recall?

13       A.    Nope.

14       Q.    Do you recall Mike Davis leaving his cell

15   phone with you on March 2nd, 2015, at the

16   interview room?

17       A.    I don't remember.

18       Q.    Okay.  You kind of said you can take it

19   or leave it but you kept it?

20       A.    I don't recall.

21       Q.    Okay.  So, looking at Page 90 of 92 does

22   this appear to be an affidavit signed by you

23   saying that in sum or substance that during the

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2   interview Mike gave you a black Motorola cell

3   phone?

4       A.   It's my signature.  Yes.  I can't -- I'm

5   not going to lie, it's too far away.

6       Q.   Well, let's make it bigger so you can see

7   it.

8       A.   That's good.  Okay.

9       Q.   So, this confirms in June of 2016 after

10  you retired you gave this supporting deposition

11  saying that Mike gave you his black phone,

12  correct, during the interview on March 2nd, 2015?

13      A.   Yes.

14      Q.   Okay.  So, does that refresh your

15  recollection about the phone?

16      A.   I still don't remember but okay.  I

17  signed it.  I'm sure I did.  That's my signature.

18  Yes.  I did, but I don't remember.

19      Q.   Okay.  Did you ever inquire or

20  investigate any other -- withdrawn.

21          When you met with Dr. Sikirica on

22  February 27th, 2015, for the autopsy, did you

23  discuss with him your conversation with Mike

Case 1:17-cv-01290-DJS Document 115-4 Filed 02/04/22 Page 122 of 155

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    Davis and your belief that something suspicious

3    happened?

4        A.    I don't recall.

5        Q.    Okay.  Was that your practice to do so?

6              MS. SPENCER:  Object to form.

7        A.    I don't -- would I tell the doctor what I

8    thought was going on, that we had a house with a

9    dead person and he was the only one home and we

10   don't know anything.  I'm sure I told him that.

11       Q.    Okay.  In other words, was it the

12   practice and procedure in these investigations at

13   that time for you to have an open conversation

14   with Dr. Sikirica while he's doing this autopsy

15   or, for instance, would you be in a room, you

16   know, with a window and without communication

17   with him?  Would it be --

18       A.    We would be in the room if we went to the

19   autopsy, you know, we didn't go to every autopsy.

20       Q.    In a case like this was it collaborative

21   while he was doing his work you would share what

22   you found out to see if it helps him out at all

23   or not, you would share what you knew?

1   [RONALD FOUNTAIN - By Mr. Klein]

2                    MS. SPENCER:  Object to form.

3                    MR. FIRTH:  Object to form.

4        A.   I don't recall talking to him while he

5   was actually doing his work.

6        Q.   How about after?  How about after he

7   showed you the liver and the ribs, did he ask you

8   or inquire with you or Ackerman or anyone else

9   about what he -- what investigatory steps would

10  be helpful or anything else?

11                   MS. SPENCER:  Object to form.

12       A.   Not that I recall.

13                   MR. FIRTH:  Objection.

14       Q.   Okay.  Generally did Dr. Sikirica

15  engage in collaborative discussions about the

16  investigation going forward after the autopsy?

17                   MS. SPENCER:  Object to form.

18       A.   I don't recall meeting and talking and

19  collaborating.

20       Q.   Okay.  Doesn't mean it didn't happen, you

21  just don't recall that?

22       A.   I do not recall.

23       Q.   But generally was that the type of

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2   conversation you would have with Dr. Sikirica in

3   these cases like Thomas and this case and any

4   others would there be a discussion of okay, this

5   is what you see her today, it will be helpful to

6   have corroborative statements from the suspect or

7   anything else?  Was there any discussion like

8   that in sum or substance?

9                   MR. FIRTH:  Objection.

10                  MS. SPENCER:  Object to form.

11     A.   Not that I recall with me.

12     Q.   Okay.  If this was on the 27th and there

13  were 28 days in the month and on March 1st Andra

14  Ackerman says good to meet with you yesterday,

15  which was the 28th, does it seem more likely than

16  not that there was a meeting, a post-autopsy

17  meeting the day after the autopsy?

18                  MS. SPENCER:  Object to form.

19                  MR. FIRTH:  Object to form.

20     A.   It makes sense, but I don't remember

21  everything.

22     Q.   Okay.  So, did you plan your interview of

23  Mike Davis on March 2nd at that meeting?

1    [RONALD FOUNTAIN - By Mr. Klein]

2              MS. SPENCER:  Object to form.

3         Q.   You can answer.

4         A.   Not that I recall.

5         Q.   Okay.  You are not saying you didn't, you

6    just don't remember how you came to plan that

7    meeting?

8         A.   Correct.

9         Q.   Okay.  Do you think it's more likely

10   right than wrong that after attending the autopsy

11   with Ackerman and your colleagues you then met

12   with them the next day and discussed next

13   investigatory steps including the interview that

14   you then scheduled that day for the next day?

15        A.   That would make sense.  Yes.

16        Q.   Okay.

17              MS. SPENCER:  Brett, do you mind

18        just putting your camera on?

19              MR. KLEIN:  Oh.  I didn't realize

20        it was off.  I don't mind at all.  Sorry.

21              I thought you were going to tell me

22        that I was still sharing my screen and

23        you are looking at my notes.

1    [RONALD FOUNTAIN - By Mr. Klein]

2        Q.    There is a statement in the CPS notes

3    where you say you were unsure what the D.A.

4    wanted you to do.  Do you remember being unsure

5    what the D.A. wanted you to do with this case?

6        A.    I don't.

7                    MR. FIRTH:  Objection.

8        Q.    Do you recall that?

9        A.    I do not.

10       Q.    Okay.  Was there any particular strategic

11   or tactical reason why you didn't ask Mike Davis

12   to write anything down, or was it because in your

13   view there was nothing incriminating to write

14   down?

15                   MS. SPENCER:  Object to form.

16       A.    I don't recall.

17       Q.    Well, at that time did you have a

18   practice of having suspects who were recorded in

19   the interview room memorialize their statements

20   to writing like you did with Adrian Thomas or did

21   your practice evolve to just doing videos?

22       A.    It was all on video.  I don't think there

23   was anything else I needed to do.

1  [RONALD FOUNTAIN - By Mr. Klein]

2      Q.   Is it also true that there was nothing of

3  substance, so if there was something of substance

4  you would have had him write it?

5              MS. SPENCER:  Object to form.

6      A.   Yes.

7      Q.   Okay.  Same thing with September 9, 2015,

8  is it true that there was nothing of substance

9  that he told you beyond what you already knew and

10  if there was you might have asked him to write it

11  but you didn't because there was nothing of

12  substance?

13              MS. SPENCER:  Object to form.

14      A.   That is correct.

15      Q.   Okay.  And when we say nothing of

16  substance for the avoidance of doubt that would

17  mean nothing linking him to the crime based on

18  his statements to you?

19              MS. SPENCER:  Objection.

20      A.   Correct.

21              MR. KLEIN:  Off the record.

22              (Whereupon, a discussion was held

23          off the record.)

1    [RONALD FOUNTAIN - By Mr. Klein]

2        Q.    Were you present for any other testimony

3    during the criminal trial other than your own

4    testimony in the courtroom?

5        A.    No.

6        Q.    Did you ever have a post trial meeting

7    with anyone from the D.A.'s office or Troy PD to

8    discuss what failed in this case, why Mike Davis

9    was acquitted?

10       A.    No.

11       Q.    Did anyone ever offer to you or did you

12   ever come to learn, even if it was through

13   secondhand, why Mike Davis, why it was believed

14   he was acquitted in this case?

15       A.    Not that I recall.

16       Q.    Did you hear that, you know, the

17   prosecution had a weak case or facts came out

18   that you weren't aware of at trial or anything

19   else?

20       A.    Not that I remember.

21       Q.    Okay.  Other than Michael Davis and

22   Adrian Thomas have you been involved as the lead

23   detective in any other cases or assisting

1   **[RONALD FOUNTAIN - By Mr. Klein]**

2   detective where there have been acquittals other

3   than these two?

4      A.   Not that I recall.

5      Q.   Has any court ever suppressed evidence or

6   rendered a decision stating that your testimony

7   wasn't credible for any reason even if you

8   dispute it, to your knowledge has any court said

9   you acted illegally or your testimony wasn't

10   credible for some reason?

11           MS. SPENCER:  Object to form.

12      A.   I don't remember any.

13      Q.   Other than Adrian Thomas, the decision

14   from the Court of Appeals, which I'll tell you

15   does deal with your interrogation, the first

16   interrogation.  Other than that case, has any

17   court opined in writing to your knowledge or on

18   the record that you were not credited, you were

19   not credible or that you acted unlawfully?

20           MS. SPENCER:  Object to form.

21      A.   Again, not that I can remember.

22      Q.   Okay.  Do you think that's something you

23   would remember?

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2        A.    No, but I don't remember everything.

3    There's been a lot of court hearings over the

4    years and I try to block it out now.

5        Q.    Okay.  From your experience you deal with

6    children who are subjected to abuse, is that the

7    type of thing you deal with in your current?

8        A.    No.  It's not.

9        Q.    You just advise children about signs of

10   sexual abuse?

11       A.    No.  No.  We just talk about how you can

12   talk to adults, like your teachers if there was

13   something wrong, if you are not sure.  I do a

14   30-minute lesson for kindergartners on how to

15   keep your body safe if somebody asks to see the

16   parts of your body covered by your bathing suit.

17       Q.    Understood.  Understood.  So, in this

18   case when you learned there was a broken rib was

19   there ever a discussion about the fact that no

20   one ever heard that V was in pain, expressed pain

21   or was crying, anything other than that she was

22   sleepy and went back to sleep?  Was there ever

23   any discussion that how that if she had a broken

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    rib someone would have known and she would have

3    been crying, it would have been very painful?

4         A.   Yeah --

5              MS. SPENCER:  Object to form.

6         A.   -- I mean, I believe we are told and I

7    don't remember if it was Dr. Sikirica or exact

8    words, I don't recall, but we talked about how

9    she would have been in pain and Michael said she

10   wasn't.

11        Q.   He said she wasn't what?

12        A.   She never made any sounds to the best of

13   my recollection.  She never cried.

14        Q.   Right.  So, is that inconsistent with a

15   toddler having a broken rib before death as

16   opposed to after death during CPR?

17        A.   I'm not a medical expert at all.  Sorry.

18        Q.   Say it again.

19        A.   I'm not a medical expert at all.  I don't

20   know how they should act.

21        Q.   Yeah.  But you are an experienced

22   detective, you're a dad, you know about young

23   children from your career and your personal life,

Case 1:17-cv-01290-DJS Document 115-1 Filed 02/04/22 Page 136 of 153

1    [RONALD FOUNTAIN - By Mr. Klein]

2    a baby with a broken rib is going to be screaming

3    and crying presumably, correct?

4        A.    Definitely verbal.  Yes.

5             MS. SPENCER:  Object to form.

6        Q.    Okay.  And in this case that apparently

7    wasn't the case.  So, I'm just asking did that

8    ever raise a flag either to you or was it raised

9    by anyone else?

10            MS. SPENCER:  Object to form.

11       A.    According to Michael there was never a

12   scream.

13       Q.    Right.

14       A.    Right.

15       Q.    Well, did you interview any neighbors to

16   see if they heard screams?

17       A.    I believe we checked the building or

18   other detectives did and there was nobody else

19   home to the best of my recollection.

20       Q.    Okay.  All right.  Is there anything else

21   about this case, Mr. Fountain, that you think is

22   significant either about your dealings with

23   Michael Davis that you want to put on the record

1    **[RONALD FOUNTAIN - By Mr. Klein]**

2    that you can recall that you haven't said?

3        A.    Not that I recall.

4        Q.    And you told us everything you know about

5    this incident?

6        A.    Everything you've asked about and that I

7    can recall.

8                    MR. FIRTH:  Object to the form of

9            that last question.

10       Q.    Okay.  Is there any other information as

11   to -- about Michael Davis that you know that you

12   haven't been asked or put on the record today?

13                   MR. FIRTH:  Objection.

14                   MS. SPENCER:  Note my objection.

15       A.    Not that I can recall.

16       Q.    Okay.  Is it your understanding that

17   Dr. Sikirica's examination and findings was

18   informed by your telling him of the investigatory

19   progress to date when you met with him, that he

20   took that into consideration?

21                   MS. SPENCER:  Object to the form.

22       A.    I have no idea what Dr. Sikirica took

23   into consideration.

1    [RONALD FOUNTAIN - By Mr. Klein]

2    Q.   Well, it's your understanding that you

3    were working as a collaborative team, you,

4    Dr. Sikirica, the D.A.'s office, to try to get to

5    the bottom of this?

6    A.   Yes.

7    Q.   Okay.  So, you were sharing information

8    with him that presumably he was taking -- you

9    don't know what he thought, but presumably you

10   were sharing it with him for the purposes of

11   assisting his investigation, correct?

12                 MR. FIRTH:  Objection.

13                 MS. SPENCER:  Note my objection.

14   A.   Yes.  We shared.

15   Q.   And you shared with him what Mike had

16   told you, correct?

17   A.   I don't recall telling him exactly what

18   Mike told me but I'm sure I did.

19   Q.   Dr. Sikirica testified at trial that he

20   watched the -- your video of him, at least one of

21   them, the long videos.  Did you ever give the

22   video to him or come to learn that he watched it

23   even if you didn't give it to him?

Case 1:17-cv-01290-DJS Document 117-1 Filed 02/04/22 Page 135 of 152

1    [RONALD FOUNTAIN - By Mr. Klein]

2        A.   I don't recall.

3        Q.   Okay.  Do you believe that if he had it,

4    given that you were the lead you would have been

5    the person to give it to him?

6        A.   Not necessarily.

7        Q.   Okay.  Well, in terms of the post Mike

8    Davis interview meeting on March 12th with

9    Dr. Sikirica, would that be more likely than not

10   when you would have given him the video if he had

11   it?

12       A.   Of the second interview?

13       Q.   Yes.

14       A.   Yeah.  We would have given it to him if

15   somebody asked or if he asked.  I don't know if I

16   did or one of the -- I don't know.

17       Q.   Okay.  We'll ask him about that.

18            And this final question.  This concept of

19   sudden unexplained death, is it something someone

20   ever discussed with you before me asking you

21   about it today?

22       A.   Again, I heard of SIDS.  I've never heard

23   of sudden unexplained two and a half year old

Case 1:17-cv-01290-DJS Document 117-1 Filed 02/04/22 Page 136 of 155

1    [RONALD FOUNTAIN - By Mr. Klein]

2    deaths.  I'm sorry.

3        Q.    Okay.  Have you heard about like high

4    school athletes or young children just dropping

5    dead without any apparent cause, reason?  Have

6    you heard about that, otherwise healthy?

7        A.    There may be an underlying condition,

8    heart murmur or something like that.  But I

9    didn't know they just dropped dead for no reason

10   and they could never find out.

11             MR. KLEIN:  Okay.  I want to thank

12         you for your time.  Just, Ms. Spencer, we

13         reserve the right to continue this if we

14         think it's necessary upon receiving the

15         video, but otherwise I think we are done

16         for today.  Thanks for your time.

17

18    *COUNSEL REQUESTS INFORMATION TO BE SUPPLIED*

19

20             THE WITNESS:  Thank you.

21             MS. SPENCER:  Do you have any

22         questions, Bill?

23             MR. FIRTH:  I don't have any

**[RONALD FOUNTAIN - By Mr. Klein]**

2    questions.  Thanks a lot, Detective,

3    appreciate it.

4         (Whereupon, the testimony of RONALD

5    FOUNTAIN concluded at 11:25 a.m.)

Case 1:17-cv-01290-DJS Document 115-14 Filed 02/04/22 Page 138 of 152

1

2

3     STATE OF NEW YORK

4     COUNTY OF _____

5

6

7          I have read the foregoing record of my

8     testimony taken at the time and place noted in the

9     heading hereof, and I do hereby acknowledge it to

10    be a true and correct transcript of same.

11

12

13

14          _____

15                    RONALD FOUNTAIN

16

17

18    Sworn to before me this

19    _____ day of _____, 20___.

20    _____

21    NOTARY PUBLIC

22

23

1

2          DEPOSITION TRANSCRIPT ERRATA SHEET
           ERRATA SHEET FOR TRANSCRIPT OF:
3          RONALD FOUNTAIN - May 21, 2021

4    PAGE/LINE                    CORRECTION

5

6    ___ ___    _____

7    ___ ___    _____

8    ___ ___    _____

9    ___ ___    _____

10   ___ ___    _____

11   ___ ___    _____

12   ___ ___    _____

13   ___ ___    _____

14   ___ ___    _____

15   ___ ___    _____

16   ___ ___    _____

17   ___ ___    _____

18   ___ ___    _____

19   ___ ___    _____

20   ___ ___    _____

21   ___ ___    _____

22   ___ ___    _____

23   ___ ___    _____

1

2                    C E R T I F I C A T I O N

3

4          I, SUSAN FLORIO, Registered Professional

5    Reporter and Notary Public in and for the State of

6    New York, do hereby certify that the foregoing is a

7    true, complete and accurate transcript to the best

8    of my knowledge, skill and ability on the date and

9    place hereinbefore set forth.

10          I FURTHER CERTIFY that I am not related

11   to or employed by any of the parties to the action

12   in which the proceedings were taken, or any

13   attorney or counsel employed in this action, nor am

14   I financially interested in the case.

15          IN WITNESS WHEREOF, I have hereunto set

16   my hand this 11th day of June, 2021.

17

18

19                    _____/Susan Florio, RPR
                      _____
20                         SUSAN FLORIO, RPR

21               (The foregoing certification of
             this transcript does not apply to any
22           reproduction of the same by any means
             unless under the direct control and/or
23           supervision of the certifying reporter.)

138

1

2    INDEX TO EXAMINATION:                          PAGE
     ---------------------------------------------------
3
     BY MR. KLEIN:                                    4
4

5

6

7

8    INDEX TO PLAINTIFF'S EXHIBITS:                 PAGE
     ---------------------------------------------------
9
     1, Sign-in Sheet, 2/27/15                       50
10
     2, Sign-in Sheet, 3/12/15                       68
11
     3, E-mail                                      102
12
     4, Supplemental Rule 26 Disclosure            104
13
     5, Rule 26 Disclosure, 1/31/18, 92 Pages      108
14

15

16
     INDEX TO COUNSEL REQUESTS:                     PAGE
17   ---------------------------------------------------

18   Video                                          133

19

20

21

22

23

**'**

**'14** [1] - 15:13
**'15** [1] - 15:14
**'19** [1] - 8:8

**1**

**1** [4] - 31:10, 34:14, 50:4, 138:9
**1/31/18** [2] - 108:19, 138:13
**10/2** [1] - 93:3
**10007** [1] - 2:5
**102** [1] - 138:11
**104** [1] - 138:12
**108** [1] - 138:13
**10:35** [1] - 102:16
**10:45** [1] - 102:17
**11:25** [1] - 134:5
**11th** [1] - 137:16
**12** [2] - 37:5, 37:12
**12181-0208** [1] - 2:15
**12205** [1] - 2:10
**12th** [4] - 68:11, 70:4, 75:11, 132:8
**133** [1] - 138:18
**138** [1] - 2:23
**13th** [1] - 4:23
**15** [1] - 39:12
**18** [3] - 104:16, 110:8, 111:6
**19** [1] - 111:18
**1988** [1] - 33:8
**1990** [2] - 33:5, 33:11
**1993** [1] - 33:4
**1:17-cv-01290** [1] - 1:7
**1st** [1] - 121:13

**2**

**2** [3] - 68:7, 68:8, 138:10
**2/26/15** [1] - 105:6
**2/27/15** [2] - 50:5, 138:9
**20** [1] - 99:19
**2008** [3] - 32:6, 62:8, 62:18
**2015** [25] - 9:15, 10:3, 11:12, 31:9, 34:12, 47:16, 49:16, 50:8, 53:23, 61:12, 62:17, 62:22, 63:20, 67:6, 68:12, 71:11, 79:23, 89:14, 89:16, 89:17, 94:16, 117:15,

118:12, 118:22, 124:7
**2016** [4] - 9:13, 90:14, 91:16, 118:9
**2018** [1] - 108:22
**2019** [3] - 5:2, 7:18, 104:16
**2021** [3] - 1:16, 136:3, 137:16
**208** [1] - 2:15
**20___** [1] - 135:19
**21** [2] - 1:16, 136:3
**22** [1] - 2:15
**24** [1] - 14:13
**26** [7] - 14:13, 104:12, 104:14, 108:18, 108:21, 138:12, 138:13
**26th** [9] - 11:11, 31:9, 34:12, 47:16, 60:16, 61:7, 71:9, 71:10, 107:18
**27th** [5] - 49:16, 50:8, 59:16, 118:22, 121:12
**28** [1] - 121:13
**28th** [1] - 121:15
**2:30** [1] - 105:4
**2nd** [17] - 60:14, 60:16, 61:12, 62:22, 63:20, 67:6, 67:20, 73:6, 78:11, 78:21, 89:16, 92:16, 94:16, 107:21, 117:15, 118:12, 121:23

**3**

**3** [3] - 102:18, 102:20, 138:11
**3/12/15** [2] - 68:9, 138:10
**3/2/15** [1] - 61:21
**30-minute** [1] - 127:14
**305** [1] - 2:5
**31st** [1] - 108:22
**36** [1] - 112:11
**39** [1] - 112:18
**3rd** [2] - 7:18, 60:13

**4**

**4** [5] - 104:10, 104:11, 104:14, 138:3, 138:12

**5**

**5** [5] - 2:9, 108:17, 108:18, 109:2, 138:13
**50** [1] - 138:9
**507** [1] - 2:9
**54** [1] - 113:9
**57** [1] - 114:6

**6**

**6** [2] - 10:19, 108:6
**600** [1] - 2:5
**68** [2] - 115:15, 138:10
**69** [1] - 115:16

**7**

**7** [1] - 108:6
**7624** [1] - 111:11
**79** [1] - 115:23

**8**

**800** [1] - 31:20
**84** [1] - 116:19
**8:30** [1] - 105:15

**9**

**9** [2] - 79:23, 124:7
**9/9** [1] - 93:2
**9/9/15** [5] - 75:23, 77:3, 78:8, 78:22, 92:14
**90** [1] - 117:21
**911** [14] - 19:17, 25:7, 25:8, 25:12, 25:13, 25:21, 26:10, 26:15, 31:10, 31:12, 34:14, 87:22, 89:20, 91:2
**92** [19] - 108:19, 108:22, 109:2, 110:8, 111:18, 112:11, 112:18, 113:9, 114:6, 115:15, 115:16, 115:23, 116:19, 117:21, 138:13
**9:00** [1] - 1:16
**9th** [2] - 53:22, 89:15

**A**

**A.D.A** [1] - 48:14

**a.m** [4] - 1:16, 102:16, 102:17, 134:5
**Abelove** [16] - 2:9, 19:12, 20:9, 20:17, 21:2, 22:13, 24:21, 29:22, 30:15, 43:9, 43:14, 44:23, 71:23, 90:4, 92:9, 102:22
**ABELOVE** [1] - 1:11
**ability** [3] - 7:15, 71:19, 137:8
**absolutely** [4] - 29:15, 29:18, 61:5, 86:21
**abuse** [2] - 127:6, 127:10
**academy** [1] - 96:14
**access** [2] - 64:23, 65:23
**according** [1] - 129:11
**accurate** [1] - 137:7
**accurately** [3] - 5:13, 6:14, 7:10
**accused** [1] - 22:13
**Ackerman** [11] - 42:23, 43:17, 44:12, 48:14, 49:3, 68:13, 71:20, 102:21, 120:8, 121:14, 122:11
**acknowledge** [1] - 135:9
**acquittal** [4] - 18:12, 18:19, 18:22, 94:17
**acquittals** [1] - 126:2
**acquitted** [4] - 18:13, 94:15, 125:9, 125:14
**act** [1] - 128:20
**acted** [3] - 15:22, 126:9, 126:19
**acting** [1] - 88:23
**action** [4] - 3:12, 4:12, 137:11, 137:13
**actions** [1] - 42:15
**actively** [1] - 103:15
**acts** [3] - 87:8, 87:15, 89:13
**Adam** [6] - 2:14, 16:22, 23:4, 40:12, 42:11, 68:15
**ADAM** [1] - 1:10
**Adam's** [1] - 17:23
**addition** [2] - 3:8, 98:19
**additional** [4] - 63:14, 80:22, 98:16, 98:23
**additionally** [1] - 11:4
**address** [1] - 34:20
**administered** [1] - 81:4
**administrative** [2] -

90:23, 91:3
**admitted** [2] - 83:7, 84:16
**Adrian** [14] - 5:10, 12:20, 15:5, 15:10, 16:11, 18:16, 23:9, 62:8, 65:19, 65:20, 65:21, 123:20, 125:22, 126:13
**adults** [3] - 59:5, 66:2, 127:12
**adversarial** [1] - 90:4
**advise** [1] - 127:9
**advised** [3] - 57:5, 75:13, 76:18
**affidavit** [3] - 116:12, 116:22, 117:22
**affirmatively** [2] - 73:15, 75:5
**afternoon** [2] - 34:17, 39:2
**afterwards** [2] - 47:8, 50:2
**agency** [1] - 8:7
**agree** [9] - 16:17, 38:3, 49:14, 54:5, 78:21, 85:21, 88:17, 91:8
**agreed** [3] - 3:13, 3:18, 3:21
**AGREED** [1] - 3:3
**Albany** [1] - 2:10
**alcohol** [1] - 7:12
**alleged** [2] - 21:6, 89:13
**allowed** [1] - 47:20
**alone** [5] - 64:16, 65:20, 93:9, 93:10, 99:8
**Amanda** [2] - 109:21, 109:22
**amendment** [1] - 96:20
**anatomy** [1] - 56:13
**AND** [1] - 3:3
**Andra** [10] - 42:23, 43:17, 43:21, 44:12, 44:15, 49:3, 68:12, 102:20, 103:13, 121:13
**angles** [1] - 112:6
**answer** [23] - 5:12, 6:11, 6:16, 7:6, 11:14, 13:10, 14:19, 15:16, 16:7, 24:15, 34:10, 42:19, 54:11, 64:2, 70:5, 75:18, 76:4, 80:16, 88:5, 88:7, 102:3, 102:6, 122:3

Case 1:17-cv-01290-DJS Document 117-10 Filed 02/04/22 Page 143 of 152

**answered** [6] - 25:2, 29:4, 88:4, 88:15, 88:20, 100:12
**anyway** [2] - 83:20, 85:15
**apartment** [1] - 112:15
**apologize** [1] - 111:17
**apparent** [1] - 133:5
**Appeals** [4] - 15:3, 15:21, 17:6, 126:14
**appear** [2] - 50:7, 117:22
**APPEARANCES** [1] - 2:2
**appliances** [1] - 9:2
**application** [3] - 116:14, 116:20, 117:2
**apply** [1] - 137:21
**appreciate** [1] - 134:3
**apprised** [2] - 44:4, 44:8
**approach** [1] - 74:19
**appropriate** [1] - 28:21
**April** [1] - 90:14
**april** [1] - 90:15
**area** [1] - 31:10
**arraigned** [1] - 94:11
**arraignment** [1] - 94:6
**arrest** [12] - 4:15, 13:23, 18:11, 45:4, 46:20, 71:10, 89:21, 93:3, 93:21, 94:16, 96:7
**arrested** [5] - 31:6, 73:6, 89:16, 89:19, 92:17
**arrived** [1] - 35:18
**Assault** [1] - 8:2
**assertion** [1] - 82:22
**assigned** [7] - 32:11, 39:18, 39:22, 40:9, 41:7, 43:7, 44:20
**assist** [1] - 91:23
**Assistance** [1] - 8:3
**assistant** [4] - 44:16, 71:22, 92:7, 94:21
**Assistant** [1] - 44:22
**assisting** [2] - 125:23, 131:11
**assume** [2] - 7:3, 48:13
**assuming** [2] - 16:17, 34:13
**athletes** [2] - 59:2, 133:4
**attached** [1] - 116:22
**attendance** [1] - 111:19

**attended** [2] - 48:9, 69:8
**attendees** [1] - 50:10
**attending** [1] - 122:10
**attention** [2] - 22:2, 31:8
**Attorney** [1] - 44:22
**attorney** [13] - 19:13, 19:16, 21:13, 21:23, 44:19, 86:23, 89:9, 90:16, 90:17, 94:22, 96:11, 137:13
**Attorney's** [2] - 12:21, 41:16
**attorney's** [1] - 92:19
**attorneys** [2] - 20:17, 87:7
**Attorneys** [3] - 2:4, 2:8, 2:13
**audiotape** [1] - 25:18
**August** [9] - 9:15, 10:2, 53:19, 75:15, 91:15, 92:16, 94:15, 94:17
**authorized** [1] - 89:2
**autopsy** [41] - 45:6, 48:8, 50:10, 50:13, 50:21, 51:3, 53:17, 53:18, 54:3, 54:7, 54:15, 55:12, 55:18, 56:23, 60:5, 68:23, 69:11, 69:18, 70:20, 70:23, 74:13, 75:13, 75:16, 75:17, 76:8, 76:11, 79:5, 82:4, 83:21, 84:16, 101:12, 101:15, 112:4, 118:22, 119:14, 119:19, 120:16, 121:16, 121:17, 122:10
**Avenue** [2] - 2:10, 31:20
**avoidance** [2] - 75:8, 124:16
**awake** [1] - 105:15
**aware** [20] - 13:21, 14:16, 14:20, 16:10, 18:20, 22:6, 25:21, 26:16, 41:18, 62:5, 62:7, 75:13, 75:16, 79:22, 84:14, 97:15, 108:12, 113:15, 116:6, 125:18

**B**

**B-a-y-l-e-y** [1] - 79:15
**baby** [7] - 35:4, 35:10,

35:15, 35:19, 66:18, 129:2
**background** [4] - 5:19, 109:7, 109:15, 109:17
**bad** [2] - 64:8, 86:4
**bagged** [1] - 113:13
**BAILEY** [1] - 2:7
**bar** [1] - 3:10
**based** [9] - 5:17, 15:11, 45:4, 45:12, 80:7, 82:16, 87:7, 97:14, 124:17
**basics** [3] - 11:2, 11:4, 86:16
**basis** [7] - 64:19, 80:21, 96:3, 98:17, 99:3, 99:9, 99:10
**Bates** [1] - 108:9
**bathing** [1] - 127:16
**Bayley** [3] - 79:14, 113:10, 113:11
**BE** [1] - 133:18
**beating** [1] - 56:19
**became** [8] - 11:10, 11:17, 26:15, 33:6, 33:7, 33:16, 75:13, 75:16
**become** [4] - 25:21, 31:16, 31:23, 40:6
**bedroom** [1] - 107:15
**begun** [1] - 3:17
**belief** [9] - 28:14, 28:16, 80:21, 83:15, 98:18, 99:4, 99:9, 99:10, 119:2
**best** [26] - 5:13, 12:4, 12:12, 34:8, 34:11, 34:23, 62:3, 71:15, 71:18, 77:4, 82:5, 83:19, 84:2, 94:13, 96:5, 97:17, 100:13, 101:11, 108:14, 109:19, 112:3, 113:8, 116:9, 128:12, 129:19, 137:7
**better** [3] - 49:18, 49:20, 86:7
**between** [8] - 3:3, 10:18, 23:19, 37:18, 73:5, 75:10, 80:11, 82:21
**beyond** [2] - 11:4, 124:9
**big** [1] - 72:23
**bigger** [1] - 118:6
**Bill** [1] - 133:22
**birth** [1] - 105:14
**bit** [4] - 33:15, 33:22,

38:16, 116:18
**black** [2] - 118:2, 118:11
**bleed** [1] - 83:14
**block** [3] - 31:20, 73:23, 127:4
**blown** [1] - 111:9
**body** [5] - 57:10, 127:15, 127:16
**booked** [1] - 61:9
**bottom** [5] - 110:18, 115:8, 116:4, 116:22, 131:5
**Box** [1] - 2:15
**BP** [1] - 73:19
**brand** [1] - 44:19
**break** [4] - 7:5, 7:7, 89:2, 102:10
**breathing** [1] - 35:10
**brett** [1] - 17:3
**Brett** [7] - 4:11, 22:19, 65:6, 103:4, 108:3, 116:17, 122:17
**BRETT** [2] - 2:4, 2:6
**bring** [1] - 35:7
**Broadway** [1] - 2:5
**broke** [2] - 83:8, 83:13
**broken** [7] - 52:8, 55:4, 84:12, 127:18, 127:23, 128:15, 129:2
**brought** [6] - 27:7, 36:8, 36:10, 60:17, 61:8, 93:17
**Brown** [1] - 115:13
**bruising** [2] - 57:9, 57:23
**building** [1] - 129:17
**bureau** [2] - 39:23, 41:8
**Buttofucco** [5] - 48:18, 112:7, 112:8, 112:11, 112:15
**BY** [4] - 2:6, 2:16, 4:7, 138:3

**C**

**C20320** [1] - 104:23
**calm** [1] - 36:15
**camera** [3] - 62:12, 62:15, 122:18
**candidate** [1] - 30:3
**candidate's** [1] - 26:11
**captain** [2] - 67:23, 110:3
**Captain** [4] - 31:17, 34:15, 40:8, 40:10

**card** [1] - 62:6
**care** [3] - 21:14, 28:10, 28:12
**career** [2] - 5:19, 128:23
**Case** [1] - 1:7
**case** [106] - 5:10, 9:16, 9:20, 10:22, 11:8, 11:9, 11:18, 12:6, 12:8, 12:10, 12:14, 12:15, 12:18, 12:20, 13:16, 15:4, 15:5, 15:6, 15:13, 16:18, 17:3, 17:11, 17:12, 18:7, 18:10, 19:17, 20:2, 20:4, 20:5, 20:8, 20:18, 22:19, 22:21, 22:23, 23:6, 24:13, 29:23, 31:2, 31:3, 31:22, 32:10, 34:2, 39:13, 39:14, 39:17, 40:4, 40:7, 40:11, 40:14, 41:6, 41:10, 41:14, 41:17, 41:22, 42:12, 42:16, 43:4, 43:7, 43:15, 43:18, 44:11, 44:20, 45:3, 46:19, 47:9, 53:7, 59:23, 62:5, 64:23, 65:20, 66:6, 66:9, 68:4, 71:23, 72:5, 72:17, 72:21, 73:2, 84:10, 86:12, 87:12, 89:18, 90:3, 92:2, 92:7, 94:12, 94:23, 100:9, 104:23, 105:3, 113:11, 116:3, 119:20, 121:3, 123:5, 125:8, 125:14, 125:17, 126:16, 127:18, 129:6, 129:7, 129:21, 137:14
**cases** [20] - 14:17, 18:20, 20:18, 20:22, 21:5, 21:8, 21:12, 21:14, 21:18, 22:9, 33:18, 55:20, 55:23, 66:9, 69:9, 72:17, 91:10, 121:3, 125:23
**cash** [1] - 113:3
**caused** [11] - 52:10, 53:5, 54:6, 56:4, 67:8, 67:11, 79:7, 83:11, 98:11, 98:13, 100:10
**causing** [1] - 83:14
**cc'd** [1] - 102:21
**cell** [8] - 27:7, 31:18,

37:3, 47:17, 117:7, 117:10, 117:14, 118:2
**cells** [1] - 82:17
**certification** [2] - 3:19, 137:21
**certify** [1] - 137:6
**CERTIFY** [1] - 137:10
**certifying** [1] - 137:23
**chains** [1] - 43:10
**chance** [2] - 29:14, 103:2
**change** [1] - 18:4
**changed** [1] - 8:7
**characterization** [1] - 90:10
**charge** [2] - 3:23, 64:19
**charged** [6] - 29:5, 61:9, 70:4, 86:18, 89:6, 89:11
**charges** [4] - 39:9, 90:22, 90:23, 91:3
**charging** [1] - 29:8
**Charles** [1] - 2:14
**CHARLES** [1] - 1:9
**check** [1] - 105:23
**checked** [2] - 115:20, 129:17
**checking** [1] - 101:3
**chest** [6] - 80:10, 81:3, 83:2, 99:17, 100:6, 107:16
**child** [22] - 18:11, 18:17, 18:21, 38:21, 39:6, 39:7, 64:9, 64:12, 64:17, 65:2, 65:14, 65:16, 65:23, 67:4, 70:11, 79:6, 80:23, 82:12, 98:4, 98:12, 99:7, 113:13
**Child** [1] - 102:22
**children** [6] - 8:16, 59:11, 127:6, 127:9, 128:23, 133:4
**choice** [1] - 85:7
**Chuck's** [1] - 105:8
**circling** [1] - 67:5
**circulate** [1] - 50:2
**circumstances** [1] - 14:7
**City** [1] - 2:13
**city** [1] - 30:7
**CITY** [1] - 1:9
**Civil** [1] - 1:7
**civilians** [1] - 12:14
**claimed** [1] - 30:15
**clause** [1] - 15:7
**clear** [4] - 18:3, 101:17, 101:18,

106:11
**clearly** [1] - 6:13
**close** [1] - 71:9
**closer** [2] - 67:7, 67:14
**clue** [3] - 37:4, 110:2, 111:11
**COLANERI** [1] - 1:10
**Colaneri** [22] - 2:14, 22:23, 24:17, 25:15, 25:17, 26:18, 28:11, 37:2, 37:10, 37:19, 37:20, 38:2, 40:21, 40:22, 41:2, 42:6, 48:23, 68:2, 68:14, 88:10, 102:21
**Colaneri's** [1] - 41:21
**collaborating** [1] - 120:19
**collaborative** [3] - 119:20, 120:15, 131:3
**colleague** [1] - 23:2
**colleagues** [9] - 15:22, 21:17, 21:18, 24:5, 38:20, 80:9, 89:18, 90:6, 122:11
**collection** [1] - 111:23
**Colonie** [4] - 32:2, 32:17, 33:19, 34:4
**command** [1] - 43:10
**commencing** [1] - 1:16
**commit** [3] - 87:8, 87:15, 89:4
**committed** [6] - 38:6, 47:23, 48:2, 63:19, 64:4
**communication** [1] - 119:16
**communications** [1] - 87:21
**company** [1] - 8:23
**compared** [1] - 63:15
**compensated** [1] - 9:8
**compiled** [1] - 33:2
**complained** [1] - 20:18
**complete** [1] - 137:7
**completely** [1] - 28:23
**compression** [1] - 56:4
**compressions** [5] - 80:10, 81:4, 81:8, 99:17, 100:6
**computer** [1] - 62:19
**concept** [1] - 132:18
**concern** [1] - 95:22
**concerning** [1] - 8:16
**concert** [1] - 88:23

**concluded** [1] - 134:5
**conclusion** [1] - 63:13
**condition** [1] - 133:7
**conduct** [3] - 17:7, 39:8, 39:9
**conducted** [2] - 16:2, 17:16
**confer** [1] - 44:2
**conference** [2] - 5:4, 5:6
**conferral** [1] - 37:18
**confirm** [4] - 11:4, 103:16, 113:5, 113:7
**confirmed** [1] - 82:10
**confirming** [1] - 103:14
**confirms** [1] - 118:9
**confront** [1] - 54:4, 84:2
**connection** [3] - 12:18, 12:20, 13:15
**conscious** [1] - 85:7
**consideration** [2] - 130:20, 130:23
**conspiracy** [2] - 89:7, 89:12
**constitution** [2] - 97:5, 97:10
**contact** [7] - 23:19, 24:8, 77:21, 92:8, 92:11, 100:14, 107:6
**contacted** [1] - 72:16
**contemporaneous** [1] - 105:16
**context** [1] - 26:19
**continue** [2] - 6:16, 133:13
**continued** [1] - 34:6
**control** [1] - 137:22
**conversation** [5] - 74:3, 100:21, 118:23, 119:13, 121:2
**conversations** [1] - 87:6
**convicted** [1] - 87:12
**Coonradt** [3] - 2:13, 36:10, 111:12
**COONRADT** [1] - 1:9
**cooperate** [1] - 77:11
**cooperated** [2] - 12:21, 92:6
**cooperating** [1] - 91:21
**cooperation** [1] - 63:4
**cooperative** [2] - 61:4, 61:6
**copied** [1] - 27:19
**copy** [9] - 3:23, 25:17, 26:3, 27:17, 27:23,

30:13, 77:13, 83:23
**correct** [89] - 4:22, 5:7, 5:8, 13:7, 16:12, 16:19, 16:21, 16:23, 17:12, 17:17, 18:13, 18:14, 19:7, 19:8, 19:19, 20:10, 23:3, 23:5, 23:7, 23:10, 23:11, 26:7, 26:12, 27:8, 27:9, 27:23, 28:3, 28:6, 29:2, 33:14, 34:13, 38:7, 38:11, 38:13, 41:11, 45:17, 45:18, 46:22, 47:2, 48:2, 48:10, 48:19, 51:14, 53:19, 53:20, 54:7, 57:10, 60:5, 60:6, 62:9, 62:11, 63:16, 63:17, 64:14, 67:9, 67:15, 69:9, 69:10, 74:23, 76:19, 79:12, 79:13, 85:8, 85:16, 86:15, 91:17, 91:19, 93:17, 93:19, 96:15, 96:19, 96:22, 96:23, 99:6, 105:3, 105:11, 107:4, 110:4, 111:22, 115:9, 115:22, 118:12, 122:8, 124:14, 124:20, 129:3, 131:11, 131:16, 135:10
**CORRECTION** [1] - 136:4
**correction** [2] - 33:6, 33:7
**corroborated** [1] - 106:6
**corroborative** [1] - 121:6
**corruption** [1] - 89:11
**couch** [1] - 107:15
**COUNSEL** [2] - 133:18, 138:16
**Counsel** [2] - 4:10, 5:17
**counsel** [1] - 137:13
**COUNTY** [2] - 1:11, 135:4
**County** [2] - 2:8, 8:2
**couple** [1] - 67:23, 94:22
**coupled** [1] - 46:13
**course** [1] - 32:17
**court** [13] - 6:12, 6:18, 8:12, 17:15, 20:2, 24:5, 94:9, 97:10, 126:5, 126:8,

126:17, 127:3
**Court** [4] - 15:3, 15:21, 17:6, 126:14
**COURT** [2] - 1:4, 29:19
**courthouse** [1] - 94:5
**courtroom** [1] - 125:4
**covered** [1] - 127:16
**coworker** [1] - 30:13
**CPR** [8] - 55:22, 56:4, 79:12, 79:18, 80:3, 100:10, 107:15, 128:16
**CPS** [6] - 72:9, 72:16, 72:20, 104:4, 104:7, 123:2
**cracked** [1] - 50:14
**credible** [3] - 126:7, 126:10, 126:19
**credited** [1] - 126:18
**Crespo** [1] - 20:20
**cribs** [1] - 59:13
**cried** [1] - 128:13
**crime** [6] - 38:5, 47:23, 63:18, 64:4, 111:18, 124:17
**Crime** [1] - 8:3
**crimes** [1] - 86:17
**criminal** [7] - 10:2, 39:8, 39:9, 84:16, 89:12, 90:17, 125:3
**criminality** [1] - 96:2
**Crisafulli** [1] - 115:5
**Crisp** [2] - 30:18, 30:19
**critiquing** [1] - 17:6
**crying** [4] - 36:16, 127:21, 128:3, 129:3
**current** [1] - 127:7
**custodial** [1] - 74:21
**cut** [1] - 83:14

**D**

**D.A** [17] - 20:9, 26:6, 26:9, 43:7, 69:11, 70:6, 70:22, 71:3, 71:5, 71:23, 90:4, 92:7, 92:20, 95:5, 95:8, 123:3, 123:5
**D.A.'s** [12] - 42:6, 42:8, 42:23, 44:2, 44:11, 59:16, 67:22, 71:21, 91:21, 103:20, 125:7, 131:4
**dad** [1] - 128:22
**damage** [1] - 56:17
**damaged** [1] - 101:7
**Danielle** [3] - 2:13,

36:10, 111:12
**DANIELLE** [1] - 1:9
**date** [18] - 5:9, 5:12, 9:11, 11:17, 11:18, 50:5, 68:9, 70:3, 94:16, 102:19, 104:12, 105:10, 105:13, 107:17, 108:20, 111:21, 130:19, 137:8
**dated** [3] - 49:15, 104:15, 108:21
**dates** [1] - 11:6
**daughter's** [1] - 10:18
**DAVIS** [1] - 1:5
**Davis** [60] - 4:12, 4:16, 9:21, 11:19, 12:7, 12:9, 13:16, 13:22, 14:23, 15:4, 16:4, 18:13, 19:13, 22:13, 22:21, 23:7, 25:9, 34:2, 35:2, 35:16, 35:23, 38:4, 45:6, 47:2, 53:22, 60:11, 61:6, 61:13, 62:2, 63:19, 64:4, 64:11, 67:8, 67:14, 68:22, 70:4, 73:4, 75:21, 80:23, 82:21, 89:16, 90:5, 90:8, 91:9, 92:9, 92:16, 93:12, 98:5, 109:7, 112:20, 117:14, 119:2, 121:23, 123:11, 125:8, 125:13, 125:21, 129:23, 130:11, 132:8
**Davis'** [2] - 89:21, 91:15
**DAVIS-GUIDER** [1] - 1:5
**Davis/Parker** [1] - 111:20
**days** [5] - 8:21, 9:5, 70:3, 76:8, 121:13
**dead** [10] - 35:4, 35:12, 59:2, 70:12, 81:9, 82:12, 83:9, 119:9, 133:5, 133:9
**deal** [3] - 126:15, 127:5, 127:7
**dealings** [2] - 12:9, 129:22
**dealt** [2] - 55:20, 55:22
**death** [31] - 9:21, 11:10, 39:5, 55:23, 56:4, 58:16, 58:18, 58:23, 59:17, 59:18, 59:19, 63:23, 65:13, 66:3, 67:3, 67:9,

67:11, 72:14, 79:2, 79:8, 81:19, 81:20, 81:22, 82:22, 83:11, 98:11, 98:14, 100:10, 128:15, 128:16, 132:19
**Death** [1] - 58:19
**deaths** [2] - 59:9, 133:2
**decision** [9] - 15:3, 15:11, 15:17, 16:11, 17:6, 18:5, 126:6, 126:13
**decisions** [1] - 44:4
**Defendant** [2] - 1:15, 2:13
**Defendants** [1] - 1:13, 2:8
**definitely** [3] - 23:22, 103:20, 129:4
**demeanor** [1] - 36:14
**dep** [4] - 79:19, 113:19, 114:5, 115:7
**Department** [3] - 9:12, 16:13, 100:16
**department** [10] - 14:13, 21:7, 21:18, 79:11, 87:23, 91:22, 91:23, 92:12, 96:15, 109:21
**departmental** [1] - 87:21
**deposition** [4] - 42:5, 113:10, 115:15, 118:10
**DEPOSITION** [3] - 1:2, 1:15, 136:2
**depositions** [2] - 79:10, 79:11
**deps** [1] - 114:9
**depth** [1] - 69:20
**describe** [3] - 36:13, 40:2, 60:22
**described** [3] - 74:18, 78:10, 78:15
**describing** [1] - 116:21
**detail** [1] - 27:11
**detective** [14] - 31:23, 33:13, 39:18, 39:20, 39:23, 40:12, 40:19, 40:22, 41:8, 114:12, 114:17, 125:23, 126:2, 128:22
**Detective** [10] - 41:2, 41:4, 48:23, 68:13, 68:14, 116:13, 116:23, 134:2
**detectives** [2] - 18:6, 129:18

**determination** [1] - 76:10
**determined** [2] - 39:8, 63:2
**determining** [1] - 112:5
**deviants** [1] - 33:23
**died** [8] - 38:21, 64:17, 65:14, 65:17, 67:4, 82:5, 83:17, 98:4
**different** [2] - 64:3, 110:21
**difficulties** [1] - 111:4
**diner** [1] - 100:19
**direct** [2] - 40:16, 137:22
**directing** [1] - 31:8
**direction** [3] - 43:14, 44:8, 63:2
**directly** [2] - 43:9, 80:9
**Disclosure** [6] - 104:12, 104:15, 108:19, 108:21, 138:12, 138:13
**discover** [1] - 117:8
**discuss** [6] - 69:20, 69:21, 89:9, 95:14, 118:23, 125:8
**discussed** [8] - 32:3, 68:22, 69:2, 69:3, 69:15, 69:18, 122:12, 132:20
**discussion** [7] - 59:15, 77:16, 121:4, 121:7, 124:22, 127:19, 127:23
**discussions** [1] - 120:15
**dismissed** [1] - 29:6
**displaced** [1] - 50:23
**disposition** [2] - 18:23, 87:14
**dispute** [2] - 52:23, 126:8
**disqualify** [3] - 20:8, 20:17, 30:17
**distraught** [1] - 36:17
**DISTRICT** [2] - 1:4, 1:4
**district** [5] - 19:12, 19:16, 21:23, 92:19, 94:22
**District** [4] - 4:13, 12:21, 41:16, 44:22
**division** [2] - 8:4, 40:10
**doctor** [4] - 50:15, 112:9, 115:6, 119:7
**document** [2] - 108:12, 111:19

**documentary** [2] - 12:22, 13:16
**documents** [5] - 9:19, 10:7, 10:11, 87:21, 102:12
**done** [12] - 63:11, 70:13, 71:6, 75:4, 80:2, 80:11, 81:13, 83:4, 85:15, 114:16, 133:15
**doubt** [2] - 75:9, 124:16
**down** [27] - 6:13, 6:18, 8:10, 18:6, 31:20, 34:18, 35:7, 36:7, 36:10, 36:23, 37:3, 41:16, 61:2, 73:18, 73:22, 74:5, 77:6, 84:12, 86:14, 103:9, 103:10, 103:11, 106:9, 110:16, 110:17, 123:12, 123:14
**Dr** [39] - 18:19, 42:5, 42:21, 42:22, 45:6, 45:13, 45:19, 46:13, 48:15, 48:20, 51:18, 51:21, 53:10, 59:15, 67:21, 68:12, 68:23, 69:19, 73:2, 75:11, 81:18, 83:8, 83:22, 85:21, 93:8, 100:15, 101:6, 101:20, 103:23, 118:21, 119:14, 120:14, 121:2, 128:7, 130:17, 130:22, 131:4, 131:19, 132:9
**drafted** [1] - 13:20
**drawing** [1] - 112:14
**drill** [1] - 86:14
**drive** [1] - 73:7
**driving** [2] - 70:2, 70:10
**drop** [1] - 73:7
**dropped** [1] - 133:9
**dropping** [2] - 59:2, 133:4
**drove** [1] - 115:14
**drugs** [1] - 7:12
**due** [2] - 15:7, 34:8
**duly** [1] - 4:3
**during** [11] - 10:18, 36:22, 41:10, 56:23, 92:9, 92:17, 105:19, 117:23, 118:12, 125:3, 128:16
**duties** [1] - 8:6
**duty** [4] - 85:13, 96:10, 97:3, 97:16

**dying** [3] - 59:5, 59:11, 64:13

## E

**E-mail** [2] - 102:18, 138:11
**e-mail** [4] - 49:9, 49:23, 102:20, 109:21
**early** [1] - 89:21
**effort** [1] - 55:10
**eight** [4] - 14:15, 19:6, 20:18, 33:18
**either** [12] - 15:17, 24:9, 31:18, 54:16, 64:10, 64:13, 73:10, 78:5, 90:4, 95:14, 129:8, 129:22
**either/or** [1] - 42:7
**electroshocks** [1] - 113:14
**emergency** [2] - 80:11, 115:6
**employed** [3] - 66:9, 137:11, 137:13
**employees** [2] - 79:12, 87:22
**employment** [1] - 9:7
**EMS** [1] - 35:15
**EMTs** [3] - 35:10, 80:2, 80:11
**encloses** [1] - 104:16
**end** [6] - 23:17, 23:19, 44:14, 58:11, 63:20, 111:2
**enforcement** [3] - 66:17, 97:4, 109:9
**engage** [1] - 120:15
**engaged** [1] - 54:6
**engaging** [1] - 97:5
**entire** [2] - 37:7, 37:8
**entitled** [1] - 102:22
**epinephrine** [1] - 113:14
**equipment** [1] - 8:23
**ERRATA** [2] - 136:2, 136:2
**error** [2] - 29:8, 34:8
**ESQ** [4] - 2:4, 2:6, 2:11, 2:16
**essentially** [1] - 83:15
**ethically** [1] - 28:22
**evaded** [2] - 78:4, 78:6
**event** [1] - 72:23
**events** [4] - 7:15, 29:23, 89:19, 116:21
**evidence** [4] - 72:8, 111:23, 117:8, 126:5

**Evidence** [1] - 48:18
**evolve** [1] - 123:21
**exact** [3] - 61:14, 61:16, 128:7
**exactly** [8] - 11:7, 50:19, 54:16, 58:10, 75:19, 95:21, 107:12, 131:17
**examination** [6] - 3:7, 3:10, 3:14, 3:16, 3:20, 130:17
**EXAMINATION** [1] - 138:2
**examined** [3] - 3:15, 3:22, 4:4
**examiner** [1] - 69:12
**examining** [1] - 3:22
**except** [1] - 3:6
**execution** [1] - 116:14
**Exhibit** [9] - 50:4, 68:6, 68:8, 102:18, 102:20, 104:10, 104:11, 104:14, 108:18
**exhibit** [2] - 108:7, 108:16
**EXHIBITS** [1] - 138:8
**existed** [1] - 26:16
**expected** [1] - 65:16
**experience** [6] - 20:22, 46:8, 87:7, 88:22, 97:15, 127:5
**experienced** [1] - 128:21
**expert** [2] - 128:17, 128:19
**explain** [3] - 6:22, 84:18, 106:14
**explaining** [1] - 55:7
**explanation** [2] - 63:14, 81:15
**explicitly** [1] - 95:15
**express** [1] - 95:22
**expressed** [1] - 127:20
**Extension** [1] - 2:10
**extensively** [1] - 80:3
**extraction** [1] - 116:10

**F**

**F.R.C.P** [1] - 3:5
**facilitate** [1] - 94:5
**fact** [3] - 16:16, 19:23, 127:19
**facts** [3] - 98:16, 98:23, 125:17
**failed** [1] - 125:8
**failure** [1] - 3:8

**fair** [14] - 4:20, 5:10, 11:8, 17:7, 46:12, 65:18, 66:21, 69:12, 77:23, 98:10, 98:16, 101:21, 101:22, 102:8
**falls** [1] - 106:18
**familiar** [6] - 17:11, 20:21, 22:11, 30:19, 58:18, 86:14
**family** [2] - 12:2, 12:10
**far** [3] - 57:15, 110:14, 118:5
**Fatality** [1] - 102:22
**favorable** [1] - 13:3
**February** [14] - 11:11, 31:9, 34:12, 47:16, 49:16, 50:8, 59:16, 60:16, 61:7, 71:9, 71:10, 73:6, 107:18, 118:22
**federal** [1] - 4:12
**felony** [1] - 14:6
**felt** [2] - 34:8, 96:7
**few** [6] - 35:2, 39:10, 68:3, 71:5, 95:5, 99:8
**figure** [1] - 32:19
**file** [3] - 104:8, 109:8
**filed** [1] - 39:9
**filing** [1] - 3:18
**final** [1] - 132:18
**finally** [1] - 7:5
**financially** [1] - 137:14
**findings** [4] - 45:6, 54:4, 75:13, 130:17
**fine** [2] - 71:15, 85:4
**fingerprints** [1] - 94:3
**finish** [2] - 6:12, 23:22
**fire** [5] - 79:11, 99:16, 109:20, 113:20, 115:3
**fired** [1] - 90:22
**first** [13] - 4:3, 26:23, 32:6, 39:2, 41:10, 44:16, 44:22, 71:22, 92:20, 94:8, 103:7, 104:22, 126:15
**First** [1] - 2:15
**FIRTH** [72] - 2:11, 6:4, 13:9, 15:9, 19:21, 20:12, 21:3, 21:21, 22:15, 22:18, 22:22, 23:15, 24:23, 44:6, 45:7, 46:9, 46:17, 47:4, 47:6, 47:13, 49:6, 49:20, 51:11, 52:2, 52:14, 54:10, 56:3, 56:9, 56:22, 57:11, 57:21, 59:8,

60:3, 64:7, 65:6, 66:22, 69:5, 70:8, 79:3, 80:5, 80:14, 81:17, 82:2, 82:15, 82:18, 84:5, 85:3, 85:10, 85:18, 90:11, 91:13, 95:20, 97:19, 98:19, 99:12, 101:10, 102:2, 103:19, 108:3, 108:8, 111:3, 111:8, 116:17, 120:3, 120:13, 121:9, 121:19, 123:7, 130:8, 130:13, 131:12, 133:23
**five** [3] - 9:14, 91:19, 104:17
**FJS/DJS** [1] - 1:8
**flag** [1] - 129:8
**flags** [1] - 109:18
**flip** [1] - 88:10
**flipping** [1] - 90:7
**floor** [1] - 60:13
**Florio** [1] - 1:18
**FLORIO** [2] - 137:4, 137:20
**follow** [1] - 73:19
**follow-ups** [1] - 73:19
**following** [2] - 94:15, 94:17
**follows** [1] - 4:5
**FOR** [1] - 136:2
**foregoing** [2] - 135:7, 137:6, 137:21
**forensic** [1] - 82:10
**Form** [1] - 54:10
**form** [173] - 3:6, 11:13, 13:8, 14:2, 14:18, 15:8, 15:15, 16:6, 16:14, 16:20, 17:2, 17:14, 17:19, 18:8, 18:15, 19:2, 19:20, 19:21, 20:3, 20:11, 20:12, 21:3, 21:4, 21:9, 21:20, 21:21, 22:15, 22:16, 23:14, 23:15, 23:20, 24:10, 24:14, 24:22, 24:23, 25:11, 25:16, 25:22, 26:8, 26:13, 26:17, 27:14, 28:2, 28:7, 28:15, 28:19, 29:3, 29:11, 29:16, 30:5, 30:11, 30:23, 31:4, 32:21, 34:9, 36:4, 37:22, 38:8, 38:12, 39:3, 44:5, 44:13, 45:8, 46:5, 46:9, 46:10, 46:16, 46:17,

47:3, 47:6, 47:13, 47:14, 48:3, 51:11, 52:2, 52:3, 52:13, 52:14, 53:8, 53:14, 54:9, 54:23, 55:8, 55:13, 56:2, 56:3, 56:10, 57:6, 57:12, 57:22, 59:7, 59:8, 60:2, 62:10, 63:21, 64:6, 64:7, 64:15, 65:12, 66:4, 66:12, 66:22, 66:23, 67:10, 67:16, 69:4, 69:5, 70:7, 70:8, 73:20, 74:6, 74:10, 75:2, 75:6, 77:22, 78:18, 79:3, 79:4, 80:4, 80:13, 81:6, 81:14, 81:16, 81:23, 82:2, 82:14, 83:5, 84:5, 84:20, 85:2, 85:3, 85:9, 85:10, 85:17, 85:23, 87:19, 88:3, 88:14, 88:19, 89:23, 92:4, 95:19, 96:4, 96:9, 97:8, 97:18, 98:17, 98:22, 99:21, 100:8, 100:11, 101:23, 103:18, 107:23, 119:6, 120:2, 120:3, 120:11, 120:17, 121:10, 121:18, 121:19, 122:2, 123:15, 124:5, 124:13, 126:11, 126:20, 128:5, 129:5, 129:10, 130:8, 130:21
**formed** [1] - 38:21
**former** [1] - 91:22
**forth** [4] - 54:7, 96:22, 98:17, 137:9
**forward** [2] - 96:3, 96:8, 120:16
**foul** [1] - 38:21
**Fountain** [10] - 2:13, 4:8, 6:8, 20:6, 24:5, 48:18, 68:14, 116:13, 116:23, 129:21
**FOUNTAIN** [7] - 1:2, 1:9, 1:15, 4:2, 134:5, 135:15, 136:3
**four** [2] - 65:2, 104:16
**fourth** [1] - 96:20
**Fourth** [1] - 31:20
**fractured** [1] - 50:21
**frame** [1] - 15:14
**framing** [1] - 11:16

**frank** [1] - 115:2
**Frank** [1] - 115:2
**free** [1] - 3:23
**frequently** [1] - 72:9
**friend** [1] - 30:12
**friendly** [2] - 23:18, 24:4
**friends** [1] - 24:5
**full** [1] - 8:20
**full-time** [1] - 8:20
**furnish** [1] - 3:22
**FURTHER** [1] - 137:10

**G**

**garage** [1] - 27:20
**Gary** [2] - 25:18, 27:16
**general** [2] - 4:17, 31:11
**generally** [11] - 14:5, 15:10, 15:14, 20:21, 41:18, 63:9, 69:7, 69:14, 72:15, 120:14, 120:23
**gesture** [1] - 6:17
**GINSBERG** [1] - 2:12
**girlfriend** [2] - 35:6, 36:9, 77:5
**gist** [1] - 107:10
**given** [10] - 46:7, 65:23, 77:18, 77:20, 80:21, 82:19, 84:15, 132:4, 132:10, 132:14
**goodness** [1] - 9:13
**Gordon** [2] - 25:19, 27:17
**gotta** [1] - 74:2
**grade** [1] - 14:9
**grand** [15] - 10:7, 23:13, 24:8, 29:8, 45:16, 45:23, 46:15, 47:11, 84:3, 85:6, 85:8, 85:11, 93:4, 93:7, 101:7
**great** [2] - 13:13, 106:20
**GRIFFIN** [1] - 2:12
**grounds** [2] - 97:13, 97:23
**guess** [1] - 75:23
**guidance** [1] - 112:8
**GUIDER** [1] - 1:5
**Guider** [1] - 105:4
**guilt** [1] - 95:18
**guilty** [2] - 18:23, 86:20
**guys** [3] - 38:23, 108:9, 112:18

**H**

half [1] - 132:23
Hall [2] - 92:20, 93:7
hand [3] - 30:8, 107:16, 137:16
handling [2] - 43:15, 92:7
handwriting [4] - 104:18, 106:11, 109:3, 109:4
handwritten [1] - 108:14
happenstance [1] - 73:10
happy [1] - 89:10
hard [1] - 108:10
head [2] - 6:17, 45:2
heading [1] - 135:9
headquarters [11] - 25:8, 25:15, 27:6, 60:13, 60:15, 60:20, 61:8, 61:12, 75:23, 93:17, 114:17
Health [1] - 8:5
healthy [1] - 133:6
hear [7] - 21:16, 76:4, 80:19, 99:5, 125:16
heard [15] - 11:21, 13:12, 21:6, 21:11, 21:22, 22:13, 58:22, 59:4, 59:6, 127:20, 129:16, 132:22, 133:3, 133:6
hearing [3] - 10:8, 95:2, 95:4
hearings [1] - 127:3
heart [1] - 133:8
held [4] - 1:16, 1:17, 77:16, 124:22
helped [1] - 42:17
helpful [2] - 120:10, 121:5
helps [1] - 119:22
hereby [2] - 135:9, 137:6
HEREBY [1] - 3:3
hereinbefore [1] - 137:9
hereof [1] - 135:9
hereto [1] - 3:4
hereunto [1] - 137:15
hi [4] - 100:19, 100:22, 100:23
high [2] - 59:2, 133:3
himself [2] - 38:4, 65:22
hit [1] - 37:19
hold [1] - 9:7

hole [3] - 56:16, 57:20, 59:21
holes [2] - 50:16, 55:19
home [9] - 66:2, 76:13, 76:16, 93:17, 111:21, 115:14, 115:21, 119:9, 129:19
homicide [4] - 14:6, 18:11, 18:18, 18:21
homicides [4] - 14:16, 19:6, 32:12, 33:18
honest [1] - 27:2
honestly [2] - 13:11, 27:16
hope [1] - 102:9
hospital [5] - 79:17, 79:19, 80:2, 80:11, 100:4
Hospital [2] - 8:4, 115:6
hour [3] - 37:15, 67:6, 102:9
hours [6] - 37:15, 61:14, 61:19, 65:2, 99:8, 111:6
house [7] - 27:7, 27:18, 38:17, 38:18, 60:18, 60:21, 119:8
hundred [1] - 99:18
hundreds [2] - 80:10, 81:3
hypothetically [1] - 97:14

**I**

idea [9] - 14:9, 21:5, 43:12, 48:4, 62:14, 96:11, 100:3, 116:11, 130:22
identification [5] - 50:6, 68:10, 102:19, 104:13, 108:20
illegal [1] - 29:10
illegally [1] - 126:9
immunity [1] - 23:12
impact [1] - 16:2
impair [1] - 7:14
implemented [2] - 16:11, 34:5
important [1] - 49:13
improper [2] - 17:16, 29:9
IN [1] - 137:15
incident [10] - 9:18, 12:11, 31:19, 63:16, 92:12, 107:18,

110:9, 110:20, 111:21, 130:5
incidents [1] - 17:8
including [3] - 3:5, 30:17, 122:13
inconsistent [1] - 128:14
incorrect [2] - 51:10, 55:5
incriminate [2] - 38:4, 65:22
incriminating [1] - 123:13
INDEX [3] - 138:2, 138:8, 138:16
Indexes....................
.....[1] - 2:23
indicative [1] - 82:11
indict [3] - 85:4, 85:20, 86:2
indicted [9] - 14:5, 29:5, 31:3, 85:22, 86:5, 86:6, 86:8, 86:18, 92:23
indicting [1] - 92:22
indictment [9] - 13:23, 43:19, 45:9, 45:10, 45:12, 46:21, 61:9, 72:5, 87:17
individual [1] - 115:13
Individually [7] - 1:9, 1:9, 1:10, 1:10, 1:11, 1:12
infant [1] - 39:6
Infant [1] - 58:19
infants [1] - 59:3
info [2] - 73:11, 109:15
information [10] - 44:9, 44:10, 72:15, 77:18, 77:21, 82:19, 105:13, 107:6, 130:10, 131:7
INFORMATION [1] - 133:18
informed [3] - 51:6, 57:2, 130:18
inherent [1] - 111:3
initials [1] - 116:5
initiated [1] - 46:14
initiation [1] - 46:2
injured [3] - 56:19, 80:23, 82:13
injuries [1] - 54:6, 68:23
injury [6] - 7:14, 54:21, 55:20, 55:22, 56:8, 107:2
inquire [1] - 108:23, 118:19, 120:8

inquiring [1] - 72:10
inside [3] - 25:15, 56:8, 111:20
instance [2] - 41:15, 119:15
interaction [2] - 37:8, 37:9
interactions [1] - 11:23
interest [2] - 55:15, 55:17
interested [1] - 137:14
interfere [1] - 90:8
interrogation [7] - 15:5, 15:12, 16:2, 17:5, 33:13, 126:15, 126:16
interrogations [5] - 10:8, 18:6, 18:18, 32:12, 33:2
intervene [3] - 96:10, 97:4, 97:16
interview [42] - 17:12, 17:16, 17:23, 36:20, 36:22, 38:15, 41:11, 47:17, 47:19, 53:22, 60:13, 61:11, 61:18, 61:21, 62:21, 63:3, 63:7, 63:13, 63:20, 67:7, 67:19, 70:3, 74:9, 75:22, 77:9, 78:8, 78:9, 78:11, 80:23, 92:14, 93:2, 105:9, 105:17, 117:16, 118:2, 118:12, 121:22, 122:13, 123:19, 129:15, 132:8, 132:12
interviewed [8] - 60:11, 61:15, 62:8, 75:21, 79:9, 79:17, 79:22, 107:21
interviewing [2] - 33:22, 78:22
interviews [4] - 13:15, 32:23, 42:2, 45:5
investigate [2] - 34:7, 118:20
investigated [1] - 39:7
investigating [4] - 18:17, 63:23, 90:6, 103:15
Investigation [1] - 102:22
investigation [20] - 12:8, 18:22, 26:15, 45:15, 48:6, 67:19, 70:2, 70:9, 72:11, 75:10, 80:8, 82:21,

84:22, 84:23, 113:22, 115:23, 116:7, 117:9, 120:16, 131:11
investigations [1] - 119:12
investigator [6] - 33:17, 40:3, 41:4, 86:13, 87:8, 88:22
investigatory [6] - 12:5, 42:15, 43:18, 120:9, 122:13, 130:18
involuntarily [1] - 91:12
involved [25] - 11:17, 12:14, 17:4, 18:10, 18:17, 18:21, 19:6, 23:9, 26:14, 30:9, 31:16, 33:18, 39:5, 43:17, 44:17, 46:2, 66:20, 68:2, 81:2, 89:18, 91:10, 103:15, 112:5, 114:8, 125:22
involvement [8] - 4:15, 10:23, 11:9, 14:23, 31:14, 41:9, 43:14, 90:3
involving [4] - 9:21, 12:10, 18:18, 19:17
ipsa [1] - 66:16
IS [1] - 3:3
issue [2] - 6:2, 14:7
issued [5] - 13:19, 13:21, 14:17, 14:20, 53:18
issues [1] - 111:7
IT [1] - 3:3
itself [3] - 69:18, 84:10, 99:15

**J**

jail [1] - 94:8
James [1] - 113:19
January [1] - 108:22
Jason [1] - 114:5
Jessica [2] - 92:20, 93:7
job [9] - 8:11, 8:13, 8:19, 8:20, 8:22, 21:12, 85:13, 85:19, 91:18
Joe [1] - 104:15
JOEL [1] - 1:11
Joel [8] - 2:9, 19:12, 20:9, 21:2, 43:9, 43:13, 92:8, 102:21

**Johnson** [2] - 105:22, 106:2
**JOHNSON** [1] - 2:7
**joke** [1] - 87:2
**judicial** [1] - 43:19
**June** [2] - 118:9, 137:16
**jury** [15] - 10:7, 23:13, 24:8, 29:8, 45:16, 45:23, 46:15, 47:11, 84:4, 85:6, 85:8, 85:12, 93:4, 93:8, 101:7
**juvenile** [3] - 14:15, 33:17, 40:9

## K

**Kathleen** [1] - 115:5
**keep** [2] - 44:3, 127:15
**kept** [3] - 44:7, 103:20, 117:19
**kids** [1] - 59:3
**killed** [1] - 83:6
**kind** [13] - 31:19, 32:19, 33:23, 34:7, 37:18, 68:16, 69:19, 86:9, 101:3, 105:18, 108:23, 109:15, 117:18
**kindergartners** [1] - 127:14
**KLEIN** [27] - 2:4, 2:6, 4:7, 4:10, 5:16, 6:5, 17:4, 22:20, 23:21, 29:17, 29:20, 49:8, 49:12, 50:3, 77:15, 80:18, 98:21, 102:3, 102:8, 103:5, 108:6, 108:9, 111:5, 122:19, 124:21, 133:11, 138:3
**Klein** [1] - 4:11
**knowledge** [32] - 5:14, 12:12, 16:15, 18:7, 18:9, 19:3, 22:17, 33:20, 39:4, 41:22, 43:5, 43:8, 43:16, 45:19, 45:21, 56:6, 62:3, 67:17, 82:5, 90:12, 94:12, 96:5, 100:13, 101:11, 108:15, 109:19, 112:3, 113:8, 116:9, 126:8, 126:17, 137:8
**known** [2] - 20:23, 128:2

## L

**lacerate** [1] - 51:22
**lacerated** [4] - 51:6, 52:8, 55:4, 101:19
**laceration** [3] - 52:10, 53:5, 82:6
**lacerations** [1] - 57:23
**larceny** [1] - 89:5
**last** [4] - 10:17, 81:9, 82:8, 130:9
**lasted** [1] - 36:20
**late** [2] - 89:22, 90:2
**law** [10] - 66:16, 86:15, 87:9, 87:16, 88:23, 89:2, 96:18, 96:21, 97:4, 109:9
**lawyers** [3] - 20:9, 20:13, 30:17
**layout** [1] - 71:12
**lead** [6] - 39:18, 40:3, 40:7, 41:3, 125:22, 132:4
**leap** [8] - 52:9, 52:11, 53:4, 53:13, 55:3, 81:11, 81:12, 101:18
**learn** [6] - 18:12, 43:13, 51:8, 100:5, 125:12, 131:22
**learned** [7] - 69:21, 80:8, 96:20, 96:21, 97:2, 97:7, 127:18
**learning** [3] - 52:4, 82:9, 99:17
**least** [5] - 106:16, 106:18, 106:21, 131:20
**leave** [4] - 35:16, 36:2, 47:20, 117:19
**leaves** [1] - 105:15
**leaving** [2] - 58:8, 117:14
**lectures** [1] - 32:18
**led** [1] - 64:12
**left** [8] - 9:10, 27:20, 32:19, 71:20, 91:4, 91:8, 92:12, 100:15
**legally** [1] - 28:22
**legitimate** [1] - 28:23
**lengthy** [1] - 61:18
**less** [2] - 102:9, 102:14
**lesson** [1] - 127:14
**LexisNexis** [1] - 109:12
**lie** [1] - 118:5
**life** [1] - 128:23
**lift** [1] - 115:21
**likely** [8] - 28:14, 46:8,

53:11, 65:10, 77:19, 121:15, 122:9, 132:9
**line** [1] - 103:7
**lines** [1] - 74:4
**link** [1] - 82:21
**linking** [2] - 68:22, 124:17
**list** [1] - 109:20
**lists** [1] - 111:20
**literally** [1] - 74:3
**live** [1] - 30:7
**liver** [26] - 50:15, 50:17, 51:6, 51:23, 52:8, 52:10, 53:5, 55:4, 55:5, 55:19, 55:20, 56:7, 56:13, 56:16, 57:20, 59:21, 82:6, 82:10, 82:12, 83:9, 83:13, 83:14, 101:8, 101:19, 120:7
**living** [3] - 76:13, 76:14, 76:16
**localized** [2] - 56:20, 57:3
**location** [1] - 35:23
**log** [1] - 111:19
**look** [4] - 38:18, 82:3, 86:17, 102:11
**looked** [3] - 10:5, 52:15, 52:19
**looking** [6] - 38:17, 39:2, 104:21, 109:2, 117:21, 122:23
**looks** [8] - 48:23, 104:19, 109:6, 112:10, 114:11, 114:19, 115:7, 119:10
**loop** [1] - 103:21
**Lucey** [1] - 114:5

## M

**M.E** [1] - 72:13
**mail** [6] - 49:9, 49:23, 102:18, 102:20, 109:21, 138:11
**main** [1] - 8:19
**manner** [2] - 15:23, 72:14
**March** [20] - 9:13, 60:14, 60:16, 61:12, 62:21, 63:20, 67:6, 67:9, 68:11, 70:4, 75:10, 78:11, 78:21, 90:15, 107:21, 117:15, 118:12, 121:13, 121:23, 132:8

**mark** [2] - 48:17, 49:8
**marked** [5] - 50:5, 68:9, 102:18, 104:12, 108:19
**marking** [2] - 49:18, 49:21
**marshals** [4] - 47:7, 76:22, 77:2, 77:19
**Mary's** [1] - 115:5
**MASON** [1] - 1:10
**Mason** [10] - 2:14, 15:12, 16:22, 17:10, 23:4, 24:18, 25:14, 40:12, 42:11, 68:15
**matter** [1] - 31:15
**matters** [2] - 29:21, 30:19
**matters)** [1] - 30:18
**Mayor** [2] - 26:9, 26:10
**mayor** [1] - 30:3
**mayoral** [2] - 26:11, 30:3
**MCDONALD** [1] - 1:10
**McDonald** [12] - 2:14, 36:8, 37:19, 41:5, 48:13, 48:18, 60:10, 63:4, 115:19, 115:20, 116:4
**McDonald's** [2] - 31:18, 40:11
**McGrath** [2] - 109:22, 109:23
**mean** [13] - 19:5, 41:7, 42:3, 59:10, 65:6, 72:8, 81:21, 88:21, 89:9, 95:10, 120:20, 124:17, 128:6
**meaning** [1] - 43:18
**means** [2] - 89:4, 137:22
**media** [2] - 19:19, 28:5
**medical** [3] - 69:12, 128:17, 128:19
**medics** [1] - 82:7
**meet** [7] - 10:21, 27:17, 60:19, 83:22, 84:9, 93:8, 121:14
**meeting** [25] - 42:4, 42:21, 42:22, 58:15, 60:22, 61:11, 68:12, 68:21, 69:3, 70:16, 70:21, 70:22, 75:11, 84:14, 95:7, 103:13, 103:22, 115:10, 120:18, 121:16, 121:17, 121:23, 122:7, 125:6, 132:8
**Meeting/Autopsy** [1] - 49:15
**meetings** [11] - 42:7,

42:20, 68:17, 69:8, 69:11, 69:15, 70:19, 71:2, 71:8, 95:6, 103:23
**meets** [2] - 10:18, 10:19
**members** [1] - 12:2
**memorialize** [1] - 123:19
**memorialized** [1] - 73:18
**memorializing** [1] - 61:22
**mentioned** [2] - 90:17, 104:4
**merely** [1] - 44:3
**messed** [1] - 110:21
**met** [18] - 4:20, 5:6, 41:16, 47:8, 61:7, 67:21, 67:22, 68:3, 71:4, 73:17, 73:21, 93:6, 94:21, 95:5, 99:16, 118:21, 122:11, 130:19
**MICHAEL** [2] - 1:5, 1:11
**Michael** [36] - 2:8, 4:12, 4:16, 9:21, 11:19, 12:9, 13:16, 13:22, 14:23, 15:4, 16:4, 19:13, 22:12, 22:20, 23:7, 34:2, 35:6, 36:7, 67:8, 67:14, 68:22, 73:4, 81:9, 82:21, 89:16, 98:5, 109:7, 112:20, 113:10, 113:11, 116:21, 125:21, 128:9, 129:11, 129:23, 130:11
**microscopic** [1] - 82:16
**mid** [1] - 89:22
**might** [1] - 124:10
**Mike** [51] - 12:6, 25:9, 35:16, 35:23, 38:3, 45:5, 47:19, 48:22, 53:21, 61:6, 61:13, 63:12, 63:19, 64:4, 64:11, 70:4, 73:23, 75:21, 76:10, 76:13, 79:22, 80:23, 82:23, 84:2, 84:4, 89:20, 90:5, 90:8, 91:9, 91:15, 92:16, 93:12, 93:15, 97:23, 99:7, 105:13, 105:17, 105:20, 105:21, 107:14, 117:14, 118:2, 118:11,

118:23, 121:23,
123:11, 125:8,
125:13, 131:15,
131:18, 132:7
**Mike's** [2] - 95:18,
105:15
**mind** [2] - 122:17,
122:20
**mine** [3] - 31:18,
40:10, 104:19
**minute** [2] - 99:19,
102:10
**minutes** [1] - 37:5,
37:13, 99:19
**Miranda** [1] - 62:6
**misbehavior** [1] -
30:15
**misconduct** [1] -
89:12
**mishandled** [6] -
20:19, 20:23, 21:2,
21:7, 21:19, 22:14
**mix** [1] - 30:8
**mom** [1] - 107:7
**moment** [1] - 102:23
**monitor** [1] - 62:19
**monitored** [1] - 62:17
**monitoring** [1] - 62:21
**month** [2] - 106:21,
121:13
**months** [8] - 9:14,
33:2, 33:3, 33:11,
43:19, 91:19, 96:14,
106:19
**morning** [4] - 4:8, 4:9,
4:10, 10:17
**motion** [4] - 3:11,
20:16, 20:21, 30:14
**Motorola** [1] - 118:2
**mouth** [2] - 80:18,
99:6
**move** [7] - 3:6, 3:9,
6:8, 9:18, 17:9,
29:23, 80:18
**moved** [1] - 20:8
**movie** [1] - 13:12
**moving** [2] - 20:17,
30:6
**MR** [95] - 4:7, 4:10,
5:16, 6:4, 6:5, 13:9,
15:9, 17:4, 19:21,
20:12, 21:3, 21:21,
22:15, 22:18, 22:20,
22:22, 23:15, 23:21,
24:23, 29:17, 29:20,
44:6, 45:7, 46:9,
46:17, 47:4, 47:6,
47:13, 49:6, 49:8,
49:12, 49:20, 50:3,
51:11, 52:2, 52:14,

54:10, 56:3, 56:9,
56:22, 57:11, 57:21,
59:8, 60:3, 64:7,
65:6, 66:22, 69:5,
70:8, 79:3, 80:5,
80:14, 80:18, 81:17,
82:2, 82:15, 82:18,
84:5, 85:3, 85:10,
85:18, 90:11, 91:13,
95:20, 97:19, 98:19,
98:21, 99:12,
101:10, 102:2,
102:3, 102:8, 103:5,
103:19, 108:3,
108:6, 108:8, 108:9,
111:3, 111:5, 111:8,
116:17, 120:3,
120:13, 121:9,
121:19, 122:19,
123:7, 124:21,
130:8, 130:13,
131:12, 133:11,
133:23, 138:3
**MS** [160] - 6:3, 11:13,
13:8, 14:2, 14:18,
15:8, 15:15, 16:6,
16:14, 16:20, 17:2,
17:14, 17:19, 18:8,
18:15, 19:2, 19:20,
20:3, 20:11, 21:4,
21:9, 21:20, 22:16,
23:14, 23:20, 24:2,
24:10, 24:14, 24:22,
25:11, 25:16, 25:22,
26:8, 26:13, 26:17,
27:3, 27:10, 27:14,
28:2, 28:7, 28:15,
28:19, 29:3, 29:11,
29:16, 30:5, 30:11,
30:23, 31:4, 32:21,
34:9, 36:4, 37:22,
38:8, 38:12, 39:3,
44:5, 44:13, 45:8,
46:5, 46:10, 46:16,
47:3, 47:14, 48:3,
52:3, 52:13, 53:8,
53:14, 54:9, 54:23,
55:8, 55:13, 56:2,
56:10, 57:6, 57:12,
57:22, 59:7, 60:2,
62:10, 63:21, 64:6,
64:15, 65:12, 66:4,
66:12, 66:23, 67:10,
67:16, 69:4, 70:7,
73:20, 74:6, 74:10,
75:2, 75:6, 77:22,
78:18, 79:4, 80:4,
80:13, 81:6, 81:14,
81:16, 81:23, 82:14,
83:5, 84:6, 84:20,
85:2, 85:9, 85:17,

85:23, 87:4, 87:10,
87:19, 88:3, 88:14,
88:19, 89:3, 89:23,
90:9, 92:4, 95:19,
96:4, 96:9, 97:8,
97:18, 98:6, 98:22,
99:11, 99:21, 100:8,
100:11, 101:23,
103:3, 103:18,
107:23, 119:6,
120:2, 120:11,
120:17, 121:10,
121:18, 122:2,
122:17, 123:15,
124:5, 124:13,
124:19, 126:11,
126:20, 128:5,
129:5, 129:10,
130:14, 130:21,
131:13, 133:21
**murder** [1] - 64:20
**murmur** [1] - 133:8
**must** [5] - 38:21,
50:18, 81:13, 83:2,
83:3

# N

**name** [6] - 7:20, 44:16,
44:23, 71:22, 92:19,
110:13
**named** [1] - 79:14
**names** [4] - 20:19,
22:8, 26:23, 110:16
**Nancy** [3] - 107:6,
107:7, 107:8
**Narcan** [1] - 113:15
**narrative** [1] - 112:10
**natural** [1] - 38:22
**nature** [3] - 4:18,
54:21, 59:18
**nearby** [1] - 62:18
**neater** [1] - 84:23
**necessarily** [1] - 53:7,
64:20, 132:6
**necessary** [1] - 133:14
**need** [8] - 6:22, 7:5,
49:17, 71:15, 71:18,
85:14, 86:5, 102:13
**needed** [4] - 5:23,
44:9, 71:6, 123:23
**negotiated** [1] - 90:16
**neighboring** [2] -
56:17, 57:4
**neighbors** [1] - 129:15
**never** [11] - 13:11,
15:17, 21:13, 73:13,
73:15, 83:7, 128:12,
128:13, 129:11,

132:22, 133:10
**new** [3] - 44:19, 80:22,
84:4
**NEW** [2] - 1:4, 135:3
**New** [7] - 1:20, 2:5,
2:10, 2:15, 4:13,
137:6
**news** [1] - 13:17
**next** [17] - 36:6, 40:7,
48:5, 48:7, 59:22,
60:9, 60:19, 67:18,
68:17, 72:7, 72:23,
93:11, 108:16,
122:12, 122:14
**night** [1] - 52:20
**nine** [2] - 20:18, 34:6
**nobody** [1] - 129:18
**non** [2] - 63:11, 74:21
**non-custodial** [1] -
74:21
**non-substance** [1] -
63:11
**none** [3] - 30:21, 91:6,
91:7
**NORTHERN** [1] - 1:4
**Northern** [1] - 4:13
**NOTARY** [1] - 135:21
**Notary** [1] - 1:19, 3:15,
3:16, 137:5
**notary** [1] - 4:4
**note** [6] - 27:3, 98:6,
99:11, 99:12,
130:14, 131:13
**noted** [1] - 135:8
**notes** [14] - 36:22,
61:23, 70:15,
102:11, 104:17,
104:18, 104:22,
105:14, 105:16,
107:6, 108:12,
108:13, 122:23,
123:2
**nothing** [15] - 33:19,
38:3, 78:12, 78:16,
78:20, 80:22, 84:4,
95:16, 95:23,
123:13, 124:2,
124:8, 124:11,
124:15, 124:17
**Notice** [1] - 1:17
**notified** [1] - 11:10,
21:14, 34:15
**number** [7] - 73:4,
77:10, 99:20,
104:22, 104:23,
105:3, 108:10
**numerous** [2] - 72:11,
72:17

# O

**oath** [3] - 4:14, 27:12,
73:15
**Object** [93] - 31:4,
32:21, 34:9, 36:4,
37:22, 39:3, 44:5,
44:13, 45:8, 46:5,
46:10, 46:16, 47:3,
47:14, 48:3, 52:3,
52:13, 53:8, 53:14,
54:9, 54:23, 55:13,
56:2, 56:10, 57:6,
57:12, 57:22, 59:7,
60:2, 62:10, 63:21,
64:6, 64:15, 65:12,
66:4, 66:12, 66:23,
67:10, 69:4, 70:7,
73:20, 74:6, 74:10,
75:2, 75:6, 77:22,
78:18, 79:4, 80:4,
80:13, 81:6, 81:14,
81:16, 81:23, 82:14,
83:5, 84:20, 85:2,
85:9, 85:17, 85:23,
87:19, 88:3, 88:14,
88:19, 89:23, 92:4,
95:19, 96:4, 96:9,
97:18, 100:8,
100:11, 101:23,
103:18, 107:23,
119:6, 120:2, 120:3,
120:11, 120:17,
121:10, 121:18,
122:2, 123:15,
124:5, 124:13,
126:11, 126:20,
128:5, 129:5,
129:10, 130:21
**object** [58] - 3:5, 3:8,
11:13, 13:8, 14:2,
14:18, 16:6, 16:14,
16:20, 17:2, 17:14,
17:19, 18:8, 18:15,
19:2, 19:20, 20:3,
20:11, 21:4, 21:9,
21:20, 22:15, 22:16,
23:14, 24:10, 24:14,
24:22, 24:23, 25:11,
25:16, 25:22, 26:8,
26:13, 26:17, 27:14,
28:2, 28:7, 28:15,
28:19, 29:3, 29:11,
29:16, 30:5, 30:11,
30:23, 38:8, 38:12,
46:9, 46:17, 55:8,
67:16, 82:2, 84:5,
97:8, 98:22, 99:21,
121:19, 130:8
**Objection** [1] - 90:9

**objection** [50] - 5:21, 6:4, 13:9, 15:8, 15:9, 15:15, 19:21, 20:12, 23:20, 23:23, 27:4, 27:10, 44:6, 45:7, 47:4, 47:13, 51:11, 52:2, 56:3, 56:9, 57:11, 57:21, 60:3, 80:14, 81:17, 82:15, 82:18, 84:6, 85:18, 87:4, 87:10, 89:3, 90:11, 91:13, 95:20, 97:19, 98:7, 99:11, 99:13, 101:10, 102:2, 103:19, 120:13, 121:9, 123:7, 124:19, 130:13, 130:14, 131:12, 131:13
**obligation** [1] - 96:6
**observations** [2] - 56:23, 57:2
**observe** [1] - 34:21
**observed** [2] - 50:21, 68:23
**obtain** [1] - 115:14
**occasion** [2] - 4:21, 25:9
**occasions** [2] - 72:12, 73:5
**occur** [1] - 89:20
**occurred** [1] - 15:2
**October** [10] - 71:11, 73:6, 89:14, 89:16, 89:22, 90:2, 92:16, 94:16
**OF** [5] - 1:4, 1:9, 135:3, 135:4, 136:2
**offenders** [1] - 33:22
**offer** [1] - 125:11
**office** [19] - 36:9, 42:6, 42:8, 42:23, 43:11, 44:2, 44:11, 48:21, 59:16, 62:18, 67:22, 71:21, 75:11, 91:22, 95:12, 103:20, 105:8, 125:7, 131:4
**Office** [2] - 12:22, 41:16
**officer** [10] - 12:3, 33:6, 33:7, 39:21, 41:7, 73:8, 88:8, 97:20, 110:18, 114:21
**Officer** [6] - 31:18, 36:8, 40:11, 41:5, 48:13, 60:10
**officers** [8] - 21:7, 32:22, 33:12, 35:3, 45:22, 97:3, 97:4,

97:6
**official** [2] - 87:20, 89:12
**old** [1] - 132:23
**older** [2] - 39:6, 59:4
**once** [3] - 24:7, 94:11, 100:19
**one** [40] - 4:20, 18:16, 20:20, 22:12, 22:13, 32:2, 37:2, 46:8, 56:21, 61:12, 62:4, 64:16, 65:15, 65:23, 67:3, 68:17, 68:19, 74:4, 79:6, 79:14, 79:20, 81:2, 81:9, 82:8, 83:3, 92:22, 103:22, 104:16, 110:22, 111:3, 114:11, 114:15, 116:2, 116:3, 116:8, 116:18, 119:9, 127:20, 131:20, 132:16
**ones** [2] - 21:10, 112:5
**open** [4] - 27:23, 50:15, 70:9, 119:13
**opined** [1] - 126:17
**opinion** [2] - 38:20, 95:23
**opponent** [1] - 26:5
**opposed** [4] - 38:22, 57:4, 81:2, 128:16
**organ** [2] - 56:21, 57:3
**organs** [2] - 56:18, 57:4
**original** [1] - 3:19
**otherwise** [8] - 7:13, 12:3, 22:14, 38:4, 45:23, 101:21, 133:6, 133:15
**outer** [1] - 56:7
**outside** [1] - 35:2
**overlap** [1] - 89:21
**own** [2] - 114:10, 125:3
**owned** [1] - 8:23

**P**

**P.C** [3] - 2:4, 2:7, 2:12
**p.m** [4] - 10:19, 31:10, 34:14, 105:4
**P.O** [1] - 2:15
**packet** [2] - 109:2, 115:16
**PAGE** [2] - 138:8, 138:8
**page** [8] - 104:22, 106:8, 106:15,

107:5, 108:4, 110:21, 115:23, 138:2
**Page** [10] - 108:6, 109:2, 110:8, 111:18, 112:11, 112:18, 113:9, 114:6, 116:19, 117:21
**PAGE/LINE** [1] - 136:4
**pages** [2] - 104:17, 108:22
**Pages** [2] - 108:19, 138:13
**pain** [3] - 127:20, 128:19
**painful** [1] - 128:3
**pancreas** [1] - 56:18
**pandemic** [1] - 8:9
**papers** [1] - 30:14
**paperwork** [4] - 86:6, 104:4, 104:7
**paragraph** [1] - 106:16
**Parker** [6] - 12:7, 12:15, 36:2, 107:7, 107:8, 113:4
**Parrow** [4] - 68:13, 115:7, 115:18, 116:21
**part** [14] - 17:3, 37:9, 37:10, 40:18, 40:22, 41:14, 42:7, 47:18, 85:19, 96:17, 103:14, 106:7, 117:2
**participate** [1] - 91:9
**participated** [1] - 12:22
**particular** [2] - 95:7, 123:10
**parties** [2] - 3:4, 137:11
**partner** [3] - 41:12, 63:4, 73:8
**parts** [4] - 41:14, 57:10, 127:16
**party** [3] - 3:22, 3:23, 29:22
**pass** [1] - 37:21
**passed** [5] - 18:6, 66:18, 69:16, 76:14, 76:17
**passing** [1] - 11:11
**past** [3] - 43:21, 69:8, 110:19
**pathologist** [1] - 82:10
**patrolman** [1] - 39:22
**PATTISON** [1] - 2:12
**pay** [2] - 14:9, 21:23
**PD** [9] - 13:20, 13:22, 16:10, 20:22, 23:2,

25:15, 103:16, 109:14, 125:7
**PECK** [1] - 2:7
**pedigree** [1] - 105:12
**penal** [4] - 86:15, 87:9, 87:16, 96:21
**pending** [3] - 4:13, 7:6, 90:21
**people** [10] - 26:22, 58:23, 59:4, 79:10, 79:23, 86:2, 86:4, 86:9, 87:20, 109:21
**People** [2] - 20:5, 24:4
**per** [2] - 81:22, 99:18
**perfectly** [1] - 28:21
**Perkins** [1] - 104:15
**permission** [5] - 27:22, 88:8, 88:11, 88:17, 89:5
**person** [6] - 65:16, 66:20, 69:16, 79:7, 119:9, 132:5
**personal** [5] - 4:15, 43:14, 88:2, 88:12, 128:23
**personally** [3] - 20:2, 46:19, 114:4
**personnel** [1] - 81:2
**Peter's** [1] - 8:4
**petty** [1] - 89:4
**Pg** [1] - 2:23
**phase** [1] - 43:18
**phone** [20] - 10:20, 19:18, 27:7, 27:18, 27:20, 27:22, 27:23, 31:19, 34:17, 37:3, 47:18, 77:10, 105:22, 112:19, 117:8, 117:10, 117:15, 118:3, 118:11, 118:15
**phonetic** [1] - 44:18
**photographs** [1] - 94:3
**photos** [3] - 10:6, 112:2, 112:4
**pick** [1] - 47:5
**picked** [2] - 47:7, 93:16
**Pine** [1] - 2:9
**place** [8] - 7:20, 14:5, 62:15, 86:7, 89:14, 105:9, 135:8, 137:9
**Plaintiff** [2] - 1:6, 2:4
**PLAINTIFF'S** [1] - 138:8
**Plaintiff's** [2] - 50:4, 108:18
**plan** [2] - 121:22, 122:6

**play** [2] - 38:21, 41:6
**Plaza** [1] - 2:9
**point** [3] - 38:23, 64:5, 91:19
**pointing** [1] - 50:15
**police** [10] - 12:3, 32:22, 33:12, 35:3, 35:7, 39:21, 87:22, 97:3, 97:6, 97:20
**Police** [3] - 9:11, 16:13, 100:15
**political** [2] - 28:6, 87:15
**politically** [2] - 30:2, 30:6
**positions** [1] - 9:8
**possession** [1] - 10:12
**possibility** [1] - 107:2
**possible** [3] - 42:10, 78:2, 109:10
**possibly** [3] - 71:17, 73:5, 105:22
**post** [5] - 42:22, 69:11, 121:16, 125:6, 132:7
**post-autopsy** [1] - 121:16
**power** [2] - 86:9, 86:10
**practice** [7] - 17:5, 84:8, 109:14, 119:5, 119:12, 123:18, 123:21
**practices** [2] - 16:12, 34:5
**pre** [2] - 42:21, 46:20
**pre-warrant** [1] - 46:20
**prejudice** [1] - 29:7
**prep** [2] - 41:17, 93:9
**prepare** [1] - 91:23
**prepared** [1] - 110:10
**prescription** [1] - 7:13
**presence** [1] - 114:17
**present** [2] - 41:10, 125:2
**press** [7] - 13:14, 13:17, 13:19, 13:21, 14:7, 14:16, 14:21
**pressed** [1] - 82:23
**pressure** [2] - 73:21, 74:20
**presumably** [3] - 129:3, 131:8, 131:9
**pretty** [2] - 36:3, 106:11
**prime** [2] - 65:4, 65:15
**printouts** [1] - 113:3
**probable** [1] - 38:10

**problem** [2] - 95:8, 95:9
**procedure** [4] - 14:4, 18:5, 93:20, 119:12
**procedures** [1] - 16:3
**proceed** [1] - 84:3
**proceeded** [2] - 65:19, 66:21
**proceedings** [3] - 43:20, 102:17, 137:12
**process** [1] - 15:7
**processing** [1] - 93:18
**Professional** [2] - 1:18, 137:4
**Program** [1] - 8:3
**progress** [1] - 130:19
**pronounce** [1] - 15:22
**pronouncement** [1] - 35:4
**prosecute** [2] - 66:16, 97:23
**prosecuted** [2] - 19:17, 24:20
**prosecuting** [1] - 90:5
**prosecution** [16] - 4:16, 13:5, 19:14, 45:4, 46:2, 46:14, 47:10, 90:8, 91:9, 92:9, 94:19, 94:20, 96:8, 97:12, 97:14, 125:17
**prosecutions** [1] - 30:16
**prove** [1] - 117:9
**provided** [3] - 3:4, 5:20, 95:16
**Public** [4] - 1:19, 3:15, 3:16, 137:5
**public** [2] - 4:4, 89:11
**PUBLIC** [1] - 135:21
**publicly** [1] - 20:16
**pull** [2] - 53:2, 109:15
**pulled** [1] - 109:8
**purposes** [1] - 131:10
**pursuant** [1] - 1:17
**pursuing** [1] - 65:8
**pushing** [1] - 107:15
**put** [5] - 37:3, 48:16, 51:22, 129:23, 130:12
**putting** [1] - 122:18

## Q

**quantify** [1] - 99:20
**questioned** [1] - 25:9
**questions** [7] - 4:14, 5:12, 60:23, 74:4,

104:21, 133:22, 134:2
**quick** [1] - 60:22
**quickly** [1] - 36:3
**quite** [1] - 39:10
**quote** [2] - 61:13, 61:16

## R

**raise** [2] - 109:18, 129:8
**raised** [1] - 129:8
**ran** [2] - 43:21, 105:21
**rank** [2] - 39:20, 39:21
**rather** [2] - 37:15, 111:6
**ray** [1] - 51:2
**re** [1] - 60:11
**re-interviewed** [1] - 60:11
**reach** [1] - 76:19
**reached** [2] - 12:17, 84:17
**read** [1] - 9:22, 15:17, 52:21, 55:18, 102:6, 102:23, 103:2, 110:13, 110:17, 113:17, 135:7
**reading** [4] - 49:7, 52:22, 108:4, 113:18
**real** [1] - 86:11
**realize** [2] - 29:9, 122:19
**realizing** [1] - 37:20
**really** [10] - 14:22, 21:23, 32:18, 36:18, 46:11, 49:12, 63:10, 86:9, 93:14, 111:16
**reason** [18] - 7:9, 7:13, 38:5, 46:6, 47:23, 55:15, 63:18, 64:3, 67:8, 78:23, 81:9, 81:21, 87:14, 123:11, 126:7, 126:10, 133:5, 133:9
**reasons** [2] - 28:6, 59:6, 87:15
**Rebecca** [8] - 12:7, 12:15, 36:2, 105:13, 105:14, 105:17, 113:4, 115:14
**Rebecca's** [1] - 107:7
**receipt** [1] - 76:11
**received** [2] - 34:17, 75:17
**receiving** [1] - 83:21, 84:9, 133:14
**recently** [2] - 106:16,

106:18
**Recess** [1] - 102:16
**recognize** [2] - 104:17, 109:3
**recollect** [1] - 92:10
**recollection** [12] - 9:20, 12:4, 34:23, 71:16, 77:5, 78:5, 83:19, 94:13, 103:12, 118:15, 128:13, 129:19
**record** [25] - 5:20, 7:4, 18:4, 26:4, 27:4, 29:18, 32:16, 37:3, 37:19, 40:3, 49:6, 49:19, 72:8, 76:5, 77:15, 77:17, 99:14, 108:3, 112:18, 124:21, 124:23, 126:18, 129:23, 130:12, 135:7
**recorded** [2] - 37:7, 37:9, 60:12, 67:6, 123:18
**recording** [4] - 25:8, 25:12, 47:18, 91:2
**recordings** [1] - 87:22
**records** [1] - 112:19
**red** [1] - 109:18
**rediscussed** [1] - 69:19
**reference** [2] - 30:15, 66:15
**referencing** [1] - 108:5
**referred** [1] - 58:19
**referring** [3] - 54:18, 55:3, 68:16
**reflecting** [1] - 50:10, 105:9
**refresh** [3] - 9:20, 103:12, 118:14
**regard** [7] - 31:23, 33:20, 55:6, 56:16, 58:23, 59:23, 95:18
**regarding** [2] - 25:13, 29:22
**regards** [1] - 33:16
**register** [1] - 113:3
**Registered** [2] - 1:18, 137:4
**regs** [2] - 14:10, 14:11
**regularly** [1] - 21:13
**Reid** [2] - 30:18, 30:19
**related** [2] - 12:8, 26:4, 30:4, 91:2, 137:10
**relation** [3] - 8:12, 10:16, 89:20
**relationship** [1] - 23:17

**release** [3] - 13:19, 13:21, 14:8
**released** [2] - 28:5, 70:20
**releases** [2] - 14:17, 14:21
**relevance** [1] - 27:15
**remanded** [1] - 94:12
**remember** [58] - 11:6, 15:20, 19:5, 19:9, 26:23, 27:16, 35:12, 35:13, 43:22, 44:23, 50:19, 52:6, 52:21, 54:13, 54:15, 54:20, 56:15, 56:16, 57:19, 58:6, 58:11, 58:14, 59:10, 60:8, 60:9, 69:23, 70:10, 70:17, 71:12, 71:16, 71:22, 73:14, 76:17, 82:9, 84:13, 89:8, 95:13, 95:17, 101:12, 103:22, 104:8, 106:7, 107:8, 107:11, 107:13, 114:2, 117:17, 118:16, 118:18, 121:20, 122:6, 123:4, 125:20, 126:12, 126:21, 126:23, 127:2, 128:7
**remembered** [1] - 10:22
**remind** [2] - 6:11, 8:14
**remote** [1] - 5:5
**remotely** [2] - 4:3, 111:4
**removed** [1] - 35:15
**rendered** [1] - 126:6
**RENSSELAER** [1] - 1:11
**Rensselaer** [2] - 2:8, 8:2
**report** [11] - 51:22, 82:4, 84:10, 93:21, 101:12, 101:16, 109:9, 110:9, 110:20, 116:2, 116:10
**reported** [2] - 20:16, 35:9, 43:9
**REPORTER** [4] - 29:19, 49:11, 80:20, 102:5
**reporter** [3] - 6:13, 6:18, 137:23
**Reporter** [1] - 1:19, 137:5
**reports** [3] - 72:21, 82:4, 116:7

**repository** [1] - 110:5
**represent** [2] - 4:12, 48:17
**represented** [1] - 29:7
**reproduction** [1] - 137:22
**REQUESTS** [2] - 133:18, 138:16
**res** [1] - 66:16
**reserve** [1] - 133:13
**reserved** [2] - 3:8, 3:11
**resigned** [2] - 90:13, 90:19
**resolved** [1] - 91:5
**responded** [1] - 34:20
**response** [3] - 5:17, 18:5, 18:7
**responsibilities** [1] - 8:7
**responsible** [2] - 66:3, 78:23
**result** [1] - 87:13
**resulted** [3] - 18:22, 46:23, 85:7
**resulting** [1] - 18:11
**results** [1] - 79:5
**resumed** [1] - 102:17
**retired** [2] - 24:16, 26:2, 90:20, 90:21, 91:11, 97:11, 97:20, 98:2, 116:13, 116:23, 117:3, 118:10
**retraining** [1] - 16:9
**retrospect** [1] - 84:21
**reversing** [1] - 15:11
**review** [3] - 10:16, 82:16, 83:23
**reviewed** [2] - 9:19, 10:12
**RHIANNON** [1] - 2:16
**Rhiannon** [1] - 77:14
**rib** [4] - 127:18, 128:2, 128:15, 129:2
**ribs** [13] - 50:21, 51:6, 51:22, 52:8, 52:9, 53:4, 55:4, 83:8, 83:13, 83:14, 101:7, 101:19, 120:7
**Rick** [1] - 109:22
**rights** [1] - 3:4
**role** [10] - 8:14, 23:6, 40:2, 41:4, 41:5, 41:21, 42:12, 43:4, 67:15, 94:18
**Ron** [2] - 104:3, 116:23
**RONALD** [7] - 1:2, 1:9, 1:15, 4:2, 134:4,

135:15, 136:3
**Ronald** [2] - 2:13, 116:13
**room** [11] - 5:4, 5:6, 17:10, 36:11, 62:8, 80:11, 115:6, 117:16, 119:15, 119:18, 123:19
**roughly** [1] - 92:15
**RPR** [1] - 137:20
**Rule** [6] - 104:11, 104:14, 108:18, 108:21, 138:12, 138:13
**rules** [2] - 14:10, 14:11
**run** [1] - 29:21
**running** [1] - 26:5
**Russell** [1] - 115:13

**S**

**safe** [2] - 8:16, 127:15
**sake** [1] - 6:7
**Samaritan** [1] - 8:4
**SAMPSON** [1] - 2:12
**sat** [1] - 61:13
**saw** [4] - 51:3, 80:18, 100:19, 104:8
**scattered** [1] - 71:10
**scene** [1] - 111:19
**scheduled** [1] - 122:14
**school** [3] - 32:22, 59:2, 133:4
**schools** [1] - 8:16
**scream** [1] - 129:12
**screaming** [1] - 129:2
**screams** [1] - 129:16
**screen** [2] - 49:22, 122:22
**scribbles** [1] - 36:23
**scroll** [9] - 103:8, 103:10, 103:11, 106:9, 108:23, 110:16, 110:17, 111:10, 114:12
**se** [1] - 81:22
**sealed** [2] - 27:16, 46:21
**search** [8] - 42:2, 109:7, 110:5, 116:13, 116:20, 117:4, 117:7, 117:10
**Seattle** [1] - 33:21
**sec** [2] - 103:11, 110:22
**second** [5] - 6:10, 106:8, 106:15,

132:12
**secondhand** [1] - 125:13
**security** [1] - 113:2
**see** [22] - 6:2, 22:11, 35:19, 48:12, 52:16, 52:18, 54:5, 73:10, 73:22, 102:11, 103:6, 104:20, 106:9, 114:14, 114:23, 116:3, 118:6, 119:22, 121:5, 127:15, 129:16
**seeing** [1] - 57:19
**seem** [2] - 37:7, 121:15
**sense** [2] - 121:20, 122:15
**sent** [1] - 19:18
**separated** [1] - 9:11
**September** [10] - 4:23, 6:9, 7:18, 8:8, 53:19, 53:22, 79:23, 89:15, 104:15, 124:7
**sergeant** [5] - 26:18, 40:13, 114:13, 114:18
**Sergeant** [10] - 25:17, 28:11, 37:2, 40:21, 41:2, 41:21, 68:2, 68:13, 68:14, 115:7
**set** [5] - 20:14, 54:7, 98:17, 137:9, 137:15
**setting** [1] - 74:21
**seven** [2] - 71:18, 102:10
**seven-minute** [1] - 102:10
**sex** [1] - 33:22
**sexual** [1] - 127:10
**Sexual** [1] - 8:2
**Shaftkin** [1] - 44:18
**shake** [1] - 6:17
**shall** [1] - 3:10
**share** [4] - 38:20, 49:22, 119:21, 119:23
**shared** [2] - 131:14, 131:15
**sharing** [3] - 122:22, 131:7, 131:10
**sheet** [7] - 48:12, 49:7, 49:15, 50:7, 68:11, 70:22, 75:12
**SHEET** [2] - 136:2, 136:2
**Sheet** [4] - 50:5, 68:8, 138:9, 138:10
**sheets** [1] - 42:4,

70:21
**Shoemaker** [2] - 115:2, 115:3
**show** [5] - 37:6, 53:2, 79:21, 104:9, 108:11
**showed** [3] - 75:12, 95:23, 120:7
**showing** [2] - 68:6, 108:16
**sic** [2] - 9:15, 10:3
**SIDS** [5] - 58:20, 59:4, 59:10, 59:18, 132:22
**Sign** [4] - 50:4, 68:8, 138:9, 138:10
**sign** [10] - 38:17, 48:12, 49:7, 49:15, 50:7, 62:2, 68:11, 75:12, 86:6, 115:11
**sign-in** [6] - 48:12, 49:7, 49:15, 50:7, 68:11, 75:12
**Sign-in** [4] - 50:4, 68:8, 138:9, 138:10
**signature** [5] - 111:16, 114:12, 114:23, 118:4, 118:17
**signed** [8] - 103:23, 104:15, 110:18, 114:21, 115:8, 116:4, 117:22, 118:17
**significance** [1] - 113:21
**significant** [1] - 129:22
**signs** [3] - 57:9, 57:23, 127:9
**Sikirica** [40] - 2:8, 18:19, 42:5, 42:7, 42:21, 42:22, 45:13, 45:19, 48:15, 51:18, 51:21, 53:10, 58:7, 59:15, 67:21, 68:12, 68:23, 69:19, 70:22, 71:3, 73:2, 81:18, 83:8, 83:22, 84:9, 85:21, 93:8, 100:15, 101:6, 101:20, 103:23, 118:21, 119:14, 120:14, 121:2, 128:7, 130:22, 131:4, 131:9, 131:19, 132:9
**SIKIRICA** [1] - 1:11
**Sikirica's** [5] - 45:6, 46:13, 48:20, 75:11, 130:17
**similar** [1] - 66:5
**similarly** [1] - 62:17
**simple** [1] - 17:9

**sitting** [1] - 63:8
**six** [4] - 33:2, 33:3, 33:11, 96:13
**skepticism** [1] - 72:3
**sketch** [1] - 112:14
**skill** [1] - 137:8
**sleep** [2] - 65:3, 127:22
**sleepy** [1] - 127:22
**sloppy** [1] - 84:23
**slow** [2] - 111:10
**slowed** [1] - 8:9
**soft** [1] - 56:8
**solicitation** [1] - 89:13
**someone** [18] - 8:23, 14:5, 26:5, 63:5, 64:20, 66:19, 79:19, 84:18, 86:8, 110:10, 110:11, 112:16, 112:19, 112:20, 115:16, 115:17, 128:2, 132:19
**sometimes** [3] - 9:6, 14:20, 14:21
**somewhere** [2] - 39:13, 76:14
**Sorry** [1] - 128:17
**sorry** [15] - 15:4, 22:3, 45:2, 51:13, 52:22, 58:11, 71:13, 106:21, 110:13, 110:22, 111:2, 122:20, 133:2
**sought** [1] - 72:5
**sound** [4] - 49:3, 76:2, 91:16, 106:21
**sounds** [8] - 5:3, 9:17, 31:13, 54:2, 60:16, 61:17, 91:20, 128:12
**source** [1] - 107:3
**speaking** [2] - 12:6, 107:8
**speaks** [1] - 99:14
**specialized** [1] - 56:12
**specific** [3] - 33:13, 56:21, 72:19
**specifically** [2] - 63:8, 68:21
**SPENCER** [162] - 2:16, 6:3, 11:13, 13:8, 14:2, 14:18, 15:8, 15:15, 16:6, 16:14, 16:20, 17:2, 17:14, 17:19, 18:8, 18:15, 19:2, 19:20, 20:3, 20:11, 21:4, 21:9, 21:20, 22:16, 23:14, 23:20, 24:2, 24:10, 24:14, 24:22, 25:11, 25:16, 25:22, 26:8,

26:13, 26:17, 27:3, 27:10, 27:14, 28:2, 28:7, 28:15, 28:19, 29:3, 29:11, 29:16, 30:5, 30:11, 30:23, 31:4, 32:21, 34:9, 36:4, 37:22, 38:8, 38:12, 39:3, 44:5, 44:13, 45:8, 46:5, 46:10, 46:16, 47:3, 47:14, 48:3, 52:3, 52:13, 53:8, 53:14, 54:9, 54:23, 55:8, 55:13, 56:2, 56:10, 57:6, 57:12, 57:22, 59:7, 60:2, 62:10, 63:21, 64:6, 64:15, 65:12, 66:4, 66:12, 66:23, 67:10, 67:16, 69:4, 70:7, 73:20, 74:6, 74:10, 75:2, 75:6, 77:22, 78:18, 79:4, 80:4, 80:13, 81:6, 81:14, 81:16, 81:23, 82:14, 83:5, 84:6, 84:20, 85:2, 85:9, 85:17, 85:23, 87:4, 87:10, 87:19, 88:3, 88:14, 88:19, 89:3, 89:23, 90:9, 92:4, 95:19, 96:4, 96:9, 97:8, 97:18, 98:6, 98:22, 99:11, 99:21, 100:8, 100:11, 101:23, 102:15, 103:3, 103:18, 107:23, 119:6, 120:2, 120:11, 120:17, 121:10, 121:18, 122:2, 122:17, 123:15, 124:5, 124:13, 124:19, 126:11, 126:20, 128:5, 129:5, 129:10, 130:14, 130:21, 131:13, 133:21
**Spencer** [1] - 133:12
**spend** [2] - 35:23, 106:13
**spoken** [1] - 84:10
**Sprague** [6] - 31:17, 34:16, 40:8, 40:10, 109:22, 110:3
**Sprint** [1] - 112:19
**squad** [2] - 40:19, 40:22
**squeezed** [1] - 83:6
**St** [2] - 8:3, 115:5

**staff** [4] - 79:18, 80:2, 80:12, 100:4
**standard** [1] - 14:4
**stands** [1] - 72:21
**started** [6] - 11:9, 15:13, 32:7, 46:20, 47:10
**starting** [1] - 31:15
**starts** [1] - 116:21
**STATE** [1] - 135:3
**state** [3] - 73:15, 75:4, 82:11
**State** [2] - 1:19, 137:5
**statement** [2] - 62:7, 123:2
**statements** [5] - 13:15, 61:23, 121:6, 123:19, 124:18
**STATES** [1] - 1:4
**stating** [1] - 126:6
**station** [2] - 25:23, 35:7, 36:7
**status** [2] - 72:10, 72:21
**stay** [1] - 35:14
**stayed** [1] - 12:13
**staying** [1] - 77:10
**steps** [6] - 12:6, 16:10, 42:15, 44:3, 120:9, 122:13
**Stewart's** [3] - 77:6, 112:23, 113:2
**sticking** [1] - 101:9
**still** [15] - 7:20, 8:10, 9:3, 15:17, 21:13, 22:5, 63:22, 70:9, 70:11, 78:22, 82:5, 111:5, 118:16, 122:22
**stipulated** [3] - 3:13, 3:18, 3:21
**STIPULATED** [1] - 3:3
**stomach** [2] - 59:13, 107:16
**stop** [2] - 97:4, 103:11
**story** [5] - 13:4, 101:8, 105:23, 113:5, 115:20
**strategic** [1] - 123:10
**street** [5] - 73:9, 73:12, 74:19, 74:20, 105:21
**Street** [2] - 2:15
**strike** [2] - 3:7, 3:9
**stuff** [3] - 5:19, 21:11
**subject** [1] - 56:8
**subjected** [1] - 127:6
**submit** [1] - 114:9
**subpoena** [6] - 85:14, 91:11, 92:3, 92:5,

112:23, 113:3
**subpoenaed** [1] - 85:11
**subsequent** [1] - 59:17
**substance** [18] - 54:16, 54:17, 58:13, 63:11, 72:12, 73:23, 78:10, 78:16, 95:15, 95:16, 96:2, 117:23, 121:8, 124:3, 124:8, 124:12, 124:16
**substantive** [1] - 100:21
**sudden** [5] - 58:22, 59:9, 59:19, 132:19, 132:23
**Sudden** [1] - 58:19
**Sue** [3] - 29:18, 49:23, 80:19
**sue** [1] - 49:9
**sufficient** [1] - 96:3
**suit** [1] - 127:16
**Suite** [2] - 2:5, 2:9
**sum** [8] - 54:16, 54:17, 58:13, 72:12, 73:23, 95:15, 117:23, 121:8
**summarize** [1] - 99:3
**summary** [2] - 66:21, 98:16
**super** [2] - 22:2, 22:4
**superior** [1] - 88:8
**supervision** [1] - 137:23
**supervisor** [2] - 40:16, 68:3
**Supplemental** [3] - 104:11, 104:14, 138:12
**SUPPLIED** [1] - 133:18
**supported** [1] - 87:16
**supporting** [10] - 79:9, 79:11, 79:19, 113:9, 113:19, 114:5, 114:9, 115:7, 115:15, 118:10
**supportive** [1] - 30:2
**suppressed** [1] - 126:5
**suppression** [3] - 10:7, 95:2, 95:4
**surface** [1] - 56:7
**surrender** [1] - 47:2
**surrendered** [3] - 93:12, 93:15, 93:16
**Susan** [2] - 1:18, 102:4
**SUSAN** [2] - 137:4, 137:20

**suspect** [4] - 65:4, 65:9, 109:15, 121:6
**suspects** [1] - 123:18
**suspicious** [13] - 58:16, 63:23, 65:11, 65:13, 66:3, 67:2, 70:12, 81:19, 81:20, 81:21, 82:22, 99:7, 119:2
**sworn** [1] - 3:14
**Sworn** [1] - 135:18
**sworn/affirmed** [1] - 4:3
**Syndrome** [1] - 58:19

**T**

**table** [1] - 50:14
**tactical** [1] - 123:11
**tactics** [1] - 15:6
**takeaway** [1] - 58:14
**takeaways** [1] - 60:4
**tape** [4] - 19:18, 25:21, 30:4, 89:20
**targeted** [1] - 65:21
**tasks** [1] - 70:6
**teachers** [1] - 127:12
**team** [3] - 103:14, 111:23, 131:3
**tearful** [2] - 36:16
**Tech** [1] - 48:18
**technically** [1] - 85:22
**techniques** [2] - 15:12, 16:3
**ten** [4] - 19:6, 33:18, 70:3, 71:18
**tends** [1] - 117:8
**terms** [8] - 7:18, 39:20, 67:18, 75:10, 89:17, 96:2, 100:6, 132:7
**testified** [17] - 4:4, 24:7, 24:18, 45:16, 51:16, 51:21, 73:4, 85:6, 85:12, 93:4, 95:2, 95:4, 98:20, 99:13, 101:6, 106:5, 131:19
**testify** [8] - 7:9, 7:15, 8:12, 22:5, 23:12, 45:22, 84:3, 85:8
**testifying** [4] - 24:3, 46:15, 51:17, 97:10
**testimony** [31] - 3:7, 3:9, 5:9, 5:22, 6:5, 6:6, 10:6, 10:7, 10:8, 10:16, 32:9, 32:16, 39:14, 45:5, 46:13, 46:14, 47:10, 47:11,

52:12, 52:19, 53:2, 53:11, 74:18, 82:23, 95:11, 125:2, 125:4, 126:6, 126:9, 134:4, 135:8
**thanking** [1] - 103:13
**THE** [6] - 29:19, 49:11, 80:20, 88:5, 102:5, 133:20
**themselves** [1] - 24:20
**theory** [8] - 38:23, 64:23, 65:5, 65:7, 65:8, 66:5, 66:8, 66:16
**therefore** [2] - 83:2, 83:3
**third** [5] - 53:22, 74:9, 75:22, 79:22, 107:5
**Thomas** [16] - 5:10, 12:20, 15:5, 15:11, 16:11, 17:23, 18:16, 22:18, 23:10, 40:14, 62:8, 65:19, 121:3, 123:20, 125:22, 126:13
**thousands** [2] - 80:10, 81:3
**threatened** [1] - 24:19
**three** [8] - 9:6, 32:2, 32:17, 33:19, 65:2, 71:17, 92:15, 104:16
**three-day** [2] - 32:2, 32:17, 33:19
**threw** [1] - 17:22
**thrown** [2] - 32:10, 32:11
**Tidings** [1] - 113:20
**Tim** [4] - 2:14, 22:23, 40:21, 102:21
**TIM** [1] - 1:10
**timeline** [1] - 105:18
**timing** [1] - 15:18
**tissues** [1] - 57:4
**TO** [4] - 133:18, 138:2, 138:8, 138:16
**today** [15] - 4:14, 4:18, 5:5, 7:10, 10:16, 16:17, 55:11, 63:8, 83:16, 98:20, 101:18, 121:5, 130:12, 132:21, 133:16
**toddler** [1] - 128:15
**toddlers** [1] - 59:5
**together** [1] - 71:4
**tone** [1] - 74:12
**took** [11] - 21:14, 27:22, 37:4, 44:8, 105:9, 108:13, 111:23, 114:15,

114:22, 130:20, 130:22
**top** [3] - 44:23, 104:22, 116:20
**total** [1] - 19:6
**touch** [2] - 12:13
**touches** [1] - 8:17
**towards** [1] - 44:14
**TPD** [3] - 14:7, 25:8, 45:22
**track** [2] - 10:18, 10:21
**tragically** [1] - 66:18
**trained** [1] - 96:13
**training** [17] - 18:2, 18:4, 31:23, 32:2, 32:19, 33:3, 33:11, 33:12, 33:13, 33:14, 33:19, 33:22, 34:5, 56:12, 96:17, 97:15
**TRANSCRIPT** [2] - 136:2, 136:2
**transcript** [8] - 3:23, 9:23, 11:3, 32:3, 52:15, 135:10, 137:7, 137:21
**transcripts** [1] - 10:6
**transpired** [1] - 92:17
**transport** [2] - 94:4, 94:5
**trauma** [8] - 56:20, 57:3, 57:5, 57:9, 57:15, 57:18, 57:20
**traveling** [1] - 111:6
**trial** [33] - 3:11, 5:23, 9:16, 9:22, 10:2, 10:15, 10:16, 11:3, 34:7, 41:17, 51:16, 51:20, 52:5, 52:7, 52:12, 53:12, 53:16, 54:13, 55:11, 66:16, 82:9, 84:17, 87:12, 91:15, 92:3, 94:20, 94:23, 101:17, 106:5, 125:3, 125:6, 125:18, 131:19
**tried** [2] - 36:11, 107:14
**Trinity** [1] - 8:5
**TROY** [1] - 1:9
**Troy** [21] - 2:13, 2:15, 9:11, 12:2, 13:19, 13:21, 16:10, 16:13, 20:22, 23:2, 25:15, 87:22, 90:7, 99:16, 100:15, 103:16, 109:14, 113:20, 114:16, 115:3, 125:7
**true** [5] - 53:12, 124:2, 124:8, 135:10, 137:7
**truth** [2] - 87:3, 106:6

**truthfully** [4] - 5:13, 7:10, 7:15, 22:5
**try** [5] - 5:18, 6:8, 65:21, 127:4, 131:4
**trying** [3] - 106:23, 107:3, 113:5
**turned** [3] - 13:5, 24:7, 24:13
**two** [16] - 8:21, 9:6, 60:4, 61:14, 61:19, 66:2, 66:10, 66:13, 67:6, 71:17, 72:2, 73:5, 74:4, 104:16, 126:3, 132:23
**type** [6] - 8:13, 14:6, 38:22, 99:19, 120:23, 127:7
**typed** [1] - 41:23
**types** [3] - 14:17, 69:7, 69:14

## U

**ultimately** [1] - 87:11
**unauthorized** [1] - 88:2
**unconstitutional** [1] - 16:12
**unconstitutionally** [1] - 15:23
**uncovered** [1] - 45:14
**under** [9] - 4:14, 27:11, 44:22, 47:2, 71:23, 72:11, 73:15, 96:6, 137:22
**underlying** [1] - 133:7
**understood** [3] - 7:4, 127:17
**unexplained** [7] - 58:23, 59:5, 59:9, 59:18, 59:19, 132:19, 132:23
**unfettered** [1] - 86:10
**unit** [1] - 33:17
**UNITED** [1] - 1:4
**unlawfully** [1] - 126:19
**unless** [3] - 7:4, 62:3, 137:22
**unresponsive** [5] - 35:11, 65:4, 81:5, 81:7, 82:6
**unsafe** [1] - 8:16
**unsure** [2] - 123:3, 123:4
**up** [17] - 40:7, 42:2, 47:5, 47:7, 48:17, 51:9, 53:2, 55:11, 62:2, 66:5, 66:8,

83:15, 86:17, 89:15, 93:16, 110:22, 111:9
**updated** [1] - 62:12
**ups** [1] - 73:19
**usage** [1] - 113:3
**useful** [1] - 117:9

## V

**V's** [1] - 105:15
**V.D** [4] - 9:21, 11:10, 50:14, 80:3
**vehicle** [1] - 73:7
**verbal** [1] - 129:4
**verbally** [1] - 6:16
**verify** [1] - 105:23
**versus** [2] - 20:5, 24:4
**via** [1] - 47:10
**Victims** [1] - 8:3
**video** [14] - 10:8, 37:5, 61:15, 61:22, 62:12, 95:11, 95:15, 95:23, 107:21, 123:22, 131:20, 131:22, 132:10, 133:15
**Video** [1] - 138:18
**videos** [3] - 9:19, 123:21, 131:21
**videotape** [1] - 17:22
**view** [2] - 25:14, 123:13
**viewed** [2] - 25:12, 25:13
**violated** [3] - 15:6, 87:9, 87:16
**violating** [2] - 15:6, 88:23
**violation** [1] - 97:9
**violations** [1] - 97:5
**virtually** [1] - 1:17
**visible** [1] - 51:2
**vision** [1] - 106:20
**vividly** [1] - 50:17
**voluntary** [1] - 77:2
**voter** [1] - 30:7

## W

**waiting** [1] - 72:13
**waived** [1] - 3:20
**waiver** [2] - 3:10, 38:18
**walk** [6] - 7:17, 25:6, 25:20, 26:3, 31:14, 71:8
**walking** [1] - 73:22
**warrant** [10] - 42:2, 46:20, 46:23, 47:2,

93:3, 116:14, 116:20, 117:4, 117:7, 117:10
**warranted** [1] - 96:8
**Washington** [1] - 2:10
**watched** [3] - 13:12, 131:20, 131:22
**weak** [1] - 125:17
**week** [3] - 8:21, 9:5, 10:17
**weeks** [4] - 64:12, 76:8, 92:15, 92:18
**West** [1] - 2:9
**whatsoever** [5] - 18:3, 18:5, 57:9, 91:6, 91:7
**wheel** [1] - 40:7
**WHEREOF** [1] - 137:15
**whole** [3] - 13:12, 30:8, 71:12
**wife** [1] - 26:11
**WILLIAM** [1] - 2:11
**Willie** [2] - 105:22, 105:23
**window** [1] - 119:16
**wish** [3] - 86:2, 86:3, 86:9
**withdraw** [1] - 6:10
**withdrawn** [2] - 73:3, 118:20
**witness** [2] - 3:14, 94:19
**WITNESS** [3] - 88:5, 133:20, 137:15
**wolves** [1] - 32:11
**words** [16] - 32:15, 53:17, 54:14, 54:15, 55:6, 55:12, 58:4, 63:12, 74:14, 78:15, 78:16, 84:15, 99:4, 99:18, 119:11, 128:8
**worker** [1] - 26:2
**world** [2] - 86:5, 86:7
**write** [4] - 123:12, 123:13, 124:4, 124:10
**writing** [3] - 110:17, 123:20, 126:17
**written** [4] - 61:23, 62:2, 62:7, 74:5
**wrote** [2] - 36:23, 73:18

## X

**X-ray** [1] - 51:2

## Y

**year** [3] - 15:19, 53:18, 132:23
**years** [5] - 14:13, 34:6, 40:13, 127:4
**yesterday** [1] - 121:14
**YORK** [2] - 1:4, 135:3
**York** [7] - 1:20, 2:5, 2:10, 2:15, 4:13, 137:6
**young** [3] - 59:5, 128:22, 133:4
**younger** [1] - 8:15, 59:3, 59:10
**yourself** [1] - 32:20
**yup** [3] - 9:2, 48:22, 111:7

## Z

**Zeigler** [1] - 48:20
**Zoom** [1] - 1:17
**zoom** [2] - 103:3, 116:17

Case 1:17-cv-01290-DJS   Document 115-4   Filed 02/04/22   Page 155 of 152

1

2              C E R T I F I C A T I O N

3

4           I, SUSAN FLORIO, Registered Professional

5    Reporter and Notary Public in and for the State of

6    New York, do hereby certify that the foregoing is a

7    true, complete and accurate transcript to the best

8    of my knowledge, skill and ability on the date and

9    place hereinbefore set forth.

10           I FURTHER CERTIFY that I am not related

11   to or employed by any of the parties to the action

12   in which the proceedings were taken, or any

13   attorney or counsel employed in this action, nor am

14   I financially interested in the case.

15           IN WITNESS WHEREOF, I have hereunto set

16   my hand this 11th day of June, 2021.

17

18

19                      _____/Susan Florio, RPR

                        _____
20                           SUSAN FLORIO, RPR

21                 (The foregoing certification of
                 this transcript does not apply to any
22               reproduction of the same by any means
                 unless under the direct control and/or
23               supervision of the certifying reporter.)