**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 18, 2024
Docket #: 23-589
Short Title: Davis-Guider v. City of Troy

DC Docket #: 17-cv-1290
DC Court: NDNY (SYRACUSE)
DC Judge: Stewart

## NOTICE OF DEFECTIVE FILING

On January 17, 2024 the APPENDIX, volumes 1-11, on behalf of the Appellant Michael Davis-Guider, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
**XX** **Defective cover** *(FRAP 32)*
    **XX** **Incorrect caption** *(FRAP 32)* – **Incomplete. See docket for official caption.**
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
**XX** **Incorrect pagination, click here for instructions on how to paginate PDFs**
    ***(Local Rule 32.1)*** – **"APPENDIX, volumes *2-11 only*"**
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

**  XX   Other: Incomplete caption on covers and volumes 2-11 need to be paginated. Please correct by amending the cover so the full caption (as shown below) is reflected. Lastly, the pages of the appendices, volumes 2-11, must be paginated.**

---

Michael Davis-Guider,

      Plaintiff-Counter-Defendant-Appellant

v.

City of Troy, Ronald Fountain, individually, Danielle Coonradt, individually, Charles McDonald, individually, Tim Colaneri, individually,

      Defendants-Cross-Claimants-Counter-Claimants-Appellees,

Rensselaer County, Michael Sikirica, individually,

      Defendants-Cross-Defendants-Counter-Claimants-Appellees,

Adam R. Mason, individually,

      Defendant-Cross-Claimant-Counter-Claimant,

Joel Abelove, individually,

      Defendant-Cross-Defendant-Counter-Claimant,

John and Jane Doe 1-10, individually, (the names John and Jane Doe being fictitious, as the true names are presently unknown), Michael E. Parrow, Andra Ackerman,

      Defendants.

---

**For more information on how to paginate PDFs, please click the hyperlink in the sentence "*Incorrect pagination*" found on the first page of this notice.**

    Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **January 22, 2024**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

    Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.