# 23-589

IN THE

# United States Court of Appeals
# for the Second Circuit

MICHAEL DAVIS-GUIDER,
*Plaintiff-Counter-Defendant-Appellant,*

— v. —

CITY OF TROY, RONALD FOUNTAIN, INDIVIDUALLY,
DANIELLE COONRADT, INDIVIDUALLY,
CHARLES MCDONALD, INDIVIDUALLY,
TIM COLANERI, INDIVIDUALLY,
*Defendants-Cross-Claimants-Counter-Claimants-Appellees,*

RENSSELAER COUNTY,
MICHAEL SIKIRICA, INDIVIDUALLY,
*Defendants-Cross-Defendants-Counter-Claimants-Appellees,*

ADAM R. MASON, INDIVIDUALLY
*Defendant-Cross-Claimant-Counter-Claimant,*

JOEL ABELOVE, INDIVIDUALLY,
*Defendant-Cross-Defendant-Counter-Claimant,*

JOHN AND JANE DOES 1-10, INDIVIDUALLY,
MICHAEL E. PARROW, ANDRA ACKERMAN,
*Defendants.*

On Appeal from the United States District Court
for the Northern District of New York
Case No. 1:17-cv-1290 (FJS/DJS)

## APPENDIX VOLUME 2 OF 11

# APPENDIX VOLUME 2 TABLE OF CONTENTS

ECF 115-6: Exhibit "C" .................................................................... 177

ECF 115-7: Exhibit "D" .................................................................... 187

# EXHIBIT "C"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL DAVIS-GUIDER,

                  Plaintiff,

    -against-

CITY OF TROY, RONALD FOUNTAIN, Individually,
DANIELLE COONRADT, Individually, CHARLES
MCDONALD, Individually, TIM COLANERI, Individually,
ADAM R. MASON, Individually, RENSSELAER COUNTY,
MICHAEL SIKIRICA, Individually, and JOEL ABELOVE,
Individually,

                  Defendants.

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT WITH DEMAND FOR JURY TRIAL**
Civil Case No.: 1:17-cv-01290
                (FJS/DJS)

_____

Defendants, Rensselaer County, Michael Sikirica, and Joel Abelove, by and through their attorneys, Bailey, Johnson & Peck, P.C., as and for an Answer to Plaintiff's Third Amended Complaint, with demand for jury trial, sets forth and alleges as follows:

**PRELIMINARY STATEMENT**

1.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "1".

**JURISDICTION**

2.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "2".

3.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "3" insofar as they contain factual

allegations and defer all other allegations in those paragraphs to the Court, insofar as they state conclusions of law.

<u>**VENUE**</u>

4.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "4" insofar as they contain factual allegations and defer all other allegations in that paragraph to the Court, insofar as they state conclusions of law.

<u>**JURY DEMAND**</u>

5.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "5".

<u>**PARTIES**</u>

6.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "6", "7" and "9".

7.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "8" insofar as they contain factual allegations and defer all other allegations in that paragraph to the Court, insofar as they state conclusions of law.

8.      Admit the allegations contained in paragraphs numbered "10" and "11".

9.      Admit the allegations contained in paragraph numbered "12" insofar as Michael Sikirica was and is a medical doctor who conducts autopsies for Defendant Rensselaer County and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

10.     Admit the allegations contained in paragraph numbered "13" insofar as Defendant Joel Abelove was the Rensselaer County District Attorney (hereafter "DA" or "DA Abelove") for the Rensselaer County District Attorney's Office (hereinafter "RCDAO") and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

<u>FACTS</u>

11.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "27", "29", "30", "32", "38", "39", "43", "45" and "57".

12.     Admits the allegations contained in paragraph numbered "26".

13.     Admits the allegations contained in paragraph numbered "28" insofar as Defendants reviewed emergency room records from Seton Health Services/St. Mary's Hospital and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

14.     Deny the allegations contained in paragraphs numbered "31", "35", "36", "37", "40", "41", "42", "46", "47", "48", "49", "50" "51", "52", "53", "54", "55", "56", "58", "59", "60", "61", "62" and "63".

15.     Admit the allegations contained in paragraph numbered "33" insofar as a meeting was held subsequent to the autopsy of V.D. and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

Case 1:17-cv-01290-PJS Doc 87-1 Filed 04/13/20 Page 4 of 10

16.     Deny the allegations contained in paragraph numbered "34" insofar as Defendant Sikirica issued his autopsy report on August 15, 2015 and admit the truth of the remaining allegations as listed in the autopsy report.

17.     Admit the allegations contained in paragraph numbered "44" insofar as Defendant Sikirica testified at Plaintiff's trial and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

### AS AND FOR A RESPONSE TO PLAINTIFF'S
### FIRST CAUSE OF ACTION
(False Arrest/Unlawful Imprisonment under 42 U.S.C. § 1983)

18.     Repeat and reallege their responses to each and every allegation contained in paragraphs numbered "1" through "63" as though fully set forth herein.

19.     Deny the allegations contained in paragraphs numbered "65" and "66".

### AS AND FOR A RESPONSE TO PLAINTIFF'S
### SECOND CAUSE OF ACTION
(Malicious Prosecution under 42 U.S.C. § 1983)

20.     Repeat and reallege their responses to each and every allegation contained in paragraphs numbered "1" through "66" as though fully set forth herein.

21.     Deny the truth of the allegations contained in paragraphs numbered "68", "69", "70", "71", "72", "73", "74" and "76".

22.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "75".

**AS AND FOR A RESPONSE TO PLAINTIFF'S**
**THIRD CAUSE OF ACTION**
(Violation off Right to Fair Trial under 42 U.S.C. § 1983)

23. Repeat and reallege their responses to each and every allegation contained in paragraphs numbered "1" through "76" as though fully set forth herein.

24. Deny the truth of the allegations contained in paragraphs numbered "78", "79", "80" and "81".

**AS AND FOR A RESPONSE TO PLAINTIFF'S**
**FOURTH CAUSE OF ACTION**
(Failure to Intervene under 42 U.S.C. § 1983)

25. Repeat and reallege their responses to each and every allegation contained in paragraphs numbered "1" through "81" as though fully set forth herein.

26. Deny the truth of the allegations contained in paragraphs numbered "83", "84", "85" and "86".

**AS AND FOR A RESPONSE TO PLAINTIFF'S**
**FIFTH CAUSE OF ACTION**
(Conspiracy under 42 U.S.C. § 1983 and 1985)

27. Repeat and reallege their responses to each and every allegation contained in paragraphs numbered "1" through "86" as though fully set forth herein.

28. Deny the truth of the allegations contained in paragraphs numbered "88", "89" and "90".

**AS AND FOR A RESPONSE TO PLAINTIFF'S**
**SIXTH CAUSE OF ACTION**
(Municipal Liability under 42 U.S.C. § 1983 against Defendant City of Troy)

29. Repeat and reallege their responses to each and every allegation contained in paragraphs numbered "1" through "90" as though fully set forth herein.

30.     Deny the truth of the allegations contained in paragraphs numbered "92", "93", "94", "97", "98", "99", "100", "101", "102" and "103".

31.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "95" and "96" insofar as they contain factual allegations and defer all other allegations in that paragraph to the Court, insofar as they state conclusions of law.

**AS AND FOR A RESPONSE TO PLAINTIFF'S
SEVENTH CAUSE OF ACTION**
(Municipal Liability under 42 U.S.C. § 1983 against Defendant Rensselaer County)

32.     Repeat and reallege their responses to each and every allegation contained in paragraphs numbered "1" through "103" as though fully set forth herein.

33.     Deny the truth of the allegations contained in paragraphs numbered "105", "106", "107", "108" "109", "110", "111", "112" and "113".

**As and for a Response to Plaintiff's
Supplemental State Law Claim**

34.     Repeat and reallege their responses to each and every allegation contained in paragraphs numbered "1" through "113" as though fully set forth herein.

35.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "115" and "116".

36.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs numbered "117", "118" and "119" insofar as they contain factual allegations and defer all other allegations in those paragraphs to the Court, insofar as they state conclusions of law.

Case 1:17-cv-01290-PJS Document 84 Filed 04/05/22 Page 291 of 10

### AS AND FOR A RESPONSE TO PLAINTIFF'S EIGHTH CAUSE OF ACTION
(Malicious Prosecution under the laws of the State of New York)

37.     Repeat and reallege their responses to each and every allegation contained in paragraphs numbered "1" through "119" as though fully set forth herein.

38.     Deny the truth of the allegations contained in paragraphs numbered "121", "122", "123" and "124".

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

39.     The actions set forth in the Complaint are barred by the applicable Statute of Limitations.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

40.     The Answering Defendant, Rensselaer County, cannot be held liable under the theory of *respondeat superior* and therefore cannot be held vicariously liable.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

41.     Any and all acts of the Answering Defendants, their servants and/or employees, were performed in good faith and without malice.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

42.     Any actions on the part of Answering Defendants and their agents and/or employees, if any, were justified.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

43.     The Answering Defendants are not policy makers as that term is used in the alleged legal theories.

Case 1:17-cv-01290-PJS Document 84-1 Filed 04/15/20 Page 9 of 19

# APPENDIX

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

44.     Answering Defendants have no policy or custom to deprive citizens of their constitutional rights.

## AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

45.     Answering Defendants are entitled to absolute immunity.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

46.     Answering Defendants are entitled to qualified immunity.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

47.     Answering Defendants at all times herein acted in good faith.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

48.     Plaintiff is not entitled to recover punitive damages against a municipality, or a public official sued in his official capacity.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

49.     If the injuries and damages were sustained by the Plaintiff at the time and place and in the manner alleged in the Third Amended Complaint, such damages and injuries are attributable, in whole or in part, to the comparative negligence of Plaintiff, and if any damages are recoverable against the answering Defendants, the amount of such damages shall be diminished in proportion with the comparative negligence which cause the damages.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

50.     Insofar as Plaintiff's Complaint asserts causes of action sounding in State Law against Defendant Michael Sikirica, said causes of action are barred for failure to comply with New York State General Municipal Law § 50-e.

### AS AND FOR A COUNTERCLAIM AGAINST PLAINTIFF, MICHAEL DAVIS-GUIDER

51.     Answering Defendants request that the Court, in its discretion, allow it as a prevailing party, reasonable attorneys' fees pursuant to 42 U.S.C. § 1988.

Dated:  April 15, 2020          Bailey, Johnson & Peck, P.C.

By: *Crystal R. Peck*
     Crystal R. Peck
*Attorneys for Defendants, Rensselaer County,*
*Michael Sikirica and Joel Abelove*
5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, New York 12205

TO:   Brett H. Klein, Esq., PLLC
    *Attorneys for Plaintiff*
    305 Broadway, Suite 600
    New York, NY  10007

    Rhiannon Harris, Esq.
    Pattison, Sampson, Ginsberg & Griffin
    *Attorneys for Defendants City of Troy, Ronald Fountain, Danielle Coonradt,*
    *Charles McDonald, Tim Colaneri and Adam R. Mason*
    22 First St.
    P.O. Box 208
    Troy, New York 12180

# EXHIBIT "D"

**DEPOSITION of MICHAEL DAVIS-GUIDER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------X
MICHAEL DAVIS-GUIDER,

               Plaintiff,

-against-          Civil Case No.: 1:17-cv-01290
                   (FJS/DJS)

CITY OF TROY, RONALD FOUNTAIN, Individually,
DANIELLE COONRADT, Individually, CHARLES
MCDONALD, Individually, TIM COLANERI,
Individually, ADAM R. MASON, Individually,
RENSSELAER COUNTY, MICHAEL SIKIRICA,
Individually, and JOEL ABELOVE,
Individually,

               Defendants.
----------------------------------------------X

    DEPOSITION of the Plaintiff, **MICHAEL DAVIS-GUIDER**, held on May 19, 2021, commencing at 9:32 a.m., being held virtually by Zoom, pursuant to Notice; before Susan Florio, a Registered Professional Reporter and Notary Public in and for the State of New York.

1

2

APPEARANCES:

3

4         BRETT H. KLEIN, ESQ., P.C.
         Attorneys for Plaintiff

5         305 Broadway, Suite 600
         New York, New York 10007

6         BY:  BRETT H. KLEIN, ESQ.

7

         BAILEY, JOHNSON & PECK, P.C.

8         Attorneys for Defendants Rensselaer
          County, Michael Sikirica, and

9          Joel Abelove
         Pine West Plaza 5, Suite 507

10       Washington Avenue Extension
         Albany, New York 12205

11       BY:  CRYSTAL R. PECK, ESQ.

12

         PATTISON, SAMPSON, GINSBERG & GRIFFIN, P.C.

13       Attorneys for Defendant City of Troy,
          Ronald Fountain, Danielle Coonradt,

14        Charles McDonald, Tim Colaneri, and
          Adam R. Mason

15       22 First Street, P.O. Box 208
         Troy, New York 12181-0208

16       BY:  RHIANNON I. SPENCER, ESQ.

17

18

19

20

21

22

23  Indexes........................... Pg. 172

1

2                    S T I P U L A T I O N S

3  IT IS HEREBY STIPULATED AND AGREED by and between

4  the parties hereto, that all rights provided by the

5  F.R.C.P. including the right to object to any

6  question except as to the form, or to move to

7  strike any testimony at this examination, are

8  reserved, and, in addition, the failure to object

9  to any question or move to strike testimony at this

10 examination shall not be a bar or waiver to make

11 such motion at, and is reserved for, the trial of

12 this action;

13 It is further stipulated and agreed that this

14 examination may be sworn to by the witness being

15 examined before a Notary Public other than the

16 Notary Public before whom this examination was

17 begun;

18 It is further stipulated and agreed that the filing

19 and certification of the original of this

20 examination are waived;

21          It is further stipulated and agreed that

22  the examining party will furnish the examined

23  party with a copy of the transcript free of charge.

1

2            MICHAEL DAVIS-GUIDER,

3    having been first duly sworn/affirmed remotely by

4    the notary public, was examined and testified as

5    follows:

6

7    BY MS. PECK:

8        Q.   Mr. Guider, my name is Crystal Peck.  I'm

9     the attorney that represents Rensselaer County,

10    Joel Abelove and Dr. Michael Sikirica in a

11    lawsuit that you brought in the Northern District

12    of New York against the individuals I just

13    mentioned as well as the City of Troy and several

14    of City of Troy officers.

15            I'm going to ask you questions today

16    about your background, about the incidents that

17    happened on February 26th, 2015, as well as your

18    subsequent arrest.  If at any point you don't

19    understand what I'm asking, please stop and let

20    me know and I can either rephrase the question or

21    I can repeat the question.  If you do answer, we

22    are going to assume that you understood what was

23    being asked.  I'm going to give you a caveat.  I

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2   sometimes can speak kind of quickly, so if I

3   speak too quickly and you need me to slow down,

4   tell me that and I will absolutely do that. A

5   couple of other ground rules is that, it's just a

6   little bit different because we are on Zoom, but

7   we still have a court reporter who is going to be

8   writing down everything that we say and it's very

9   important that any responses that you give are

10   verbal. So, oftentimes we like to shake our head

11   or nod in response to something or we go um-hmm.

12   We have to be very clear to give verbal

13   responses. Okay?

14     A.   Okay.

15     Q.   If you need a break at any point in time

16   that's fine, just let us know. The only request

17   I'll have is that if there's a question that I've

18   asked that's pending, we will need you to respond

19   to the question before we go ahead and take a

20   break. If you have any issues with internet, not

21   hearing us, us freezing up, which is a new

22   dynamic to these depositions, just please let us

23   know so that we can stop. As soon as you are

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    able to hear or see us again, we can stop and go

3    back and figure out where we left off, where you

4    last heard us.  Okay?

5         A.    Okay.

6         Q.    Now, I'm going to ask preliminary, is

7    there anyone in the room with you or are you by

8    yourself?

9         A.    I'm by myself.

10        Q.    And can you provide your full name for

11   the record?

12        A.    Michael Leroy Davis-Guider.

13        Q.    And your date of birth?

14        A.    XX/XX/XXXX.

15        Q.    Are you currently taking any medication,

16   whether it's prescription or nonprescription that

17   would interfere with your ability to give

18   testimony today?

19        A.    No.

20               MR. KLEIN:  Crystal, can we just go

21          back for one second?  Could we take the

22          date of birth and Social and just keep it

23          off the record but you can write it down.

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2                    MS. PECK:  Absolutely.

3                    MR. KLEIN:  For obvious privacy

4            reasons?  Thank you.

5                    MS. PECK:  That's not a problem.

6                    (Whereupon, a discussion was held

7            off the record.)

8        Q.    Actually, if you could, could you give us

9    your Social Security number?

10       A.    XXX-XX-XXXX.

11       Q.    Did you review any documents or videos

12   before your testimony today or in preparation for

13   your testimony today?

14       A.    I reviewed my statements that I had with

15   the other lawyers.

16       Q.    When you say the statements that you had

17   with the other lawyers, do you mean -- and this

18   is a legal term, so if you don't understand what

19   I'm talking about, let me know but -- a transcript

20   that was a 50-h transcript?

21       A.    Yes, ma'am.

22       Q.    Okay.  That's what you meant.  Okay.  And

23   was that two transcripts that you reviewed or

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2   one?

3       A.    It was two, I believe.

4       Q.    Okay.  And were those the transcripts of

5   the testimony that you gave on March 30th, 2017?

6       A.    Yes.

7       Q.    In reviewing those transcripts, the

8   answers that you gave to those questions do they

9   remain to be accurate and truthful?

10      A.    Yes.  Except for one I would like to say.

11  When I was going back to play ball it was put

12  down 2016 and it was 2015 of May.  I believe that

13  was the only difference.

14      Q.    I'm sorry.  I didn't quite hear the

15  beginning part.

16      A.    I said when I was going back to play ball

17  it was -- I don't know if they put it down wrong

18  or if I said it wrong at the time, I'm not sure,

19  but it was 2015 of May that I was going back to

20  play basketball and I believe they put 2016.

21  That was about it.

22      Q.    Okay.  And that's the only part of your

23  testimony that you would change today?

1   [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2       A.   Yes, ma'am.

3       Q.   Mr. Guider, what is your current address?

4       A.   I live in Manhattan.  It is 218 West 17th

5   Street, Apartment 1-D.

6       Q.   And how long have you lived there?

7       A.   For a year.

8       Q.   One year?

9       A.   A little over a year.  Yes.

10      Q.   Do you live there with anyone?

11      A.   Yes.

12      Q.   Who do you live with?

13      A.   Rebecca.

14      Q.   What's Rebecca's last name?

15      A.   Parker.

16      Q.   Do you live there with anyone else?

17      A.   No.

18      Q.   Where did you live before you were at 218

19  West 17th Street?

20      A.   I lived with my -- I lived with Shaquana.

21               MR. KLEIN:  I think the question

22           was where though, Mike.  What was the

23           address?

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2       A.   It was ███████████████.   It's in

3   Brooklyn.

4       Q.   And you lived with Shaquana.  Who was

5   Shaquana?

6       A.   She's the mother of my daughter.

7       Q.   And how long did you -- I'm sorry.

8   What's Shaquana's last name?

9       A.   Pitts, P-i-t-t-s.

10      Q.   How long did you live there

11  with Shaquana?  Actually, strike that.

12           How long did you live at ██████████

13  ██████████

14      A.   Roughly a year and a half, almost two

15  years.

16      Q.   And did you live there that entire time

17  with Shaquana?

18      A.   Yes.

19      Q.   Did you live there with anyone else?

20      A.   My daughter.

21      Q.   How old is your daughter?

22      A.   She's seven.

23      Q.   She's seven?

Case 1:17-cv-01290-DJS  Document 71-1  Filed 07/04/22  Page 22 of 189

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2       A.   Yes.

3       Q.   And what's her name?

4            MS. PECK:  And, Sue, I'm okay with

5            you crossing out the name of the daughter

6            on the transcript as well for privacy

7            concerns.

8       A.   XX.

9       Q.   And is she also Shaquana's daughter?

10      A.   Yes.

11      Q.   Other than you, X, and Shaquana did you

12   live there with anyone else?

13      A.   No.

14      Q.   And I should ask.  How long has Rebecca

15   Parker resided with you at ████████████████?

16      A.   For about a year and two months.

17      Q.   Is that the entire time you've lived

18   there?

19      A.   Yes.

20      Q.   Mr. Guider, do you have any other

21   children other than the one you share with

22   Shaquana?

23      A.   No.

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    Q.   Where did you reside before you were

3    living at ██████████████? 

4    A.   I was staying with a family member.

5    Q.   Who were you staying with?

6    A.   He was my cousin I was staying with and a

7    building I don't remember the name.

8    Q.   Do you remember was it in New York City?

9    A.   Yes.  It was also in Brooklyn.

10    Q.   In Brooklyn.  Okay.  And what was the

11    name of your cousin that you were living with?

12    A.   That was Shawn.

13    Q.   You said Shawn?

14    A.   Yes.

15    Q.   And his last name?

16    A.   Mack.

17    Q.   Did you reside there with anyone else?

18    A.   No.

19    Q.   And about how long did you live there?

20    A.   About a year.

21    Q.   What about before you were living with

22    Shawn Mack?

23    A.   I was just staying at friends houses off

Case 1:17-cv-01290-DJS Document 71 Filed 02/04/22 Page 26 of 189

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    and on.

3        Q.   So you didn't have a permanent place that

4    you were residing?

5        A.   No.  I did not.

6        Q.   And about how long were you doing that?

7        A.   After I came home I was with the mother

8    of my child for a few months and then I moved on

9    to stay with a friend and it was like that until

10   I stayed with my cousin.

11       Q.   Okay.  So, when you say after you came

12   home, came home from where?

13       A.   From being locked up.

14       Q.   So was that from being in jail?

15       A.   Yes.

16       Q.   Okay.  And when you say being locked up

17   or being in jail, was that in relation to the

18   criminal proceeding that's the subject of this

19   lawsuit, the one that happened in February of

20   2015 --

21       A.   Yes.

22       Q.   -- or the incident that happened in 2015?

23   Okay.

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2          All right.  Do you know what year you got

3   out of jail or month and year?

4       A.   It was 2016.  I don't recall the actual

5   month.

6       Q.   Okay.  And you said that you when you got

7   out of jail you went and you lived with, is it

8   Shaquana, that's who you lived with when you got

9   out?

10      A.   Yes.

11      Q.   Okay.  And how long did you stay with

12  her?

13      A.   For a few months.

14      Q.   And did you reside there with your

15  daughter?

16      A.   No.  My daughter didn't live there at the

17  time.

18      Q.   Okay.  Where was your daughter residing?

19      A.   She was staying with her godmother.

20      Q.   Do you know why your daughter wasn't

21  residing with Shaquana at the time?

22      A.   Because it was a new apartment and she

23  was working all the time so she couldn't really

1  **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2  take care of her.

3      Q.   Mr. Guider, are you currently employed?

4      A.   Yes.

5      Q.   And where do you work?

6      A.   At a supermarket.  I do delivery and I

7  pack out in the produce section of the

8  supermarket.

9               MR. KLEIN:  Mike, it's good to

10            explain, but just for, to make things

11            move smoothly she just asked where you

12            worked.  So, let her ask you the next

13            question.  Okay?

14            THE WITNESS:  Yes.

15     Q.   What supermarket do you work at?

16     A.   It's called D'Agostino's.

17     Q.   And where is it?

18     A.   It's in Manhattan.

19     Q.   Do you know the address?

20     A.   It's 35th and Third Avenue on the East

21 Side.

22     Q.   How long have you worked there?

23     A.   For a year and a few months.

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2       Q.   One year and a few months?

3       A.   Yes.

4       Q.   And you said you do deliveries and you do

5   like the produce packing?

6       A.   Yes.

7       Q.   Do you have any other job duties there?

8       A.   No.

9       Q.   What's your title, the name of the

10  position there?

11      A.   Just a general position, I guess, is the

12  title, meaning anything they need me to do.

13      Q.   Okay.  How much do you make?

14      A.   $15.15 an hour.

15      Q.   About how many hours do you work a week?

16      A.   They vary.  It could be 20 hours, it

17  could be 16 hours.

18      Q.   Is it a part-time position or a full-time

19  position?

20      A.   It's a part time.

21      Q.   Do you receive tips for the delivery

22  work?

23      A.   Sometimes.

Case 1:17-cv-01290-DJS Document 91-1 Filed 07/04/22 Page 181 of 189

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    Q.   And those would be in addition to the

3    15.15?

4    A.   Yes.

5    Q.   About how much do you make in tips per

6    week on average?

7    A.   Probably $7.

8    Q.   And have you been doing deliveries since

9    you've been employed there?

10   A.   Not all the time.  Once in a while.

11   Q.   About how often do you do deliveries

12   there?

13   A.   Maybe two times or three times a week.

14   Q.   Do you work anywhere else?

15   A.   No.

16   Q.   Is there a reason that you are working

17   part-time hours as opposed to full-time hours?

18   A.   They don't allow full-time hours unless

19   you've been there for a certain amount of years.

20   Q.   Have you attempted to find full-time

21   employment?

22   A.   Yes.

23   Q.   And what type of positions have you been

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    looking for?

3        A.    Pretty much the same positions, stuff

4    that I'm good at.

5        Q.    How long -- go ahead.

6        A.    I was going to say anything physical, I

7    guess.

8        Q.    Okay.  How long have you been looking for

9    full-time employment?

10       A.    For about a year and some change, almost

11   two years.

12       Q.    Where did you work before you were at

13   D'Agostino's?

14       A.    I worked at a place called Dollar Tree.

15       Q.    And how long did you work at Dollar Tree?

16       A.    Roughly seven months, eight months.

17       Q.    What was your position at Dollar Tree?

18       A.    Same thing.  I did stock.

19       Q.    What were your wages?

20       A.    I believe at that time it was 12 and some

21   change.  Maybe $13.  I'm not sure.

22       Q.    How many hours per week did you work?

23       A.    Probably the same, maybe like 20 hours,

1  **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2  maybe.

3  Q.   Were you looking for full-time employment

4  while you were at Dollar Tree as well?

5  A.   Yes.

6  Q.   And when I -- I should clarify.  When I

7  ask if you were looking for full-time employment,

8  were you actively applying for jobs for full-time

9  hours during this time?

10  A.   Yes.

11  Q.   Okay.  And I can't assume anything so I'm

12  not trying to be cute with my questions, but was

13  the only type of employment you were able to find

14  is part-time employment even though you were

15  applying for full-time jobs?

16  A.   Yes.

17  Q.   Can you give me some of the jobs that you

18  were applying to for full-time employment, some

19  of the positions or companies you were applying

20  with?

21  A.   One place was called Party City.  I was

22  told they had full-time jobs there.  I applied

23  there.  I applied for Hard Rock Cafe for like a

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    kitchen position, which they told me was full

3    time, but I never got a call back for -- from

4    them.

5        Q.    Anywhere else?

6        A.    Just different restaurant places.

7        Q.    Were you working anywhere else while you

8    were working at Dollar Tree?

9        A.    No.

10       Q.    Why did you end up leaving Dollar Tree?

11       A.    Pretty much there was a change of hands

12   with the management and they wanted to bring in

13   new people, I guess.

14       Q.    Were you terminated?

15       A.    Yes.

16              MR. KLEIN:   Terminated as opposed

17          to laid off or -- objection to form.  If

18          you could explain.

19       Q.    Terminated as opposed to voluntarily

20   quitting or being laid off or being furloughed?

21       A.    I was laid off.

22       Q.    You were laid off.  Did you seek

23   unemployment?

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2        A.    I did.

3        Q.    Did you receive unemployment?

4        A.    Once I received it.

5        Q.    When you say once, you mean you received

6    one, like one payment?

7        A.    Yes.

8        Q.    Do you know why you only received one

9    payment?

10       A.    I guess Dollar Tree tried to fight

11   against the layoff and they tried to say it was

12   something else but it wasn't so that's what I'm

13   going through now.

14       Q.    To your knowledge, what did Dollar Tree

15   say that was in relation to?

16       A.    My coming in late which it was an

17   overnight job.  I did not but.  That was pretty

18   much it.  They didn't want to pay out the money

19   so they just made up anything to not pay the

20   money.

21       Q.    Did that go to a hearing with the

22   unemployment?

23       A.    Yes.  It did.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2        Q.    When was that hearing?

3        A.    Probably a few months after I got

4    released should we say from my job.

5        Q.    Do you know about what year?

6        A.    It had to have been 2017.

7        Q.    Did you testify at the hearing?

8        A.    No.  I did not.  It was kind of like a --

9    it wasn't an in-person hearing.

10        Q.    So, there were just papers that were

11    submitted, is that how it worked?

12        A.    Yes.

13        Q.    Did you have an attorney help you with

14    that process?

15        A.    No.

16        Q.    What was the outcome?

17        A.    That's something I'm still, going on to

18    this day.  There were no actual outcome.  They

19    were saying one thing.  I was saying another.

20    And I had to continue putting in paperwork.  So,

21    we got to a point I just stopped and got another

22    job.  So, I pretty much just stopped dealing with

23    it.

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2        Q.    Okay.  So, you never actually received a

3    written decision or anything from the

4    unemployment board on that then?

5        A.    I got an e-mail to my phone stating that

6    they put a lawyer on the case and I won the case,

7    but I still never received any money from it.

8    So, that's something I was still going on about.

9        Q.    Before Dollar General where did you work?

10       A.    I didn't work before that.

11       Q.    Okay.

12       A.    It was Dollar Tree.

13       Q.    Dollar Tree.  I'm sorry.

14             All right.  And you said that you were

15   released from jail, was it in 2016?

16       A.    Yes.

17       Q.    Okay.  So, after you were released from

18   jail in 2016 did you look for a job?

19       A.    Yes.  I had a job actually, but it was

20   real short term.  It wasn't that long so I didn't

21   really consider it a job.

22       Q.    What was --

23       A.    It was only for three months.

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2        Q.    It was three months?

3        A.    Yeah.

4        Q.    What was the position?

5        A.    I was a door hostess.

6        Q.    Was that, referring to your 50-h

7    testimony on March 30th, 2017, was that the

8    Planet Fitness job that you had referenced?

9        A.    Yes.

10       Q.    Okay.

11       A.    At Hollywood.

12       Q.    I'm sorry.  Planet Hollywood?

13       A.    Yes.

14       Q.    And were you terminated from that

15   position?

16       A.    Yes.  I was released.  They didn't need

17   me no more.

18       Q.    How many hours were you working while you

19   were there?

20       A.    I would say maybe five hours.

21       Q.    Five hours a week?

22       A.    I would say 15 hours a week they had me

23   working there.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2        Q.    And what was the wage?

3        A.    I do not remember.

4        Q.    Okay.  Did you attempt to seek unemployment

5    after that?

6        A.    No.  I did not.

7        Q.    And why is that?

8        A.    I'm not sure.  I didn't really know too

9    much about how to go about with the unemployment

10   at that time so I never tried to get unemployment.

11   I just tried to find another job.

12       Q.    Did you find another job?

13       A.    That led me to Dollar Tree.

14       Q.    All right.  So, then after Planet

15   Hollywood was Dollar Tree?

16       A.    Yes.

17       Q.    Okay.  Do you remember when you started

18   at Planet Hollywood?

19       A.    I do not.

20       Q.    Do you remember about how long after you

21   were released from jail that you started at

22   Planet Hollywood?  And I guess what I'm asking,

23   if you don't remember the exact dates, that's

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    fine.  Is it a matter of weeks, months, years?

3        A.    Probably a month or two I would say,

4    three months at the most.  I'm guessing.

5        Q.    How long were you in jail for?

6        A.    I would say 11 to 12 months.

7        Q.    Where were you being held?

8        A.    Rensselaer County.

9        Q.    The Rensselaer County Jail?

10       A.    Yes, ma'am.

11       Q.    Do you know when you were first

12   incarcerated?

13       A.    I believe it was October of 2015.

14       Q.    What was the reason for your

15   incarceration?

16       A.    They tried to charge me with the death V.

17       Q.    V.D.?

18       A.    Yes.

19            MS. PECK:  Sue, for the transcript

20            on this can you just use initials for

21            V.D.?  Is that okay with everyone?

22            MR. KLEIN:  Yes.

23            MS. SPENCER:  Yes.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2        Q.    And were you incarcerated while you were

3    awaiting and attending a criminal trial for that

4    charge?

5        A.    Yes.

6        Q.    And do you remember exactly what you were

7    charged with, the actual criminal charge?

8        A.    I believe it was manslaughter.

9        Q.    And what was the outcome?  I'm sorry.

10   I'm making assumptions.  Did that go to criminal

11   trial?

12       A.    Yes.

13       Q.    And what was the outcome?

14       A.    Not guilty on all counts.

15       Q.    And were you released from jail after the

16   not guilty verdict was rendered?

17       A.    Yes.

18       Q.    So, that would have been sometime in

19   September or October of 2016?

20       A.    Yes.

21       Q.    I want to go over a little bit of your

22   education.  Do you have a high school diploma?

23       A.    Yes.

**[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

1

2      Q.   And where did you receive that from?

3      A.   Brooklyn Academy.  It's in Brooklyn.

4      Q.   And when did you graduate high school?

5      A.   Oh.  Seems like forever ago.  I could not

6   tell you offhand, but I believe it was around

7   2007 if I'm guessing.

8      Q.   Okay.  And after high school did you

9   attend college or any trade schools?

10     A.   I attended the Seton Hall University.

11     Q.   Did you graduate with a diploma?

12     A.   No.  I did two years at Seton Hall.

13     Q.   And then why did you leave Seton Hall?

14     A.   Problems with coach.  We didn't agree on

15   things so I transferred to another school.

16     Q.   When you say problems with coach, were

17   you playing a sport at the time?

18     A.   Yes.  I had a scholarship to play

19   basketball.

20     Q.   And you played for the university for two

21   years before you left?

22     A.   Yes.

23     Q.   Where did you transfer to?

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2       A.   St. Francis.

3       Q.   And did you receive a degree from St.

4   Francis?

5       A.   No.  I stayed there for roughly a year

6   and because they had a bad season the coach got

7   fired who brought me in.

8       Q.   Okay.  And tell me what that means.  I

9   don't know that much about the intricacies of

10  college basketball, what that means.  So, the

11  coach got fired.  How did that affect you?

12      A.   The new coach that they was bringing in

13  was more of a guard coach, meaning like for

14  shorter people and I probably wasn't going to get

15  a lot of playing time so I signed with an agent

16  and started going professional after that.

17      Q.   Who did you sign with?

18      A.   My agent was called Brian Bass, or BJ

19  Bass.

20      Q.   Can you spell --

21      A.   Bass?

22      Q.   Yes.  I want to make sure I'm hearing it

23  right.  Is it B-a-s-s?

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2       A.   Yes.

3       Q.   Okay.  And who was he with?

4       A.   RBA Sports.

5       Q.   Did you end up having a professional

6   career?

7       A.   Yes.

8       Q.   When did you first start playing

9   professionally?

10      A.   When I left St. Francis.  Probably that

11  was in, probably 20- -- I would say '11 or it

12  could have been sooner than that, but around that

13  time.

14      Q.   Who did you play for?

15      A.   I played for two different D league

16  teams.  First it was the developmental league,

17  changed to NBA and then there was a bunch of

18  teams overseas that I was playing for.

19      Q.   You said you played for two D league

20  teams and those with developmental teams for the

21  NBA?

22      A.   Yes.

23      Q.   Okay.  What were the D league teams that

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    you played for?

3        A.    The New Mexico Thunderbirds and the Texas

4    Legends.

5        Q.    Which one did you play for first?

6        A.    The New Mexico Thunderbirds.

7        Q.    And how long did you play with them?

8        A.    For a few months.

9        Q.    Did you earn a salary during this time?

10       A.    Yes.

11       Q.    And what was that?

12       A.    It was like 20,000 a year.  Very small.

13       Q.    Why did you leave the Thunderbirds?

14       A.    Both teams was the same result.  Somebody

15   got sent down from the NBA because they didn't

16   make it to the NBA yet, I got cut.  They would

17   bring more people in because they was from the

18   NBA so I guess bad luck.

19       Q.    So, I want to make sure I understand this

20   correctly.  So, essentially someone got cut from

21   the NBA and ended up going on to one of these

22   teams -- go ahead.

23       A.    They don't get cut.  They are not

**APPENDIX** **219**

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    performing well in the NBA.  They send them back

3    down to the D league teams to get more confidence

4    and then bring them back up to the NBA.  So, that

5    position when somebody gets sent down for that

6    person don't make the NBA, unfortunately they get

7    cut.

8        Q.   How do they determine who's going to get

9    cut if you have multiple players that hadn't been

10   on the NBA?

11       A.   It's like when, how you would say when

12   you get -- when they send a player down that

13   played your position, whether you are better than

14   them or not, they are pretty much going to cut

15   you because they have NBA experience.

16       Q.   And they are taking over your position,

17   is that --

18       A.   Yeah.  They bring in more tickets, so to

19   speak.

20       Q.   Okay.  So, after you played with the

21   Mexican Thunderbirds did you immediately go over

22   to the Texas Legends?

23       A.   I didn't immediately go over.  Probably

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    like a month of --

3                    MR. KLEIN:  Sorry, Crystal.  I

4            think he said New Mexico.  I don't know

5            if you said New or just Mexican.

6                    MS. PECK:  That makes a lot more

7            sense.  New Mexico.  Okay.  Thank you.

8    A.    New Mexico Thunderbirds.

9    Q.    All right.  So, you said there was a

10   month between the Thunderbirds and the Legends?

11   A.    Yes.

12   Q.    How long were you with the Legends?

13   A.    It was roughly about the same amount of

14   time, a few months.

15   Q.    A few months.  Now, when you say a few

16   months, what does a few mean to you, is it two

17   months, is it five months?

18   A.    Like three months.

19   Q.    Okay.

20   A.    But at the end of the day I was pretty

21   much building my roster and getting better.

22   Q.    And you said that you left the Legends

23   for the same reason you left the Thunderbirds,

Case 1:17-cv-01290-DJS Document 84-1 Filed 02/04/22 Page 35 of 189

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    essentially somebody came down from the NBA to

3    cover your position?

4         A.    Yeah.

5         Q.    So, then after the Thunderbirds -- no.

6    After the Legends did you play with any other

7    teams?

8         A.    Not in America.

9         Q.    Where did you play?

10        A.    A bunch of places overseas.  I played in

11   Canada.  I played in a place called Lithuania.  I

12   played to a place called Uruguay.  I played in

13   Thailand and Bangkok.  And they were pretty much

14   places like that that I played in.  I played in

15   Europe and stuff like that.

16        Q.    Was it different teams in each place or

17   was it a team that you were traveling with?

18        A.    Yes.  No.  It was different teams.

19        Q.    And I should have asked this before with

20   the Legends.  Did you have a salary with the

21   Legends?

22        A.    Yes.  It was pretty much the same thing

23   with the New Mexico Thunderbirds.

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2       Q.   What about when you were playing overseas

3   did you have a salary for that?

4       A.   Yes.

5       Q.   How were you paid and what were you paid?

6       A.   I was paid 2,000, but it was month --

7   their contract.

8       Q.   When you say it was their contract, did

9   you have a contract for each team you played on?

10      A.   Yes.

11      Q.   And each contract was a few thousand?

12      A.   Yes.  It could be up to 5-, 10,000 a

13  month, stuff like that.

14      Q.   How long did you do that for?

15      A.   The longest place I've been was for like

16  five, six months, but I did that a month -- or

17  until September of 2013 is when I came back from

18  Thailand.

19      Q.   What were you earning on average per year

20  while you were playing for these different teams?

21      A.   I do not recall.

22      Q.   Okay.  And you said you came back from

23  Thailand in September of 2013.  Did you play for

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    any teams after that?

3         A.   No.  I was pretty much working on my body

4    getting ready to play again.  I had a few dollars

5    so I was able to just work on myself.

6         Q.   Were you trying to get on to any team

7    during this time?

8         A.   I was trying to get on to certain teams,

9    but with the contracts they have certain teams at

10   a certain time of the year that you can play on.

11   You have to send in video to the team, update

12   videos and stuff like that.  So, I was pretty

13   much setting that up.

14        Q.   Which teams were you trying to get on?

15        A.   Just different teams overseas that could

16   potentially lead me back to the NBA.

17        Q.   Why did you stop playing in Thailand?

18        A.   Because the season was over.  We made it

19   to the championship.

20        Q.   Would the contracts be for a season or

21   for shorter periods of time?

22        A.   Depend on where you are going, but my

23   contract was for the season.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2        Q.   When you came back in September of 2013

3    did you look for any sort of employment?

4        A.   No.  I didn't.  I was just pretty much

5    taking care of my daughter when I came back.

6        Q.   What's your daughter's birthday?

7        A.   She will be 8 ███████████ -- ███████████,

8    excuse me, 2013.

9        Q.   So, she was born in 2013?

10       A.   ████.  She was born ███████████, 2013.

11       Q.   So, while you were playing overseas you

12   would be coming back between seasons?

13       A.   Yes.

14       Q.   Where would you stay when you came back

15   in between seasons?

16       A.   I would stay with the mother of my child,

17   which is Shaquana, or I would stay with my mother

18   at the time.

19       Q.   In 2013, or in September of 2013 when you

20   came back where were you residing?

21       A.   With Shaquana.

22       Q.   And where was that?

23       A.   It was in Brooklyn.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    Q.   How long did you live there?

3    A.   For a few months, three months I believe,

4    four months maybe.

5    Q.   Why did you leave?  Did you and Shaquana

6    move together or did you move out on your own?

7    A.   I ended up leaving on my own.

8    Q.   And why did you leave?

9    A.   We came to a disagreement.

10   Q.   What was the disagreement over?

11   A.   About where we should move out, live

12   together.  She wanted to stay with her mother, I

13   didn't.

14   Q.   Were you living with Shaquana's mother at

15   the time?

16   A.   Yes.

17   Q.   Where did you move to?

18   A.   Upstate.  Troy.  To stay with a cousin of

19   mine.

20   Q.   Do you know when you moved to Troy?

21   A.   I do not recall, but I believe it was --

22   I would say maybe around the winter, December, I

23   guess.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    Q.   So, it would be around the winter of

3    2013, right?

4    A.   Yes.

5    Q.   And you said you moved in with your

6    cousin.  What's your cousin's name?

7    A.   It was Terrance Davis.

8    Q.   And do you know the address of where you

9    were living with him?

10   A.   It was in Troy, New York, the Kings

11   Apartments.

12   Q.   Was anyone else living with you and

13   Terrance?

14   A.   His whole family.  He has five kids, four

15   boys and one girl, and his wife was staying

16   there.

17   Q.   How long did you live with Terrance?

18   A.   I'd say probably like seven months,

19   something like that.

20   Q.   Were you looking for employment when you

21   moved to Troy?

22   A.   I was looking for employment but nobody

23   hired me.

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2        Q.    What type of jobs were you looking for?

3        A.    Anything.  It didn't matter.  But I was

4    also continuing to work on my body for

5    basketball, which my cousin told me to do.

6        Q.    Okay.  Where did you move or where did

7    you live after you left Terrance's apartment?

8        A.    Me and Rebecca moved in to Lansingburgh.

9        Q.    Is that Rebecca Parker?

10       A.    Yes.

11       Q.    How did you meet Rebecca?

12       A.    I knew her for a few years.  She knew my

13   family.

14       Q.    When did you meet her, or I should say

15   how long did you know her before you moved in

16   with her?

17       A.    For about five years, I guess.

18       Q.    And do you remember the address of where

19   you and Rebecca moved in to?

20       A.    I believe it was 124th and Fourth Avenue

21   in Lansingburgh.

22       Q.    Did you live there with anyone other than

23   Rebecca?

Case 1:17-cv-01290-DJS  Document 119-24  Filed 02/04/22  Page 41 of 189

```
1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2        A.    Her daughter.

3        Q.    And was her daughter V.D.?

4        A.    Yes.

5        Q.    Who was V.D.'s father?

6        A.    His name is Clarence Davis.

7        Q.    And are you related to Clarence?

8        A.    Yes.

9        Q.    How so?

10       A.    He's my cousin.  A rather bad one, but

11   still a cousin nonetheless.

12       Q.    How old was V.D. when you and Rebecca

13   moved in together?

14       A.    She was roughly say going on two at the

15   time.

16       Q.    And when you and Rebecca moved in

17   together were you working at this time?

18       A.    No.  She was the one working.  I was

19   taking care of V.

20       Q.    Where was Rebecca employed?

21       A.    Place called Stewart's.

22       Q.    And did she work five days a week?

23       A.    Yes.
```

Case 1:17-cv-01290-DJS Document 118-24 Filed 07/04/22 Page 43 of 189

1   [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2       Q.   What hours would she work?

3       A.   Morning to afternoon.

4       Q.   When you say morning, around what time in

5   the morning would she be leaving?

6       A.   Probably -- because the job wasn't that

7   far away so I would say maybe 7:30, 7:20, so she

8   can get the bus or walk up the block, depends on

9   where they had her at.

10      Q.   Okay.  Her location would change?

11      A.   Yeah.  There was two different locations

12  that they would have her at if they needed her.

13      Q.   And was V.D. in daycare at the time?

14      A.   No.

15      Q.   So, were you staying with V.D. during the

16  day while Rebecca was working?

17      A.   Yes.  I was taking care of her.

18      Q.   Tell me about your relationship with V.D.

19  How would you describe it?

20      A.   It was a great relationship.  I was like

21  her father and that's how she looked at me.

22  That's what she called me.  I would do everything

23  with her.  Watching her TV shows, feeding her,

```
1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    changing her Pampers, washing her, taking her out

3    with me to the park.  I would just do everything.

4    She was very happy.  Before me she was always

5    crying and yelling and screaming, but I got her

6    being able to talk more and at two years old she

7    was able to talk pretty well.  I just had a lot

8    of good times with her.  I loved her.  She was

9    like my daughter.

10       Q.   Did you see her fairly frequently before

11   you and Rebecca moved in together?  When I say

12   her, I mean V.D.

13       A.   Yes.

14       Q.   About how often?

15       A.   Probably like once or twice every week.

16       Q.   And where were Rebecca and V staying

17   during that time before you moved in together?

18       A.   She was staying with her mother in

19   Manhattan.

20       Q.   So, the three of you -- so, did Rebecca

21   move to Troy with V.D. when you guys moved in

22   together?

23       A.   She moved to Troy and stayed with me and
```

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    my cousin, Terrance.  Tried to get away from her

3    abusive baby's father.  She was trying to start a

4    new life pretty much.

5        Q.   When did she first move in with you and

6    Terrance?

7        A.   I'm not sure exactly when she first moved

8    in.  I was staying with him for a few months

9    before she came up.  Terrance had went down to

10   the city with his wife I believe in the

11   summertime and I watched his kids, all of them

12   for about three weeks, about five kids I watched

13   for three weeks.  And he came back a few weeks

14   later with Rebecca and V.

15       Q.   Okay.  So you, Rebecca and V had been

16   living with Terrance for a couple months before

17   you moved into the Lansingburgh apartment?

18       A.   Yes.

19       Q.   How long were Rebecca's workdays, how

20   long were her shifts?

21       A.   What are you referring to?

22       Q.   When you and Rebecca were living together

23   in Lansingburgh and she was working at Stewart's

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    and you were watching V.

3         A.    About five, six hours maybe.  She was

4    part time.

5         Q.    Now I'm just going to jump back real

6    quick.  Do you have any professional licenses or

7    trade school, you know, licensing, anything like

8    that?

9         A.    No.

10        Q.    Okay.  So, in February of 2015 you were

11   living with V and Rebecca in Lansingburgh?

12        A.    Yes.

13        Q.    And were you working during this time?

14        A.    No.  I was taking care of V.

15        Q.    How long had you lived in the

16   Lansingburgh apartment with V and Rebecca in

17   February of 2015?

18        A.    I would say roughly seven months,

19   probably eight.  It would have been from the

20   summer of 2014 I would say, June maybe, around

21   there.

22        Q.    To your knowledge, did V have any medical

23   problems or conditions?

1  **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2      A.    Besides her being sick the week before,

3  her mother, which is Rebecca, she was adopted

4  when she was a baby and they sealed the records

5  so I didn't really know any medical history that

6  she had.  She didn't know of her own medical

7  history.  I just know she said -- since she's

8  been her mother she's had like, you know, low

9  iron.  She would faint sometimes.

10     Q.    Is this Rebecca or V?

11     A.    Rebecca.

12     Q.    Okay.

13     A.    This is what she said or what she knows,

14 but she didn't really know anything about her

15 medical history, her parents, because they sealed

16 the records.

17     Q.    To your knowledge, had V been identified

18 by any doctor she had seen as having a medical

19 condition?

20     A.    Not to my knowledge.

21     Q.    Has Rebecca told you whether V had ever

22 been diagnosed with a medical condition?

23     A.    The only thing that they said, that she

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    had low iron and to watch it.  That's the only

3    thing she told me.

4        Q.   V herself?

5        A.   Yes.

6        Q.   Okay.

7        A.   They said it was something to do with her

8    family trait or something like that.

9        Q.   Now, you mentioned that V had been sick a

10   week before.  When you say a week before, are you

11   talking about a week before her death?

12       A.   Yes.

13       Q.   Okay.  And she died -- did she die on

14   February 26th, 2015?  Does that date sound

15   accurate?

16       A.   Yes.

17       Q.   Tell me about her being sick the week

18   before.

19       A.   To me it just seemed like a normal cold.

20   She'd be coughing a lot.  We gave her like the

21   baby medicine for coughing and I guess she threw

22   up a few times but other than that it was, seemed

23   like a simple cold.

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2     Q.   Did she have a fever?

3     A.   Yes.

4     Q.   I'm sorry?

5     A.   I said yes.

6     Q.   Yes.  Do you know how high the fever was?

7     A.   I'm not sure, but it wasn't that high

8 because the fever was off and on.

9     Q.   And did she see any doctors for this?

10     A.   I believe her mother took her to the

11 doctor.  They said something like it was a normal

12 cold, I guess, make sure that she gets a lot of

13 rest and stuff and it will pass.

14     Q.   When you say a week before, was she sick

15 five days before this, seven days before this,

16 about how long?

17     A.   Yeah.  About seven days before.

18     Q.   And were her symptoms lessening

19 leading --

20     A.   From what I could tell.

21     Q.   As far as you could tell they were

22 lessening?

23     A.   Yes.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2         MR. KLEIN:  Mike, just do the wait

3              three seconds thing so that Crystal can

4              finish her question.  She may have

5              finished, but it sounds like she may not

6              have.  Leave a little space even if you

7              know the answer.

8         THE WITNESS:  Okay.

9    Q.    I'm sorry.  That should have been one of

10   the ground rules to begin with, too, because a

11   lot of times you'll anticipate what I'm going to

12   say and want to jump right in with the answer.

13   But so that we are not talking over each other

14   for the court reporter, we want to make sure that

15   there's a clear question and a clear answer

16   following.

17   A.    Okay.

18   Q.    So, the night before her death, were you

19   home that night?

20   A.    I went across the street when her mother

21   came home to see a friend of mine.  His name is

22   Willie Robinson.  I'd always go over there when

23   she comes home, that gave me a time to relax a

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    little bit myself.  So, I just watched the NBA

3    games with him.  He looked at me kind of like a

4    son because I was around his son's age.  So, we

5    would just talk and watch the basketball games.

6         Q.    Around what time did you head over there

7    the day before?

8         A.    I would probably say 7:00, around there.

9         Q.    And did you have any alcoholic beverages

10   or any drugs while you were over there watching

11   the game?

12        A.    No.

13        Q.    Okay.  How long were you over there?

14        A.    Roughly an hour and a half, maybe

15   two hours.

16        Q.    Do you remember about what time you came

17   home?

18        A.    I guess around 9-9:30.

19        Q.    Was V.D. awake when you got home?

20        A.    No.  Not to my knowledge.  She was in her

21   room sleeping.

22        Q.    How was she acting before you left to go

23   over to Mr. Robinson's?

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2        A.    She was excited, had energy.  I played

3    with her and watched her cartoons and stuff like

4    that and read books to her so she was happy.

5        Q.    And she seemed to be feeling well?

6        A.    Yeah.

7        Q.    What did you do when you got home that

8    night?

9        A.    When I got home that night I was -- I

10    probably did a little workout and then I went,

11    took a shower.  I was happy because that weekend

12    I was taking her to the city, and I was going to

13    the city to also see my daughter so I was excited

14    about that.  Because I barely get a chance to go

15    to the city.  So, that was pretty much on my

16    mind.

17        Q.    Do you remember what day of the week this

18    was, the day before at least?

19        A.    I believe it was either a Thursday or

20    Friday.  I'm not sure.

21        Q.    How often would you see your own daughter?

22        A.    Whenever I get a chance to go to the city

23    I would see her so.

Case 1:17-cv-01290-DJS   Document 41-1   Filed 02/04/22   Page 33 of 189

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    Q.   About how often would that be, that you'd

3    get a chance to go to the city?

4    A.   Maybe twice a month, but I was constantly

5    talking to her over the phone.

6    Q.   The apartment that you lived in with

7    Rebecca and V how many bedrooms was it?

8    A.   There was one bedroom, a big living room

9    area and there was a kitchen and a bathroom.

10   Q.   Okay.  And where did V.D. sleep?

11   A.   She slept in the bedroom.

12   Q.   Where did you sleep, you and Rebecca

13   sleep?

14   A.   We slept in the living room.

15   Q.   So, when you got home that night V was

16   asleep in the bedroom?

17   A.   Yes.  To my knowledge.

18   Q.   Did you have any alcoholic beverages when

19   you got home that night?

20   A.   No.

21   Q.   Any sort of drugs or medication?

22   A.   No.

23   Q.   Was Rebecca awake when you got home that

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    night?

3        A.    Yes.

4        Q.    And tell me, what did you and Rebecca do.

5        A.    We never really talked much that night.

6    She was relatively upset because prior to that

7    night Clarence, who is the father of V, he was

8    about six hours without her family being able to

9    watch him so she was pretty much still upset

10   about that.  So, we didn't really talk much that

11   night.  She didn't want him to be able to watch

12   her because he was very violent to his daughter.

13   And she didn't want somebody -- she wanted

14   somebody from her family to be there, to be able

15   to watch her to make sure he's not doing

16   anything.

17       Q.    What time would you say you went to bed

18   that night?

19       A.    I would say 10:30, maybe 11.

20       Q.    And was Rebecca working the next morning?

21       A.    Yes, but at the time she told me she was

22   off.  So, I'm guessing while I was sleeping she

23   probably got a text or a phone call to come in

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

because she wasn't supposed to be working that

3    day.

4        Q.    She would occasionally get called in like

5    that?

6        A.    Yeah.  If somebody just like randomly

7    called out or don't show up, they would call her

8    to come in.

9        Q.    Okay.  And --

10                MR. KLEIN:  Crystal, just sorry to

11                interrupt, but it's ten minutes to

12                Rhiannon's call, so I'm not sure if you

13                want to take a break or if Rhiannon needs

14                a few minutes or what.  Just putting it

15                out there.

16                MS. SPENCER:  Until about 10

17                minutes of if that's okay.

18                MS. PECK:  Okay.

19        Q.    Okay.  Would V sleep through the night or

20    get up sometimes?

21        A.    Sometimes she would get up and that's why

22    we always leave the door ajar.  And one time I

23    was sleeping and she woke me up and almost scared

1  **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2  me almost half to death.  Like 3 in the morning

3  she woke me up and she was like daddy, potty, and

4  I started to tear up a little bit because I was

5  potty training her and I was very happy that she

6  came to me.  Like she wasn't scared of the dark

7  or anything.  She came to me, I would take her to

8  the potty and clean her up and send her back to

9  bed, you know.

10       Q.   Would you normally get up with her in the

11  evening or would Rebecca?

12       A.   I would normally.

13       Q.   Okay.  And why was that?

14       A.   Because Rebecca was either working or she

15  came home and she was tired from work, which I

16  could understand, she dealt with a lot of crazy

17  people at her job so it would be very stressful.

18  So, for the most part I would be the one taking

19  care of her.

20       Q.   The night before V's death did she wake

21  up in the middle of the night at all?

22       A.   No.  She didn't.

23       Q.   What time did you wake up the next

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    morning?

3       A.   I'm not sure, but Rebecca was already

4    dressed so I figured it was in the morning.  So,

5    I figured it was 7-something probably in the

6    morning because she was going to work.

7       Q.   So you woke up before Rebecca went to

8    work the next morning?

9       A.   Right before she was about to leave out

10   the door.  She was already dressed, which is

11   unusual.  Because I usually get her stuff

12   together for her.  But I guess she was rushing

13   and I ended up waking up.

14      Q.   Was V up at this time?

15      A.   I believe so.  Because I woke up.  I

16   smelled poop, I guess, and I called her into the

17   room.  And I guess she had an accident, pooped on

18   herself.  She came in there.  But she wasn't

19   like -- she always had energy in the morning no

20   matter what time it is when she wakes up, but she

21   didn't really have a lot of energy that morning.

22   She seemed like she was very down, kind of

23   sluggish.  But I just assumed it's early in the

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    morning, she's probably a little tired, so I

3    just -- Rebecca, she gave her hug and kiss when

4    she goes to work.  I just took her in the

5    bathroom, in the bathroom changed her Pamper.  I

6    asked her if she wanted something to eat and

7    drink, she said, she shook her head no.  So, I

8    figured it was still early.  I took her back in

9    her room, put her back to bed, and I put on a

10   movie to watch and must have dosed off to the

11   movie while I was watching it.

12       Q.   When you put her back to bed -- you said

13   she had an accident.  Did you have to change the

14   sheets or did she -- was the bed okay?

15       A.   Yeah.  The bed was okay.  It was just in

16   the Pamper.

17       Q.   Okay.  Did she talk to you at all when

18   you were taking her to the bathroom during this

19   time?

20       A.   I usually sit her on the toilet and give

21   her her privacy and I sit outside.  I told her to

22   call me when she's finished and that's pretty

23   much what she did.  She called me when she was

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2   done and I just cleaned her up and put a new

3   Pamper on her, tried to offer her something but

4   she didn't want it.

5       Q.    Okay.  And then you put her back to bed?

6       A.    Yes.

7       Q.    And did she seem to just roll over and go

8   to sleep, did you just lay her down on the bed

9   and walk out?  What did you observe?

10      A.    I pulled the cover back, she got in the

11  bed.  I just put the cover on her.  Then I came

12  back into the living room because I was up and

13  it's hard for me to go right back to sleep.  So,

14  I just put a movie on to watch and I must have

15  dosed off during the movie.  I woke up and the

16  credits were rolling on the movie.

17          MS. PECK:  Rhiannon, why don't we

18          stop now because we are pretty much at

19          that time and I know we are going to take

20          a break until like what, whenever you are

21          done with the conference.

22          MS. SPENCER:  Typically, ten

23          fifteen minutes hopefully.

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2                    MS. PECK:  Okay.  That sounds good.

3                    (Recess taken at 10:55 a.m.;

4            proceedings resumed at 11:20 a.m.)

5        Q.   So, Mr. Guider, before the break we were

6    talking about the morning of February 26th, 2015.

7    I believe that you had testified that you had

8    woken up that morning, that V -- you had helped V

9    go to the bathroom, put her back to bed and then

10   you had put on a movie and fell asleep when the

11   movie was on.  Is that accurate?

12       A.   Yes.

13       Q.   Do you know about what time you woke up

14   from falling asleep?

15       A.   I don't know what time I woke up.

16       Q.   Okay.  Do you recall giving a statement

17   to the police that you had woken up around 11

18   a.m.?

19       A.   No.  I told them I had no idea of the

20   time.  They tried to give a time.  I told them I

21   didn't know what time it was.

22       Q.   Okay.  So when you woke up what did you

23   do?

Case 1:17-cv-01290-DJS   Document 117-2   Filed 02/04/22   Page 61 of 189

1  [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2      A.   When I woke up I called for her.  She

3  didn't come to her name like she usually would.

4  I went to the door.  I called for her again.  She

5  didn't respond.  When I looked she was just

6  laying in the bed.

7      Q.   Did she look like she was sleeping?

8      A.   Yes.

9      Q.   Could you see her breathing?

10      A.   Not to my knowledge, no.

11      Q.   Did you notice whether she was breathing

12  or you didn't notice one way or the other?

13      A.   No.  She wasn't moving at all.  I called

14  for her.

15      Q.   What did you do when you saw she wasn't

16  moving or responding to you calling her?

17      A.   I went to her and I tried to give her a

18  little nudge just to say, you know, it's time for

19  breakfast and she wouldn't move.

20      Q.   When you say you were trying to give her

21  a little nudge, describe for me what you mean by

22  that?

23      A.   Like, like shaking her shoulder from the

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    top part of her bed, trying to wake up.  I see

3    she didn't move.  I don't know so.

4         Q.   So, what did you do next?

5         A.   I tried to give her CPR.  She wasn't

6    moving or responding to me at all.

7         Q.   Did you ever take any courses or training

8    on how to conduct CPR?

9         A.   I had a class my freshman year.  It

10   wasn't on CPR though, but they show a video of

11   CPR.

12        Q.   So, how did you -- describe for me how

13   you gave CPR when she was in the bed?

14        A.   I blew into her mouth and I pushed down a

15   little bit on her chest area and I blew into her

16   mouth again and it seemed like her stomach would

17   like stay full.  So, I tried to push it down a

18   little bit.  I put no pressure on her at all

19   because I was very nervous and scared.  And I

20   tried that twice.  Nothing happened.  So, I took

21   her into the living room and I tried to like use

22   these phones that were on the table.  The phones

23   wasn't working.  They were extremely dead.  I

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    tried to plug them up.  It would take forever to

3    like come on.  So, I rushed out the house to my

4    friend's house, Willie, knocking on his door to

5    ask for help.  Nobody answered.  So, I went back

6    over and checked on her.  There was no -- nothing

7    new happened.  So, I was thinking, you know, the

8    pizza place across the street.  So, I ran over

9    there and actually used their phone.  I called

10    for an ambulance from their phone.

11       Q.   When you first attempted to administer

12    CPR when she was in her bed, tell me exactly how

13    you did it.  Did you try to -- did you open her

14    mouth to be able to blow into it?

15       A.   Yes.

16       Q.   Okay.  And you said you did chest

17    compressions; is that right?

18       A.   Yes.  Very lightly on her chest.

19       Q.   Okay.  Did you use two hands or one hand?

20       A.   I used one hand.

21       Q.   One hand when you did the chest

22    compressions?

23       A.   Yeah, because my hands were very big.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2        Q.    About how tall are you?  How tall were

3    you then and how much did you weigh?

4        A.    6'10".  Probably 240-250.

5        Q.    So, when you went to do the chest

6    compressions with the one hand, can you recall

7    did your hand like cover her entire chest area,

8    were you just pressing on one side, to the best

9    of your memory?

10       A.    I was pressing on the top of her chest

11   area like this, I wasn't covering the whole

12   chest.

13       Q.    Okay.  And you said that her stomach

14   seemed to inflate and not deflate during this

15   time?

16       A.    Yes.

17       Q.    Okay.  And then when it was inflated did

18   you -- you said you pressed on the stomach, too?

19       A.    A little bit.

20       Q.    Okay.  And did the stomach go down while

21   you were pressing on it?

22       A.    Yes.

23       Q.    Okay.  Did you notice air coming out of

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    her mouth when you were pressing on her stomach?

3        A.   No.  I didn't.

4        Q.   While you were pressing on her stomach

5    where was your other hand?

6        A.   I had put my hand under her because they

7    said, you know, to have like a level area,

8    something like stabled under her.  So, that's

9    what I did.

10       Q.   So you had one hand underneath her.

11   Where was it, in the middle of her back, on the

12   top of her back, bottom?

13       A.   It was on like the middle area, I guess.

14       Q.   Okay.  So, you had a hand underneath in

15   the middle of her back and then another one

16   pressing down to try to get the air out of her

17   stomach or what you thought was air in her

18   stomach?

19       A.   Yes.

20       Q.   And when that didn't work where did you

21   bring her?  You said you brought her somewhere.

22   Where did you bring her to after that?

23       A.   To the living room.

Case 1:17-cv-01290-DJS Document 119-74 Filed 02/04/22 Page 66 of 189

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2       Q.   How did you pick her up?

3       A.   By her body like this with two hands.

4       Q.   Okay.  So you had your arms underneath

5   her and her body was on top?

6       A.   Yes.

7       Q.   Okay.  And where did you bring her in the

8   living room?

9       A.   To the futon.

10      Q.   And is the futon soft, is it hard?  Is it

11  pretty firm?

12      A.   It's soft.

13      Q.   And did you try to do CPR again on the

14  futon?

15      A.   I tried one time.

16      Q.   And how did you do that on the futon?

17      A.   Just keep blowing into her mouth and just

18  pushing on her chest a little bit.

19      Q.   With one hand or two hands?

20      A.   With one hand.

21      Q.   And then you stated that you went to, you

22  went to go try to get help or was it that you

23  tried to go to the phone next?

Case 1:17-cv-01290-DJS   Document 117   Filed 02/04/22   Page 67 of 189

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2      A.   I tried to get the phone next.

3      Q.   Okay.  And the phone was dead?

4      A.   Yes.

5      Q.   Did you have a landline at the time?

6      A.   No.

7      Q.   And then you went over to Mr. Robinson's

8   to try to get help.  Is that accurate?

9      A.   Yes.

10      Q.   And Mr. Robinson's, is it next door to

11   you or across the street?

12      A.   It's across the street.

13      Q.   About how long would it take you to get

14   there?

15      A.   A few seconds I'm guessing.

16      Q.   And how long did you try to get someone

17   to come to the door there?

18      A.   I'm not sure.

19      Q.   Do you have any idea about how long

20   between the time you left the house and how long

21   it took you to get back?

22      A.   No.

23      Q.   When you came back to the house did you

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    try to do CPR again?

3        A.    No.

4        Q.    Was that when you decided to go to the

5    pizza place?

6        A.    Yes.

7        Q.    And where was the pizza place in relation

8    to your house?

9        A.    It was like a diagonal across the street.

10       Q.    And did you use their phone to call --

11   you were looking for a phone in the pizza place?

12       A.    Yes.

13       Q.    Did you use their phone or did you have

14   to use someone's, you know, a customer's or

15   private person's phone?

16       A.    I used somebody's phone that was sitting

17   in the seat.

18       Q.    And who did you call?

19       A.    I dialed 911.

20       Q.    And tell me about that call.  What did

21   you say?

22       A.    I told them that my daughter was not

23   breathing from when I woke up in the morning and

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    went to check on her.  They was trying to keep me

3    calm, I guess they were speaking calmly.  I

4    wasn't calm.  I was ecstatic that I woke up to

5    this.  I guess they was trying to keep me on the

6    phone while they were sending somebody, but I

7    said I was going to go in the house with her and

8    I didn't want to leave her alone.  So, I was

9    rushing to go back across the street.  I probably

10   was a little rude I would say because he was

11   trying to be calm and I wasn't calm and I felt

12   like he wasn't listening to me.

13        Q.   How long would you say you were on the

14   phone with the 911 operator?

15        A.   A few minutes maybe.

16        Q.   And after you hung up the phone what did

17   you do?

18        A.   Went to run right across the street and

19   Rebecca showed up.  She was in the car with

20   Mr. Robins.

21        Q.   And who is Mr. Robins?

22        A.   He was a friend of the -- like he was I

23   guess a friend of hers.  He used to drive her

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    back and forth to work, here and there.

3        Q.    Okay.  And was he driving her home from

4    work that day?

5        A.    Yes.

6        Q.    Do you know around what time this was?

7        A.    I am not sure.  She had the only phone in

8    the house.

9        Q.    Did you have -- other than the phones

10   were there any clocks or, you know, sometimes on

11   the DVD players there will be an additional clock

12   or something like that to be able to tell time?

13       A.    There was a cassette.  The DVD player

14   didn't have no actual set time on it and we

15   didn't have no clocks.  We didn't really get a

16   chance of putting any in the house.

17       Q.    Okay.  What did you do?  You got back to

18   the house.  You are seeing Rebecca.  Was Rebecca

19   in the house or was she outside the house?

20       A.    She was outside the house.  I was yelling

21   across the street, called the ambulance herself.

22   She wasn't responding to me.  She wasn't

23   breathing.  When she got in -- she went back in

1  **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2  the house and she seen her on the futon.  She

3  just called the ambulance herself and when she

4  called they was already coming into the house.

5      Q.   Were the responders, when you say the

6  ambulance, they were already coming into the

7  house, are you talking about the EMTs with the

8  ambulance or the paramedics with the ambulance?

9      A.   Yes.

10     Q.   Okay.  And did they arrive around the

11  time that you got back to and were talking to

12  Rebecca?

13     A.   Yes.

14     Q.   Okay.  So, all of that was essentially

15  happening around the same time.  You were running

16  across the street, Rebecca was getting home and

17  the ambulance was arriving?

18     A.   Yes.

19     Q.   Did you go back in the house at that

20  point?

21     A.   Yes.

22     Q.   Were you inside the house when the

23  ambulance arrived or were you outside?

1 **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2     A.   I was inside.

3     Q.   Who were the first people to arrive?

4     A.   It was the ambulance first and then two

5 police officers.

6     Q.   And what happened as the ambulance

7 arrived or the paramedics arrived?

8     A.   They started taking V's clothes off,

9 sticking her with needles. They started doing

10 CPR with her.

11     Q.   Did they ask you any questions?

12     A.   No. They actually didn't.

13     Q.   Did you say -- did you make any

14 statements to them or say anything to them?

15     A.   That she wasn't responding to me. She

16 wasn't breathing.

17     Q.   Did they talk to Rebecca at all?

18     A.   No.

19     Q.   What were they doing as the police

20 arrived? When I say "they," I mean the EMTs or

21 the paramedics that came with the ambulance.

22     A.   They was doing CPR on her on the futon.

23     Q.   Okay. And were you inside the house when

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    the police arrived?

3        A.    Yes.

4        Q.    Was Rebecca also inside the house?

5        A.    Yes.

6        Q.    And were the paramedics working on V on

7    the futon?

8        A.    Yes.

9        Q.    What did the police say when they came in

10   the house?

11       A.    Initially they came in to see what was

12   going on.  And by the time they really said

13   anything to me, to like move out the house is

14   when I seen how they was doing CPR on V.  I had

15   said something about it and that's when they

16   asked me to move out of the house to the front.

17       Q.    What did you observe about how they were

18   performing CPR?

19       A.    They were pushing down on her chest

20   extremely hard almost like banging her body into

21   the futon and I had said to them, "Why are you

22   pushing down on her so hard?"  I guess that's

23   what you are supposed to do.  And when I said

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    that is when I believe her name was Officer

3    Coonradt and her partner asked us to leave out

4    the house.  I stood on the front of the stairs

5    just watching what they were doing.

6        Q.   Were you able to see into the apartment

7    from the front stairs?

8        A.   Yes.

9        Q.   And are these stairs exterior stairs of

10   the house or they are inside the building?

11       A.   They are outside.  Just like two, three

12   steps, something like that.

13       Q.   Did you have any conversations with

14   Rebecca at this time?

15       A.   No.  I just couldn't believe that was

16   happening.

17       Q.   Did anyone -- did the police come out to

18   try to talk to you?

19       A.   No.  They just started searching the

20   house.

21             MR. KLEIN:  So, Mike, she just

22         asked if they came out to talk.  So, just

23         listen to the, yes or no just to her

**APPENDIX**

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2              question.  And then if she asks you

3              another question about what they were

4              doing then you can answer that.  All

5              right?  Just stick to what she's asking.

6         Q.    When you say they were searching the

7    house, what did you observe the police doing?

8         A.    I figured they were looking for something

9    that could have made her unresponsive I'm

10   guessing.  But they just put on these purple

11   gloves and started searching the whole house.

12        Q.    And when you say searching the whole

13   house what exactly did you observe them doing?

14   Were they picking things up, opening doors, like

15   what actually did you observe?

16        A.    Yes.  It was looking in the cabinets,

17   looked in the freezer, refrigerator.  They looked

18   in the bathroom.  Then they went in her room, V's

19   room.  Started going in there, but I couldn't see

20   what they were doing in there at the time.  I was

21   outside.

22        Q.    So you were still standing outside.  How

23   much of the apartment could you see from outside?

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2         Wait.  You are muted.  Hold on.  Start

3    over again.

4         A.   Could you repeat what you asked?

5         Q.   Sure.  When you were standing outside how

6    much of the apartment could you see from outside?

7         A.   I could see everything but V's room.

8         Q.   Okay.  So, when you say everything, do

9    you mean the kitchen, dining room, living room

10   areas?

11        A.   Yes.

12        Q.   Okay.  At some point did the police come

13   out to talk to you?

14        A.   They only came out when they were

15   bringing V out.

16        Q.   How many officers responded?

17        A.   Two that I seen.

18        Q.   Other than the officers and the

19   paramedics did anyone else respond?

20        A.   The two detectives, Ron Fountain and his

21   partner, McDonald.

22        Q.   Are the two detectives in addition to the

23   police officers you mentioned before or are they

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2   the same people?

3       A.    They are the same people.

4       Q.    Okay.  So, it was the two police officers

5   and how many paramedics responded?

6       A.    It was like four, maybe five of them I'm

7   guessing.

8       Q.    At any point in time did you have a

9   conversation with the police while they -- on

10  that day?

11      A.    The detectives.

12      Q.    I'm sorry.  What did you say?

13      A.    I said the detectives.

14      Q.    And are these the detectives that

15  responded to the call?

16      A.    Yes.

17      Q.    Did they approach you or did you approach

18  them?

19      A.    They approached me.

20      Q.    Together or individually?

21      A.    Together.

22      Q.    How did the conversation with the

23  detectives begin?

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2        A.    When they put V in the ambulance they

3    drove away with her.  And I got up and I said

4    well, what's going on to one of the people and

5    the police officer, Coonradt, kind of like told

6    me to sit down and be quiet and during that time

7    the detectives walked up to me and they asked me

8    to come downtown with them.

9        Q.    Did Rebecca go with V in the ambulance?

10       A.    No.  They just drove off without either

11   one of us in the ambulance.

12       Q.    Were there any conversations about either

13   you or Rebecca going in the ambulance with V?

14       A.    No.  When I -- when they put her in the

15   ambulance I said, "Shouldn't somebody be in there

16   with her," and that's when they drove off, when I

17   had said that.

18       Q.    Other than the detectives asking you to

19   come down to the station did they have any other

20   conversations with you actually at the apartment?

21       A.    No.

22             MS. PECK:  I want to mark an

23             exhibit if you could give me one minute

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2              so I can pull it up.  I'll screen share

3              and I can also e-mail it over to

4              everyone.

5                     (Exhibit No. 1, Original Report

6              3205, 2/26/15, marked this date for

7              identification.)

8       Q.    Mr. Guider, can you see a statement on my

9    screen?

10      A.    Yes.

11      Q.    On the screen I should say.  On the upper

12   left-hand side it says date of original -- type

13   of original report 3205.  Are you looking at the

14   same document that I am?

15      A.    Yes.

16      Q.    Okay.  Take a minute to read through this

17   document if you don't mind.

18      A.    It's kind of blurry on my end.

19      Q.    Let me see if I can make it a little

20   better.  Is that better at all, or no?

21      A.    Yeah.  A little bit.

22                     MR. KLEIN:  Mike, take as much time

23              as you need, read it slow, and only when

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2            you are ready.  Don't feel pressure to do

3            it fast or slow.  Just take whatever time

4            you need.

5                MS. PECK:  That's fine.

6    Q.   And when you need me to scroll down just

7    tell me.

8    A.   Okay.

9    Q.   Do you need me to scroll down now?

10   A.   A little bit.  Yes.  Okay.

11   Q.   There's two more pages.  There's only a

12   little bit on this page.

13   A.   Okay.

14   Q.   And this is the last page.

15   A.   Okay.

16   Q.   Okay.  So, what I want to ask you is that

17   this is a report by Officer Coonradt and I

18   believe you mentioned her earlier as one of the

19   officers that had responded to the scene.  Is

20   that accurate?

21   A.   Yes.

22   Q.   Okay.  And in this report it mentions

23   that you had told Officer Coonradt that you had

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    woken -- that you went to wake up her, her being

3    V.D., at 11 a.m. and she wouldn't wake up and

4    when Officer Coonradt told you it was 1:30 you

5    responded with "time must be flying."  You

6    mentioned -- you testified earlier that you never

7    actually told the officers a time when you tried

8    to wake up V.D.

9         Is the statement that was represented in

10   this report, are you saying that it's not

11   accurate?

12             MR. KLEIN:  Objection to form.

13   A.   No.

14   Q.   I'm sorry.  Say that one more time.

15             MR. KLEIN:  You can answer, Mike.

16   A.   No.  It's not accurate.  I told her that

17   I did not know the time because the only working

18   phone was the one that Rebecca took to work with

19   her.  She tried to give a time.

20   Q.   Okay.  So, the conversation that is in

21   this report between you and Officer Coonradt, did

22   that conversation occur even if -- did you have a

23   conversation with Officer Coonradt about what

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    time you went to go wake up V?

3         A.   Yes.  I believe she asked me and I told

4    her I did not know.

5         Q.   Okay.  Did you go down to the police

6    station that day with the officers?

7         A.   Yes.

8         Q.   And did you go down in their patrol car

9    or did you go separately?  Did you arrive in

10   separate vehicles?

11        A.   I went down with them in their car.

12        Q.   And at this point did any of the officers

13   tell you that you were under arrest?

14        A.   No.

15        Q.   Do you know about what time you arrived

16   at the police station?

17        A.   No.  I do not.

18        Q.   What happened when you got to the police

19   station?

20        A.   They sat me in a room and questioned me

21   on video.

22        Q.   Who questioned you, if you know?

23        A.   There was a different officer.  I do not

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    remember his name.

3        Q.    And about how long were you questioned

4    for?

5        A.    I do not know.

6        Q.    Was it a matter of minutes or was it

7    hours?

8        A.    It could have been hours.

9        Q.    And what were the officers questioning

10   you about?

11       A.    What happened that morning.

12       Q.    Did they tell you you were being videoed?

13       A.    Yes.

14       Q.    What did you tell the officers?

15       A.    I explained to them what I could recall

16   from that morning.

17       Q.    Have you had a chance to view that

18   videotape?

19       A.    No, because shortly --

20             MR. KLEIN:  Well, let me just

21             interject an objection.  Do you mean

22             recently in preparation for the

23             deposition?  Is that what you are asking,

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2           Crystal?

3                 MS. PECK:  No.  Has he ever had a

4           chance to see the video.

5                 MR. KLEIN:  So, just ever, Mike,

6           from the time of the incident up until

7           today.

8    A.   Only during the trial.

9    Q.   I'm sorry.  Say that one more time.

10   A.   I said only during the trial.

11   Q.   And you did not review it in preparation

12   for today's testimony?

13   A.   No.

14   Q.   Do you recall telling the police officers

15   that when you initially first started CPR on V

16   that you used two hands, a hand-over-hand

17   approach?

18   A.   I do not recall.

19   Q.   If you had represented that to the

20   officers in the interview that was videotaped

21   would you have any reason to believe that you

22   were not accurately telling the officers what had

23   happened?

1   [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2          MR. KLEIN:  Objection to form.

3      Q.   So, let me clarify.  You testified today

4   you used a one-handed approach and that you did

5   not use two hands at all when you went to do any

6   of the CPR chest compressions on V.

7          If you told the officers in that video

8   interview that you actually did use two hands at

9   least once when you were doing chest compressions

10  for V, do you have any reason to believe that you

11  were not being accurate and truthful at that time

12  when you were giving that statement to the

13  officers?

14     A.   If I told them I used two hands it had

15  to be I was mistaken.

16     Q.   So, you are saying that if you told the

17  officers on the interview that you used two hands

18  that that was not actually right or were you

19  mistaken when you testified today?

20          MR. KLEIN:  I'm just going to

21          object to the form, Crystal, because I

22          think he did describe two hands.  I don't

23          know if you mean two hands on top because

**[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

1

2         he did describe two hands.  So, I think

3         it's a confusing question.  Let me just

4         say maybe you want to play the interview

5         snippet later and confirm if he said

6         something, but I'm objecting to the form

7         of the question.

8         MS. PECK:  Why don't we do this

9         then.  Can we take a ten-minute break so

10        I can cue up that portion of the

11        interview and that way we can just

12        clarify it?

13        MR. KLEIN:  Sure.

14        MS. PECK:  All right.  So, why

15        don't we do that.

16        MR. KLEIN:  Okay.  Thanks.

17        (Recess taken at 11:55 a.m.;

18        proceedings resumed at 12:10 p.m.)

19   Q.  Mr. Guider, we were just talking about an

20 interview that you gave at the police station

21 that was recorded.  Just to clarify.  Was there

22 one interview that you attended at the police

23 station that was recorded or were there more than

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    one?

3        A.    I believe there were two interviews.

4        Q.    And were both of those recorded?

5        A.    Yes.

6        Q.    Okay.  What I have is the recording from

7    an interview that is dated March 2nd, 2015.  So,

8    that seems to be a couple days after V.D.'s

9    death.  Do you recall going down to the police

10   station a couple days later?

11       A.    Yes.

12       Q.    Okay.

13               MR. KLEIN:  Off the record.

14               (Whereupon, a discussion was held

15           off the record.)

16       Q.    So, I'm not going to start from the

17   beginning.  I'm starting the video where you are

18   discussing what happened when you attempted to

19   wake up V.D. on the morning of February 26th

20   after you had woken up for a second time.

21               MS. PECK:  Erika, if you can go

22           ahead and screen share your computer.

23           All right.

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2           (Video playing.)

3           MS. PECK:  You can go ahead and

4       stop now, Erika.  Thank you.

5   Q.   So, Mr. Guider, I should ask was that you

6   in the video?

7   A.   Yes.

8   Q.   Okay.  And you were describing to the

9   police what, how you were trying to administer

10  CPR to V when you tried to wake her up on the

11  morning of February 26th.  Is that accurate?

12  A.   Yes.

13  Q.   Okay.  And that interview was about five

14  days after V.D.'s death and the incident,

15  correct?

16  A.   Yes.

17  Q.   Okay.  So, is there any reason -- do you

18  have any reason to believe that what you were

19  telling the police was not accurate?

20  A.   It was accurate.  That was something that

21  I did do, but that's not something I did

22  continuously.  I did try CPR that way on her, but

23  for the most part I used one hand trying to level

1   [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2   her and trying to push down on the top of her for

3   the most part, but I did use two hands to try and

4   do CPR on her as well.

5      Q.   Okay.  Okay.  Hold on one second.  So,

6   you had mentioned that there had been at least

7   two interviews with the police that were

8   recorded, correct?

9      A.   I believe so.

10      Q.   And one of those happened the actual day

11   of V.D.'s death.  They brought you down to the

12   police station and you had your first interview

13   with them?

14      A.   Yes.

15      Q.   Did the police have any information for

16   you as to what was happening, why you were down

17   there, what was V's status?

18            MR. KLEIN:  Objection.

19     A.   They never told me what her status was at

20   first.  It wasn't until towards the end somebody

21   came in and told me that she had passed away,

22   which I began to really break down because I was

23   just with her that morning.  It was something

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    that was completely unbelievable to me.

3        Q.    Do you know about how long you were at

4    the police station before you were told that?

5        A.    I'm not sure.

6        Q.    Do you have any idea whether it was

7    minutes or hours?

8        A.    Probably hours.

9        Q.    Do you know what time you left the police

10   station?

11       A.    No.  It was dark.

12       Q.    At any time did the police tell you you

13   were arrested on February 26th, 2015?

14       A.    No.

15       Q.    What did you do when you left the police

16   station?

17       A.    Me and Rebecca went back home.

18       Q.    Was Rebecca at the police station with

19   you during this time?

20       A.    I don't remember if she was there.  They

21   had us in separate places.

22       Q.    But you left the police station with her

23   that day?

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2       A.    Yes.

3       Q.    Okay.  Do you know what time it was when

4    you left the police station?

5       A.    I do not.

6       Q.    What did you and Rebecca do when you went

7    home?

8       A.    Nothing we really could do, just, just a

9    horrible, horrible day.

10       Q.    Did Rebecca go to the hospital at all do

11    you know?

12       A.    She told me that they took her to the

13    hospital.

14       Q.    Do you know what hospital they took her

15    to?

16       A.    I do not.

17       Q.    When was the next time you were contacted

18    by the police after V's death?

19       A.    Had to be the very next day, I believe.

20       Q.    Who contacted you?

21       A.    I do not remember.  But I know two

22    officers came over to the house.  Two detectives,

23    I believe.

**[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

1

2    Q.   Do you know what time of day that was?

3    A.   In the afternoon I'm guessing.

4    Q.   Did they call you first or did they just

5    show up?

6    A.   I believe they called and said they was

7    coming over.

8    Q.   What did the detectives say to you when

9    they arrived at your house?

10   A.   Just asking questions about what

11   happened.

12   Q.   What type of questions?  Do you remember

13   any of the specific questions that were asked?

14   A.   What I was doing that morning, what

15   happened after I woke up, stuff like that.

16   Q.   Were these police officers different

17   officers from the ones that arrived at the scene

18   the day before?

19   A.   Yes.

20   Q.   Did you answer their questions?

21   A.   Yes.

22   Q.   Did they do anything other than ask you

23   questions, meaning did they search your house,

1  **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2  did they ask you to provide them anything?

3      A.   No.

4      Q.   How long were they at your house asking

5  questions?

6      A.   Maybe an hour.

7      Q.   Was Rebecca home?

8      A.   Yes.

9      Q.   Did they ask her any questions?

10      A.   Yes.  They did, but she couldn't really

11  answer anything.

12      Q.   Did they talk to the two of you together,

13  were you in the same room while you were talking

14  to the police?

15      A.   Yes.

16      Q.   Did the police provide you any

17  information at that time as to what they believed

18  caused V's death?

19      A.   No.

20      Q.   Have you spoken to any, you or Rebecca

21  spoken to any doctors about what may have caused

22  V's death?

23      A.   No.

# APPENDIX

**280**

93

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2        Q.    After the police left when was the next

3    time you had contact with the police regarding

4    V's death?

5        A.    I can't remember if it was that time but

6    it was maybe a few months, I guess.

7        Q.    Let me ask.  The interview we saw

8    recorded was dated March 2nd.  That would have

9    been a couple days after V's death.  Do you

10   recall going back down to the police station and

11   speaking with police again a couple days later?

12       A.    After that interview I don't think I had

13   another interview for a while.

14       Q.    So, a couple months went by and you

15   hadn't heard anything from the police?

16       A.    No.  They would see me outside and just

17   ask me questions.

18       Q.    They would see you outside and ask you

19   questions.  How?  Were they coming to your house

20   to ask you questions or were they just in the

21   neighborhood?  How did that --

22       A.    I can't -- I could say they were just in

23   the neighborhood.  When we went on walks a few

1  **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2  times and they would drive up to us while we was

3  walking.

4      Q.   And they would ask you questions about V?

5      A.   Yes.

6      Q.   What types of questions would they ask

7  you while you were out walking?

8      A.   Pretty much the same thing they was

9  asking before regarding how this could have

10 happened, what was -- happened.

11     Q.   Do you know any of the officers that

12 approached you while you were out walking?  Do

13 you know any of their names?

14     A.   I don't.  The second people, it was the

15 detectives that came to the apartment.

16             MR. KLEIN:  If I could just chime

17             in, Mike.  I'm having trouble ending what

18             you say.  It kind of trails off a little

19             bit.  You are very soft spoken.  I don't

20             know if Susan hears it, but if you could

21             try to project because --

22             THE WITNESS:  Okay.

23             MR. KLEIN:  -- we want to make sure

1   [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2           all your words make it to the transcript.

3           Thank you.

4   Q.    During the time period where you were --

5   a couple months had gone by before your next

6   interview.  Had you spoken to any, you or Rebecca

7   spoken to any medical doctors about what had

8   caused V's death?

9   A.    I haven't spoken to anybody.  She told me

10  that they told her that it was unknown exactly

11  what could have caused her death at that time,

12  that they were still working on it.

13  Q.    Do you know who told Rebecca that it was

14  unknown?

15  A.    I do not.

16  Q.    Okay.  Do you know whether it was a

17  medical professional or whether it was police

18  officers?

19  A.    It could have been the police.  I don't

20  know.

21          MR. KLEIN:  I just object.  Or

22          anyone else right, Crystal, do you know

23          who it was?

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2              MS. PECK:  Or anyone else.  Yes.

3        Q.   Other than police officers did you --

4    were you questioned by anyone else regarding V's

5    death?

6        A.   No.

7        Q.   Okay.  Do you know if you spoke to anyone

8    from Child Protective Services?

9        A.   Yes.  Yes.  I did.

10       Q.   Okay.  Do you know when that conversation

11   happened?

12       A.   The very next day somebody came over to

13   talk to us about that.

14       Q.   And were they asking you questions?

15       A.   Yes.

16       Q.   What types of questions were they asking

17   you?

18       A.   The same questions.  What happened, what

19   could have happened.

20       Q.   Did they provide you any information

21   about V's death?

22       A.   No.

23       Q.   Do you know how many times you spoke with

Case 1:17-cv-01290-DJS Document 91 Filed 02/04/22 Page 98 of 189

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2   someone from Child Protective Services?

3       A.    Probably three times.

4       Q.    If the first time was the day after V's

5   death when were the other times approximately?

6       A.    I don't remember.  It could have been

7   weeks.  It could have been a month.

8       Q.    And the communications you had with Child

9   Protective Services, were they generally about

10  what happened on the day of V's death or did they

11  encompass anything else?

12      A.    Pretty much about what happened on the

13  day of her passing and we explained that, you

14  know, she was sick a week before and they were

15  asking like what kind of medication we gave to

16  her, if we gave her anything, stuff like that.

17      Q.    Are you aware that there was an autopsy

18  performed on V.D.?

19      A.    Yes.

20      Q.    When did you first learn that there was

21  an autopsy?

22      A.    I guess a few weeks I'm guessing after

23  her passing.

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2            MR. KLEIN:  Crystal, just so it's

3         clear and maybe it is clear, but are you

4         asking when he learned of the actual

5         autopsy itself or of the results?

6            MS. PECK:  The fact of the autopsy,

7         the autopsy itself.

8            MR. KLEIN:  That it was done.

9            MS. PECK:  Yes.

10           MR. KLEIN:  Thank you.

11   A.    I'm guessing maybe a week.

12   Q.    A week after V's death?

13   A.    Yes.

14   Q.    Okay.  How did you learn that there was

15   an autopsy that was conducted?

16   A.    The detectives told me.

17   Q.    What did they tell you about the autopsy?

18   A.    They told me that she had a fractured rib

19   and that that's what she passed away from.

20   Q.    Did anyone else discuss with you the

21   autopsy findings?

22   A.    No.

23   Q.    Did there come a time when the police

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    told you that you were being arrested for V's

3    death?

4        A.    The only time that happened was when they

5    came and arrested me so they didn't tell me

6    anything.

7        Q.    Were you at the police station at that

8    time or did they come to your house?

9        A.    No.  They came to a friend's house where

10    we were staying at the time.

11        Q.    Were you not staying in the apartment

12    anymore in Lansingburgh?

13        A.    No.  We ended up losing that apartment.

14        Q.    When did you leave that apartment?

15        A.    A few months after her passing.

16        Q.    And did you and Rebecca move in with a

17    friend?

18        A.    Yes.

19        Q.    Who were you living with at the time?

20        A.    A coworker of hers that was staying on

21    ████████████

22        Q.    Do you remember the coworker's name?

23        A.    I do not.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2        Q.    And this was in Troy?

3        A.    Yes.

4        Q.    Were you working at any time during this

5    time period?

6        A.    No.

7        Q.    So, did the police come to -- did the

8    police call you ahead of time or did they show up

9    at the place where you were staying?

10       A.    They just showed up.

11       Q.    And do you know how the police knew you

12   were staying there?

13       A.    I told them in one of the interviews and

14   gave me a card.  I told them exactly where I was

15   at.

16       Q.    What did the police say to you when they

17   showed up?

18       A.    They didn't say anything to me.  They

19   just showed up and they put me in cuffs.  I was

20   asking them why and they said you'll find out at

21   the precinct so they never said anything to me.

22       Q.    They didn't tell you you were arrested

23   when they picked you up?

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2       A.   No.  They didn't.

3       Q.   Tell me what happened when you arrived at

4    the police station.

5       A.   When I got down at the police station

6    they cuffed me to this bar area, I guess, I was

7    down there.  I was trying to figure out what was

8    going on and nobody wanted to say anything to me.

9       Q.   When did you find out that you were being

10   arrested?

11      A.   After like an hour or two of being down

12   there they -- I asked the lady in the window and

13   she told me what I was being charged with, which

14   was unbelievable.

15      Q.   And if I told you that you were arrested

16   on October 2nd, 2015, does that sound about

17   accurate?

18      A.   Yes.

19      Q.   Did there come a time where you learned

20   of the formal autopsy findings that were issued

21   for V's death?

22      A.   Could you elaborate on that?

23             MR. KLEIN:  Yes.  I'm just going to

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2            object to form, Crystal.  Do you mean

3            like technically everything in the

4            autopsy or does he have a general

5            understanding of what it was or something

6            else?

7    Q.    Did anyone ever tell you what -- did

8    there come a time in which you found out, other

9    than the police about a week after V's death

10   telling you that there was an autopsy and they

11   found out of the fracture ribs, did you ever see

12   the autopsy report?

13   A.    No.  Detective Fountain had an interview

14   with me and he had a piece of paper that he said,

15   you know, this is what happened to her, and that

16   was not what happened to her come to find out

17   later on.  And he was just telling me, you know,

18   this is what happened and trying to say I did

19   this.  And I clearly did not.  That's about it.

20   Q.    So, when you said Detective Fountain had

21   a piece of paper, was that in that meeting that

22   happened about -- an interview that happened

23   about a week after her death or was that at some

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2   other time?

3       A.   I'm not sure about that interview.  But

4   it was one of those interviews.

5       Q.   Okay.  Did you ever get to see the paper

6   that Fountain was holding?

7       A.   No.  He never showed it to me.

8       Q.   Did you ever actually see the autopsy

9   report or read it?

10      A.   I believe so.

11      Q.   When was that?

12      A.   I'm not sure.

13      Q.   You said you came to find out that what

14  Fountain had told you, Detective Fountain told

15  you what happened was not actually what happened

16  to V.  Can you expand on that?  What do you mean

17  by that?

18      A.   I found out during my trial when he got

19  on the stand, my lawyer asked him what he had in

20  the interview, was it accurate, and he said no,

21  it wasn't.  He said it was something that he came

22  up with to get me to, I guess, go with his

23  narratives of what he felt I did because his

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    office's boss was on his back, I guess.  So, he

3    got on the stand and said that that wasn't

4    accurate, what he presented to me in one of the

5    interviews about her injuries.

6        Q.   If I told you that the autopsy findings

7    were that V had two broken ribs, do you have any

8    reason to believe that that is not an accurate

9    finding?

10       A.   Um, I don't know if that would be

11   accurate or not.  That's what was said I'm

12   guessing though I'm not sure.

13       Q.   If I told you that the autopsy findings

14   indicated that there was multiple lacerations to

15   V's liver, do you have any reason to believe that

16   that is not accurate?

17       A.   No.  No.  I do not.

18       Q.   The cause of death finding on the autopsy

19   report indicated hypovolemic shock due to large

20   hemoperitoneum due to multiple lacerations of the

21   liver with right rib fractures due to blunt force

22   trauma.  Do you believe that that cause of death

23   determination is not accurate?

Case 1:17-cv-01290-DJS Document 87-4 Filed 02/04/22 Page 106 of 189

1  [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2          MR. KLEIN:  Objection to form.  I

3          think, Crystal, we are delving into

4          medical stuff here.  I need you to

5          explain it, say it if you want him to

6          answer because it's confusing and

7          technical and -- but I'm objecting to

8          form.  If you can ask it, can you at

9          least repeat it for me?

10     Q.    All right.  How about this:  The cause of

11  death determination in the autopsy report

12  indicated that there were multiple lacerations to

13  V's liver with right rib fractures due to blunt

14  force trauma.  Do you believe that that is

15  inaccurate?

16          MR. KLEIN:  You are not asking if

17          he believes that cause of death, you are

18          asking if he believes rib trauma and

19          liver laceration is inaccurate?

20          MS. PECK:  Yes.  Well, I'm asking

21          if he believes that -- I'm saying that's

22          the cause of death determination.

23          THE WITNESS:  I'm not sure.

Case 1:17-cv-01290-DJS Document 87 Filed 02/04/22 Page 107 of 189

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2              MS. PECK:  Is it his opinion that's

3              not right?  I'm sorry.  I didn't hear

4              you, Mr. Guider.

5         A.    I said I'm not sure.  I don't believe it

6    to be true but I'm not a doctor so.

7         Q.    Why do you not believe that to be true?

8    What's your basis for that belief?

9         A.    When I was going through my trial a

10   doctor that came up there had said that she had

11   passed away prior to that.  He said it was

12   something that had to do with something called

13   SIDS or sudden death syndrome or something like

14   that and that was what she actually passed away

15   from.  It was sudden and it's rare but it does

16   happen.  And that's what was told to me and was

17   told during the trial.  So, I don't know what

18   they really did autopsy-wise to come up with that

19   conclusion but officer -- I said officer.

20   Dr. Sikirica, he also stated that his original

21   notes for the outside scene were destroyed and

22   his secretary wrote down or copied whatever notes

23   he had.  So, I don't really know what was his

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    original notes that they had to be destroyed.  I

3    guess that was his finding at the end of the day.

4    I don't know if that's -- I don't know that to be

5    true or not.

6         Q.   Have you ever -- other than your criminal

7    trial and seeing Dr. Sikirica on the stand and

8    testifying have you ever met Dr. Sikirica?

9         A.   No.  I have not.

10        Q.   You also have named Joel Abelove, who was

11   the district attorney for Rensselaer County in

12   this lawsuit.  Have you ever personally met

13   Mr. Abelove?

14        A.   No.  I have not.

15        Q.   Okay.  You testified in the beginning of

16   your deposition that you reviewed your 50-h

17   transcript before today or in preparation for

18   today, correct?

19        A.   Yes.  I went over it, not in exact detail

20   but I did skim over it.

21        Q.   Do you recall testifying at your 50-h

22   hearing that Dr. Sikirica lied to the grand jury?

23        A.   I believe so.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2        Q.    And that your testimony was that he had

3    lied about V's damages to her body and who caused

4    them and that it was something that he had no

5    knowledge of, who caused the injuries that he

6    claimed?  Does that sound accurate?

7        A.    I believe so.

8        Q.    I want to break that up.  So, in your

9    50-h testimony you indicated that Dr. Sikirica

10   lied to the grand jury about the extent of V's

11   damages to her body.  In what way did

12   Dr. Sikirica lie about the extent of damages to

13   V's body?

14       A.    I believe he said that she looked as if

15   she was in a car accident or as if she was ran

16   over by a car, is what he said to the grand jury.

17       Q.    What about at trial, is it your --

18       A.    At trial?

19       Q.    Is it your belief that Dr. Sikirica lied

20   at trial?

21       A.    At trial he said she was a perfectly

22   healthy baby so there was no reason for her to be

23   unresponsive when he had no knowledge of her

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    medical history at no point in time to come up

3    with that statement.

4        Q.   You testified today that you had no

5    reason, you have no knowledge of V having a

6    medical condition that made it -- prior to her

7    death, correct, other than a potential low iron

8    deficiency?

9        A.   Right.  Right.  Nobody did because it

10   would have stem from her mother which would have

11   stemmed from her parents.

12       Q.   So your allegation that Dr. Sikirica lied

13   at the trial is because he characterized V as

14   being perfectly healthy prior to her death?

15       A.   Yes.

16             MR. KLEIN:  Objection to the form.

17             Allegation to the extent it calls for

18             legal conclusions to be determined by the

19             court.

20       Q.   To clarify.  You are saying that

21   Dr. Sikirica lied at trial because he

22   characterized V as being perfectly healthy prior

23   to her death?

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2         A.   Yes.

3         Q.   Okay.  In your 50-h testimony you

4    indicated that Dr. Sikirica lied to the grand

5    jury about who caused V's injuries.  Is it your

6    belief that Dr. Sikirica said that you

7    specifically caused her injuries, that he

8    identified you as the reason that V.D. died?

9         A.   Yes.

10        Q.   Mr. Guider, did you review the complaint

11   that was filed in federal court in this matter?

12        A.   The complaint that was filed?

13        Q.   So let me go back.  So, in order to

14   commence a lawsuit you are going to file a

15   complaint and that complaint is going to have a

16   bunch of allegations about what you think that

17   the defendants did wrong and why they are liable,

18   why they -- how they damaged you and why they

19   legally should be responsible for those damages.

20   Did you review that document at all?

21        A.   Somewhat.

22        Q.   Okay.

23             MR. KLEIN:  I'm going to object,

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2          Crystal, to the extent this delves into

3          attorney/client communications.  If a

4          view was orally rather than, you know,

5          reviewing it by him reading it.  I think

6          it delves into communications that are

7          privileged.

8              MS. PECK:  And that's not my

9          intention.

10             MR. KLEIN:  Okay.  I didn't think

11         it was.

12             MS. PECK:  What I want to do is,

13         I'm going to just share a copy of the

14         complaint so that we are looking at the

15         same thing.

16             (Exhibit No. 2, Third Amended

17         Complaint, marked this date for

18         identification.)

19   Q.   So, Mr. Guider, the complaint that I was

20   just mentioning is what you are looking at here

21   on my screen, the third amended complaint.  Have

22   you ever seen this document before?

23   A.   Yes.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2        Q.    You just have to speak up.  I'm sorry.

3    I'm having a hard time hearing you.

4        A.    I said yes.

5        Q.    Okay.  So, I'm going to go to -- I know I

6    did that fast -- Paragraph 33.  I'm sorry.  27.

7    And in this paragraph you state that Defendant

8    Sikirica, or your attorney on your behalf, states

9    that Defendant Sikirica performed the autopsy in

10   the presence of Defendant Troy Police Department,

11   Defendant Officers Fountain, McDonald, and

12   Colaneri, and after reviewing a number of police-

13   generated materials, including the February 26th,

14   2015, interrogation, during which Mr. Davis-Guider

15   reported that he had tried to administer CPR

16   after finding V.D. unresponsive.  Defendant

17   Sikirica also discussed his findings with

18   Defendant Troy Police Department officers during

19   and after the autopsy.

20        To your knowledge, is there anything

21   inappropriate or illegal about Dr. Sikirica

22   performing an autopsy in the presence of police

23   officers?

Case 1:17-cv-03918-DLI-SMG Document 37-4 Filed 02/04/22 Page 124 of 189

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2              MR. KLEIN:  Objection to the extent

3         this calls for information that's outside

4         of his knowledge, expert opinion.  But

5         objection to form for the record.

6    Q.   You can answer.

7    A.   From what I was told at trial that that

8    was not supposed to happen, for detectives to be

9    talking to the guy who did the autopsy for the

10   finding along with the district attorney at

11   trial, that was not supposed to happen.

12   Q.   So, it's your understanding that the

13   detectives are not supposed to have any

14   communications with the medical examiner?

15   A.   During the time of doing the autopsy from

16   what I can understand.

17   Q.   What about Dr. Sikirica's review of

18   police investigation materials, do you believe

19   that that was improper?

20             MR. KLEIN:  Same objection to the

21        extent it calls for expert opinion.

22        Objection to form.  You can answer

23        otherwise notwithstanding the objection.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    A.   I don't know per se, but I was just told

3    that was not supposed to happen at trial.

4    Q.   You mention in Paragraph, your counsel on

5    your behalf mentions in Paragraph 36 that

6    Defendant Sikirica omitted from his report that

7    in addition to a "large adult," presumably

8    meaning you, that EMTs and hospital staff also

9    administered CPR for a prolonged period of time.

10        Is it your belief -- go ahead.

11    A.   Yes.  Um --

12        MR. KLEIN:  There's no question.

13        Excuse me.  I just want to object.  I

14        don't think there was a question.  You

15        just kind of paused at the statement.

16        MS. PECK:  I understand that and he

17        was going to start talking so, please, I

18        understand that there wasn't a question

19        pending but you were about to say

20        something.  I'd like to hear what you

21        were about to say.

22        MR. KLEIN:  And I'm just going to

23        ask that you ask the question.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2              MS. PECK:  He just asked a

3         question.  I asked what he was about to

4         say.

5              MR. KLEIN:  All right.  Fair

6         enough.

7    Q.   Mr. Guider?

8    A.   Um, I -- what I was about to say is that

9    he came up with these findings as if I was the

10   only one who attempted to do CPR on her and not

11   that they did over 2,000 chest compressions on

12   her on the futon, in the ambulance, at the

13   hospital.  He made it as if I was the only one

14   who touched her after he did these findings.

15   Q.   Would you have expected that the EMTs and

16   the medical professionals at the hospital would

17   have training in how to perform CPR on a child?

18   A.   Yes, but that was not what they said at

19   the trial when one of them was questioned.  They

20   said that they don't remember how they were doing

21   CPR on her.

22   Q.   Did you have any formal training on how

23   to do CPR?

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    A.   No.  I did not.

3    Q.   Have you ever performed CPR before?

4    A.   No.  I have not.

5    Q.   In Paragraph 37 it states that Defendant

6    Sikirica ruled V.D.'s death a homicide, even

7    though he lacked any evidence to support the

8    conclusion that the rib fractures caused V.D.'s

9    death.  What is the basis --

10            MR. KLEIN:  Crystal, can you just

11            read the rest of the sentence, please?

12    Q.   Insofar as he was aware the V.D. was

13    found unresponsive prior to CPR ever being

14    administered by Mr. Guider or by multiple health

15    professionals.

16        I guess what I'm going to ask here then

17    is do you have any basis, medical evidence to

18    show that V.D. died prior to the CPR?

19            MR. KLEIN:  Just objection to form.

20            Causes for an expert opinion.  To the

21            extent you can answer from your

22            knowledge, Mr. Guider, you can answer.

23    A.   I don't have any knowledge towards that.

Case 1:17-cv-01290-DJS Document 87-4 Filed 02/04/22 Page 131 of 189

1  **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2      Q.   In Paragraph 47 of your complaint you

3  indicate, or your counsel on your behalf states,

4  that the Rensselaer County had inadequate

5  screening, hiring, retaining, training and

6  supervising of its employees.

7          Can you provide me the basis for that

8  assertion?

9             MR. KLEIN:  Same objection to form

10          as prior, calls for --

11     Q.  If you know?

12            MR. KLEIN:  Calls for an expert

13          conclusion.

14     A.  No.  I don't.

15            MR. KLEIN:  Off the record.

16            (Whereupon, a discussion was held

17          off the record.)

18            MR. KLEIN:  Back on the record.

19     Q.  Mr. Guider, do you know who Nancy Parker

20 is?

21     A.  Yes.

22     Q.  Who is Nancy?

23     A.  She's Rebecca's mother.

Case 1:17-cv-01290-DJS Document 87 Filed 02/04/22 Page 131 of 189

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2        Q.    And the police reports in this case

3    indicate that there was a bottle of oxycodone

4    prescribed to Nancy Parker that was found in the

5    apartment.

6        A.    Yes.

7        Q.    Why was that bottle -- why was the

8    prescription in the apartment?  Was she -- well,

9    why was the prescription in the apartment?

10       A.    Rebecca got the prescription I'm guessing

11   from her mother for like pains.

12       Q.    Okay.

13       A.    A prescription.  So, she dropped her

14   pills, from her mother.

15       Q.    Was Rebecca, Rebecca was using her

16   mother's prescription, is that what you are

17   saying?

18       A.    I believe so.  Yes.

19       Q.    And where was that prescription bottle

20   typically kept?

21       A.    It was typically kept in the cabinets,

22   but she had left it on the table.

23       Q.    You mentioned in the beginning of your

1  **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2  testimony that you had to correct a date about

3  when you, I think went back to try to go back and

4  play basketball again.  You said you thought it

5  was recorded May 2016 and it should have been May

6  2015?

7      A.    Yeah.

8      Q.    Okay.  Tell me what you mean by that.

9  Were you trying to get back on a team?  What was

10  going on?

11      A.    My agent was setting up different

12  meetings and he had a team he wanted me to play

13  for and in May is when the season was supposed to

14  have started and I was supposed to go back and

15  play basketball, in May of 2015.

16      Q.    May of 2015.  Okay.  And that was before

17  you had been arrested, correct?

18      A.    Yes.

19      Q.    Were you using the same agent?

20      A.    Yes.

21      Q.    And tell me about that process.  Were you

22  essentially trying out for a team?

23      A.    No.  He already had the team set up for

1  **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2  me.  I just had to send in video footage of my

3  recent actions, basketballwise, just like me

4  being on a court playing basketball, showing my

5  body, stuff like that.

6      Q.    Okay.  And what happened with that

7  opportunity?

8      A.    It was tooken away from me because of

9  what was going on with the case.  The detectives

10  told me that I could not go anywhere, told me not

11  to go anywhere, or it would look like I'm running

12  he said, Detective Fountain.

13      Q.    When did that conversation with Detective

14  Fountain happen?

15      A.    I don't recall exactly when it happened,

16  but it was one of the times that I came down to

17  the -- to be interviewed, while he was walking me

18  upstairs to the interview area he was explaining

19  that to me.

20      Q.    Were you offered a position on the team?

21      A.    Yes.

22      Q.    What was the pay?

23      A.    It was around 80,000 for the season.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2       Q.   Was that through a contract?

3       A.   Yes.

4       Q.   Were you provided a copy of that

5    contract?

6       A.   Not because until the contract is signed

7    by me and my agent it's just a contract for

8    anybody to pretty much sign.  That's how they had

9    it with the contracts.  Up until you signed the

10   contract it's an open contract.

11      Q.   Are you given a written offer at all?

12      A.   No.  This is something that my agent

13   talked to me about.

14      Q.   Have you attempted to play basketball

15   since you've been released from jail?

16      A.   Yes.  I have.

17      Q.   Tell me about those attempts.

18      A.   I attempted to play with the Long Island

19   Mets, which is the D league team for the Brooklyn

20   Mets.  I was top five at the camp, but they --

21   after the camp they just told me that they were

22   going in other directions and when I was leaving

23   one of the assistant coaches came up to me and

1  **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2  told me that it was because of what I went

3  through that they couldn't have that type of

4  publicity with the team.  The coach didn't want

5  to tell me, but he said he was letting me know

6  because I was one of the best big men at the

7  camp.

8      Q.    And this was relayed to you verbally from

9  the assistant coach, correct?

10     A.    Yes.

11     Q.    Did you have any other, have you pursued

12 any other opportunities?

13     A.    I tried playing for different teams

14 within the states itself.  Nobody wanted me on

15 their team.  They didn't really tell me why, but

16 I'm pretty sure it's because of what I went

17 through or they deal with a lot of kids and stuff

18 like that and they didn't want me around.

19     Q.    But they didn't tell you that?

20     A.    No.  They didn't tell me that.

21     Q.    Do you know which teams?

22     A.    I can't say offhand.  It was just

23 different teams within the states that I couldn't

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2   played for.

3       Q.   Mr. Guider, some of the pleadings that

4   have been provided in this case mention that you

5   have suffered emotional injuries from your arrest

6   and criminal trial.  Can you tell me, expand on

7   what those emotional injuries were or are?

8       A.   Completely changed me, period.  I was

9   more or less a happier person and since I've been

10  arrested and I came home I don't trust anybody.

11  Nobody really wants to be around me as much.  To

12  this day I still have, you know, nightmares about

13  my experience.  Me being in a jail cell having to

14  sleep on a floor where they had rats and roaches

15  and all this nasty stuff and I just felt like my

16  life was over.  I've never experienced anything

17  like that in my life.  I didn't do anything to

18  experience something like that in my life.  It

19  was just a very horrible ordeal for me and it

20  completely changed my life.  Anxiety, feeling

21  like somebody is going to do something to me in

22  any way.  I experienced stuff that nobody should

23  ever experience enough in their lives, especially

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    somebody that didn't do what they were accused of

3    like I was.  It was very horrible for me.  To

4    this day I completely changed.

5      Q.  Do you take any medication for your

6    emotional injuries?

7      A.  I don't.  I don't really -- say I don't

8    really trust the pills.  But no, I just, being

9    around my daughter where I can and just working

10    I'm guessing is just a way for me to cope with

11    it.  I'm always going to have nightmares about

12    what I've experienced.

13      Q.  Do you treat with anyone for these

14    emotional injuries?

15      A.  No.  I'm a very personal person.  I try

16    not to talk about it as much.  Even bringing it

17    up today is very emotional for me.  So, I'm very

18    private and I try to keep to myself.

19      Q.  So you've never sought treatment from any

20    medical professional?

21      A.  No.

22      Q.  Before you were -- before V's death did

23    you ever seek treatment or treat for any sort of

1   [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2   mental health problems, anxiety, depression,

3   anything like that?

4       A.    Only when I was a child and I lost my

5   mother.

6       Q.    How did you lose your mother?

7       A.    Medical malpractice when I was 11 years

8   old.

9       Q.    What happened?

10      A.    A doctor did surgery on her that wasn't

11  supposed to and ended up leading to her death,

12  and then I was put into foster care after that.

13      Q.    How long did you treat with someone after

14  your mother's death?

15      A.    For a couple months, but me starting to

16  play basketball kind of helped with that.  So,

17  since I was about going on 12 years old I started

18  playing basketball and getting with different

19  teams and that kind of helped.  I say basketball

20  saved my life in a way.

21      Q.    Other than that initial treatment a

22  couple of months after your mother, for a couple

23  of months after your mother passed, have you ever

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    treated at any other time for any sort of

3    anxiety, depression?

4        A.   No.

5        Q.   And were you diagnosed with anything when

6    you were treating when you were 11?

7        A.   No.

8        Q.   Do you see a doctor regularly?

9              MR. KLEIN:  Do you mean currently?

10             MS. PECK:  Currently.  Yes.

11       A.   Not right now.  Not regularly.  I just

12    took my vaccine shots.  That's about it.

13       Q.   How about since you, since the criminal

14    trial do you treat with a doctor regularly at

15    all?

16       A.   I haven't treated with a doctor as much

17    as like I should have because of my knee, but I

18    have not.

19       Q.   Do you have an injury to your knee?

20       A.   Yes.  I had knee surgery.

21       Q.   When was that?

22       A.   It was in 2019.  The beginning of 2019.

23       Q.   Does the surgery affect your ability to

1   [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2   play basketball at all?

3       A.    I haven't gotten a chance to have the,

4   what you call it, where they help you out with

5   your knee.  I --

6       Q.    Like physical therapy or?

7       A.    Yes.  The physical therapy.  I haven't

8   had a chance to have that because of me dealing

9   with my daughter at the time.  So, I haven't had

10  a chance to get the physical therapy that I

11  needed.

12      Q.    So --

13      A.    Since I've been locked up I never had a

14  knee problem or back problem or anything.

15      Q.    Are you saying that your incarceration

16  caused your knee issue?

17      A.    Yes.  I am.  Even when I was locked up I

18  told the doctors that I had knee problems.  They

19  never really listened to me.  They just gave me

20  like little pain pills for it.  They said it must

21  have been growing pains, but I was already an

22  adult and I couldn't grow anymore.  But my knee

23  problems is from me laying on the floor inside of

Case 1:17-cv-01290-DJS Document 87-1 Filed 02/04/22 Page 129 of 189

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    my jail, banging on the wall turning in my sleep.

3    Because I couldn't lay on the bed.  It was too

4    small for me.  So, I had to lay on the flat mat

5    on the concrete floor which messed my knee and my

6    back up.

7         Q.   What's wrong with your back?

8         A.   I've had back issues from that, me being

9    on the floor on this thin mat.

10        Q.   Have you treated with any physicians for

11   your back?

12        A.   I haven't treated with a physician, but I

13   went to a doctor and explained to him what went

14   on.  For the most part all they were able to do

15   is told me I need to see a chiropractor or do

16   like massages or stuff like that because of my

17   size I guess.

18        Q.   Who did you see for your back?

19        A.   It was a regular doctor.  I cannot

20   remember his name.

21        Q.   Do you remember the practice?

22        A.   Hmm?

23        Q.   Was he with a practice, like a group of

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    doctors?

3         A.    No.  He was -- I would say he was just a

4    regular doctor that does like checkups and stuff

5    like that.

6         Q.    Okay.  What about for your knee, who did

7    you treat with for your knee?

8         A.    I didn't really get a chance to treat

9    with anybody.  I had the knee surgery after my

10   knee popped out.  And I had the surgery a few

11   months later.  And other than that, me dealing

12   with my daughter I didn't get a chance to really

13   get anybody to help me out.

14        Q.    Who performed the surgery?

15        A.    I don't remember the name of the doctor,

16   but it was a hospital in Brooklyn.  I've been

17   with Brooklyn Medical Center.

18        Q.    Had you been treating or seeing an

19   orthopedic doctor before the surgery?

20        A.    No.  I haven't got a chance to because of

21   me dealing with my daughter.  I watched her most

22   of the time.

23        Q.    No, I mean, before you had the surgery.

1   [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2   Did you see a doctor that said to you hey, you

3   need to have the surgery?

4       A.   I only seen a doctor when my knee popped

5   out of place.  That was the only time I seen.

6       Q.   Who did you see when your knee popped

7   out?

8       A.   A doctor at Presbyterian Hospital.  He

9   did an X-ray on my knee and told me that I had to

10  have my knee pushed back down because the muscle

11  completely detached from the knee.  He said that

12  was due to me banging my knee at some point in my

13  life, and the only time that that's ever happened

14  was when I was locked up.

15                 MS. PECK:  I think I'm done for

16             now.  I would like to go over my notes

17             just to make sure there's nothing else I

18             missed.  I don't know if you want to have

19             Rhiannon start while I'm doing that.

20                 (Recess taken at 1:15 p.m.;

21             proceedings resumed at 1:45 p.m.)

22  BY MS. PECK:

23      Q.   I'm going to share my screen again.  We

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    can mark this as Exhibit 3.

3                    (Exhibit No. 3, Kathleen Crisafulli

4            Statement, marked this date for

5            identification.)

6        Q.    Mr. Guider, I'm showing you a document

7    that was provided to us from the Troy Police

8    Department and this is a statement of Kathleen

9    Crisafulli from St. Mary's Hospital regarding a

10   conversation that she had with Rebecca Parker.

11   And what I want to do is bring your attention to

12   the bottom half of this document and give you a

13   minute to read it and then I just want to ask you

14   a question about it.

15       A.    You are going to have to bring it up

16   closer.

17       Q.    Okay.  It's this section right here.

18       A.    Okay.

19       Q.    What I want to ask you is do you have any

20   knowledge as to why Rebecca would have asked the

21   medical professional was V strangled, was she

22   strangled?

23       A.    I don't know why.

1   **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2       Q.   Did you and Rebecca ever have concerns

3   about V strangling, being strangled in her sleep

4   because of any of the bedding or anything?

5       A.   No.

6       Q.   Were there ever any -- did Rebecca ever

7   discuss with you any concerns she had about you

8   having a temper with V?

9       A.   No.

10      Q.   And in that respect how would you handle

11  it when there were disciplinary issues with V?

12      A.   Just talking to her.  The most I would do

13  is take away her favorite toy or not let her

14  watch her cartoons.  I wouldn't be violent in no

15  way because she received enough of that from her

16  father.  So being violent was out of the

17  question, period, with any child.

18      Q.   Did you ever use any sort of means as a

19  way of punishment, either by way of shaking,

20  spanking or slapping on the hand or anything like

21  that?

22      A.   No.

23      Q.   The only other question I have is do you

1    **[MICHAEL DAVIS-GUIDER - By Ms. Peck]**

2    know, to your knowledge did Rebecca have any

3    conversations with Dr. Sikirica or anyone from

4    his office?

5        A.    She just told me that she talked to him.

6    She don't remember exactly what he said, but the

7    only thing she told me that she could remember is

8    he squeezed her arm in a very rude way when he

9    went to give her an embrace and hug, I guess,

10   about V's passing.  She said she could not forget

11   that because he squeezed like her arm by her

12   elbow really hard, and she don't know why he did

13   that but that was the only thing she told me.

14       Q.    Do you know where that interaction

15   occurred?

16       A.    I believe it was down by the precinct.

17       Q.    Was it during the criminal trial or

18   before that?

19       A.    It was before that.

20       Q.    Before you were arrested?

21       A.    Yes.

22            MS. PECK:  All right.  I have no

23            more questions.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2    BY MS. SPENCER:

3        Q.   Okay.  Hello, Mr. Guider.  My name is

4    Rhiannon Spencer.  I am one of the attorneys

5    representing the City of Troy, Officer Fountain,

6    Officer Coonradt, Officer McDonald, Officer

7    Colaneri and Officer Mason in this action.

8            We are going to have the same rules that

9    you had in place when Ms. Peck was asking you

10   questions.  I'd just like to reiterate that you

11   wait until I finish asking my question before you

12   start answering it, even if you know what the

13   answer is, just give that three-second pause so

14   that we can have anything recorded and

15   transcribed.  And I'll just ask if you could be

16   mindful to keep your voice up throughout the

17   questioning.  Okay?  So, I --

18               MR. KLEIN:  Rhiannon, off the

19          record.

20               (Whereupon, a discussion was held

21          off the record.)

22       Q.   At the beginning of your testimony you

23   said you currently reside with Rebecca Parker,

1    **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2    correct?

3        A.    Yes.

4        Q.    And I believe at your 50-h hearing

5    deposition you had stated that you and Rebecca

6    had lost contact with each other after you were

7    imprisoned; is that correct?

8        A.    Yes.

9        Q.    When did you and her begin speaking again

10   since the date of --

11       A.    Roughly two years ago.

12       Q.    And did you guys have a friendly

13   relationship or a romantic relationship?

14       A.    Friendly.

15               MR. KLEIN:  Just objection.  Just

16           one second, Mike.  Do you mean since --

17           in the last two years?

18               MS. SPENCER:  Yes.  That is what we

19           are talking about.

20       Q.    Yes.  In the last two years.

21       A.    Friends at first.

22       Q.    Friendly at first you said?

23       A.    Yes.

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    Q.    And then how did your relationship

3    progress from, during this time?

4    A.    Just talking more with each other and at

5    some point we came to see each other and sat down

6    and talked and then it started progressing there.

7    Q.    Did you ever discuss this litigation or V

8    with her?

9    A.    No.  Neither one of us really wanted to

10   discuss it.  It was something that was tragic in

11   both of our lives so we never really talk about

12   it.

13   Q.    Okay.  Switching gears a little bit.  So,

14   you have, as I mentioned, named all of the police

15   officers that are named in this litigation.  I

16   kind of just want to go through each individual

17   and your interaction with them.

18         So, with regards to Detective Fountain.

19   You mentioned that you spoke with him on the day,

20   February 25?

21   A.    26th.

22   Q.    26th.  Yes.  And then how often would you

23   say you interacted with him after that?

1  **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2      A.    I'm not sure.  A few times.

3      Q.    Did you speak with him on the phone

4  before your criminal proceeding during the

5  investigation?

6      A.    Yes.

7      Q.    And how often would you estimate that you

8  spoke on the phone with him?

9      A.    I spoke on the phone with him once.  It

10  could have been twice.

11      Q.    And do you recall what the sum and

12  substance of those conversations were?

13      A.    The first conversation was the weekend of

14  her passing.  I went home with Rebecca's family

15  and he called on the phone and the mother,

16  Rebecca's mother and her aunt suggested that I

17  see a lawyer and should have a lawyer present.

18  And he said okay and hung up the phone.  And the

19  next time I came to court -- I mean the next time

20  I came to the interview to speak to him I just

21  spoke to him.  I figured he would have had a

22  lawyer there but he did not.

23      Q.    Did you request a lawyer at the second

1   [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2   interview?

3       A.   No.  I didn't.  I just figured one would

4   have came because I talked to him on the phone

5   about me having one and he said okay.  So, I just

6   assumed one would have came.  Me personally, I

7   feel like I didn't need one because I did nothing

8   wrong but.

9       Q.   When do you recall the next time you

10  spoke with Officer Fountain was after the March

11  2nd interview either in person or on the phone?

12      A.   He was one of the people who stopped me

13  when me and Rebecca was walking on one of the

14  walks.  We took many walks after that and he

15  would stop me in the car, ask me some questions.

16  That's about it.  I'm not sure exactly the time

17  or what date it was.

18      Q.   How many times would you estimate that

19  Detective Fountain stopped you while you were on

20  your walks?

21      A.   Probably twice.

22      Q.   Twice.  And was he with anybody else?

23      A.   His partner, McDowell, McDonald.

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2        Q.    Both times that you estimate?

3        A.    Yes.

4        Q.    When you -- okay.  Was he driving a Troy

5    police marked vehicle or was it an unmarked

6    vehicle?

7        A.    It was an unmarked vehicle.

8        Q.    And how long would you estimate that he

9    and Detective McDonald spoke with you for?

10       A.    I'll say 15 minutes.

11       Q.    And was it one of the detectives who did

12   most of the talking or did they both speak with

13   you?

14       A.    Detective Fountain did most of the

15   talking.

16       Q.    And was the conversations only regarding

17   what happened to V or did they ask you any other

18   questions?

19       A.    Regarding what happened.

20       Q.    Did they ever ask you about the days

21   prior to V's passing?

22       A.    Yes.

23       Q.    And were those questions when they would

Case 1:17-cv-01290-DJS Document 87-4 Filed 02/04/22 Page 141 of 189

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    stop you while walking or while you were

3    interviewed?

4        A.    They stopped us while walking.

5        Q.    And were there any other instances where

6    other police officers or detectives stopped you

7    while you were walking?

8        A.    No.

9        Q.    And after the incidences where you were

10   stopped while you were walking, when would you

11   say the next time you spoke to Officer Fountain

12   would be?

13       A.    It would be I guess for the second or

14   third meeting that we had he would meet me

15   downstairs at the precinct.  He would ask me to

16   go to the precinct.  I would meet him downstairs.

17   He would talk to me while walking up to the

18   interview room.

19       Q.    How long would you estimate you met with

20   him during that third interview or second?

21       A.    Probably an hour each time.  I'm not

22   sure.

23       Q.    And how would you describe his tone while

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    speaking with you?

3         A.   He was extremely nice.

4              MR. KLEIN:  Hang on.  Rhiannon,

5              were you asking just like across the

6              board at all interviews generally or are

7              you focusing on a specific one?  I'll

8              object to form and ask maybe if you could

9              clarify.

10        Q.   Generally how was his tone while speaking

11   with you?

12        A.   Soft spoken.

13        Q.   Was there ever an instance when you were

14   speaking with Officer Fountain, or Detective

15   Fountain, I'm sorry, where he yelled at you?

16        A.   No.  He never yelled at me.

17        Q.   And after the third meeting or, yeah, the

18   third meeting where it was approximately an hour,

19   did you meet with Detective Fountain at any other

20   times?

21        A.   Not until he showed up at my door to

22   arrest me.

23        Q.   And with regards to Officer Coonradt, you

Case 1:17-cv-01290-DJS Document 87 Filed 02/04/22 Page 143 of 189

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    mentioned that she was one of the responding

3    officers on the scene on February 26th, correct?

4        A.    Yes.

5        Q.    After February 26th and prior to your

6    criminal trial did you have any other

7    interactions with Police Officer Coonradt?

8        A.    No.

9        Q.    With regards to Detective McDonald, was

10   he present every time that you had met with

11   Detective Fountain?

12       A.    Yes.

13       Q.    Were there any other times where

14   Detective McDonald was present and Detective

15   Fountain was not?

16       A.    No.

17       Q.    Did Detective McDonald ever call you?

18       A.    No.

19       Q.    With regards to Officer Colaneri, when

20   was your first interaction with him?

21       A.    I believe -- officer or detective?

22       Q.    I believe he's a sergeant.  He's a

23   detective sergeant.  Yeah.

1  [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2      A.   I believe him and his partner, I believe,

3  showed up at this place that we were staying when

4  we came back over the weekend.  It was kind of

5  like a hotel but it was kind of like a housey

6  type of hotel that was by ████████ in Troy.

7  He showed up there and asked to speak to Rebecca

8  and her mother instead of me.

9      Q.   And when was that?

10     A.   This was the weekend.  After the weekend.

11  So, it was the next week after V passed.

12     Q.   So, early March?

13     A.   I believe it was -- it would have been

14  that Monday.  Yes.  It would have been that

15  Monday or Tuesday.

16     Q.   And were you present during that

17  conversation?

18     A.   No.  They asked to speak to them by

19  themselves at the precinct.

20     Q.   And did you have any other interactions

21  with Detective Sergeant Colaneri yourself?

22     A.   I don't recall.

23     Q.   With regards to Officer Mason, when was

1    **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2    the first time that you interacted with him?

3        A.    Officer Mason?

4        Q.    Yes.

5        A.    I'm not sure.

6        Q.    Do you recall that name?

7        A.    It sounds familiar but.

8        Q.    Do you believe that he may have

9    interviewed you at any point?

10       A.    Officer Mason?  It sounds familiar, but I

11   do not recall if he interviewed me or not.

12       Q.    Okay.  You allege in your complaint that

13   the individual police officers conspired with

14   Defendant Sikirica and Defendant Abelove, D.A.

15   Abelove.  What is your factual basis for that

16   contention?

17                MR. KLEIN:  Note an objection to

18            form to the extent that these are

19            questions of law for the court to decide,

20            without waiving or limiting the

21            objection, Mike, you can answer the

22            question to the best of your ability.

23       A.    My only actual belief is what I -- having

1   [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2   my trial that these were things that were not

3   supposed to take place.  With Officer Fountain

4   and the district attorney talking to the guy,

5   Dr. Sikirica, because he had no actual findings

6   of what happened until they sent him a video or

7   go to see him on different occasions to talk to

8   him.  This was all told at my trial that that was

9   not supposed to be taking place.

10      Q.   And what is your contention that --

11  strike that.

12           What is the factual basis for your

13  contention that Officer Coonradt conspired with

14  Defendants Sikirica and D.A. Abelove?

15               MR. KLEIN:  Same objection to form.

16           To the extent it calls for legal

17           conclusions, questions for the court to

18           decide, without waiving or limiting

19           objections, Mike, please answer if you

20           can.

21      A.   I'm guessing how, like I said, I started

22  only realizing all of this at trial but I don't

23  know how to explain that one.  I don't know.  The

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    only thing I can say is her statement and what

3    she put down that I didn't say, giving a time or

4    trying to say I told her an exact time, which I

5    never did, about what took place.  That's the

6    only thing I can say.

7        Q.   And do you have any knowledge of Officer

8    Coonradt meeting with Dr. Sikirica at any point?

9        A.   No.  I do not.

10       Q.   And what is the factual basis for your

11   contention that Detective McDonald conspired with

12   Defendants Sikirica and D.A. Abelove?

13                MR. KLEIN:  Same objection to form.

14            I won't repeat it at length, but the same

15            objection as previously stated, without

16            waiving or limiting, Mike, you can

17            answer.

18       A.   That only at trial that they all was

19   going to see Sikirica, Dr. Sikirica, before the

20   trial proceedings to I guess come up with a

21   narrative and that was something that they wasn't

22   supposed to be doing.  This was all told to me at

23   trial.

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    Q.   And what makes you believe that they were

3    meeting to come up with a narrative of what

4    happened?

5    A.   Because once again at trial they said it

6    themselves that they were going to actually meet

7    with Dr. Sikirica because he didn't have no

8    actual idea of what could have tooken place and

9    they had gave him a video footage of me trying to

10   do CPR, the same one we watched today, and that's

11   where he came up with his finding that I did

12   this.  That they was going back and forth to his

13   office a few times.  This all came up at trial.

14   Q.   Okay.  With regards to Paragraph 47 of

15   the complaint, what is your factual basis for the

16   contention that the City of Troy maintains a de

17   facto policy to engage in collusion with the

18   medical examiner?

19             MR. KLEIN:  Same objection to form.

20             Calls for legal conclusions.  Mike, you

21             can answer to the best of your ability,

22             if you know.

23   A.   I don't know --

1   [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2   Q.   Is it your --

3   A.   -- at all.

4   Q.   You can continue.  Sorry.

5   A.   I just wanted to say that I did nothing

6   wrong and I just feel like this was something

7   very horrible and I told them I did nothing wrong

8   and they just continued to blame me for this

9   instead of looking at all the options of what

10  could have happened.

11  Q.   Is it your belief that the individual

12  detective and police officers in this matter were

13  following a policy of collusion with the

14  Rensselaer medical examiner's --

15              MR. KLEIN:  Objection.

16  Q.   -- to frame you?

17              MR. KLEIN:  Same objection to form.

18       Mike, you can answer it.

19  A.   I don't know.  I know Detective Fountain

20  told me that, you know, that I should be able to

21  tell him what he wanted to hear because his boss

22  was on his back about it and I said I can't tell

23  you nothing that I don't know.  I think he was

1  **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2  getting upset with me that I was not saying what

3  he wanted to hear.  And that frustrated him

4  because he wanted me to say something that I

5  could not say and could not have ever said

6  because I did not do it and that's about it.

7      Q.   And when or in what meeting with

8  Detective Fountain did that occur?

9      A.   When I was on the street that he stopped

10  me he was like, you know, come on, you know my

11  boss is on my back, you know, I gotta get this

12  handled, and I'm just like, what does that really

13  have to do with me, I'm not going to tell you a

14  lie.  I'm not going to say something that didn't

15  happen.  And that kind of frustrated him a little

16  bit so.  He even asked me, you know, when I gave

17  him my number and told him exactly where I lived,

18  he even said to me even if we are going to arrest

19  you and I call you, would you come down to the

20  precinct.  And I was very truthful.  I said yes.

21  I know I didn't do anything, but I would still,

22  you know, come down to the precinct if you needed

23  me to do, like I did on any other occasion.  I

1  **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2  never lied to him or lied on anything and I think

3  that frustrated him a lot.

4      Q.   And how did you know that he was

5  frustrated?

6      A.   Because I could see it in his facial

7  expressions.  He's like, come on, man, you don't

8  believe that and this is what you believe and I'd

9  be like no.

10      Q.   What is it that he was saying that you

11  believe?

12      A.   He was saying that I believed that I did

13  something to hurt V.  That's what he was

14  indicating.  And I would say to him, no, I did

15  not do anything to hurt her.  I could not ever do

16  anything to hurt her.  Besides me treating her

17  like a daughter, she was my little cousin, I

18  loved her.  But he wasn't, couldn't hear that.  I

19  guess he was trying to get that case over with.

20  He was saying to me, you know, I've been dealing

21  with this case for a few months now.  I want it

22  to be over.  And I'm just like I don't know what

23  to tell you.

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2        Q.    Did he verbalize to you that he believed

3    you did something to V?

4        A.    Yes.

5        Q.    And what did he say to you?

6        A.    He said he believed that when I was doing

7    CPR that I squeezed her too hard and I was trying

8    to revive her myself.  That's what he said he

9    believed.

10       Q.    When you were trying to what?  I'm sorry.

11   You cut out a little bit.

12       A.    He said when I was trying to do CPR that

13   I squeezed her too hard, but I told him I didn't

14   put no serious amount of pressure on her because

15   I know my own strength and I didn't put pressure

16   on her because I didn't want to hurt her in any

17   way.  And he would say stuff like maybe you don't

18   know your own strength then, stuff like that.

19   And I would say yes, I do.  He wasn't really

20   trying to hear what I had to say.

21       Q.    In Paragraph 50 of your complaint you

22   allege in sum and substance that the officers

23   lacked the objectivity, temperament, maturity,

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    discretion, and disposition to be employed as

3    police officers.

4            What's your factual contention that

5    Police Officer Coonradt lacked the objectivity to

6    be employed as a police officer?

7                    MR. KLEIN:  Objection.  Same

8            objection to form.  Calls for legal --

9            questions of law for the court.  Mike,

10           you can answer if you know.

11       A.   The only thing that I can say is that

12   besides how they searched the apartment, when the

13   ambulance pulled up without allowing anybody to

14   get inside the ambulance truck, I had got up and

15   I said, you know, what is going on, and also

16   Coonradt, she didn't pull her gun out of her

17   holster but she put her hand on her gun and said

18   you need to sit down and be quiet.  And I said, I

19   put my hands up and I said what the hell is going

20   on.  Excuse my language.  And that's when

21   Detective Fountain and his partner walked up to

22   me as the ambulance is pulling off.  And he said

23   that he was going to take us to the hospital, but

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    he never took me to the hospital.  He took me

3    straight to the precinct.  So, how she reacted

4    from when she saw me was what I would say.  She

5    didn't treat me like I was a human at all and she

6    was very disrespectful to me.

7        Q.    Did you ever complain to anybody or

8    inform anyone about Officer Coonradt's reaction

9    that you just explained?

10       A.    I explained it to Detective Fountain when

11   he put me in the car on the way down to the

12   precinct and he kind of like nudged it off, like

13   whatever, you know, you're a big black guy, he

14   said to me.  You know, he said that's not -- he

15   kind of looked at me.  What did you just say to

16   me?  Then his partner, who was sitting in the

17   back seat, he was like, well, he's trying to say

18   you are a big guy, you know, you are dark and she

19   was probably just a little startled by you.  I

20   kind of felt like that was a little racist, but I

21   was just like wow, you know, all this craziness

22   that's going on and I just continued to ride down

23   to the precinct with them.

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2        Q.    And at what point did you realize you

3    were going down to the precinct and not to the

4    hospital?

5        A.    As soon as we got in the car I asked was

6    he taking me to the hospital and he was like

7    yeah, but I just have to ask you a few questions

8    at the precinct first.  So, pretty much when I

9    got in the car, he pretty much told me he was

10   taking me down to the precinct.

11       Q.    And did you object to that?

12       A.    No.  I cooperated with them in any way I

13   possibly can to try and find out what was going

14   on or what could have happened.

15       Q.    And what is your factual basis for the

16   assertion that Officer Mason lacks the

17   objectivity to be employed as a police officer?

18                MR. KLEIN:  Same objection.  Mike,

19          you can answer if you know.

20       A.    I don't know.  But I know if I had

21   probably met with him it would have been

22   something because everybody, everyone else I had

23   contact with was kind of like, looked at me kind

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    of like I was a criminal and me being big and

3    having dreads I guess didn't help how they saw me

4    at the time.

5       Q.   And what is the basis for your assertion

6    that the City of Troy was aware that the

7    individual officers lacked objectivity to be

8    employed as a police officer?

9                MR. KLEIN:  Same objection.  Mike,

10              you can answer if you know.

11      A.   I have no basis on that.

12      Q.   And what makes you assert that Officer

13   Fountain was not properly trained?

14               MR. KLEIN:  Objection.  Same

15              objection.  You can answer, Mike.

16      A.   He said he was, you know, 15-20 years on

17   the force, but the way he handled himself with

18   me, it just seemed like he was trying to get an

19   arrest and he didn't care if it was the truth or

20   not and that's what it seemed like so.

21      Q.   What about with regards to Officer

22   Coonradt, what forms your basis for asserting

23   that she was not properly trained?

1   [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2            MR. KLEIN:  Same objection.

3       A.    During the chaos when she saw me and she

4   asked me to move out of the apartment when they

5   put on these purple gloves, they just started

6   searching the apartment.  It wasn't a search like

7   they were looking what could have caused V to be

8   unresponsive.  It was a search like they were

9   looking for drugs or guns or something.  That's

10  the kind of search that they were doing.  It was

11  like it was quick to see.  They were looking in

12  areas that she couldn't have possibly got to

13  like.  And then her whole attitude with me was

14  just outrageous.  Like when she reached for her

15  gun I thought she was going to shoot me.  You

16  know, I was in fear of my life.  I didn't even

17  understand what was going on, you know, living in

18  a nightmare, like it was outrageous.

19      Q.    Do you know if Officer Coonradt tried to

20  figure out if you were able to ride with V in the

21  ambulance before --

22      A.    No.

23      Q.    No, you don't know, or no, she did not?

1  [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2      A.   No.  She did not.

3      Q.   And what makes you come to the conclusion

4  that she was searching the apartment to find guns

5  or any other things you mentioned as opposed to

6  trying to locate anything that could have harmed

7  V?

8              MR. KLEIN:  Let me note an

9          objection to form.  I believe he

10         answered.  So, asked and answered.  Mike,

11         you can answer.

12     A.   It was -- it was how she searched.  If

13  you watched a crime show you would see how people

14  do searches completely different.  You can tell

15  how she was searching the apartment with her

16  partner.  It was like a serious thorough search

17  that she was reaching -- she was searching in

18  areas that V couldn't have got to at no point in

19  time.  She was a very small child.  She would

20  look on top of the refrigerator.  She looked in

21  the freezer.  She looked in all the cabinets and

22  it was very thorough.  You could tell by the way

23  they were doing their search.  It wasn't

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    searching for something that would have led to V

3    being unresponsive.  It was something else.

4    Plus in the --

5         Q.   Go ahead.

6         A.   I was going to say plus in the area that

7    I was staying in, maybe they felt like I didn't

8    deserve to be in that area, a very nice area, you

9    know.  So, I'm not sure.

10        Q.   What makes you think that that was part

11   of the police officers belief?

12             MR. KLEIN:  Objection.  He just

13             said he's not sure.  So, asked and

14             answered.  But, Mike, you can answer

15             again.

16        A.   I only say that because one time a police

17   officer asked me like, you know, what am I doing

18   in that area.  He didn't know whether I lived in

19   the house on the corner and he was just like, oh,

20   what are you doing in this area.  And I was just

21   like I live in this area.  So, it was, it seemed

22   like they didn't want me there, I guess.

23        Q.   And did that interaction happen before

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    V's death or after?

3         A.    Before.

4         Q.    Did Officer Coonradt take anything from

5    the apartment during that additional search that

6    we were just discussing?

7         A.    I do not know.  They took me in a car and

8    drove me to the precinct so I don't know what

9    they did.

10        Q.    Well, when you were observing her in the

11   apartment and you said that she was searching in

12   areas that V couldn't have reached, at that point

13   did you see that she had taken anything or bagged

14   anything or taken any pictures of anything?

15        A.    No.

16        Q.    What is the factual basis for your

17   assertion that the police officers acted with

18   malice?

19              MR. KLEIN:  Same objection as

20              before to form.  Calls for legal

21              conclusions.  Mike, you can answer.

22        Q.    I'll finish the question.

23        A.    Can you elaborate on malice?

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2        Q.   Yes.  Malice is like an evil intent or an

3    ill will to have something come about.  So, what

4    makes you believe that the police officers were

5    acting with malice during their investigation of

6    V's death?

7                    MR. KLEIN:  Objection to form.

8        A.   In the death of any child I guess the

9    police officers would be upset as well as I was

10   myself, but honestly the way they went about

11   doing stuff was a little unorthodox in a way.  I

12   guess not trying to figure out all the facts

13   about coming to a conclusion.  I told them at

14   plenty times I had no criminal history, I never

15   did anything in my past and I didn't do this, but

16   they didn't care.  And they just I guess wanted

17   to make an arrest.  So, I guess they didn't go

18   about it like they should have.  Just my opinion.

19   That's about it.

20       Q.   Okay.  What false evidence do you contend

21   was created in this investigation?

22                    MR. KLEIN:  Objection.  Form.  Same

23            objection.  Mike, you can answer.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2        A.    When Detective Fountain had her in the

3    ambulance he had a paper that he said was, that

4    had what she passed away from on the paper, which

5    I come to find out at trial that was not true,

6    which is something he admitted to.  He said he

7    had the paper, not having no actual evidence of

8    what occurred with V to get me to, I guess go

9    with his narrative, to say that I did something

10   that I did not do, which was false evidence and

11   the statement that was made to the grand jury

12   stating that she was run over by a car or in a

13   serious car accident.  That never occurred in any

14   way.  But stuff like that is what I would say is.

15       Q.    And what do you contend Officer

16   Coonradt's involvement was in the creation of

17   such false evidence?

18             MR. KLEIN:  Same objection.  Mike,

19        you can answer.

20       A.    Just her statements and what she said I

21   said.  And anybody that just tried to say I did

22   something that I did not do involved in this.

23   She wrote down something that I never said to

1   **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2   her.  I never gave a timeline at any point in

3   time.  I said the only thing when I was there was

4   tooken.  There were no clocks on the walls or

5   anything.  So, for her to write down something

6   that I said of a timeline that I did not was very

7   concerning.

8       Q.   And what about officer, or Detective

9   McDonald, what do you mean his involvement was?

10                  MR. KLEIN:  Same objection.  Mike,

11           you can answer.

12      A.   I believe just going along with his

13  partner.  But to be honest I feel like he knew I

14  didn't do something but his partner, Detective

15  Fountain, was very aggressive with it, asking the

16  questions, anything like that.

17      Q.   And how was Officer Fountain aggressive

18  with it as you stated?

19      A.   Just trying to continuously get me to say

20  something that I could not say.  Try to say maybe

21  this was the timeline or maybe this happened and

22  stuff that I couldn't answer.  He was forceful in

23  a way.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2        Q.    So, previously you had mentioned that

3    Detective Fountain was soft spoken with you and

4    calm, I believe was one of the words?

5        A.    Yes.   In the interviews at the precinct.

6    When he was outside he was a completely different

7    person.

8        Q.    Outside of the precinct?

9        A.    Yes.

10       Q.    And outside of the precinct meeting with

11   you he was different?

12       A.    Yes.   He was very forceful with his

13   questions.   Like I said, he would be upset that I

14   wouldn't say what he wanted me to say and he made

15   it seem like, you know, his boss is about to fire

16   him if he didn't bring this case to an ending,

17   like very frustrated whenever I talked to him on

18   the streets.

19       Q.    And was that those two times that you had

20   discussed previously?

21       A.    Yes, ma'am.

22       Q.    And there were no other times?

23       A.    No.

1    **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2        Q.    Okay.   What about with regards to

3    Detective Sergeant Colaneri, what do you believe

4    his involvement was in creating false evidence?

5                        MR. KLEIN:   Same objection.   You

6            can answer.

7        A.    Going along.   I guess going along with

8    the narrative something happened that I caused

9    when she was worked on by a number of people.   An

10   for her to say that makes it seem like I was the

11   only one that touched her and I caused the

12   injuries, which was a lie.   That's what I

13   believe.

14       Q.    And do you have a similar contention with

15   regards to Officer Mason and his involvement?

16       A.    Yes, ma'am.

17       Q.    Do you know any specific policies that

18   the City of Troy had in place concerning the

19   manufacturing of probable cause in investigations?

20                       MR. KLEIN:   Same objection to form.

21           Mike, you can answer if you know.

22       A.    No.

23       Q.    What about with regards to the avoidance

1    [MICHAEL DAVIS-GUIDER - By Ms. Peck]

2    of arrests and prosecutions based upon falsely

3    manufactured evidence, what inadequate policies

4    do you believe the City of Troy had with regards

5    to that matter?

6         A.    I do not know.

7              MR. KLEIN:  Same objection to form

8         for that question.  Thank you.

9              MS. SPENCER:  I think that's all

10         the questions I have actually.  Do you

11         have any questions, Crystal?

12              MS. PECK:  I do have two that I

13         just want to clarify.

14    BY MS. PECK:

15         Q.    Mr. Guider, I just want to clarify this.

16    There was no point in time when Dr. Sikirica ever

17    came to your house or was actively involved that

18    you saw with the police investigation at your

19    home or down at the precinct; is that accurate?

20         A.    Yes, ma'am.

21         Q.    Okay.  And I'm going to ask the same

22    question about Joel Abelove.  To your knowledge,

23    he was never actually at your house or part of

1   **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2   these interviews with the police; is that

3   correct?

4     A.   Yes.

5         MS. PECK:  Okay.  I have no other

6        questions.

7         MS. SPENCER:  I actually have a

8        couple more.  I'm sorry.

9  BY MS. SPENCER:

10     Q.   So, do you recall prior to your criminal

11   trial a hearing with regards to evidence that the

12   prosecution wanted to submit at the trial which

13   the court denied?

14     A.   No.

15     Q.   Do you recall the prosecution ever

16   wanting to introduce evidence that you had loud

17   arguments with Rebecca Parker at night?

18     A.   I do not recall.

19     Q.   Why, if that was true, would the

20   prosecution believe that you had loud arguments

21   with Rebecca?

22     A.   I do not know.

23     Q.   What about with regards to introducing

Case 1:17-cv-01290-DJS   Document 87   Filed 04/04/22   Page 180 of 189

1    [MICHAEL DAVIS-GUIDER - By Ms. Spencer]

2    evidence that you yelled at V.D.?

3        A.    No.

4        Q.    Do you have any understanding or

5    knowledge of why Clarence Davis would have

6    potentially told Child Protective Services that

7    you were, that he expressed concerns about how

8    you interacted with V?

9        A.    He was very upset that he couldn't

10   receive full custody over her after all the stuff

11   that he had done, so he lied and made up

12   accusations which were not true.  And that's the

13   most I can say that he did.  He was --

14       Q.    File a petition in Family Court to your

15   knowledge to obtain custody of V.D.?

16       A.    Yes.  He did.

17       Q.    And, to your knowledge, did the court

18   ever hear that petition or decide on that

19   petition?

20       A.    Not to my knowledge.

21             MS. SPENCER:  That is all of my

22        questions now.

23             MR. KLEIN:  Well, thank you

1    **[MICHAEL DAVIS-GUIDER - By Ms. Spencer]**

2          everyone.  Thank you, Susan.

3                (Whereupon, the testimony of

4          MICHAEL DAVIS-GUIDER concluded at

5          2:50 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1

2

3    STATE OF NEW YORK

4    COUNTY OF _____

5

6

7        I have read the foregoing record of my

8    testimony taken at the time and place noted in the

9    heading hereof, and I do hereby acknowledge it to

10   be a true and correct transcript of same.

11

12

13

14       _____

15           MICHAEL DAVIS-GUIDER

16

17

18   Sworn to before me this

19   _____ day of _____, 20__.

20   _____

21   NOTARY PUBLIC

22

23

1

2        DEPOSITION TRANSCRIPT ERRATA SHEET
         ERRATA SHEET FOR TRANSCRIPT OF:
3        MICHAEL DAVIS-GUIDER - May 19, 2021

4   PAGE/LINE                    CORRECTION

5

6   ___ ___    _____

7   ___ ___    _____

8   ___ ___    _____

9   ___ ___    _____

10  ___ ___    _____

11  ___ ___    _____

12  ___ ___    _____

13  ___ ___    _____

14  ___ ___    _____

15  ___ ___    _____

16  ___ ___    _____

17  ___ ___    _____

18  ___ ___    _____

19  ___ ___    _____

20  ___ ___    _____

21  ___ ___    _____

22  ___ ___    _____

23  ___ ___    _____

1

2               C E R T I F I C A T I O N

3

4        I, SUSAN FLORIO, Registered Professional

5   Reporter and Notary Public in and for the State of

6   New York, do hereby certify that the foregoing is a

7   true, complete and accurate transcript to the best

8   of my knowledge, skill and ability on the date and

9   place hereinbefore set forth.

10        I FURTHER CERTIFY that I am not related

11   to or employed by any of the parties to the action

12   in which the proceedings were taken, or any

13   attorney or counsel employed in this action, nor am

14   I financially interested in the case.

15        IN WITNESS WHEREOF, I have hereunto set

16   my hand this 9th day of June, 2021.

17

18

19              _/Susan Florio, RPR/

20              _____
                    SUSAN FLORIO, RPR

21              (The foregoing certification of
            this transcript does not apply to any
22          reproduction of the same by any means
            unless under the direct control and/or
23          supervision of the certifying reporter.)

```
 1

 2    INDEX TO EXAMINATION:                        PAGE
      ---------------------------------------------------
 3
      BY MS. PECK:                              4; 165
 4
      BY MS. SPENCER:                         133; 166
 5

 6

 7

 8

 9    INDEX TO COUNTY EXHIBITS:                    PAGE
      ---------------------------------------------------
10
      1, Original Report 3205, 2/26/15               78
11
      2, Third Amended Complaint                    111
12
      3, Kathleen Crisafulli Statement              131
13

14

15

16

17    INDEX TO COUNSEL REQUESTS:                   PAGE
      ---------------------------------------------------
18
      (None)
19

20

21

22

23
```

**$**

**$13** [1] - 18:21
**$15.15** [1] - 16:14
**$7** [1] - 17:7

**'**

**'11** [1] - 30:11

**1**

**1** [2] - 78:5, 172:10
**1-D** [1] - 9:5
**10** [1] - 54:16
**10,000** [1] - 35:12
**10007** [1] - 2:15
**10:30** [1] - 53:19
**10:55** [1] - 59:3
**11** [6] - 26:6, 53:19, 59:17, 80:3, 125:7, 126:6
**111** [1] - 172:11
**11:20** [1] - 59:4
**11:55** [1] - 85:17
**12** [3] - 18:20, 26:6, 125:17
**12181-0208** [1] - 2:15
**12205** [1] - 2:10
**124th** [1] - 40:20
**12:10** [1] - 85:18
**131** [1] - 172:12
**133** [1] - 172:4
**15** [2] - 24:22, 139:10
**15-20** [1] - 155:16
**15.15** [1] - 17:3
**16** [1] - 16:17
**165** [1] - 172:3
**166** [1] - 172:4
**172** [1] - 2:23
**17th** [3] - 9:4, 9:19, 11:15
**19** [2] - 1:16, 170:3
**1:15** [1] - 130:20
**1:17-cv-01290** [1] - 1:7
**1:30** [1] - 80:4
**1:45** [1] - 130:21
**1st** [3] - 37:7, 37:10

**2**

**2** [2] - 111:16, 172:11
**2,000** [2] - 35:6, 115:11
**2/26/15** [2] - 78:6, 172:10
**20** [3] - 16:16, 18:23,

30:11
**20,000** [1] - 31:12
**2007** [1] - 28:7
**2013** [9] - 35:17, 35:23, 37:2, 37:8, 37:9, 37:10, 37:19, 39:3
**2014** [1] - 45:20
**2015** [17] - 4:17, 8:12, 8:19, 13:20, 13:22, 26:13, 45:10, 45:17, 47:14, 59:6, 86:7, 89:13, 101:16, 112:14, 119:6, 119:15, 119:16
**2016** [7] - 8:12, 8:20, 14:4, 23:15, 23:18, 27:19, 119:5
**2017** [3] - 8:5, 22:6, 24:7
**2019** [2] - 126:22
**2021** [3] - 1:16, 170:3, 171:16
**208** [1] - 2:15
**20__** [1] - 169:19
**218** [3] - 9:4, 9:18, 11:15
**22** [1] - 2:15
**240-250** [1] - 63:4
**25** [1] - 136:20
**26th** [11] - 4:17, 47:14, 59:6, 86:19, 87:11, 89:13, 112:13, 136:21, 136:22, 142:3, 142:5
**27** [1] - 112:6
**2:50** [1] - 168:5
**2nd** [4] - 86:7, 93:8, 101:16, 138:11

**3**

**3** [4] - 55:2, 131:2, 131:3, 172:12
**305** [1] - 2:5
**30th** [2] - 8:5, 24:7
**3205** [3] - 78:6, 78:13, 172:10
**33** [1] - 112:6
**35th** [1] - 15:20
**36** [1] - 114:5
**37** [1] - 116:5

**4**

**4** [1] - 172:3
**47** [2] - 117:2, 147:14
**494** [3] - 10:2, 10:12,

12:3

**5**

**5** [2] - 2:9, 35:12
**50** [1] - 151:21
**50-h** [7] - 7:20, 24:6, 107:16, 107:21, 108:9, 110:3, 135:4
**507** [1] - 2:9

**6**

**6'10"** [1] - 63:4
**600** [1] - 2:5

**7**

**7-something** [1] - 56:5
**78** [1] - 172:10
**7:00** [1] - 50:8
**7:20** [1] - 42:7
**7:30** [1] - 42:7

**8**

**8** [1] - 37:7
**80,000** [1] - 120:23

**9**

**9-9:30** [1] - 50:18
**911** [2] - 67:19, 68:14
**9:32** [1] - 1:17
**9th** [1] - 171:16

**A**

**a.m** [6] - 1:17, 59:3, 59:4, 59:18, 80:3, 85:17
**Abelove** [9] - 2:9, 4:10, 107:10, 107:13, 144:14, 144:15, 145:14, 146:12, 165:22
**ABELOVE** [1] - 1:11
**ability** [5] - 6:17, 126:23, 144:22, 147:21, 171:8
**able** [14] - 6:2, 19:13, 36:5, 43:6, 43:7, 53:8, 53:11, 53:14, 62:14, 69:12, 73:6, 128:14, 148:20, 156:20

**absolutely** [2] - 5:4, 7:2
**abusive** [1] - 44:3
**Academy** [1] - 28:3
**accident** [4] - 56:17, 57:13, 108:15, 161:13
**accurate** [21] - 8:9, 47:15, 59:11, 66:8, 79:20, 80:11, 80:16, 84:11, 87:11, 87:19, 87:20, 101:17, 103:20, 104:4, 104:8, 104:11, 104:16, 104:23, 108:6, 165:19, 171:7
**accurately** [1] - 83:22
**accusations** [1] - 167:12
**accused** [1] - 124:2
**acknowledge** [1] - 169:9
**acted** [1] - 159:17
**acting** [2] - 50:22, 160:5
**action** [4] - 3:12, 134:7, 171:11, 171:13
**actions** [1] - 120:3
**actively** [2] - 19:8, 165:17
**actual** [10] - 14:4, 22:18, 27:7, 69:14, 88:10, 98:4, 144:23, 145:5, 147:8, 161:7
**ADAM** [1] - 1:10
**Adam** [1] - 2:14
**addition** [4] - 3:8, 17:2, 75:22, 114:7
**additional** [2] - 69:11, 159:5
**address** [5] - 9:3, 9:23, 15:19, 39:8, 40:18
**administer** [3] - 62:11, 87:9, 112:15
**administered** [2] - 114:9, 116:14
**admitted** [1] - 161:6
**adopted** [1] - 46:3
**adult** [2] - 114:7, 127:22
**affect** [2] - 29:11, 126:23
**afternoon** [2] - 42:3, 91:3
**age** [1] - 50:4
**agent** [6] - 29:15, 29:18, 119:11, 119:19, 121:7,

121:12
**aggressive** [2] - 162:15, 162:17
**ago** [2] - 28:5, 135:11
**agree** [1] - 28:14
**AGREED** [1] - 3:3
**agreed** [3] - 3:13, 3:18, 3:21
**ahead** [8] - 5:19, 18:5, 31:22, 86:22, 87:3, 100:8, 114:10, 158:5
**air** [3] - 63:23, 64:16, 64:17
**ajar** [1] - 54:22
**Albany** [1] - 2:10
**alcoholic** [2] - 50:9, 52:18
**allegation** [2] - 109:12, 109:17
**allegations** [1] - 110:16
**allege** [2] - 144:12, 151:22
**allow** [1] - 17:18
**allowing** [1] - 152:13
**almost** [5] - 10:14, 18:10, 54:23, 55:2, 72:20
**alone** [1] - 68:8
**ambulance** [22] - 62:10, 69:21, 70:3, 70:6, 70:8, 70:17, 70:23, 71:4, 71:6, 71:21, 77:2, 77:9, 77:11, 77:13, 77:15, 115:12, 152:13, 152:14, 152:22, 156:21, 161:3
**Amended** [1] - 111:16, 172:11
**amended** [1] - 111:21
**America** [1] - 34:8
**amount** [3] - 17:19, 33:13, 151:14
**AND** [1] - 3:3
**answer** [32] - 4:21, 49:7, 49:12, 49:15, 74:4, 80:15, 91:20, 92:11, 105:6, 113:6, 113:22, 116:21, 116:22, 134:13, 144:21, 145:19, 146:17, 147:21, 148:18, 152:10, 154:19, 155:10, 155:15, 157:11, 158:14, 159:21, 160:23, 161:19, 162:11, 162:22, 164:6, 164:21

answered [4] - 62:5, 157:10, 158:14
answering [1] - 134:12
answers [1] - 8:8
anticipate [1] - 49:11
anxiety [3] - 123:20, 125:2, 126:3
apartment [23] - 14:22, 40:7, 44:17, 45:16, 52:6, 73:6, 74:23, 75:6, 77:20, 94:15, 99:11, 99:13, 99:14, 118:5, 118:8, 118:9, 152:12, 156:4, 156:6, 157:4, 157:15, 159:5, 159:11
Apartment [1] - 9:5
Apartments [1] - 39:11
APPEARANCES [1] - 2:2
applied [2] - 19:22, 19:23
apply [1] - 171:21
applying [4] - 19:8, 19:15, 19:18, 19:19
approach [4] - 76:17, 83:17, 84:4
approached [2] - 76:19, 94:12
area [14] - 52:9, 61:15, 63:7, 63:11, 64:7, 64:13, 101:6, 120:18, 158:6, 158:8, 158:18, 158:20, 158:21
areas [4] - 75:10, 156:12, 157:18, 159:12
arguments [2] - 166:17, 166:20
arm [2] - 133:8, 133:11
arms [1] - 65:4
arrest [7] - 4:18, 81:13, 123:5, 141:22, 149:18, 155:19, 160:17
arrested [9] - 89:13, 99:2, 99:5, 100:22, 101:10, 101:15, 119:17, 123:10, 133:20
arrests [1] - 165:2
arrive [3] - 70:10, 71:3, 81:9
arrived [9] - 70:23, 71:7, 71:20, 72:2, 81:15, 91:9, 91:17,

101:3
arriving [1] - 70:17
asleep [3] - 52:16, 59:10, 59:14
assert [1] - 155:12
asserting [1] - 155:22
assertion [4] - 117:8, 154:16, 155:5, 159:17
assistant [2] - 121:23, 122:9
assume [4] - 4:22, 19:11
assumed [2] - 56:23, 138:6
assumptions [1] - 27:10
attempt [1] - 25:4
attempted [6] - 17:20, 62:11, 86:18, 115:10, 121:14, 121:18
attempts [1] - 121:17
attend [1] - 28:9
attended [2] - 28:10, 85:22
attending [1] - 27:3
attention [1] - 131:11
attitude [1] - 156:13
attorney [7] - 4:9, 22:13, 107:11, 112:8, 113:10, 145:4, 171:13
attorney/client [1] - 111:3
attorneys [1] - 134:4
Attorneys [3] - 2:4, 2:8, 2:13
aunt [1] - 137:16
autopsy [23] - 97:17, 97:21, 98:5, 98:6, 98:7, 98:15, 98:17, 98:21, 101:20, 102:4, 102:10, 102:12, 103:8, 104:6, 104:13, 104:18, 105:11, 106:18, 112:9, 112:19, 112:22, 113:9, 113:15
autopsy-wise [1] - 106:18
Avenue [8] - 2:10, 10:2, 10:13, 12:3, 15:20, 40:20, 99:21, 143:6
average [2] - 17:6, 35:19
avoidance [1] - 164:23
awaiting [1] - 27:3

awake [2] - 50:19, 52:23
aware [2] - 97:17, 116:12, 155:6

**B**

baby [3] - 46:4, 47:21, 108:22
baby's [1] - 44:3
background [1] - 4:16
bad [3] - 29:6, 31:18, 41:10
bagged [1] - 159:13
BAILEY [1] - 2:7
ball [2] - 8:11, 8:16
banging [3] - 72:20, 128:2, 130:12
Bangkok [1] - 34:13
bar [2] - 3:10, 101:6
barely [1] - 51:14
based [2] - 165:2
basis [13] - 106:8, 116:9, 116:17, 117:7, 144:15, 145:12, 146:10, 147:15, 154:15, 155:5, 155:11, 155:22, 159:16
basketball [13] - 8:20, 28:19, 29:10, 40:5, 50:5, 119:4, 119:15, 120:4, 121:14, 125:16, 125:18, 125:19, 127:2
basketballwise [1] - 120:3
Bass [2] - 29:18, 29:19
bass [1] - 29:21
BASS [1] - 29:23
bathroom [6] - 52:9, 57:5, 57:18, 59:9, 74:18
bed [15] - 53:17, 55:9, 57:9, 57:12, 57:14, 57:15, 58:5, 58:8, 58:11, 59:9, 60:6, 61:2, 61:13, 62:12, 128:3
bedding [1] - 132:4
bedroom [3] - 52:8, 52:11, 52:16
bedrooms [1] - 52:7
began [1] - 88:22
begin [3] - 49:10, 76:23, 135:9
beginning [8] - 8:15, 86:17, 107:15, 118:23, 126:22,

134:22
begun [1] - 3:17
behalf [3] - 112:8, 114:5, 117:3
belief [7] - 106:8, 108:19, 110:6, 114:10, 144:23, 148:11, 158:11
believes [1] - 105:17, 105:18, 105:21
best [5] - 63:8, 122:6, 144:22, 147:21, 171:7
better [4] - 32:13, 33:21, 78:20
between [6] - 3:3, 33:10, 37:12, 37:15, 66:20, 80:21
beverages [2] - 50:9, 52:18
big [6] - 52:8, 62:23, 122:6, 153:13, 153:18, 155:2
birth [2] - 6:13, 6:22
birthday [1] - 37:6
bit [15] - 5:6, 27:21, 50:2, 55:4, 61:15, 61:18, 63:19, 65:18, 78:21, 79:10, 79:12, 94:19, 136:13, 149:16, 151:11
BJ [1] - 29:18
black [1] - 153:13
blame [1] - 148:8
blew [2] - 61:14, 61:15
block [1] - 42:8
blow [1] - 62:14
blowing [1] - 65:17
blunt [2] - 104:21, 105:13
blurry [1] - 78:18
board [2] - 23:4, 141:6
body [6] - 36:3, 40:4, 65:3, 65:5, 72:20, 108:3, 108:11, 108:13, 120:5
books [1] - 51:4
born [2] - 37:9, 37:10
boss [4] - 104:2, 148:21, 149:11, 163:15
bottle [3] - 118:3, 118:7, 118:19
bottom [2] - 64:12, 131:12
Box [1] - 2:15
boys [1] - 39:15
break [5] - 5:15, 5:20, 54:13, 58:20, 59:5, 85:9, 88:22, 108:8

breakfast [1] - 60:19
breathing [5] - 60:9, 60:11, 67:23, 69:23, 71:16
BRETT [2] - 2:4, 2:6
Brian [1] - 29:18
bring [10] - 20:12, 31:17, 32:4, 32:18, 64:21, 64:22, 65:7, 131:11, 131:15, 163:16
bringing [3] - 29:12, 75:15, 124:16
Broadway [1] - 2:5
broken [1] - 104:7
Brooklyn [9] - 10:3, 12:9, 12:10, 28:3, 37:23, 121:19, 129:16, 129:17
brought [4] - 4:11, 29:7, 64:21, 88:11
building [3] - 12:7, 33:21, 73:10
bunch [3] - 30:17, 34:10, 110:16
bus [1] - 42:8
BY [9] - 2:6, 2:16, 4:7, 130:22, 134:2, 165:14, 166:9, 172:3, 172:4

**C**

cabinets [3] - 74:16, 118:21, 157:21
Cafe [1] - 19:23
calm [5] - 68:3, 68:4, 68:11, 163:4
calmly [1] - 68:3
camp [3] - 121:20, 121:21, 122:7
Canada [1] - 34:11
cannot [1] - 128:19
car [12] - 68:19, 81:8, 81:11, 108:15, 108:16, 138:15, 153:11, 154:5, 154:9, 159:7, 161:12, 161:13
card [1] - 100:14
care [9] - 15:2, 37:5, 41:9, 42:17, 45:14, 55:19, 125:12, 155:19, 160:16
career [1] - 30:6
cartoons [2] - 51:3, 132:14
case [9] - 23:6, 118:2, 120:9, 123:4,

150:19, 150:21, 163:16, 171:14
**Case** [1] - 1:7
**cassette** [1] - 69:13
**caused** [13] - 92:18, 92:21, 95:8, 95:11, 108:3, 108:5, 110:5, 110:7, 116:8, 127:16, 156:7, 164:8, 164:11
**causes** [1] - 116:20
**caveat** [1] - 4:23
**cell** [1] - 123:13
**Center** [1] - 129:17
**certain** [4] - 17:19, 36:8, 36:9, 36:10
**certification** [2] - 3:19, 171:21
**certify** [1] - 171:6
**CERTIFY** [1] - 171:10
**certifying** [1] - 171:23
**championship** [1] - 36:19
**chance** [12] - 51:14, 51:22, 52:3, 69:16, 82:17, 83:4, 127:3, 127:8, 127:10, 129:8, 129:12, 129:20
**change** [6] - 8:23, 18:10, 18:21, 20:11, 42:10, 57:13
**changed** [5] - 30:17, 57:5, 123:8, 123:20, 124:4
**changing** [1] - 43:2
**chaos** [1] - 156:3
**characterized** [2] - 109:13, 109:22
**charge** [4] - 3:23, 26:16, 27:4, 27:7
**charged** [2] - 27:7, 101:13
**Charles** [1] - 2:14
**CHARLES** [1] - 1:9
**check** [1] - 68:2
**checked** [1] - 62:6
**checkups** [1] - 129:4
**chest** [3] - 61:15, 62:16, 62:18, 62:21, 63:5, 63:7, 63:10, 63:12, 65:18, 72:19, 84:6, 84:9, 115:11
**child** [7] - 13:8, 37:16, 115:17, 125:4, 132:17, 157:19, 160:8
**Child** [4] - 96:8, 97:2, 97:8, 167:6
**children** [1] - 11:21

**chime** [1] - 94:16
**chiropractor** [1] - 128:15
**City** [10] - 2:13, 4:13, 4:14, 12:8, 19:21, 134:5, 147:16, 155:6, 164:18, 165:4
**CITY** [1] - 1:9
**city** [6] - 44:10, 51:12, 51:13, 51:15, 51:22, 52:3
**Civil** [1] - 1:7
**claimed** [1] - 108:6
**Clarence** [4] - 41:6, 41:7, 53:7, 167:5
**clarify** [4] - 19:6, 84:3, 85:12, 85:21, 109:20, 141:9, 165:13, 165:15
**class** [1] - 61:9
**clean** [1] - 55:8
**cleaned** [1] - 58:2
**clear** [5] - 5:12, 49:15, 98:3
**clearly** [1] - 102:19
**clock** [1] - 69:11
**clocks** [3] - 69:10, 69:15, 162:4
**closer** [1] - 131:16
**clothes** [1] - 71:8
**coach** [8] - 28:14, 28:16, 29:6, 29:11, 29:12, 29:13, 122:4, 122:9
**coaches** [1] - 121:23
**Colaneri** [6] - 2:14, 112:12, 134:7, 142:19, 143:21, 164:3
**COLANERI** [1] - 1:10
**cold** [3] - 47:19, 47:23, 48:12
**college** [2] - 28:9, 29:10
**collusion** [2] - 147:17, 148:13
**coming** [8] - 21:16, 37:12, 63:23, 70:4, 70:6, 91:7, 93:19, 160:13
**commence** [1] - 110:14
**commencing** [1] - 1:16
**communications** [4] - 97:8, 111:3, 111:6, 113:14
**companies** [1] - 19:19
**complain** [1] - 153:7
**complaint** [11] -

110:10, 110:12, 110:15, 111:14, 111:19, 111:21, 117:2, 144:12, 147:15, 151:21
**Complaint** [2] - 111:17, 172:11
**complete** [1] - 171:7
**completely** [7] - 89:2, 123:8, 123:20, 124:4, 130:11, 157:14, 163:6
**compressions** [6] - 62:17, 62:22, 63:6, 84:6, 84:9, 115:11
**computer** [1] - 86:22
**concerning** [2] - 162:7, 164:18
**concerns** [4] - 11:7, 132:2, 132:7, 167:7
**concluded** [1] - 168:4
**conclusion** [5] - 106:19, 116:8, 117:13, 157:3, 160:13
**conclusions** [4] - 109:18, 145:17, 147:20, 159:21
**concrete** [1] - 128:5
**condition** [3] - 46:19, 46:22, 109:6
**conditions** [1] - 45:23
**conduct** [1] - 61:8
**conducted** [1] - 98:15
**conference** [1] - 58:21
**confidence** [1] - 32:3
**confirm** [1] - 85:5
**confusing** [2] - 85:3, 105:6
**consider** [1] - 23:21
**conspired** [3] - 144:13, 145:13, 146:11
**constantly** [1] - 52:4
**contact** [3] - 93:3, 135:6, 154:23
**contacted** [2] - 90:17, 90:20
**contend** [2] - 160:20, 161:15
**contention** [7] - 144:16, 145:10, 145:13, 146:11, 147:16, 152:4, 164:14
**continue** [2] - 22:20, 148:4
**continued** [2] - 148:8, 153:22
**continuing** [1] - 40:4

**continuously** [2] - 87:22, 162:19
**contract** [11] - 35:7, 35:8, 35:9, 35:11, 36:23, 121:2, 121:5, 121:6, 121:7, 121:10
**contracts** [2] - 36:9, 36:20, 121:9
**control** [1] - 171:22
**conversation** [10] - 76:9, 76:22, 80:20, 80:22, 80:23, 96:10, 120:13, 131:10, 137:13, 143:17
**conversations** [6] - 73:13, 77:12, 77:20, 133:3, 137:12, 139:16
**COONRADT** [1] - 1:9
**Coonradt** [18] - 2:13, 73:3, 77:5, 79:17, 79:23, 80:4, 80:21, 80:23, 134:6, 141:23, 142:7, 145:13, 146:8, 152:5, 152:16, 155:22, 156:19, 159:4
**Coonradt's** [2] - 153:8, 161:16
**cooperated** [1] - 154:12
**cope** [1] - 124:10
**copied** [1] - 106:22
**copy** [3] - 3:23, 111:13, 121:4
**corner** [1] - 158:19
**correct** [12] - 87:15, 88:8, 107:18, 109:7, 119:2, 119:17, 122:9, 135:2, 135:7, 142:3, 166:3, 169:10
**CORRECTION** [1] - 170:4
**correctly** [1] - 31:20
**coughing** [2] - 47:20, 47:21
**COUNSEL** [1] - 172:17
**counsel** [3] - 114:4, 117:3, 171:13
**counts** [1] - 27:14
**County** [5] - 2:8, 4:9, 26:8, 26:9, 107:11, 117:4
**COUNTY** [3] - 1:11, 169:4, 172:9
**couple** [5] - 5:5, 44:16, 86:8, 86:10, 93:9, 93:11, 93:14,

95:5, 125:15, 125:22, 166:8
**courses** [1] - 61:7
**COURT** [1] - 1:4
**Court** [1] - 167:14
**court** [15] - 5:7, 49:14, 109:19, 110:11, 120:4, 137:19, 144:19, 145:17, 152:9, 166:13, 167:17
**cousin** [10] - 12:6, 12:11, 13:10, 38:18, 39:6, 40:5, 41:10, 41:11, 44:2, 150:17
**cousin's** [1] - 39:6
**cover** [4] - 34:3, 58:10, 58:11, 63:7
**covering** [1] - 63:11
**coworker** [1] - 99:20
**coworker's** [1] - 99:22
**CPR** [29] - 61:5, 61:8, 61:10, 61:11, 61:13, 62:12, 65:13, 67:2, 71:10, 71:22, 72:14, 72:18, 83:15, 84:6, 87:10, 87:22, 88:4, 112:15, 114:9, 115:10, 115:17, 115:21, 115:23, 116:3, 116:13, 116:18, 147:10, 151:7, 151:12
**craziness** [1] - 153:21
**crazy** [1] - 55:16
**created** [1] - 160:21
**creating** [1] - 164:4
**creation** [1] - 161:16
**credits** [1] - 58:16
**crime** [1] - 157:13
**criminal** [13] - 13:18, 27:3, 27:7, 27:10, 107:6, 123:6, 126:13, 133:17, 137:4, 142:6, 155:2, 160:14, 166:10
**Crisafulli** [3] - 131:3, 131:9, 172:12
**crossing** [1] - 11:5
**crying** [1] - 43:5
**Crystal** [14] - 4:8, 6:20, 33:3, 49:3, 54:10, 83:2, 84:21, 95:22, 98:2, 102:2, 105:3, 111:2, 116:10, 165:11
**CRYSTAL** [1] - 2:11
**cue** [1] - 85:10
**cuffed** [1] - 101:6
**cuffs** [1] - 100:19

current [1] - 9:3
custody [2] - 167:10, 167:15
customer's [1] - 67:14
cut [7] - 31:16, 31:20, 31:23, 32:7, 32:9, 32:14, 151:11
cute [1] - 19:12

### D

D'Agostino's [2] - 15:16, 18:13
D.A [3] - 144:14, 145:14, 146:12
daddy [1] - 55:3
damaged [1] - 110:18
damages [4] - 108:3, 108:11, 108:12, 110:19
Danielle [1] - 2:13
DANIELLE [1] - 1:9
dark [3] - 55:6, 89:11, 153:18
date [11] - 6:13, 6:22, 47:14, 78:6, 78:12, 111:17, 119:2, 131:4, 135:10, 138:17, 171:8
dated [2] - 86:7, 93:8
dates [1] - 25:23
daughter [22] - 10:6, 10:20, 10:21, 11:5, 11:9, 14:15, 14:16, 14:18, 14:20, 37:5, 41:2, 41:3, 43:9, 51:13, 51:21, 53:12, 67:22, 124:9, 127:9, 129:12, 129:21, 150:17
daughter's [1] - 37:6
DAVIS [7] - 1:2, 1:5, 1:15, 4:2, 168:4, 169:15, 170:3
Davis [5] - 6:12, 39:7, 41:6, 112:14, 167:5
DAVIS-GUIDER [6] - 1:2, 1:5, 4:2, 168:4, 169:15, 170:3
Davis-Guider [2] - 6:12, 112:14
daycare [1] - 42:13
days [10] - 41:22, 48:15, 48:17, 86:8, 86:10, 87:14, 93:9, 93:11, 139:20
de [1] - 147:16
dead [2] - 61:23, 66:3
deal [1] - 122:17

dealing [5] - 22:22, 127:8, 129:11, 129:21, 150:20
dealt [1] - 55:16
death [41] - 26:16, 47:11, 49:18, 55:2, 55:20, 86:9, 87:14, 88:11, 90:18, 92:18, 92:22, 93:4, 93:9, 95:8, 95:11, 96:5, 96:21, 97:5, 97:10, 98:12, 99:3, 101:21, 102:9, 102:23, 104:18, 104:22, 105:11, 105:17, 105:22, 106:13, 109:7, 109:14, 109:23, 116:6, 116:9, 124:22, 125:11, 125:14, 159:2, 160:6, 160:8
December [1] - 38:22
decide [3] - 144:19, 145:18, 167:18
decided [1] - 67:4
decision [1] - 23:3
Defendant [11] - 2:13, 112:7, 112:9, 112:10, 112:11, 112:16, 112:18, 114:6, 116:5, 144:14
defendants [1] - 110:17
Defendants [4] - 1:13, 2:8, 145:14, 146:12
deficiency [1] - 109:8
deflate [1] - 63:14
degree [1] - 29:3
deliveries [3] - 16:4, 17:8, 17:11
delivery [2] - 15:6, 16:21
delves [2] - 111:2, 111:6
delving [1] - 105:3
denied [1] - 166:13
Department [3] - 112:10, 112:18, 131:8
deposition [3] - 82:23, 107:16, 135:5
DEPOSITION [3] - 1:2, 1:15, 170:2
depositions [1] - 5:22
depression [2] - 125:2, 126:3
describe [6] - 42:19, 60:21, 61:12, 84:22, 85:2, 140:23
describing [1] - 87:8

deserve [1] - 158:8
destroyed [2] - 106:21, 107:2
detached [1] - 130:11
detail [1] - 107:19
detective [4] - 102:13, 142:21, 142:23, 148:12
Detective [26] - 102:20, 103:14, 120:12, 120:13, 136:18, 138:19, 139:9, 139:14, 141:14, 141:19, 142:9, 142:11, 142:14, 142:17, 143:21, 146:11, 148:19, 149:8, 152:21, 153:10, 161:2, 162:8, 162:14, 163:3, 164:3
detectives [17] - 75:20, 75:22, 76:11, 76:13, 76:14, 76:23, 77:7, 77:18, 90:22, 91:8, 94:15, 98:16, 113:8, 113:13, 120:9, 139:11, 140:6
determination [3] - 104:23, 105:11, 105:22
determine [1] - 32:8
determined [1] - 109:18
developmental [2] - 30:16, 30:20
diagnosed [2] - 46:22, 126:5
diagonal [1] - 67:9
dialed [1] - 67:19
die [1] - 47:13
died [3] - 47:13, 110:8, 116:18
difference [1] - 8:13
different [18] - 5:6, 20:6, 30:15, 34:16, 34:18, 35:20, 36:15, 42:11, 81:23, 91:16, 119:11, 122:13, 122:23, 125:18, 145:7, 157:14, 163:6, 163:11
dining [1] - 75:9
diploma [2] - 27:22, 28:11
direct [1] - 171:22
directions [1] - 121:22
disagreement [2] - 38:9, 38:10
disciplinary [1] -

132:11
discretion [1] - 152:2
discuss [4] - 98:20, 132:7, 136:7, 136:10
discussed [2] - 112:17, 163:20
discussing [2] - 86:18, 159:6
discussion [4] - 7:6, 86:14, 117:16, 134:20
disposition [1] - 152:2
disrespectful [1] - 153:6
DISTRICT [2] - 1:4, 1:4
district [3] - 107:11, 113:10, 145:4
District [1] - 4:11
doctor [16] - 46:18, 48:11, 106:6, 106:10, 125:10, 126:8, 126:14, 126:16, 128:13, 128:19, 129:4, 129:15, 129:19, 130:2, 130:4, 130:8
doctors [5] - 48:9, 92:21, 95:7, 127:18, 129:2
document [6] - 78:14, 78:17, 110:20, 111:22, 131:6, 131:12
documents [1] - 7:11
Dollar [13] - 18:14, 18:15, 18:17, 19:4, 20:8, 20:10, 21:10, 21:14, 23:9, 23:12, 23:13, 25:13, 25:15
dollars [1] - 36:4
done [5] - 58:2, 58:21, 98:8, 130:15, 167:11
door [8] - 24:5, 54:22, 56:10, 60:4, 62:4, 66:10, 66:17, 141:21
doors [1] - 74:14
dosed [2] - 57:10, 58:15
down [51] - 5:3, 5:8, 6:23, 8:12, 8:17, 31:15, 32:3, 32:5, 32:12, 34:2, 44:9, 56:22, 58:8, 61:14, 61:17, 63:20, 64:16, 72:19, 72:22, 77:6, 77:19, 79:6, 79:9, 81:5, 81:8, 81:11, 86:9, 88:2, 88:11, 88:16, 88:22, 93:10, 101:5, 101:7,

101:11, 106:22, 120:16, 130:10, 133:16, 136:5, 146:3, 149:19, 149:22, 152:18, 153:11, 153:22, 154:3, 154:10, 161:23, 162:5, 165:19
downstairs [2] - 140:15, 140:16
downtown [1] - 77:8
Dr [20] - 4:10, 106:20, 107:7, 107:8, 107:22, 108:9, 108:12, 108:19, 109:12, 109:21, 110:4, 110:6, 112:21, 113:17, 133:3, 145:5, 146:8, 146:19, 147:7, 165:16
dreads [1] - 155:3
dressed [2] - 56:4, 56:10
drink [1] - 57:7
drive [2] - 68:23, 94:2
driving [2] - 69:3, 139:4
dropped [1] - 118:13
drove [4] - 77:3, 77:10, 77:16, 159:8
drugs [3] - 50:10, 52:21, 156:9
due [5] - 104:19, 104:20, 104:21, 105:13, 130:12
duly [1] - 4:3
during [28] - 19:9, 31:9, 36:7, 42:15, 43:17, 45:13, 57:18, 58:15, 63:14, 77:6, 83:8, 83:10, 89:19, 95:4, 100:4, 103:18, 106:17, 112:14, 112:18, 113:15, 133:17, 136:3, 137:4, 140:20, 143:16, 156:3, 159:5, 160:5
duties [1] - 16:7
DVD [2] - 69:11, 69:13
dynamic [1] - 5:22

### E

e-mail [2] - 23:5, 78:3
early [3] - 56:23, 57:8, 143:12

**earn** [1] - 31:9
**earning** [1] - 35:19
**East** [1] - 15:20
**eat** [1] - 57:6
**ecstatic** [1] - 68:4
**education** [1] - 27:22
**eight** [2] - 18:16, 45:19
**either** [7] - 4:20, 51:19, 55:14, 77:10, 77:12, 132:19, 138:11
**elaborate** [2] - 101:22, 159:23
**elbow** [1] - 133:12
**embrace** [1] - 133:9
**emotional** [5] - 123:5, 123:7, 124:6, 124:14, 124:17
**employed** [9] - 15:3, 17:9, 41:20, 152:2, 152:6, 154:17, 155:8, 171:11, 171:13
**employees** [1] - 117:6
**employment** [10] - 17:21, 18:9, 19:3, 19:7, 19:13, 19:14, 19:18, 37:3, 39:20, 39:22
**EMTs** [4] - 70:7, 71:20, 114:8, 115:15
**encompass** [1] - 97:11
**end** [6] - 20:10, 30:5, 33:20, 78:18, 88:20, 107:3
**ended** [5] - 31:21, 38:7, 56:13, 99:13, 125:11
**ending** [2] - 94:17, 163:16
**energy** [2] - 51:2, 56:19, 56:21
**engage** [1] - 147:17
**entire** [3] - 10:16, 11:17, 63:7
**Erika** [2] - 86:21, 87:4
**ERRATA** [2] - 170:2, 170:2
**especially** [1] - 123:23
**ESQ** [4] - 2:4, 2:6, 2:11, 2:16
**essentially** [4] - 31:20, 34:2, 70:14, 119:22
**estimate** [5] - 137:7, 138:18, 139:2, 139:8, 140:19
**Europe** [1] - 34:15
**evening** [1] - 55:11

**evidence** [11] - 116:7, 116:17, 160:20, 161:7, 161:10, 161:17, 164:4, 165:3, 166:11, 166:16, 167:2
**evil** [1] - 160:2
**exact** [3] - 25:23, 107:19, 146:4
**exactly** [10] - 27:6, 44:7, 62:12, 74:13, 95:10, 100:14, 120:15, 133:6, 138:16, 149:17
**examination** [5] - 3:7, 3:10, 3:14, 3:16, 3:20
**EXAMINATION** [1] - 172:2
**examined** [3] - 3:15, 3:22, 4:4
**examiner** [2] - 113:14, 147:18
**examiner's** [1] - 148:14
**examining** [1] - 3:22
**except** [2] - 3:6, 8:10
**excited** [2] - 51:2, 51:13
**excuse** [3] - 37:8, 114:13, 152:20
**exhibit** [1] - 77:23
**Exhibit** [4] - 78:5, 111:16, 131:2, 131:3
**EXHIBITS** [1] - 172:9
**expand** [2] - 103:16, 123:6
**expected** [1] - 115:15
**experience** [4] - 32:15, 123:13, 123:18, 123:23
**experienced** [3] - 123:16, 123:22, 124:12
**expert** [4] - 113:4, 113:21, 116:20, 117:12
**explain** [4] - 15:10, 20:18, 105:5, 145:23
**explained** [5] - 82:15, 97:13, 128:13, 153:9, 153:10
**explaining** [1] - 120:18
**expressed** [1] - 167:7
**expressions** [1] - 150:7
**Extension** [1] - 2:10
**extent** [9] - 108:10, 108:12, 109:17,

111:2, 113:2, 113:21, 116:21, 144:18, 145:16
**exterior** [1] - 73:9
**extremely** [3] - 61:23, 72:20, 141:3

**F**

**F.R.C.P** [1] - 3:5
**facial** [1] - 150:6
**fact** [1] - 98:6
**facto** [1] - 147:17
**facts** [1] - 160:12
**factual** [7] - 144:15, 145:12, 146:10, 147:15, 152:4, 154:15, 159:16
**failure** [1] - 3:8
**faint** [1] - 46:9
**fair** [1] - 115:5
**fairly** [1] - 43:10
**falling** [1] - 59:14
**false** [4] - 160:20, 161:10, 161:17, 164:4
**falsely** [1] - 165:2
**familiar** [2] - 144:7, 144:10
**Family** [1] - 167:14
**family** [7] - 12:4, 39:14, 40:13, 47:8, 53:8, 53:14, 137:14
**far** [2] - 42:7, 48:21
**fast** [2] - 79:3, 112:6
**father** [5] - 41:5, 42:21, 44:3, 53:7, 132:16
**favorite** [1] - 132:13
**fear** [1] - 156:16
**February** [13] - 4:17, 13:19, 45:10, 45:17, 47:14, 59:6, 86:19, 87:11, 89:13, 112:13, 136:20, 142:3, 142:5
**federal** [1] - 110:11
**feeding** [1] - 42:23
**fell** [1] - 59:10
**felt** [5] - 68:11, 103:23, 123:15, 153:20, 158:7
**fever** [3] - 48:2, 48:6, 48:8
**few** [29] - 13:8, 14:13, 15:23, 16:2, 22:3, 31:8, 33:14, 33:15, 33:16, 35:11, 36:4, 38:3, 40:12, 44:8,

44:13, 47:22, 54:14, 66:15, 68:15, 93:6, 93:23, 97:22, 99:15, 129:10, 137:2, 147:13, 150:21, 152:10
**fifteen** [1] - 58:23
**fight** [1] - 21:10
**figure** [4] - 6:3, 101:7, 156:20, 160:12
**figured** [6] - 56:4, 56:5, 57:8, 74:8, 137:21, 138:3
**file** [2] - 110:14, 167:14
**filed** [2] - 110:11, 110:12
**filing** [1] - 3:18
**financially** [1] - 171:14
**findings** [8] - 98:21, 101:20, 104:6, 104:13, 112:17, 115:9, 115:14, 145:5
**fine** [3] - 5:16, 26:2, 79:5
**finish** [3] - 49:4, 134:11, 159:22
**finished** [2] - 49:5, 57:22
**fire** [1] - 163:15
**fired** [2] - 29:7, 29:11
**firm** [1] - 65:11
**first** [22] - 4:3, 26:11, 30:8, 30:16, 31:5, 44:5, 44:7, 62:11, 71:3, 71:4, 83:15, 88:12, 88:20, 91:4, 97:4, 97:20, 135:21, 135:22, 137:13, 142:20, 144:2, 154:8
**First** [1] - 2:15
**Fitness** [1] - 24:8
**five** [13] - 24:20, 24:21, 33:17, 35:16, 39:14, 40:17, 41:22, 44:12, 45:3, 48:15, 76:6, 87:13, 121:20
**FJS/DJS** [1] - 1:8
**flat** [1] - 128:4
**floor** [4] - 123:14, 127:23, 128:5, 128:9
**Florio** [1] - 1:18
**FLORIO** [2] - 171:4, 171:20
**flying** [1] - 80:5
**focusing** [1] - 141:7
**following** [2] - 49:16, 148:13
**follows** [1] - 4:5
**footage** [2] - 120:2,

147:9
**FOR** [1] - 170:2
**force** [2] - 104:21, 105:14, 155:17
**forceful** [2] - 162:22, 163:12
**foregoing** [3] - 169:7, 171:6, 171:21
**forever** [2] - 28:5, 62:2
**forget** [1] - 133:10
**form** [27] - 3:6, 20:17, 80:12, 84:2, 84:21, 85:6, 102:2, 105:2, 105:8, 109:16, 113:5, 113:22, 116:19, 117:9, 141:8, 144:18, 145:15, 146:13, 147:19, 148:17, 152:8, 157:9, 159:20, 160:7, 160:22, 164:20, 165:7
**formal** [2] - 101:20, 115:22
**forms** [1] - 155:22
**forth** [3] - 69:2, 147:12, 171:9
**foster** [1] - 125:12
**Fountain** [31] - 2:13, 75:20, 102:13, 102:20, 103:6, 103:14, 112:11, 120:12, 120:14, 134:5, 136:18, 138:10, 138:19, 139:14, 140:11, 141:14, 141:15, 141:19, 142:11, 142:15, 145:3, 148:19, 149:8, 152:21, 153:10, 155:13, 161:2, 162:15, 162:17, 163:3
**FOUNTAIN** [1] - 1:9
**four** [3] - 38:4, 39:14, 76:6
**Fourth** [1] - 40:20
**fracture** [1] - 102:11
**fractured** [1] - 98:18
**fractures** [3] - 104:21, 105:13, 116:8
**frame** [1] - 148:16
**Francis** [3] - 29:2, 29:4, 30:10
**free** [1] - 3:23
**freezer** [2] - 74:17, 157:21
**freezing** [1] - 5:21

**frequently** [1] - 43:10
**freshman** [1] - 61:9
**Friday** [1] - 51:20
**friend** [5] - 13:9, 49:21, 68:22, 68:23, 99:17
**friend's** [2] - 62:4, 99:9
**friendly** [3] - 135:12, 135:14, 135:22
**friends** [2] - 12:23, 135:21
**front** [3] - 72:16, 73:4, 73:7
**frustrated** [5] - 149:3, 149:15, 150:3, 150:5, 163:17
**full** [15] - 6:10, 16:18, 17:17, 17:18, 17:20, 18:9, 19:3, 19:7, 19:8, 19:15, 19:18, 19:22, 20:2, 61:17, 167:10
**full-time** [11] - 16:18, 17:17, 17:18, 17:20, 18:9, 19:3, 19:7, 19:8, 19:15, 19:18, 19:22
**furloughed** [1] - 20:20
**furnish** [1] - 3:22
**FURTHER** [1] - 171:10
**futon** [9] - 65:9, 65:10, 65:14, 65:16, 70:2, 71:22, 72:7, 72:21, 115:12

**G**

**game** [1] - 50:11
**games** [2] - 50:3, 50:5
**gears** [1] - 136:13
**general** [2] - 16:11, 102:4
**General** [1] - 23:9
**generally** [3] - 97:9, 141:6, 141:10
**generated** [1] - 112:13
**Georgia** [3] - 10:2, 10:12, 12:3
**GINSBERG** [1] - 2:12
**girl** [1] - 39:15
**given** [1] - 121:11
**Glen** [2] - 99:21, 143:6
**gloves** [2] - 74:11, 156:5
**godmother** [1] - 14:19
**gotta** [1] - 149:11
**graduate** [2] - 28:4, 28:11

**grand** [5] - 107:22, 108:10, 108:16, 110:4, 161:11
**great** [1] - 42:20
**GRIFFIN** [1] - 2:12
**ground** [2] - 5:5, 49:10
**group** [1] - 128:23
**grow** [1] - 127:22
**growing** [1] - 127:21
**guard** [1] - 29:13
**guess** [39] - 16:11, 18:7, 20:13, 21:10, 25:22, 31:18, 38:23, 40:17, 47:21, 48:12, 50:18, 56:12, 56:16, 56:17, 64:13, 68:3, 68:5, 68:23, 72:22, 93:6, 97:22, 101:6, 103:22, 104:2, 107:3, 116:16, 128:17, 133:9, 140:13, 146:20, 150:19, 155:3, 158:22, 160:8, 160:12, 160:16, 160:17, 161:8, 164:7
**guessing** [13] - 26:4, 28:7, 53:22, 66:15, 74:10, 76:7, 91:3, 97:22, 98:11, 104:12, 118:10, 124:10, 145:21
**GUIDER** [7] - 1:2, 1:5, 1:16, 4:2, 168:4, 169:15, 170:3
**Guider** [14] - 4:8, 6:12, 9:3, 11:20, 15:3, 59:5, 78:8, 87:5, 111:19, 112:14, 115:7, 117:19, 134:3, 165:15
**guider** [7] - 85:19, 106:4, 110:10, 116:14, 116:22, 123:3, 131:6
**guilty** [2] - 27:14, 27:16
**gun** [3] - 152:16, 152:17, 156:15
**guns** [2] - 156:9, 157:4
**guy** [4] - 113:9, 145:4, 153:13, 153:18
**guys** [2] - 43:21, 135:12

**H**

**half** [4] - 10:14, 50:14,

55:2, 131:12
**Hall** [3] - 28:10, 28:12, 28:13
**hand** [18] - 62:19, 62:20, 62:21, 63:6, 63:7, 64:5, 64:6, 64:10, 64:14, 65:19, 65:20, 78:12, 83:16, 87:23, 132:20, 152:17, 171:16
**hand-over-hand** [1] - 83:16
**handed** [1] - 84:4
**handle** [1] - 132:10
**handled** [2] - 149:12, 155:17
**hands** [15] - 20:11, 62:19, 62:23, 65:3, 65:19, 83:16, 84:5, 84:8, 84:14, 84:17, 84:22, 84:23, 85:2, 88:3, 152:19
**hang** [1] - 141:4
**happier** [1] - 123:9
**happy** [4] - 43:4, 51:4, 51:11, 55:5
**hard** [8] - 58:13, 65:10, 72:20, 72:22, 112:3, 133:12, 151:7, 151:13
**Hard** [1] - 19:23
**harmed** [1] - 157:6
**head** [3] - 5:10, 50:6, 57:7
**heading** [1] - 169:9
**health** [2] - 116:14, 125:2
**healthy** [3] - 108:22, 109:14, 109:22
**hear** [9] - 6:2, 8:14, 106:3, 114:20, 148:21, 149:3, 150:18, 151:20, 167:18
**heard** [2] - 6:4, 93:15
**hearing** [10] - 5:21, 21:21, 22:2, 22:7, 22:9, 29:22, 107:22, 112:3, 135:4, 166:11
**hears** [1] - 94:20
**held** [7] - 1:16, 1:17, 7:6, 26:7, 86:14, 117:16, 134:20
**hell** [1] - 152:19
**Hello** [1] - 134:3
**help** [7] - 22:13, 62:5, 65:22, 66:8, 127:4, 129:13, 155:3
**helped** [1] - 59:8, 125:16, 125:19

**hemoperitoneum** [1] - 104:20
**hereby** [2] - 169:9, 171:6
**HEREBY** [1] - 3:3
**hereinbefore** [1] - 171:9
**hereof** [1] - 169:9
**hereto** [1] - 3:4
**hereunto** [1] - 171:15
**herself** [4] - 47:4, 56:18, 69:21, 70:3
**high** [5] - 27:22, 28:4, 28:8, 48:6, 48:7
**himself** [1] - 155:17
**hired** [1] - 39:23
**hiring** [1] - 117:5
**history** [5] - 46:5, 46:7, 46:15, 109:2, 160:14
**hmm** [2] - 5:11, 128:22
**hold** [2] - 75:2, 88:5
**holding** [1] - 103:6
**Hollywood** [5] - 24:11, 24:12, 25:15, 25:18, 25:22
**holster** [1] - 152:17
**home** [22] - 13:7, 13:12, 49:19, 49:21, 49:23, 50:17, 50:19, 51:7, 51:9, 52:15, 52:19, 52:23, 55:15, 69:3, 70:16, 89:17, 90:7, 92:7, 123:10, 137:14, 165:19
**homicide** [1] - 116:6
**honest** [1] - 162:13
**honestly** [1] - 160:10
**hopefully** [1] - 58:23
**horrible** [5] - 90:9, 123:19, 124:3, 148:7
**Hospital** [2] - 130:8, 131:9
**hospital** [11] - 90:10, 90:13, 90:14, 114:8, 115:13, 115:16, 129:16, 152:23, 153:2, 154:4, 154:6
**hostess** [1] - 24:5
**hotel** [2] - 143:5, 143:6
**hour** [6] - 16:14, 50:14, 92:6, 101:11, 140:21, 141:18
**hours** [21] - 16:15, 16:16, 16:17, 17:17, 17:18, 18:22, 18:23, 19:9, 24:18, 24:20, 24:21, 24:22, 42:2,

45:3, 50:15, 53:8, 82:7, 82:8, 89:7, 89:8
**house** [38] - 62:3, 62:4, 66:20, 66:23, 67:8, 68:7, 69:8, 69:16, 69:18, 69:19, 69:20, 70:2, 70:4, 70:7, 70:19, 70:22, 71:23, 72:4, 72:10, 72:13, 72:16, 73:4, 73:10, 73:20, 74:7, 74:11, 74:13, 90:22, 91:9, 91:23, 92:4, 93:19, 99:8, 99:9, 158:19, 165:17, 165:23
**houses** [1] - 12:23
**housey** [1] - 143:5
**hug** [2] - 57:3, 133:9
**human** [1] - 153:5
**hung** [2] - 68:16, 137:18
**hurt** [2] - 150:13, 150:15, 150:16, 151:16
**hypovolemic** [1] - 104:19

**I**

**idea** [4] - 59:19, 66:19, 89:6, 147:8
**identification** [3] - 78:7, 111:18, 131:5
**identified** [2] - 46:17, 110:8
**ill** [1] - 160:3
**illegal** [1] - 112:21
**immediately** [2] - 32:21, 32:23
**important** [1] - 5:9
**imprisoned** [1] - 135:7
**improper** [1] - 113:19
**IN** [1] - 171:15
**in-person** [1] - 22:9
**inaccurate** [2] - 105:15, 105:19
**inadequate** [2] - 117:4, 165:3
**inappropriate** [1] - 112:21
**incarcerated** [2] - 26:12, 27:2
**incarceration** [2] - 26:15, 127:15
**incidences** [1] - 140:9
**incident** [3] - 13:22, 83:6, 87:14

incidents [1] - 4:16
including [2] - 3:5,
112:13
INDEX [3] - 172:2,
172:9, 172:17
Indexes.....................
........ [1] - 2:23
indicate [2] - 117:3,
118:3
indicated [5] - 104:14,
104:19, 105:12,
108:9, 110:4
indicating [1] - 150:14
individual [4] -
136:16, 144:13,
148:11, 155:7
Individually [7] - 1:9,
1:9, 1:10, 1:10, 1:11,
1:12
individually [1] -
76:20
individuals [1] - 4:12
inflate [1] - 63:14
inflated [1] - 63:17
inform [1] - 153:8
information [4] -
88:15, 92:17, 96:20,
113:3
initial [1] - 125:21
initials [1] - 26:20
injuries [9] - 104:5,
108:5, 110:5, 110:7,
123:5, 123:7, 124:6,
124:14, 164:12
injury [1] - 126:19
inside [7] - 70:22,
71:2, 71:23, 72:4,
73:10, 127:23,
152:14
insofar [1] - 116:12
instance [1] - 141:13
instances [1] - 140:5
instead [2] - 143:8,
148:9
intent [1] - 160:2
intention [1] - 111:9
interacted [3] -
136:23, 144:2, 167:8
interaction [4] -
133:14, 136:17,
142:20, 158:23
interactions [2] -
142:7, 143:20
interested [1] - 171:14
interfere [1] - 6:17
interject [1] - 82:21
internet [1] - 5:20
interrogation [1] -
112:14
interrupt [1] - 54:11

interview [24] - 83:20,
84:8, 84:17, 85:4,
85:11, 85:20, 85:22,
86:7, 87:13, 88:12,
93:7, 93:12, 93:13,
95:6, 102:13,
102:22, 103:3,
103:20, 120:18,
137:20, 138:2,
138:11, 140:18,
140:20
interviewed [4] -
120:17, 140:3,
144:9, 144:11
interviews [8] - 86:3,
88:7, 100:13, 103:4,
104:5, 141:6, 163:5,
166:2
intricacies [1] - 29:9
introduce [1] - 166:16
introducing [1] -
166:23
investigation [5] -
113:18, 137:5,
160:5, 160:21,
165:18
investigations [1] -
164:19
involved [2] - 161:22,
165:17
involvement [4] -
161:16, 162:9,
164:4, 164:15
iron [3] - 46:9, 47:2,
109:7
IS [1] - 3:3
Island [1] - 121:18
issue [1] - 127:16
issued [1] - 101:20
issues [3] - 5:20,
128:8, 132:11
IT [1] - 3:3
itself [3] - 98:5, 98:7,
122:14

J

jail [12] - 13:14, 13:17,
14:3, 14:7, 23:15,
23:18, 25:21, 26:5,
27:15, 121:15,
123:13, 128:2
Jail [1] - 26:9
January [1] - 37:7
job [12] - 16:7, 21:17,
22:4, 22:22, 23:18,
23:19, 23:21, 24:8,
25:11, 25:12, 42:6,
55:17

jobs [5] - 19:8, 19:15,
19:17, 19:22, 40:2
Joel [4] - 2:9, 4:10,
107:10, 165:22
JOEL [1] - 1:11
JOHNSON [1] - 2:7
July [3] - 37:7, 37:10
jump [2] - 45:5, 49:12
June [2] - 45:20,
171:16
jury [5] - 107:22,
108:10, 108:16,
110:5, 161:11

K

Kathleen [3] - 131:3,
131:8, 172:12
keep [6] - 6:22, 65:17,
68:2, 68:5, 124:18,
134:16
kept [2] - 118:20,
118:21
kids [4] - 39:14, 44:11,
44:12, 122:17
kind [21] - 5:2, 22:8,
50:3, 56:22, 77:5,
78:18, 94:18, 97:15,
114:15, 125:16,
125:19, 136:16,
143:4, 143:5,
149:15, 153:12,
153:15, 153:20,
154:23, 156:10
Kings [1] - 39:10
kiss [1] - 57:3
kitchen [3] - 20:2,
52:9, 75:9
KLEIN [72] - 2:4, 2:6,
6:20, 7:3, 9:21, 15:9,
20:16, 26:22, 33:3,
49:2, 54:10, 73:21,
78:22, 80:12, 80:15,
82:20, 83:5, 84:2,
84:20, 85:13, 85:16,
86:13, 88:18, 94:16,
94:23, 95:21, 98:2,
98:8, 98:10, 101:23,
105:2, 105:16,
109:16, 110:23,
111:10, 113:2,
113:20, 114:12,
114:22, 115:5,
116:10, 116:19,
117:9, 117:12,
117:15, 117:18,
126:9, 134:18,
135:15, 141:4,
144:17, 145:15,

146:13, 147:19,
148:15, 148:17,
152:7, 154:18,
155:9, 155:14,
156:2, 157:8,
158:12, 159:19,
160:7, 160:22,
161:18, 162:10,
164:5, 164:20,
165:7, 167:23
knee [19] - 126:17,
126:19, 126:20,
127:5, 127:14,
127:16, 127:18,
127:22, 128:5,
129:6, 129:7, 129:9,
129:10, 130:4,
130:6, 130:9,
130:10, 130:11,
130:12
knocking [1] - 62:4
knowledge [23] -
21:14, 45:22, 46:17,
46:20, 50:20, 52:17,
60:10, 108:5,
108:23, 109:5,
112:20, 113:4,
116:22, 116:23,
131:20, 133:2,
146:7, 165:22,
167:5, 167:15,
167:17, 167:20,
171:8
knows [1] - 46:13

L

laceration [1] - 105:19
lacerations [3] -
104:14, 104:20,
105:12
lacked [4] - 116:7,
151:23, 152:5, 155:7
lacks [1] - 154:16
lady [1] - 101:12
laid [4] - 20:17, 20:20,
20:21, 20:22
landline [1] - 66:5
language [1] - 152:20
Lansingburgh [7] -
40:8, 40:21, 44:17,
44:23, 45:11, 45:16,
99:12
large [2] - 104:19,
114:7
last [7] - 6:4, 9:14,
10:8, 12:15, 79:14,
135:17, 135:20
late [1] - 21:16

law [2] - 144:19, 152:9
lawsuit [4] - 4:11,
13:19, 107:12,
110:14
lawyer [6] - 23:6,
103:19, 137:17,
137:22, 137:23
lawyers [2] - 7:15,
7:17
lay [3] - 58:8, 128:3,
128:4
laying [2] - 60:6,
127:23
layoff [1] - 21:11
lead [1] - 36:16
leading [2] - 48:19,
125:11
league [6] - 30:15,
30:16, 30:19, 30:23,
32:3, 121:19
learn [2] - 97:20,
98:14
learned [2] - 98:4,
101:19
least [4] - 51:18, 84:9,
88:6, 105:9
leave [10] - 28:13,
31:13, 38:5, 38:8,
49:6, 54:22, 56:9,
68:8, 73:3, 99:14
leaving [4] - 20:10,
38:7, 42:5, 121:22
led [2] - 25:13, 158:2
left [15] - 6:3, 28:21,
30:10, 33:22, 33:23,
40:7, 50:22, 66:20,
78:12, 89:9, 89:15,
89:22, 90:4, 93:2,
118:22
left-hand [1] - 78:12
legal [6] - 7:18,
109:18, 145:16,
147:20, 152:8,
159:20
legally [1] - 110:19
Legends [8] - 31:4,
32:22, 33:10, 33:12,
33:22, 34:6, 34:20,
34:21
length [1] - 146:14
Leroy [1] - 6:12
less [1] - 123:9
lessening [2] - 48:18,
48:22
letting [1] - 122:5
level [2] - 64:7, 87:23
liable [1] - 110:17
licenses [1] - 45:6
licensing [1] - 45:7
lie [3] - 108:12,

149:14, 164:12
**lied** [10] - 107:22, 108:3, 108:10, 108:19, 109:12, 109:21, 110:4, 150:2, 167:11
**life** [8] - 44:4, 123:16, 123:17, 123:18, 123:20, 125:20, 130:13, 156:16
**lightly** [1] - 62:18
**limiting** [3] - 144:20, 145:18, 146:16
**listen** [1] - 73:23
**listened** [1] - 127:19
**listening** [1] - 68:12
**Lithuania** [1] - 34:11
**litigation** [2] - 136:7, 136:15
**live** [18] - 9:4, 9:10, 9:12, 9:16, 9:18, 10:10, 10:12, 10:16, 10:19, 11:12, 12:19, 14:16, 38:2, 38:11, 39:17, 40:7, 40:22, 158:21
**lived** [11] - 9:6, 9:20, 10:4, 11:17, 14:7, 14:8, 45:15, 52:6, 149:17, 158:18
**liver** [4] - 104:15, 104:21, 105:13, 105:19
**lives** [2] - 123:23, 136:11
**living** [18] - 12:3, 12:11, 12:21, 38:14, 39:9, 39:12, 44:16, 44:22, 45:11, 52:8, 52:14, 58:12, 61:21, 64:23, 65:8, 75:9, 99:19, 156:17
**locate** [1] - 157:6
**location** [1] - 42:10
**locations** [1] - 42:11
**locked** [5] - 13:13, 13:16, 127:13, 127:17, 130:14
**longest** [1] - 35:15
**look** [5] - 23:18, 37:3, 60:7, 120:11, 157:20
**looked** [10] - 42:21, 50:3, 60:5, 74:17, 108:14, 153:15, 154:23, 157:20, 157:21
**looking** [17] - 18:2, 18:8, 19:3, 19:7, 39:20, 39:22, 40:2, 67:11, 74:8, 74:16,

78:13, 111:14, 111:20, 148:9, 156:7, 156:9, 156:11
**lose** [1] - 125:6
**losing** [1] - 99:13
**lost** [2] - 125:4, 135:6
**loud** [2] - 166:16, 166:20
**loved** [2] - 43:8, 150:18
**low** [3] - 46:8, 47:2, 109:7
**luck** [1] - 31:18

## M

**ma'am** [6] - 7:21, 9:2, 26:10, 163:21, 164:16, 165:20
**Mack** [2] - 12:16, 12:22
**mail** [2] - 23:5, 78:3
**maintains** [1] - 147:16
**malice** [4] - 159:18, 159:23, 160:2, 160:5
**malpractice** [1] - 125:7
**man** [1] - 150:7
**management** [1] - 20:12
**Manhattan** [3] - 9:4, 15:18, 43:19
**manslaughter** [1] - 27:8
**manufactured** [1] - 165:3
**manufacturing** [1] - 164:19
**March** [6] - 8:5, 24:7, 86:7, 93:8, 138:10, 143:12
**mark** [2] - 77:22, 131:2
**marked** [4] - 78:6, 111:17, 131:4, 139:5
**Mary's** [1] - 131:9
**MASON** [1] - 1:10
**Mason** [7] - 2:14, 134:7, 143:23, 144:3, 144:10, 154:16, 164:15
**massages** [1] - 128:16
**mat** [2] - 128:4, 128:9
**materials** [2] - 112:13, 113:18
**matter** [7] - 26:2, 40:3, 56:20, 82:6, 110:11, 148:12, 165:5
**maturity** [1] - 151:23
**McDonald** [11] - 2:14,

75:21, 112:11, 134:6, 138:23, 139:9, 142:9, 142:14, 142:17, 146:11, 162:9
**MCDONALD** [1] - 1:10
**McDowell** [1] - 138:23
**mean** [17] - 7:17, 21:5, 33:16, 43:12, 60:21, 71:20, 75:9, 82:21, 84:23, 102:2, 103:16, 119:8, 126:9, 129:23, 135:16, 137:19, 162:9
**meaning** [4] - 16:12, 29:13, 91:23, 114:8
**means** [4] - 29:8, 29:10, 132:18, 171:22
**meant** [1] - 7:22
**Medical** [1] - 129:17
**medical** [19] - 45:22, 46:5, 46:6, 46:15, 46:18, 46:22, 95:7, 95:17, 105:4, 109:2, 109:6, 113:14, 115:16, 116:17, 124:20, 125:7, 131:21, 147:18, 148:14
**medication** [4] - 6:15, 52:21, 97:15, 124:5
**medicine** [1] - 47:21
**meet** [6] - 40:11, 40:14, 140:14, 140:16, 141:19, 147:6
**meeting** [8] - 102:21, 140:14, 141:17, 141:18, 146:8, 147:3, 149:7, 163:10
**meetings** [1] - 119:12
**member** [1] - 12:4
**memory** [1] - 63:9
**men** [1] - 122:6
**mental** [1] - 125:2
**mention** [2] - 114:4, 123:4
**mentioned** [12] - 4:13, 47:9, 75:23, 79:18, 80:6, 88:6, 118:23, 136:14, 136:19, 142:2, 157:5, 163:2
**mentioning** [1] - 111:20
**mentions** [2] - 79:22, 114:5
**messed** [1] - 128:5
**met** [5] - 107:8,

107:12, 140:19, 142:10, 154:21
**Mets** [2] - 121:19, 121:20
**Mexican** [1] - 32:21, 33:5
**Mexico** [6] - 31:3, 31:6, 33:4, 33:7, 33:8, 34:23
**Michael** [3] - 2:8, 4:10, 6:12
**MICHAEL** [8] - 1:2, 1:5, 1:11, 1:15, 4:2, 168:4, 169:15, 170:3
**middle** [4] - 55:21, 64:11, 64:13, 64:15
**Mike** [25] - 9:22, 15:9, 49:2, 73:21, 78:22, 80:15, 83:5, 94:17, 135:16, 144:21, 145:19, 146:16, 147:20, 148:18, 152:9, 154:18, 155:9, 155:15, 157:10, 158:14, 159:21, 160:23, 161:18, 162:10, 164:21
**mind** [2] - 51:16, 78:17
**mindful** [1] - 134:16
**mine** [2] - 38:19, 49:21
**minute** [4] - 77:23, 78:16, 85:9, 131:13
**minutes** [8] - 54:11, 54:14, 54:17, 58:23, 68:15, 82:6, 89:7, 139:10
**missed** [1] - 130:18
**mistaken** [2] - 84:15, 84:19
**Monday** [2] - 143:14, 143:15
**money** [3] - 21:18, 21:20, 23:7
**month** [10] - 14:3, 14:5, 26:3, 33:2, 33:10, 35:6, 35:13, 35:16, 52:4, 97:7
**months** [37] - 11:16, 13:8, 14:13, 15:23, 16:2, 18:16, 22:3, 23:23, 24:2, 26:2, 26:4, 26:6, 31:8, 33:14, 33:15, 33:16, 33:17, 33:18, 35:16, 38:3, 38:4, 39:18, 44:8, 44:16, 45:18, 93:6, 93:14, 95:5, 99:15, 125:15,

125:22, 125:23, 129:11, 150:21
**morning** [21] - 42:3, 42:4, 42:5, 53:20, 55:2, 56:2, 56:4, 56:6, 56:8, 56:19, 56:21, 57:2, 59:6, 59:8, 67:23, 82:11, 82:16, 86:19, 87:11, 88:23, 91:14
**most** [10] - 26:4, 55:18, 87:23, 88:3, 128:14, 129:21, 132:12, 139:12, 139:14, 167:13
**mother** [22] - 10:6, 13:7, 37:16, 37:17, 38:12, 38:14, 43:18, 46:3, 46:8, 48:10, 49:20, 109:10, 117:23, 118:11, 118:14, 125:5, 125:6, 125:22, 125:23, 137:15, 137:16, 143:8
**mother's** [2] - 118:16, 125:14
**motion** [1] - 3:11
**mouth** [5] - 61:14, 61:16, 62:14, 64:2, 65:17
**move** [16] - 3:6, 3:9, 15:11, 38:6, 38:11, 38:17, 40:6, 43:21, 44:5, 60:19, 61:3, 72:13, 72:16, 99:16, 156:4
**moved** [15] - 13:8, 38:20, 39:5, 39:21, 40:8, 40:15, 40:19, 41:13, 41:16, 43:11, 43:17, 43:21, 43:23, 44:7, 44:17
**movie** [7] - 57:10, 57:11, 58:14, 58:15, 58:16, 59:10, 59:11
**moving** [3] - 60:13, 60:16, 61:6
**MR** [70] - 6:20, 7:3, 9:21, 15:9, 20:16, 26:22, 33:3, 49:2, 54:10, 73:21, 78:22, 80:12, 80:15, 82:20, 83:5, 84:2, 84:20, 85:13, 85:16, 86:13, 88:18, 94:16, 94:23, 95:21, 98:2, 98:8, 98:10, 101:23, 105:2, 105:16, 109:16, 110:23,

111:10, 113:2,
113:20, 114:12,
114:22, 115:5,
116:10, 116:19,
117:9, 117:12,
117:15, 117:18,
126:9, 134:18,
135:15, 141:4,
144:17, 145:15,
146:13, 147:19,
148:15, 148:17,
152:7, 154:18,
155:9, 155:14,
156:2, 157:8,
158:12, 159:19,
160:7, 160:22,
161:18, 162:10,
164:5, 164:20,
165:7, 167:23
**MS** [43] - 4:7, 7:2, 7:5,
11:4, 26:19, 26:23,
33:6, 54:16, 54:18,
58:17, 58:22, 59:2,
77:22, 79:5, 83:3,
85:8, 85:14, 86:21,
87:3, 96:2, 98:6,
98:9, 105:20, 106:2,
111:8, 111:12,
114:16, 115:2,
126:10, 130:15,
130:22, 133:22,
134:2, 135:18,
165:9, 165:12,
165:14, 166:5,
166:7, 166:9,
167:21, 172:3, 172:4
**multiple** [5] - 32:9,
104:14, 104:20,
105:12, 116:14
**muscle** [1] - 130:10
**must** [4] - 57:10,
58:14, 80:5, 127:20
**muted** [1] - 75:2

## N

**name** [21] - 4:8, 6:10,
9:14, 10:8, 11:3,
11:5, 12:7, 12:11,
12:15, 16:9, 39:6,
41:6, 49:21, 60:3,
73:2, 82:2, 99:22,
128:20, 129:15,
134:3, 144:6
**named** [3] - 107:10,
136:14, 136:15
**names** [1] - 94:13
**Nancy** [3] - 117:19,
117:22, 118:4
**narrative** [4] - 146:21,

147:3, 161:9, 164:8
**narratives** [1] - 103:23
**nasty** [1] - 123:15
**NBA** [14] - 30:17,
30:21, 31:15, 31:16,
31:18, 31:21, 32:2,
32:4, 32:6, 32:10,
32:15, 34:2, 36:16,
50:2
**need** [14] - 5:3, 5:15,
5:18, 16:12, 24:16,
78:23, 79:4, 79:6,
79:9, 105:4, 128:15,
130:3, 138:7, 152:18
**needed** [3] - 42:12,
127:11, 149:22
**needles** [1] - 71:9
**needs** [1] - 54:13
**neighborhood** [2] -
93:21, 93:23
**nervous** [1] - 61:19
**never** [23] - 20:3, 23:2,
23:7, 25:10, 53:5,
80:6, 88:19, 100:21,
103:7, 123:16,
124:19, 127:13,
127:19, 136:11,
141:16, 146:5,
150:2, 153:2,
160:14, 161:13,
161:23, 162:2,
165:23
**NEW** [2] - 1:4, 169:3
**new** [8] - 5:21, 14:22,
20:13, 29:12, 33:8,
44:4, 58:2, 62:7
**New** [15] - 1:20, 2:5,
2:10, 2:15, 4:12,
12:8, 31:3, 31:6,
33:4, 33:5, 33:7,
34:23, 39:10, 171:6
**next** [18] - 15:12,
53:20, 55:23, 56:8,
61:4, 65:23, 66:2,
66:10, 90:17, 90:19,
93:2, 95:5, 96:12,
137:19, 138:9,
140:11, 143:11
**nice** [2] - 141:3, 158:8
**night** [15] - 49:18,
49:19, 51:8, 51:9,
52:15, 52:19, 53:2,
53:5, 53:7, 53:11,
53:18, 54:19, 55:20,
55:21, 166:17
**nightmare** [1] - 156:18
**nightmares** [2] -
123:12, 124:11
**nobody** [7] - 39:22,
62:5, 101:8, 109:9,

122:14, 123:11,
123:22
**None** [1] - 172:18
**nonetheless** [1] -
41:11
**nonprescription** [1] -
6:16
**normal** [2] - 47:19,
48:11
**normally** [2] - 55:10,
55:12
**Northern** [1] - 4:11
**NORTHERN** [1] - 1:4
**NOTARY** [1] - 169:21
**Notary** [4] - 1:19, 3:15,
3:16, 171:5
**notary** [1] - 4:4
**note** [2] - 144:17,
157:8
**noted** [1] - 169:8
**notes** [4] - 106:21,
106:22, 107:2,
130:16
**nothing** [8] - 61:20,
62:6, 90:8, 130:17,
138:7, 148:5, 148:7,
148:23
**Notice** [1] - 1:18
**notice** [3] - 60:11,
60:12, 63:23
**notwithstanding** [1] -
113:23
**nudge** [2] - 60:18,
60:21
**nudged** [1] - 153:12
**number** [4] - 7:9,
112:12, 149:17,
164:9

## O

**object** [9] - 3:5, 3:8,
84:21, 95:21, 102:2,
110:23, 114:13,
141:8, 154:11
**objecting** [2] - 85:6,
105:7
**objection** [41] - 20:17,
80:12, 82:21, 84:2,
88:18, 105:2,
109:16, 113:2,
113:5, 113:20,
113:22, 113:23,
116:19, 117:9,
135:15, 144:17,
144:21, 145:15,
146:13, 146:15,
147:19, 148:15,
148:17, 152:7,

152:8, 154:18,
155:9, 155:14,
155:15, 156:2,
157:9, 158:12,
159:19, 160:7,
160:22, 160:23,
161:18, 162:10,
164:5, 164:20, 165:7
**objections** [1] -
145:19
**objectivity** [4] -
151:23, 152:5,
154:17, 155:7
**observe** [5] - 58:9,
72:17, 74:7, 74:13,
74:15
**observing** [1] - 159:10
**obtain** [1] - 167:15
**obvious** [1] - 7:3
**occasion** [1] - 149:23
**occasionally** [1] - 54:4
**occasions** [1] - 145:7
**occur** [2] - 80:22,
149:8
**occurred** [3] - 133:15,
161:8, 161:13
**October** [3] - 26:13,
27:19, 101:16
**OF** [5] - 1:4, 1:9,
169:3, 169:4, 170:2
**offer** [2] - 58:3, 121:11
**offered** [1] - 120:20
**offhand** [2] - 28:6,
122:22
**office** [2] - 133:4,
147:13
**office's** [1] - 104:2
**Officer** [33] - 73:2,
79:17, 79:23, 80:4,
80:21, 80:23, 134:5,
134:6, 134:7,
138:10, 140:11,
141:14, 141:23,
142:7, 142:19,
143:23, 144:3,
144:10, 145:3,
145:13, 146:7,
152:5, 153:8,
154:16, 155:12,
155:21, 156:19,
159:4, 161:15,
162:17, 164:15
**officer** [10] - 77:5,
81:23, 106:19,
142:21, 152:6,
154:17, 155:8,
158:17, 162:8
**officers** [38] - 4:14,
71:5, 75:16, 75:18,
75:23, 76:4, 79:19,

80:7, 81:6, 81:12,
82:9, 82:14, 83:14,
83:20, 83:22, 84:7,
84:13, 84:17, 90:22,
91:16, 91:17, 94:11,
95:18, 96:3, 112:18,
112:23, 136:15,
140:6, 142:3,
144:13, 148:12,
151:22, 152:3,
155:7, 158:11,
159:17, 160:4, 160:9
**Officers** [1] - 112:11
**often** [6] - 17:11,
43:14, 51:21, 52:2,
136:22, 137:7
**oftentimes** [1] - 5:10
**old** [5] - 10:21, 41:12,
43:6, 125:8, 125:17
**omitted** [1] - 114:6
**once** [7] - 17:10, 21:4,
21:5, 43:15, 84:9,
137:9, 147:5
**one** [71] - 6:21, 8:2,
8:10, 9:8, 11:21,
13:19, 16:2, 19:21,
21:6, 21:8, 22:19,
31:5, 31:21, 39:15,
41:10, 41:18, 49:9,
52:8, 54:22, 55:18,
60:12, 62:19, 62:20,
62:21, 63:6, 63:8,
64:10, 64:15, 65:15,
65:19, 65:20, 77:4,
77:11, 77:23, 79:18,
80:14, 80:18, 83:9,
84:4, 85:22, 86:2,
87:23, 88:5, 88:10,
100:13, 103:4,
104:4, 115:10,
115:13, 115:19,
120:16, 121:23,
122:6, 134:4,
135:16, 136:9,
138:3, 138:5, 138:6,
138:7, 138:12,
138:13, 139:11,
141:7, 142:2,
145:23, 147:10,
158:16, 163:4,
164:11
**one-handed** [1] - 84:4
**ones** [1] - 91:17
**open** [2] - 62:13,
121:10
**opening** [1] - 74:14
**operator** [1] - 68:14
**opinion** [2] - 106:2,
113:4, 113:21,
116:20, 160:18

**opportunities** [1] - 122:12

**opportunity** [1] - 120:7

**opposed** [4] - 17:17, 20:16, 20:19, 157:5

**options** [1] - 148:9

**orally** [1] - 111:4

**ordeal** [1] - 123:19

**order** [1] - 110:13

**Original** [2] - 78:5, 172:10

**original** [5] - 3:19, 78:12, 78:13, 106:20, 107:2

**orthopedic** [1] - 129:19

**otherwise** [1] - 113:23

**outcome** [4] - 22:16, 22:18, 27:9, 27:13

**outrageous** [2] - 156:14, 156:18

**outside** [17] - 57:21, 69:19, 69:20, 70:23, 73:11, 74:21, 74:22, 74:23, 75:5, 75:6, 93:16, 93:18, 106:21, 113:3, 163:6, 163:8, 163:10

**overnight** [1] - 21:17

**overseas** [5] - 30:18, 34:10, 35:2, 36:15, 37:11

**own** [6] - 38:6, 38:7, 46:6, 51:21, 151:15, 151:18

**oxycodone** [1] - 118:3

**P**

**P-i-t-t-s** [1] - 10:9

**P.C** [3] - 2:4, 2:7, 2:12

**p.m** [4] - 85:18, 130:20, 130:21, 168:5

**P.O** [1] - 2:15

**pack** [1] - 15:7

**packing** [1] - 16:5

**page** [3] - 79:12, 79:14, 172:2

**PAGE** [2] - 172:9, 172:17

**PAGE/LINE** [1] - 170:4

**pages** [1] - 79:11

**paid** [3] - 35:5, 35:6

**pain** [1] - 127:20

**pains** [2] - 118:11, 127:21

**Pamper** [1] - 57:5,

57:16, 58:3

**Pampers** [1] - 43:2

**paper** [6] - 102:14, 102:21, 103:5, 161:3, 161:4, 161:7

**papers** [1] - 22:10

**paperwork** [1] - 22:20

**Paragraph** [7] - 112:6, 114:4, 114:5, 116:5, 117:2, 147:14, 151:21

**paragraph** [1] - 112:7

**paramedics** [6] - 70:8, 71:7, 71:21, 72:6, 75:19, 76:5

**parents** [2] - 46:15, 109:11

**park** [1] - 43:3

**parker** [1] - 9:15

**Parker** [7] - 11:15, 40:9, 117:19, 118:4, 131:10, 134:23, 135:19, 114:2

**part** [14] - 8:15, 8:22, 16:18, 16:20, 17:17, 19:14, 45:4, 55:18, 61:2, 87:23, 88:3, 128:14, 158:10, 165:23

**part-time** [3] - 16:18, 17:17, 19:14

**parties** [2] - 3:4, 171:11

**partner** [9] - 73:3, 75:21, 138:23, 143:2, 152:21, 153:16, 157:16, 162:13, 162:14

**party** [2] - 3:22, 3:23

**Party** [1] - 19:21

**pass** [1] - 48:13

**passed** [7] - 88:21, 98:19, 106:11, 106:14, 125:23, 143:11, 161:4

**passing** [6] - 97:13, 97:23, 99:15, 133:10, 137:14, 139:21

**past** [1] - 160:15

**patrol** [1] - 81:8

**PATTISON** [1] - 2:12

**pause** [1] - 134:13

**paused** [1] - 114:15

**pay** [3] - 21:18, 21:19, 120:22

**payment** [2] - 21:6, 21:9

**PECK** [35] - 2:7, 2:11, 4:7, 7:2, 7:5, 11:4,

26:19, 33:6, 54:18, 58:17, 59:2, 77:22, 79:5, 83:3, 85:8, 85:14, 86:21, 87:3, 96:2, 98:6, 98:9, 105:20, 106:2, 111:8, 111:12, 114:16, 115:2, 126:10, 130:15, 130:22, 133:22, 165:12, 165:14, 166:5, 172:3

**peck** [1] - 134:9

**Peck** [1] - 4:8

**pending** [2] - 5:18, 114:19

**people** [12] - 20:13, 29:14, 31:17, 55:17, 71:3, 76:2, 76:3, 77:4, 94:14, 138:12, 157:13, 164:9

**per** [4] - 17:5, 18:22, 35:19, 114:2

**perfectly** [3] - 108:21, 109:14, 109:22

**perform** [1] - 115:17

**performed** [4] - 97:18, 112:9, 116:3, 129:14

**performing** [3] - 32:2, 72:18, 112:22

**period** [5] - 95:4, 100:5, 114:9, 123:8, 132:17

**periods** [1] - 36:21

**permanent** [1] - 13:3

**person** [6] - 22:9, 32:6, 123:9, 124:15, 138:11, 163:7

**person's** [1] - 67:15

**personal** [1] - 124:15

**personally** [2] - 107:12, 138:6

**petition** [3] - 167:14, 167:18, 167:19

**Pg** [1] - 2:23

**phone** [25] - 23:5, 52:5, 53:23, 62:9, 62:10, 65:23, 66:2, 66:3, 67:10, 67:11, 67:13, 67:15, 67:16, 68:6, 68:14, 68:16, 69:7, 80:18, 137:3, 137:8, 137:9, 137:15, 137:18, 138:4, 138:11

**phones** [3] - 61:22, 69:9

**physical** [4] - 18:6, 127:6, 127:7, 127:10

**physician** [1] - 128:12

**physicians** [1] - 128:10

**pick** [1] - 65:2

**picked** [1] - 100:23

**picking** [1] - 74:14

**pictures** [1] - 159:14

**piece** [2] - 102:14, 102:21

**pills** [3] - 118:14, 124:8, 127:20

**Pine** [1] - 2:9

**pitts** [1] - 10:9

**pizza** [4] - 62:8, 67:5, 67:7, 67:11

**place** [23] - 13:3, 18:14, 19:21, 34:11, 34:12, 34:16, 35:15, 41:21, 62:8, 67:5, 67:7, 67:11, 100:9, 130:5, 134:9, 143:3, 145:3, 145:9, 146:5, 147:8, 164:18, 169:8, 171:9

**places** [4] - 20:6, 34:10, 34:14, 89:21

**Plaintiff** [3] - 1:6, 1:15, 2:4

**Planet** [4] - 24:8, 25:14, 25:18, 25:22

**planet** [1] - 24:12

**play** [20] - 8:11, 8:16, 8:20, 28:18, 30:14, 31:5, 31:7, 34:6, 34:9, 35:23, 36:4, 36:10, 85:4, 119:4, 119:12, 119:15, 121:14, 121:18, 125:16, 127:2

**played** [15] - 28:20, 30:15, 30:19, 31:2, 32:13, 32:20, 34:10, 34:11, 34:12, 34:14, 35:9, 51:2, 123:2

**player** [2] - 32:12, 69:13

**players** [2] - 32:9, 69:11

**playing** [12] - 28:17, 29:15, 30:8, 30:18, 35:2, 35:20, 36:17, 37:11, 87:2, 120:4, 122:13, 125:18

**Plaza** [1] - 2:9

**pleadings** [1] - 123:3

**plenty** [1] - 160:14

**plug** [1] - 62:2

**plus** [2] - 158:4, 158:6

**point** [17] - 4:18, 5:15, 22:21, 70:20, 75:12, 76:8, 81:12, 109:2,

130:12, 136:5, 144:9, 146:8, 154:2, 157:18, 159:12, 162:2, 165:16

**police** [72] - 59:17, 71:5, 71:19, 72:2, 72:9, 73:17, 74:7, 75:12, 75:23, 76:4, 76:9, 77:5, 81:5, 81:16, 81:18, 83:14, 85:20, 85:22, 86:9, 87:9, 87:19, 88:7, 88:12, 88:15, 89:4, 89:9, 89:12, 89:15, 89:18, 89:22, 90:4, 90:18, 91:16, 92:14, 92:16, 93:2, 93:3, 93:10, 93:11, 93:15, 95:17, 95:19, 96:3, 98:23, 99:7, 100:7, 100:8, 100:11, 100:16, 101:4, 101:5, 102:9, 112:12, 112:22, 113:18, 118:2, 136:14, 139:5, 140:6, 144:13, 148:12, 152:3, 152:6, 154:17, 155:8, 158:11, 158:16, 159:17, 160:4, 160:9, 165:18, 166:2

**Police** [5] - 112:10, 112:18, 131:7, 142:7, 152:5

**policies** [2] - 164:17, 165:3

**policy** [2] - 147:17, 148:13

**poop** [1] - 56:16

**pooped** [1] - 56:17

**popped** [2] - 129:10, 130:4, 130:6

**portion** [1] - 85:10

**position** [13] - 16:10, 16:11, 16:18, 16:19, 18:17, 20:2, 24:4, 24:15, 32:5, 32:13, 32:16, 34:3, 120:20

**positions** [3] - 17:23, 18:3, 19:19

**possibly** [2] - 154:13, 156:12

**potential** [1] - 109:7

**potentially** [2] - 36:16, 167:6

**potty** [3] - 55:3, 55:5, 55:8

**practice** [2] - 128:21,

128:23
**precinct** [18] - 100:21, 133:16, 140:15, 140:16, 143:19, 149:20, 149:22, 153:3, 153:12, 153:23, 154:3, 154:8, 154:10, 159:8, 163:5, 163:8, 163:10, 165:19
**preliminary** [1] - 6:6
**preparation** [4] - 7:12, 82:22, 83:11, 107:17
**Presbyterian** [1] - 130:8
**prescribed** [1] - 118:4
**prescription** [7] - 6:16, 118:8, 118:9, 118:10, 118:13, 118:16, 118:19
**presence** [2] - 112:10, 112:22
**present** [4] - 137:17, 142:10, 142:14, 143:16
**presented** [1] - 104:4
**pressed** [1] - 63:18
**pressing** [2] - 63:8, 63:10, 63:21, 64:2, 64:4, 64:16
**pressure** [4] - 61:18, 79:2, 151:14, 151:15
**presumably** [1] - 114:7
**pretty** [24] - 18:3, 20:11, 21:17, 22:22, 32:14, 33:20, 34:13, 34:22, 36:3, 36:12, 37:4, 43:7, 44:4, 51:15, 53:9, 57:22, 58:18, 65:11, 94:8, 97:12, 121:8, 122:16, 154:8, 154:9
**previously** [3] - 146:15, 163:2, 163:20
**privacy** [3] - 7:3, 11:6, 57:21
**private** [2] - 67:15, 124:18
**privileged** [1] - 111:7
**probable** [1] - 164:19
**problem** [3] - 7:5, 127:14
**problems** [6] - 28:14, 28:16, 45:23, 125:2, 127:18, 127:23
**proceeding** [2] - 13:18, 137:4
**proceedings** [5] -

59:4, 85:18, 130:21, 146:20, 171:12
**process** [2] - 22:14, 119:21
**produce** [2] - 15:7, 16:5
**professional** [6] - 29:16, 30:5, 45:6, 95:17, 124:20, 131:21
**Professional** [2] - 1:19, 171:4
**professionally** [1] - 30:9
**professionals** [2] - 115:16, 116:15
**progress** [1] - 136:3
**progressing** [1] - 136:6
**project** [1] - 94:21
**prolonged** [1] - 114:9
**properly** [2] - 155:13, 155:23
**prosecution** [3] - 166:12, 166:15, 166:20
**prosecutions** [1] - 165:2
**Protective** [4] - 96:8, 97:2, 97:9, 167:6
**provide** [5] - 6:10, 92:2, 92:16, 96:20, 117:7
**provided** [4] - 3:4, 121:4, 123:4, 131:7
**Public** [4] - 1:19, 3:15, 3:16, 171:5
**public** [1] - 4:4
**PUBLIC** [1] - 169:21
**publicity** [1] - 122:4
**pull** [2] - 78:2, 152:16
**pulled** [2] - 58:10, 152:13
**pulling** [1] - 152:22
**punishment** [1] - 132:19
**purple** [2] - 74:10, 156:5
**pursuant** [1] - 1:17
**pursued** [1] - 122:11
**push** [2] - 61:17, 88:2
**pushed** [2] - 61:14, 130:10
**pushing** [3] - 65:18, 72:19, 72:22
**put** [27] - 8:11, 8:17, 8:20, 23:6, 57:9, 57:12, 58:2, 58:5, 58:11, 58:14, 59:9, 59:10, 61:18, 64:6,

74:10, 77:2, 77:14, 100:19, 125:12, 146:3, 151:14, 151:15, 152:17, 152:19, 153:11, 156:5
**putting** [3] - 22:20, 54:14, 69:16

## Q

**questioned** [5] - 81:20, 81:22, 82:3, 96:4, 115:19
**questioning** [2] - 82:9, 134:17
**questions** [34] - 4:15, 8:8, 19:12, 71:11, 91:10, 91:12, 91:13, 91:20, 91:23, 92:5, 92:9, 93:17, 93:19, 93:20, 94:4, 94:6, 96:14, 96:16, 96:18, 133:23, 134:10, 138:15, 139:18, 139:23, 144:19, 145:17, 152:9, 154:7, 162:16, 163:13, 165:10, 165:11, 166:6, 167:22
**quick** [2] - 45:6, 156:11
**quickly** [2] - 5:2, 5:3
**quiet** [2] - 77:6, 152:18
**quite** [1] - 8:14
**quitting** [1] - 20:20

## R

**racist** [1] - 153:20
**ran** [2] - 62:8, 108:15
**randomly** [1] - 54:6
**rare** [1] - 106:15
**rather** [2] - 41:10, 140:4
**rats** [1] - 123:14
**ray** [1] - 130:9
**RBA** [1] - 30:4
**reached** [2] - 156:14, 159:12
**reaching** [1] - 157:17
**reacted** [1] - 153:3
**reaction** [1] - 153:8
**read** [7] - 51:4, 78:16, 78:23, 103:9, 116:11, 131:13, 169:7

reading [1] - 111:5
**ready** [2] - 36:4, 79:2
**real** [2] - 23:20, 45:5
**realize** [1] - 154:2
**realizing** [1] - 145:22
**really** [27] - 14:23, 23:21, 25:8, 46:5, 46:14, 53:5, 53:10, 56:21, 69:15, 72:12, 88:22, 90:8, 92:10, 106:18, 106:23, 122:15, 123:11, 124:7, 124:8, 127:19, 129:8, 129:12, 133:12, 136:9, 136:11, 149:12, 151:19
**reason** [12] - 17:16, 26:14, 33:23, 83:21, 84:10, 87:17, 87:18, 104:8, 104:15, 108:22, 109:5, 110:8
**reasons** [1] - 7:4
**Rebecca** [67] - 9:13, 11:14, 40:8, 40:9, 40:11, 40:19, 40:23, 41:12, 41:16, 41:20, 42:16, 43:11, 43:16, 43:20, 44:14, 44:15, 44:22, 45:11, 45:16, 46:3, 46:10, 46:11, 46:21, 52:7, 52:12, 52:23, 53:4, 53:20, 55:11, 55:14, 56:3, 56:7, 57:3, 68:19, 69:18, 70:12, 70:16, 71:17, 72:4, 73:14, 77:9, 77:13, 80:18, 89:17, 89:18, 90:6, 90:10, 92:7, 92:20, 95:6, 95:13, 99:16, 118:10, 118:15, 131:10, 131:20, 132:2, 132:6, 133:2, 134:23, 135:5, 138:13, 143:7, 166:17, 166:21
**Rebecca's** [5] - 9:14, 44:19, 117:23, 137:14, 137:16
**receive** [5] - 16:21, 21:3, 28:2, 29:3, 167:10
**received** [6] - 21:4, 21:5, 21:8, 23:2, 23:7, 132:15
**recent** [1] - 120:3
**recently** [1] - 82:22
**Recess** [2] - 59:3, 85:17

recess [1] - 130:20
**record** [12] - 6:11, 6:23, 7:7, 86:13, 86:15, 113:5, 117:15, 117:17, 117:18, 134:19, 134:21, 169:7
**recorded** [7] - 85:21, 85:23, 86:4, 88:8, 93:8, 119:5, 134:14
**recording** [1] - 86:6
**records** [2] - 46:4, 46:16
**referenced** [1] - 24:8
**referring** [2] - 24:6, 44:21
**refrigerator** [2] - 74:17, 157:20
**regarding** [6] - 93:3, 94:9, 96:4, 131:9, 139:16, 139:19
**regards** [13] - 136:18, 141:23, 142:9, 142:19, 143:23, 147:14, 155:21, 164:2, 164:15, 164:23, 165:4, 166:11, 166:23
**Registered** [2] - 1:18, 171:4
**regular** [2] - 128:19, 129:4
**regularly** [3] - 126:8, 126:11, 126:14
**reiterate** [1] - 134:10
**related** [2] - 41:7, 171:10
**relation** [3] - 13:17, 21:15, 67:7
**relationship** [5] - 42:18, 42:20, 135:13, 136:2
**relatively** [1] - 53:6
**relax** [1] - 49:23
**relayed** [1] - 122:8
**released** [7] - 22:4, 23:15, 23:17, 24:16, 25:21, 27:15, 121:15
**remain** [1] - 8:9
**remember** [23] - 12:7, 12:8, 25:3, 25:17, 25:20, 25:23, 27:6, 40:18, 50:16, 51:17, 82:2, 89:20, 90:21, 91:12, 93:5, 97:6, 99:22, 115:20, 128:20, 128:21, 129:15, 133:6, 133:7
**remotely** [1] - 4:3
**rendered** [1] - 27:16

Rensselaer [7] - 2:8, 4:9, 26:8, 26:9, 107:11, 117:4, 148:14
RENSSELAER [1] - 1:11
repeat [4] - 4:21, 75:4, 105:9, 146:14
rephrase [1] - 4:20
Report [2] - 78:5, 172:10
report [10] - 78:13, 79:17, 79:22, 80:10, 80:21, 102:12, 103:9, 104:19, 105:11, 114:6
reported [1] - 112:15
Reporter [2] - 1:19, 171:5
reporter [3] - 5:7, 49:14, 171:23
reports [1] - 118:2
represented [2] - 80:9, 83:19
representing [1] - 134:5
represents [1] - 4:9
reproduction [1] - 171:22
request [2] - 5:16, 137:23
REQUESTS [1] - 172:17
reserved [2] - 3:8, 3:11
reside [4] - 12:2, 12:17, 14:14, 134:23
resided [1] - 11:15
residing [4] - 13:4, 14:18, 14:21, 37:20
respect [1] - 132:10
respond [3] - 5:18, 60:5, 75:19
responded [5] - 75:16, 76:5, 76:15, 79:19, 80:5
responders [1] - 70:5
responding [5] - 60:16, 61:6, 69:22, 71:15, 142:2
response [1] - 5:11
responses [2] - 5:9, 5:13
responsible [1] - 110:19
rest [2] - 48:13, 116:11
restaurant [1] - 20:6
result [1] - 31:14
results [1] - 98:5
resumed [3] - 59:4,

85:18, 130:21
retaining [1] - 117:5
review [5] - 7:11, 83:11, 110:10, 110:20, 113:17
reviewed [3] - 7:14, 7:23, 107:16
reviewing [3] - 8:7, 111:5, 112:12
revive [1] - 151:8
rhiannon [2] - 58:17, 134:18
RHIANNON [1] - 2:16
Rhiannon [4] - 54:13, 130:19, 134:4, 141:4
Rhiannon's [1] - 54:12
rib [5] - 98:18, 104:21, 105:13, 105:18, 116:8
ribs [2] - 102:11, 104:7
ride [2] - 153:22, 156:20
rights [1] - 3:4
roaches [1] - 123:14
robins [2] - 68:20, 68:21
Robinson [1] - 49:22
Robinson's [3] - 50:23, 66:7, 66:10
Rock [1] - 19:23
roll [1] - 58:7
rolling [1] - 58:16
romantic [1] - 135:13
Ron [1] - 75:20
RONALD [1] - 1:9
Ronald [2] - 2:13
room [18] - 6:7, 50:21, 52:8, 52:14, 56:17, 57:9, 58:12, 61:21, 64:23, 65:8, 74:18, 74:19, 75:7, 75:9, 81:20, 92:13, 140:18
roster [1] - 33:21
roughly [8] - 10:14, 18:16, 29:5, 33:13, 41:14, 45:18, 50:14, 135:11
RPR [1] - 171:20
rude [2] - 68:10, 133:8
ruled [1] - 116:6
rules [3] - 5:5, 49:10, 134:8
run [2] - 68:18, 161:12
running [2] - 70:15, 120:11
rushed [1] - 62:3
rushing [2] - 56:12, 68:9

## S

salary [3] - 31:9, 34:20, 35:3
SAMPSON [1] - 2:12
sat [2] - 81:20, 136:5
saved [1] - 125:20
saw [2] - 60:15, 93:7, 153:4, 155:3, 156:3, 165:18
scared [3] - 54:23, 55:6, 61:19
scene [4] - 79:19, 91:17, 106:21, 142:3
scholarship [1] - 28:18
school [5] - 27:22, 28:4, 28:8, 28:15, 45:7
schools [1] - 28:9
screaming [1] - 43:5
screen [6] - 78:2, 78:9, 78:11, 86:22, 111:21, 130:23
screening [1] - 117:5
scroll [2] - 79:6, 79:9
se [1] - 114:2
sealed [2] - 46:4, 46:15
search [7] - 91:23, 156:6, 156:8, 156:10, 157:16, 157:23, 159:5
searched [2] - 152:12, 157:12
searches [1] - 157:14
searching [10] - 73:19, 74:6, 74:11, 74:12, 156:6, 157:4, 157:15, 157:17, 158:2, 159:11
season [6] - 29:6, 36:18, 36:20, 36:23, 119:13, 120:23
seasons [2] - 37:12, 37:15
seat [2] - 67:17, 153:17
second [9] - 6:21, 86:20, 88:5, 94:14, 134:13, 135:16, 137:23, 140:13, 140:20
seconds [2] - 49:3, 66:15
secretary [1] - 106:22
section [2] - 15:7, 131:17
Security [1] - 7:9

see [36] - 6:2, 43:10, 48:9, 49:21, 51:13, 51:21, 51:23, 60:9, 61:2, 72:11, 73:6, 74:19, 74:23, 75:6, 75:7, 78:8, 78:19, 83:4, 93:16, 93:18, 102:11, 103:5, 103:8, 126:8, 128:15, 128:18, 130:2, 130:6, 136:5, 137:17, 145:7, 146:19, 150:6, 156:11, 157:13, 159:13
seeing [3] - 69:18, 107:7, 129:18
seek [2] - 20:22, 25:4, 124:23
seem [2] - 58:7, 163:15, 164:10
send [5] - 32:2, 32:12, 36:11, 55:8, 120:2
sending [1] - 68:6
sense [2] - 33:7
sent [3] - 31:15, 32:5, 145:6
sentence [1] - 116:11
separate [2] - 81:10, 89:21
separately [1] - 81:9
September [5] - 27:19, 35:17, 35:23, 37:2, 37:19
sergeant [2] - 142:22, 142:23
Sergeant [1] - 143:21, 164:3
serious [3] - 151:14, 157:16, 161:13
Services [4] - 96:8, 97:2, 97:9, 167:6
set [4] - 69:14, 119:23, 171:9, 171:15
Seton [3] - 28:10, 28:12, 28:13
setting [2] - 36:13, 119:11
seven [7] - 10:22, 10:23, 18:16, 39:18, 45:18, 48:15, 48:17
several [1] - 4:13
shake [1] - 5:10
shaking [2] - 60:23, 132:19
shall [1] - 3:10
Shaquana [12] - 9:20, 10:4, 10:5, 10:11, 10:17, 11:11, 11:22, 14:8, 14:21, 37:17,

37:21, 38:5
Shaquana's [3] - 10:8, 11:9, 38:14
share [5] - 11:21, 78:2, 86:22, 111:13, 130:23
Shawn [3] - 12:12, 12:13, 12:22
SHEET [2] - 170:2, 170:2
sheets [1] - 57:14
shifts [1] - 44:20
shock [1] - 104:19
shook [1] - 57:7
shoot [1] - 156:15
short [1] - 23:20
shorter [2] - 29:14, 36:21
shortly [1] - 82:19
shots [1] - 126:12
shoulder [1] - 60:23
show [6] - 54:7, 61:10, 91:5, 100:8, 116:18, 157:13
showed [8] - 68:19, 100:10, 100:17, 100:19, 103:7, 141:21, 143:3, 143:7
shower [1] - 51:11
showing [2] - 120:4, 131:6
shows [1] - 42:23
sick [5] - 46:2, 47:9, 47:17, 48:14, 97:14
Side [1] - 15:21
side [2] - 63:8, 78:12
SIDS [1] - 106:13
sign [2] - 29:17, 121:8
signed [3] - 29:15, 121:6, 121:9
Sikirica [29] - 2:8, 4:10, 106:20, 107:7, 107:8, 107:22, 108:9, 108:12, 108:19, 109:12, 109:21, 110:4, 110:6, 112:8, 112:9, 112:17, 112:21, 114:6, 116:6, 133:3, 144:14, 145:5, 145:14, 146:8, 146:12, 146:19, 147:7, 165:16
SIKIRICA [1] - 1:11
Sikirica's [1] - 113:17
similar [1] - 164:14
simple [1] - 47:23
sit [4] - 57:20, 57:21, 77:6, 152:18
sitting [2] - 67:16,

153:16
**six** [3] - 35:16, 45:3, 53:8
**size** [1] - 128:17
**skill** [1] - 171:8
**skim** [1] - 107:20
**slapping** [1] - 132:20
**sleep** [9] - 52:10, 52:12, 52:13, 54:19, 58:8, 58:13, 123:14, 128:2, 132:3
**sleeping** [4] - 50:21, 53:22, 54:23, 60:7
**slept** [2] - 52:11, 52:14
**slow** [3] - 5:3, 78:23, 79:3
**sluggish** [1] - 56:23
**small** [3] - 31:12, 128:4, 157:19
**smelled** [1] - 56:16
**smoothly** [1] - 15:11
**snippet** [1] - 85:5
**Social** [2] - 6:22, 7:9
**soft** [5] - 65:10, 65:12, 94:19, 141:12, 163:3
**someone** [4] - 31:20, 66:16, 97:2, 125:13
**sometime** [1] - 27:18
**sometimes** [6] - 5:2, 16:23, 46:9, 54:20, 54:21, 69:10
**somewhat** [1] - 110:21
**somewhere** [1] - 64:21
**son** [1] - 50:4
**son's** [1] - 50:4
**soon** [2] - 5:23, 154:5
**sooner** [1] - 30:12
**sorry** [19] - 8:14, 10:7, 23:13, 24:12, 27:9, 33:3, 48:4, 49:9, 54:10, 76:12, 80:14, 83:9, 106:3, 112:2, 112:6, 141:15, 148:4, 151:10, 166:8
**sort** [5] - 37:3, 52:21, 124:23, 126:2, 132:18
**sought** [1] - 124:19
**sound** [3] - 47:14, 101:16, 108:6
**sounds** [4] - 49:5, 59:2, 144:7, 144:10
**space** [1] - 49:6
**spanking** [1] - 132:20
**speaking** [6] - 68:3, 93:11, 135:9, 141:2, 141:10, 141:14
**specific** [3] - 91:13,

141:7, 164:17
**specifically** [1] - 110:7
**spell** [1] - 29:20
**Spencer** [1] - 134:4
**SPENCER** [11] - 2:16, 26:23, 54:16, 58:22, 134:2, 135:18, 165:9, 166:7, 166:9, 167:21, 172:4
**spoken** [8] - 92:20, 92:21, 94:19, 95:6, 95:7, 95:9, 141:12, 163:3
**sport** [1] - 28:17
**Sports** [1] - 30:4
**squeezed** [4] - 133:8, 133:11, 151:7, 151:13
**St** [4] - 29:2, 29:3, 30:10, 131:9
**stabled** [1] - 64:8
**staff** [1] - 114:8
**stairs** [4] - 73:4, 73:7, 73:9
**stand** [3] - 103:19, 104:3, 107:7
**standing** [2] - 74:22, 75:5
**start** [7] - 30:8, 44:3, 75:2, 86:16, 114:17, 130:19, 134:12
**started** [15] - 25:17, 25:21, 29:16, 55:4, 71:8, 71:9, 73:19, 74:11, 74:19, 83:15, 119:14, 125:17, 136:6, 145:21, 156:5
**starting** [2] - 86:17, 125:15
**startled** [1] - 153:19
**STATE** [1] - 169:3
**state** [1] - 112:7
**State** [2] - 1:20, 171:5
**Statement** [1] - 131:4, 172:12
**statement** [1] - 59:16, 78:8, 80:9, 84:12, 109:3, 114:15, 131:8, 146:2, 161:11
**statements** [4] - 7:14, 7:16, 71:14, 161:20
**states** [5] - 112:8, 116:5, 117:3, 122:14, 122:23
**STATES** [1] - 1:4
**stating** [2] - 23:5, 161:12
**station** [1] - 77:19, 81:6, 81:16, 81:19, 85:20, 85:23, 86:10,

88:12, 89:4, 89:10, 89:16, 89:18, 89:22, 90:4, 93:10, 99:7, 101:4, 101:5
**status** [2] - 88:17, 88:19
**stay** [8] - 13:9, 14:11, 37:14, 37:16, 37:17, 38:12, 38:18, 61:17
**stayed** [3] - 13:10, 29:5, 43:23
**staying** [17] - 12:4, 12:5, 12:6, 12:23, 14:19, 39:15, 42:15, 43:16, 43:18, 44:8, 99:10, 99:11, 99:20, 100:9, 100:12, 143:3, 158:7
**stem** [1] - 109:10
**stemmed** [1] - 109:11
**steps** [1] - 73:12
**Stewart's** [2] - 41:21, 44:23
**stick** [1] - 74:5
**sticking** [1] - 71:9
**still** [11] - 5:7, 22:17, 23:7, 23:8, 41:11, 53:9, 57:8, 74:22, 95:12, 123:12, 149:21
**stipulated** [3] - 3:13, 3:18, 3:21
**STIPULATED** [1] - 3:3
**stock** [1] - 18:18
**stomach** [8] - 61:16, 63:13, 63:18, 63:20, 64:2, 64:4, 64:17, 64:18
**stood** [1] - 73:4
**stop** [8] - 4:19, 5:23, 6:2, 36:17, 58:18, 87:4, 138:15, 140:2
**stopped** [8] - 22:21, 22:22, 138:12, 138:19, 140:4, 140:6, 140:10, 149:9
**straight** [1] - 153:3
**strangled** [3] - 131:21, 131:22, 132:3
**strangling** [1] - 132:3
**street** [10] - 49:20, 62:8, 66:11, 66:12, 67:9, 68:9, 68:18, 69:21, 70:16, 149:9
**Street** [4] - 2:15, 9:5, 9:19, 11:15
**streets** [1] - 163:18
**strength** [2] - 151:15, 151:18
**stressful** [1] - 55:17

**strike** [4] - 3:7, 3:9, 10:11, 145:11
**stuff** [22] - 18:3, 34:15, 35:13, 36:12, 48:13, 51:3, 56:11, 91:15, 97:16, 105:4, 120:5, 122:17, 123:15, 123:22, 128:16, 129:4, 151:7, 151:18, 160:11, 161:14, 162:22, 167:10
**subject** [1] - 13:18
**submit** [1] - 166:12
**submitted** [1] - 22:11
**subsequent** [1] - 4:18
**substance** [2] - 137:12, 151:22
**sudden** [2] - 106:13, 106:15
**Sue** [2] - 11:4, 26:19
**suffered** [1] - 123:5
**suggested** [1] - 137:16
**Suite** [2] - 2:5, 2:9
**sum** [2] - 137:11, 151:22
**summer** [1] - 45:20
**summertime** [1] - 44:11
**supermarket** [3] - 15:6, 15:8, 15:15
**supervising** [1] - 117:6
**supervision** [1] - 171:23
**support** [1] - 116:7
**supposed** [5] - 54:2, 72:23, 113:8, 113:11, 113:13, 114:3, 119:13, 119:14, 125:11, 145:3, 145:9, 146:22
**surgery** [9] - 125:10, 126:20, 126:23, 129:9, 129:10, 129:14, 129:19, 129:23, 130:3
**SUSAN** [2] - 171:4, 171:20
**Susan** [3] - 1:18, 94:20, 168:2
**switching** [1] - 136:13
**sworn** [1] - 3:14
**Sworn** [1] - 169:18
**sworn/affirmed** [1] - 4:3
**symptoms** [1] - 48:18
**syndrome** [1] - 106:13

**T**

**table** [2] - 61:22, 118:22
**tall** [2] - 63:2
**team** [12] - 34:17, 35:9, 36:6, 36:11, 119:9, 119:12, 119:22, 119:23, 120:20, 121:19, 122:4, 122:15
**teams** [21] - 30:16, 30:18, 30:20, 30:23, 31:14, 31:22, 32:3, 34:7, 34:16, 34:18, 35:20, 36:2, 36:8, 36:9, 36:14, 36:15, 122:13, 122:21, 122:23, 125:19
**tear** [1] - 55:4
**technical** [1] - 105:7
**technically** [1] - 102:3
**temper** [1] - 132:8
**temperament** [1] - 151:23
**ten** [3] - 54:11, 58:22, 85:9
**ten-minute** [1] - 85:9
**term** [2] - 7:18, 23:20
**terminated** [4] - 20:14, 20:16, 20:19, 24:14
**Terrance** [7] - 39:7, 39:13, 39:17, 44:2, 44:6, 44:9, 44:16
**Terrance's** [1] - 40:7
**testified** [7] - 4:4, 59:7, 80:6, 84:3, 84:19, 107:15, 109:4
**testify** [1] - 22:7
**testifying** [2] - 107:8, 107:21
**testimony** [16] - 3:7, 3:9, 6:18, 7:12, 7:13, 8:5, 8:23, 24:7, 83:12, 108:2, 108:9, 110:3, 119:2, 134:22, 168:3, 169:8
**Texas** [2] - 31:3, 32:22
**text** [1] - 53:23
**Thailand** [4] - 34:13, 35:18, 35:23, 36:17
**THE** [4] - 15:14, 49:8, 94:22, 105:23
**themselves** [2] - 143:19, 147:6
**therapy** [3] - 127:6, 127:7, 127:10
**thin** [1] - 128:9
**thinking** [1] - 62:7

# APPENDIX

**Third** [3] - 15:20, 111:16, 172:11

**third** [5] - 111:21, 140:14, 140:20, 141:17, 141:18

**thorough** [2] - 157:16, 157:22

**thousand** [1] - 35:11

**three** [13] - 17:13, 23:23, 24:2, 26:4, 33:18, 38:3, 43:20, 44:12, 44:13, 49:3, 73:11, 97:3, 134:13

**three-second** [1] - 134:13

**threw** [1] - 47:21

**throughout** [1] - 134:16

**Thunderbirds** [9] - 31:3, 31:6, 31:13, 32:21, 33:8, 33:10, 33:23, 34:5, 34:23

**Thursday** [1] - 51:19

**tickets** [1] - 32:18

**Tim** [1] - 2:14

**TIM** [1] - 1:10

**timeline** [3] - 162:2, 162:6, 162:21

**tips** [2] - 16:21, 17:5

**tired** [2] - 55:15, 57:2

**title** [2] - 16:9, 16:12

**TO** [3] - 172:2, 172:9, 172:17

**today** [5] - 4:15, 6:18, 7:12, 7:13, 8:23, 83:7, 84:3, 84:19, 107:17, 107:18, 109:4, 124:17, 147:10

**today's** [1] - 83:12

**together** [12] - 38:6, 38:12, 41:13, 41:17, 43:11, 43:17, 43:22, 44:22, 56:12, 76:20, 76:21, 92:12

**toilet** [1] - 57:20

**tone** [2] - 140:23, 141:10

**took** [15] - 48:10, 51:11, 57:4, 57:8, 61:20, 66:21, 80:18, 90:12, 90:14, 126:12, 138:14, 146:5, 153:2, 159:7

**tooken** [2] - 120:8, 147:8, 162:4

**top** [8] - 61:2, 63:10, 64:12, 65:5, 84:23, 88:2, 121:20, 157:20

**touched** [2] - 115:14,

164:11

**towards** [2] - 88:20, 116:23

**toy** [1] - 132:13

**trade** [2] - 28:9, 45:7

**tragic** [1] - 136:10

**trails** [1] - 94:18

**trained** [2] - 155:13, 155:23

**training** [5] - 55:5, 61:7, 115:17, 115:22, 117:5

**trait** [1] - 47:8

**transcribed** [1] - 134:15

**TRANSCRIPT** [2] - 170:2, 170:2

**transcript** [10] - 3:23, 7:19, 7:20, 11:6, 26:19, 95:2, 107:17, 169:10, 171:7, 171:21

**transcripts** [3] - 7:23, 8:4, 8:7

**transfer** [1] - 28:23

**transferred** [1] - 28:15

**trauma** [3] - 104:22, 105:14, 105:18

**traveling** [1] - 34:17

**treat** [7] - 124:13, 124:23, 125:13, 126:14, 129:7, 129:8, 153:5

**treated** [4] - 126:2, 126:16, 128:10, 128:12

**treating** [3] - 126:6, 129:18, 150:16

**treatment** [3] - 124:19, 124:23, 125:21

**Tree** [12] - 18:14, 18:15, 18:17, 19:4, 20:8, 20:10, 21:10, 21:14, 23:12, 23:13, 25:13, 25:15

**trial** [34] - 3:11, 27:3, 27:11, 83:8, 83:10, 103:18, 106:9, 106:17, 107:7, 108:17, 108:18, 108:20, 108:21, 109:13, 109:21, 113:7, 113:11, 114:3, 115:19, 123:6, 126:14, 133:17, 142:6, 145:2, 145:8, 145:22, 146:18, 146:20, 146:23, 147:5, 147:13,

161:5, 166:11, 166:12

**tried** [24] - 21:10, 21:11, 25:10, 25:11, 26:16, 44:2, 58:3, 59:20, 60:17, 61:5, 61:17, 61:20, 61:21, 62:2, 65:15, 65:23, 66:2, 80:7, 80:19, 87:10, 112:15, 122:13, 156:19, 161:21

**trouble** [1] - 94:17

**TROY** [1] - 1:9

**Troy** [21] - 2:13, 2:15, 4:13, 4:14, 38:18, 38:20, 39:10, 39:21, 43:21, 43:23, 100:2, 112:10, 112:18, 131:7, 134:5, 139:4, 143:6, 147:16, 155:6, 164:18, 165:4

**truck** [1] - 152:14

**true** [8] - 106:6, 106:7, 107:5, 161:5, 166:19, 167:12, 169:10, 171:7

**trust** [2] - 123:10, 124:8

**truth** [1] - 155:19

**truthful** [3] - 8:9, 84:11, 149:20

**try** [16] - 62:13, 64:16, 65:13, 65:22, 66:8, 66:16, 67:2, 73:18, 87:22, 88:3, 94:21, 119:3, 124:15, 124:18, 154:13, 162:20

**trying** [29] - 19:12, 36:6, 36:8, 36:14, 44:3, 60:20, 61:2, 68:2, 68:5, 68:11, 87:9, 87:23, 88:2, 101:7, 102:18, 119:9, 119:22, 146:4, 147:9, 150:19, 151:7, 151:10, 151:12, 151:20, 153:17, 155:18, 157:6, 160:12, 162:19

**Tuesday** [1] - 143:15

**turning** [1] - 128:2

**TV** [1] - 42:23

**twice** [6] - 43:15, 52:4, 61:20, 137:10, 138:21, 138:22

**two** [47] - 7:23, 8:3, 10:14, 11:16, 17:13,

18:11, 26:3, 28:12, 28:20, 30:15, 30:19, 33:16, 41:14, 42:11, 43:6, 50:15, 62:19, 65:3, 65:19, 71:4, 73:11, 75:17, 75:20, 75:22, 76:4, 79:11, 83:16, 84:5, 84:8, 84:14, 84:17, 84:22, 84:23, 85:2, 86:3, 88:3, 88:7, 90:21, 90:22, 92:12, 101:11, 104:7, 135:11, 135:17, 135:20, 163:19, 165:12

**type** [7] - 17:23, 19:13, 40:2, 78:12, 91:12, 122:3, 143:6

**types** [2] - 94:6, 96:16

**typically** [3] - 58:22, 118:20, 118:21

## U

**um-hmm** [1] - 5:11

**unbelievable** [2] - 89:2, 101:14

**under** [4] - 64:6, 64:8, 81:13, 171:22

**underneath** [3] - 64:10, 64:14, 65:4

**understood** [1] - 4:22

**unemployment** [7] - 20:23, 21:3, 21:22, 23:4, 25:4, 25:9, 25:10

**unfortunately** [1] - 32:6

**UNITED** [1] - 1:4

**University** [1] - 28:10

**university** [1] - 28:20

**unknown** [2] - 95:10, 95:14

**unless** [2] - 17:18, 171:22

**unmarked** [2] - 139:5, 139:7

**unorthodox** [1] - 160:11

**unresponsive** [6] - 74:9, 108:23, 112:16, 116:13, 156:8, 158:3

**unusual** [1] - 56:11

**up** [101] - 5:21, 13:13, 13:16, 20:10, 21:19, 30:5, 31:21, 32:4, 35:12, 36:13, 38:7,

42:8, 44:9, 47:22, 54:7, 54:20, 54:21, 54:23, 55:3, 55:4, 55:8, 55:10, 55:21, 55:23, 56:7, 56:13, 56:14, 56:15, 56:20, 58:2, 58:12, 58:15, 59:8, 59:13, 59:15, 59:17, 59:22, 60:2, 61:2, 62:2, 65:2, 67:23, 68:4, 68:16, 68:19, 74:14, 77:3, 77:7, 78:2, 80:2, 80:3, 80:8, 81:2, 83:6, 85:10, 86:19, 86:20, 87:10, 91:5, 91:15, 94:2, 99:13, 100:8, 100:10, 100:17, 100:19, 100:23, 103:22, 106:10, 106:18, 108:8, 109:2, 112:2, 115:9, 119:11, 119:23, 121:9, 121:23, 124:17, 125:11, 127:13, 127:17, 128:6, 130:14, 131:15, 134:16, 137:18, 140:17, 141:21, 143:3, 143:7, 146:20, 147:3, 147:11, 147:13, 152:13, 152:14, 152:19, 152:21, 167:11

**update** [1] - 36:11

**upper** [1] - 78:11

**upset** [6] - 53:6, 53:9, 149:2, 160:9, 163:13, 167:9

**upstairs** [1] - 120:18

**upstate** [1] - 38:18

**Uruguay** [1] - 34:12

## V

**V's** [30] - 55:20, 71:8, 74:18, 75:7, 88:17, 90:18, 92:18, 92:22, 93:4, 93:9, 95:8, 96:4, 96:21, 97:4, 97:10, 98:12, 99:2, 101:21, 102:9, 104:15, 105:13, 108:3, 108:10, 108:13, 110:5, 124:22, 133:10, 139:21, 159:2, 160:6

**V.D** [21] - 26:17, 26:21,

41:3, 41:12, 42:13,
42:15, 42:18, 43:12,
43:21, 50:19, 52:10,
80:3, 80:8, 86:19,
97:18, 110:8,
112:16, 116:12,
116:18, 167:2,
167:15
**V.D.'s** [6] - 41:5, 86:8,
87:14, 88:11, 116:6,
116:8
**vaccine** [1] - 126:12
**vary** [1] - 16:16
**vehicle** [3] - 139:5,
139:6, 139:7
**vehicles** [1] - 81:10
**verbal** [2] - 5:10, 5:12
**verbalize** [1] - 151:2
**verbally** [1] - 122:8
**verdict** [1] - 27:16
**video** [11] - 36:11,
61:10, 81:21, 83:4,
84:7, 86:17, 87:2,
87:6, 120:2, 145:6,
147:9
**videoed** [1] - 82:12
**videos** [2] - 7:11,
36:12
**videotape** [1] - 82:18
**videotaped** [1] - 83:20
**view** [2] - 82:17, 111:4
**violent** [1] - 53:12,
132:14, 132:16
**virtually** [1] - 1:17
**voice** [1] - 134:16
**voluntarily** [1] - 20:19

## W

**wage** [1] - 25:2
**wages** [1] - 18:19
**wait** [3] - 49:2, 75:2,
134:11
**waived** [1] - 3:20
**waiver** [1] - 3:10
**waiving** [3] - 144:20,
145:18, 146:16
**wake** [9] - 55:20,
55:23, 61:2, 80:2,
80:3, 80:8, 81:2,
86:19, 87:10
**wakes** [1] - 56:20
**waking** [1] - 56:13
**walk** [2] - 42:8, 58:9
**walked** [2] - 77:7,
152:21
**walking** [10] - 94:3,
94:7, 94:12, 120:17,
138:13, 140:2,

140:4, 140:7,
140:10, 140:17
**walks** [4] - 93:23,
138:14, 138:20
**wall** [1] - 128:2
**walls** [1] - 162:4
**wants** [1] - 123:11
**washing** [1] - 43:2
**Washington** [1] - 2:10
**watch** [8] - 47:2, 50:5,
53:9, 53:11, 53:15,
57:10, 58:14, 132:14
**watched** [7] - 44:11,
44:12, 50:2, 51:3,
129:21, 147:10,
157:13
**watching** [5] - 42:23,
45:2, 50:10, 57:11,
73:5
**week** [21] - 16:15,
17:6, 17:13, 18:22,
24:21, 24:22, 41:22,
43:15, 46:2, 47:10,
47:11, 47:17, 48:14,
51:17, 97:14, 98:11,
98:12, 102:9,
102:23, 143:11
**weekend** [5] - 51:11,
137:13, 143:4,
143:10
**weeks** [6] - 26:2,
44:12, 44:13, 97:7,
97:22
**weigh** [1] - 63:3
**West** [4] - 2:9, 9:4,
9:19, 11:15
**WHEREOF** [1] -
171:15
**whole** [5] - 39:14,
63:11, 74:11, 74:12,
156:13
**wife** [2] - 39:15, 44:10
**Willie** [2] - 49:22, 62:4
**window** [1] - 101:12
**winter** [2] - 38:22,
39:2
**wise** [1] - 106:18
**witness** [1] - 3:14
**WITNESS** [5] - 15:14,
49:8, 94:22, 105:23,
171:15
**woke** [12] - 54:23,
55:3, 56:7, 56:15,
58:15, 59:13, 59:15,
59:22, 60:2, 67:23,
68:4, 91:15
**woken** [4] - 59:8,
59:17, 80:2, 86:20
**won** [1] - 23:6
**words** [2] - 95:2,

163:4
**workdays** [1] - 44:19
**workout** [1] - 51:10
**wow** [1] - 153:21
**write** [2] - 6:23, 162:5
**writing** [1] - 5:8
**written** [2] - 23:3,
121:11
**wrote** [2] - 106:22,
161:23

## X

**X-ray** [1] - 130:9
**XX** [2] - 7:10, 11:8
**XX/XX/XXXX** [1] - 6:14
**XXX** [1] - 7:10
**XXX-XX-XXXX** [1] -
7:10
**XXXX** [1] - 7:10

## Y

**year** [17] - 9:7, 9:8,
9:9, 10:14, 11:16,
12:20, 14:2, 14:3,
15:23, 16:2, 18:10,
22:5, 29:5, 31:12,
35:19, 36:10, 61:9
**years** [15] - 10:15,
17:19, 18:11, 26:2,
28:12, 28:21, 40:12,
40:17, 43:6, 125:7,
125:17, 135:11,
135:17, 135:20,
155:16
**yelled** [3] - 141:15,
141:16, 167:2
**yelling** [2] - 43:5,
69:20
**YORK** [2] - 1:4, 169:3
**York** [9] - 1:20, 2:5,
2:10, 2:15, 4:12,
12:8, 39:10, 171:6
**yourself** [2] - 6:8,
143:21

## Z

**Zoom** [2] - 1:17, 5:6

171

C E R T I F I C A T I O N

      I, SUSAN FLORIO, Registered Professional Reporter and Notary Public in and for the State of New York, do hereby certify that the foregoing is a true, complete and accurate transcript to the best of my knowledge, skill and ability on the date and place hereinbefore set forth.

      I FURTHER CERTIFY that I am not related to or employed by any of the parties to the action in which the proceedings were taken, or any attorney or counsel employed in this action, nor am I financially interested in the case.

      IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of June, 2021.

      _/Susan Florio, RPR/

      _____
         SUSAN FLORIO, RPR

      (The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)