**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-589   **Caption [use short title]**

**Motion for:** Postponement of argument

Davis-Guider v. City of Troy et al.
No. 23-589

Set forth below precise, complete statement of relief sought:

Reschedule oral argument due to overlapping scheduling with second case.

**MOVING PARTY:** Michael Davis-Guider    **OPPOSING PARTY:** Appellees
☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Max Rodriguez    **OPPOSING ATTORNEY:** Rhiannon Ineva Gifford
[name of attorney, with firm, address, phone number and e-mail]

Law Office of Max Rodriguez PLLC    Pattison Sampson Ginsberg & Griffin PLLC
575 5th Avenue, 14th Floor    22 First St., PO Box 208, Troy NY 12180
New York, NY 10017    Crystal R. Peck, Bailey, Johnson & Peck, P.C.

**Court-Judge/Agency appealed from:** NDNY (Stewart, M.J.)   (con'd from above) 5 Pine West Plaza, Suite 507, Albany NY 12205

**Please check appropriate boxes:**    **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Has request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: 9/11/24

**Signature of Moving Attorney:**
/s/ Max Rodriguez    **Date:** 7/30/24    Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| MICHAEL DAVIS-GUIDER,<br><br>              Appellant,<br><br>     v.<br><br>CITY OF TROY, RONALD FOUNTAIN, Individually, DANIELLE COONRADT, Individually, CHARLES MCDONALD, Individually, TIM COLANERI, Individually, ADAM R. MASON, Individually, RENSSELAER COUNTY, MICHAEL SIKIRICA, Individually, and JOEL ABELOVE, Individually, and JOHN and JANE DOE 1-10, Individually,<br><br>              Appellees. | No. 23-589 |

MAX RODRIGUEZ, pursuant to 28 U.S.C. § 1746(2), declares as follows:

      1.      I am Principal at Law Office of Max Rodriguez PLLC, counsel for Appellant Michael Davis-Guider in the above-captioned action. I am admitted to practice before this Court and have previously argued before this Court. I am also an appointed member of the Criminal Justice Act panel for the U.S. Court of Appeals for the First Circuit, where I served as a law clerk for the Honorable O. Rogeriee Thompson.

      2.      I submit this declaration in support of Appellant's motion to reschedule oral argument under Local Rule 34.1(e).

      3.      On July 9, 2024, this Court by ECF provided notice that oral argument had been scheduled for September 11, 2024.

      4.      On July 9, 2024, this Court by ECF provided notice that oral argument had been scheduled for September 11, 2024 in *Thomas v. City of Troy et al.*, No. 23-753, another case in which I am counsel of record for the Appellant.

1

5. After receiving the notice and returning from travel, on July 17, 2024, I emailed counsel for Appellees to inform them of Appellant's intended motion and obtain their respective positions.

6. Attorney Rhiannon Gifford responded on July 18, 2024, stating that she does not consent to the motion.

7. Attorney Crystal Peck responded on July 22, 2024, stating that she does not consent to the motion.

8. As counsel of record who will appear for oral argument in both this matter and the *Thomas* matter, I respectfully submit that holding these two oral arguments on the same day is not warranted, and accordingly request that oral argument in the above-captioned case be rescheduled to any subsequent date this Court deems acceptable that counsel for the parties previously noted as available.

9. Because both cases are on appeal after an order resolving motions for summary judgment, both appeals turn on complex issues raised by both parties from discovery, reflected by multi-volume appendices in both cases. Accordingly, I respectfully submit that both counsel and this Court would benefit from staggering the arguments so Counsel can be most helpful in answering any questions the Court may have.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 30, 2024

               */s/ Max E. Rodriguez*
               Max E. Rodriguez