UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of August, two thousand twenty four,

| | |
|---|---|
| Michael Davis-Guider, | **ORDER** |
| Plaintiff-Counter-Defendant-Appellant | Docket No. 23-589 |
| v. | |
| City of Troy, Ronald Fountain, individually, Danielle Coonradt, individually, Charles McDonald, individually, Tim Colaneri, individually, | |
| Defendants-Cross-Claimants-Counter-Claimants-Appellees, | |
| Rensselaer County, Michael Sikirica, individually, | |
| Defendants-Cross-Defendants-Counter-Claimants-Appellees, | |
| Adam R. Mason, individually, | |
| Defendant-Cross-Claimant-Counter-Claimant, | |
| Joel Abelove, individually, | |
| Defendant-Cross-Defendant-Counter-Claimant, | |
| John and Jane Doe 1-10, individually, (the names John and Jane Doe being fictitious, as the true names are presently unknown), Michael E. Parrow, Andra Ackerman, | |
| Defendants. | |

Appellant moves for leave to adjourn oral argument set for Wednesday, September 11, 2024.

IT IS HEREBY ORDERED that the motion is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court